NS/md

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20450-CR-SCOLA

UNITED STATES OF AMERICA,

vs.

ALEX NAIN SAAB MORAN, and
AVARO PULIDO VARGAS,

     Defendants.
_____/

NOTICE OF APPEARANCE

The United States of America hereby gives notice that Assistant United States Attorney Nalina Sombuntham has been assigned responsibility of matters related to criminal forfeiture in the above-captioned case.

                                         Respectfully submitted,

                                         ARIANA FAJARDO ORSHAN
                                         UNITED STATES ATTORNEY

By:    s/ Nalina Sombuntham
          Nalina Sombuntham
          Assistant United States Attorney
          Fla. Bar No. 96139
          99 N.E. 4th Street, 7th Floor
          Miami, Florida   33132-2111
          Telephone:   (305) 961-9224
          Facsimile:    (305) 536-7599
          nalina.sombuntham2@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on August 7, 2019, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using CM/ECF.

s/ Nalina Sombuntham<br>
Nalina Sombuntham<br>
Assistant United States Attorney