United States District Court
for the
Southern District of Florida

| | |
|---|---|
| United States of America, Plaintiff | ) ) ) |
| v. | ) ) ) Criminal Case No. 19-20450-CR-Scola |
| Alex Nain Saab Moran, and Alvaro Pulido Vargas, Defendants. | ) ) ) ) |

## Order Transferring Case to Fugitive Status

This matter is before the Court *sua sponte*. On July 25, 2019, an indictment was randomly assigned to the undersigned. Since the defendants have not made an initial appearance, they are transferred to fugitive status.

**Done and Ordered** at Miami, Florida on August 26, 2019.

Robert N. Scola, Jr.
United States District Judge

cc: counsel of record