**SEALED**

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case Number: **19-cr-20450-SCOLA**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.

**ALEX NAIN SAAB MORAN,**

    **Defendant.**

_____/

*EX PARTE*
**FILED UNDER SEAL**

FILED BY ____NJC____ D.C.
Feb 23, 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## MOTION TO SEAL

NOW COMES the United States of America, by and through its undersigned counsel, and respectfully requests that the foregoing *Ex Parte* Notice Of Additional Facts In Support Of Response In Opposition To Defendant's Motion To Vacate Order Conferring Fugitive Status And For Leave For Special Appearance To Challenge Indictment ("*Ex Parte* Notice"), this motion, any sealing order, and any order concerning the *Ex Parte* Notice, be SEALED until further order of this Court, excepting the United States Attorney's Office and the Department of Justice, Criminal Division, Fraud Section, which may obtain copies of the *Ex Parte* Notice, this motion to seal, related sealed orders, or other sealed document for any necessary cause, for the reasons that the integrity of this case may be compromised, and the safety of the Defendant and his family may be put at risk, should these documents become public. Undersigned counsel files the attached *Ex Parte* Notice pursuant to United States District Court for the Southern District of Florida Local Rule 5.4(d), and in light of the fact that in this criminal case denial of public access is "necessitated

by a compelling governmental interest, and is narrowly tailored to serve that interest." *Globe Newspaper Co. v. Superior Court for the County of Norfolk*, 457 U.S. 596, 606-07 (1982). The attached Ex Parte Notice is a supplement to the United States' public filing Docket Entry 24.

        Respectfully submitted,

        ARIANA FAJARDO ORSHAN
        UNITED STATES ATTORNEY

By: _____
        Kurt K. Lunkenheimer
        Assistant U.S. Attorney
        Court ID No. A5501535
        99 N.E. 4th Street
        Miami, Florida 33132-2111
        TEL (305) 961-9008
        Kurt.Lunkenheimer@usdoj.gov

        DANIEL S. KAHN
        ACTING CHIEF, FRAUD SECTION
        Criminal Division
        U.S. Department of Justice

By: _____
        Alexander Kramer
        Trial Attorney
        Criminal Division, Fraud Section
        U.S. Department of Justice
        Court ID No. A5502240
        1400 New York Ave. NW
        Washington, DC 20005
        TEL (202) 768-1919
        alexander.kramer@usdoj.gov