# Exhibit B

# BakerHostetler

Baker&Hostetler LLP

Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5403

T 202.861.1500
F 202.861.1783
www.bakerlaw.com

January 8, 2021

David B. Rivkin, Jr.
direct dial: 202.861.1731
drivkin@bakerlaw.com

**CONFIDENTIAL ATTORNEY/CLIENT PRIVILEGED**

**VIA EMAIL**

Mr. Alex Nain Saab Moran
Galipan torre B piso 11 Ave.
Francisco de Miranda El Rosal,
Caracas, Venezuela 1060

Re:    Additional Engagement of Counsel for Alex Nain Saab Moran

Dear Mr. Saab:

Thank you for selecting Baker & Hostetler LLP ("Baker & Hostetler") to represent you. The purpose of this letter is to confirm our engagement as counsel and to provide you certain information about our fees, billing and collection policies, and other terms that will govern our relationship. We believe that it is helpful to explain to our clients the nature and terms of our representation at the beginning of the relationship.

**Scope of Engagement.**



You have also asked us to represent you in filing and litigating the motion practice before U.S. courts, seeking to quash the indictment and defeat DOJ's extradition efforts. This would require us to make an appearance on your behalf before Florida's Southern District Court.



Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Dallas    Denver    Houston
Los Angeles    New York    Orlando    Philadelphia    San Francisco    Seattle    Washington, DC    Wilmington

Mr. Alex Nain Saab Moran
January 8, 2021
Page 2



**Conflict of Interest Review.**

**Professional Services and Fees.**

Our wiring instructions are as follows:

Mr. Alex Nain Saab Moran
January 8, 2021
Page 3



    Acceptance of Engagement. If this letter is acceptable to you, please sign a copy and return it to me. Unless terminated earlier by you or us, this engagement will end when we have completed the work described in the Scope of Engagement paragraph above.

    We are pleased that you selected Baker & Hostetler LLP to provide legal counsel to you, and we look forward to working with you.

Very truly yours,

*David B. Rivkin, Jr.*

David B. Rivkin, Jr.
    for
Baker & Hostetler LLP

ACCEPTED AND AGREED TO:

Mr. Alex Nain Saab Moran
January 8, 2021
Page 4

Signed by:

_____
Mr. Alex Nain Saab Moran