IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

ALEX NAIN SAAB MORAN, and
ALVARO PULIDO VARGAS, a/k/a
"German Enrique Rubio Salas,"

Defendants.

Case No. 19-20450-CR-Scola

**DECLARATION OF JOSÉ MANUEL PINTO MONTEIRO**



**JOSÉ MANUEL PINTO MONTEIRO**
**Advogado**

**Encosta de Chã de Arela, Prédio Carlos Hamelberg, R/C - C.P. 156-C (Fazenda)**
**7952-002 -Praia – Santiago – CABO VERDE, África Ocidental (West Africa)**
**Telefones: (238) 261 63 63 / (238) 261 39 06/ (238) 260 07 03 / (238) 260 07 04**
**Fax: (238) 261 37 45**
**e-mail: zmpmgt@gmail.com**

Declaration of Dr. José Manuel Pinto Monteiro

I, Dr José Manuel Pinto Monteiro (DOB: 22.12.1956), am a member of the Bar Associations of the Republic of Cape Verde (Cape Verde) and the Republic of Portugal with respective membership numbers of 15/01 and 16146L. I have been practicing constitutional and criminal law since 1985.

From April 1991 to March 1992, I was appointed Vice-Minister of Communities of Cape Verde. My responsibilities as Vice Minister were principally related to dealing with the needs of overseas Cape Verdean communities (main diaspora being in the U.S., Portugal and the EU as well as Macao). This also, amongst other responsibilities, required extensive coordination with the Ministry of Foreign Affairs in relation to consular policy.

I am the lead counsel in Cape Verde for Venezuelan national Alex Nain Saab Moran (DOB: 21.12.1971) and have been in this role since 13 June 2020, following his detention in Cape Verde on 12 June 2020. I am also responsible for coordinating legal strategy with Mr Saab's international legal team, in particular his counsel at Baker & Hostetler LLP.

By way of this declaration, I would like to confirm the following:

1. Mr Saab did not plan to make a refuelling stop in Cape Verde. It was his intention to refuel in either Morocco or Algeria as on previous occasions. However, both jurisdictions denied permission for the plane to land leaving Cape Verde as the only other option.

2. Prior to commencing his humanitarian Special Mission to Iran in June 2020, Mr Saab was provided with Special Envoy letters, issued by the Bolivarian Republic of Venezuela (Venezuela) and addressed to senior government officials of the Islamic Republic of Iran ("Iran"), ("the Letters") (Exhibit 1). The Letters, which Mr Saab carried with him in a suitcase, are dated between 01 and 11 June 2020, were seized by the judicial police of Cape Verde on 12 June 2020, the day of his detention.

3. Mr Saab along with his suitcase (Exhibit 2) were taken from his plane by the judicial police. This has been confirmed by the pilot, Mr Saab's son Shadi as well as a Cape

115



**JOSÉ MANUEL PINTO MONTEIRO**
**Advogado**

**Encosta de Chã de Arela, Prédio Carlos Hamelberg, R/C - C.P. 156-C (Fazenda)**
**7952-002 -Praia – Santiago – CABO VERDE, África Ocidental (West Africa)**
**Telefones: (238) 261 63 63 / (238) 261 39 06/ (238) 260 07 03 / (238) 260 07 04**
**Fax: (238) 261 37 45**
**e-mail: *zmpmgt@gmail.com***

Verdean witness who was working at the airport at the time Mr Saab's plane landed, refuelled and when Mr Saab was subsequently detained.

4. The Letters came into my possession on 23 July 2020 when I first came to visit Mr Saab.

He was being held in prison on the island of Sal and given that I am based in Praia, the capital of Cape Verde, on the island of Santiago, this was the first time that I was able to meet Mr Saab as Cape Verde had until then been under lockdown due to the Covid-19 epidemic.

Mr Saab's suitcase which contained the Letters was collected from Sal prison by my junior colleague, Dr. Floriano Mandl, and delivered to the hotel Odjo d'Agua located in Zona do Farolinho, CP 71 Hotel Odjo d'Agua, Santa Maria, Ilha do Sal 4111 Cape Verde where I stayed (and have been staying) ever since. This is when the Letters first came into my possession and I was able to open and review them.

5. From my experience as a minister and having worked closely with the Cape Verde Ministry of Foreign Affairs, I have seen formal official and diplomatic communications. From the size and "feel" of the paper, the embossed coats of arms, the way that each letter was in its individual folder, namely "Presidency of the Bolivarian Republic of Venezuela" and "Office of the Vice President of the Bolivarian Republic of Venezuela", and individual envelope, namely "President of the Bolivarian Republic of Venezuela" and "Office of the Vice President of the Bolivarian Republic of Venezuela", the letters looked authentic and original to me.

Importantly, the contents of the letters (Special Envoy on a Special Mission) were consistent with what I had understood from the time that Venezuela invoked Mr. Saab's immunity on 13 June 2020, via a letter from the Venezuelan Minister of Foreign Affairs, Jorge Arreaza, to the Cape Verdean Minister of Defense and Foreign Affairs, Luis Filipe Lopes Tavares and, in addition, via a Letter on 14 June from the Venezuelan Ambassador to Senegal accredited to Cape Verde, Gambia, Guinea, Guinea-Bissau and to Mauritania, H.E. Alejandro Israel Correa Ortega, to the Ministry of Foreign Affairs, of the Defense Communities of Cape Verde (Exhibits 3 and 4).

In addition to the above, on or around 25 July, I was able to ask the Venezuelan Ambassador, H.E. Alejandro Israel Correa Ortega, to authenticate the original

215
Ms



**JOSÉ MANUEL PINTO MONTEIRO**
**Advogado**

**Encosta de Chã de Arela, Prédio Carlos Hamelberg, R/C - C.P. 156-C (Fazenda)**
**7952-002 -Praia – Santiago – CABO VERDE, África Ocidental (West Africa)**
**Telefones: (238) 261 63 63 / (238) 261 39 06/ (238) 260 07 03 / (238) 260 07 04**
**Fax: (238) 261 37 45**
**e-mail: *zmpmgt@gmail.com***

signatures on the Letters of President Nicolas Maduro Moros with a Presidential seal (addressed to Ayatola Ali Jamenei, Supreme Leader of the Islamic Revolution of Iran) and the Executive Vice President, Delcy Rodrigez Gomez along with a seal of the Executive Vice President (addressed to Sadegh Kharazi, Senior Adviser to the Vice President and to Kazam Khavazi, Minister of Agriculture of the Islamic Republic of Iran) (Exhibit 1). The Ambassador verbally confirmed the authenticity of the signatures of President Maduro and Vice President Rodrigez Gomez on these documents. The Ambassador also confirmed the signature of the Venezuelan Minister of Foreign Affairs, Jorge Arreaza, and his signature on Exhibits 3 and 4 respectively.

The Letters were in Spanish. There was also other correspondence in a separate folder which contained substantial documentation of an economic nature. Some of that correspondence appeared to be in a script which I assumed was Farsi.

Finally, it should be noted that both Venezuela and Iran have written to the Cape Verdean authorities to confirm the status of Mr Saab and that he was on a Special Mission to Teheran on the day that he was detained in Cape Verde (Exhibits 3-6). I received copies of the correspondence between the Venezuelan Minister of Foreign Affairs and the Cape Verdean Minister of Foreign Affairs from the Venezuelan Ambassador Correa Ortega. Copies of the Iranian letters to Cape Verde were provided by the Iranian Ambassador to Venezuela to the Venezuelan Ministry of Foreign Affairs and from it to the Venezuelan Ambassador Correa Ortega who passed the correspondence to me.

6. I lodged a criminal complaint against the judiciary police on 08 September 2020 for concealing the Letters from the prosecutor. This complaint remains unanswered up until today (Exhibit 7).

7. I showed the original Letters to the Cape Verde Supreme Court of Justice ("the STJ") on 13 August 2020 following which the STJ ruled to partially approve our appeal and sent the case back for reconsideration to the Barlavento Court of Appeal ("TRB") in Mindelo, Sao Vicente (another island).

8. On 04 January 2021, the TRB again approved extradition of Mr Saab, and an appeal was lodged on 14 January 2021 with the STJ. The Letters, in original, have been submitted to the STJ as part of this appeal on 18 February 2021.

3/5
Jm



**JOSÉ MANUEL PINTO MONTEIRO**
**Advogado**

**Encosta de Chã de Arela, Prédio Carlos Hamelberg, R/C - C.P. 156-C (Fazenda)**
**7952-002 -Praia – Santiago – CABO VERDE, África Ocidental (West Africa)**
**Telefones: (238) 261 63 63 / (238) 261 39 06/ (238) 260 07 03 / (238) 260 07 04**
**Fax: (238) 261 37 45**
**e-mail: *zmpmgt@gmail.com***

9. Since the commencement of the extradition proceedings, the authorities of Cape Verde have never questioned the authenticity of the Letters in accordance with the relevant legislation of Cape Verde on the matter, namely, Article 156.2 of the Penal Procedure Code of Cape Verde and articles 329 to 337 of the Civil Procedure Code of Cape Verde.

To be clear, Cape Verdean Law requires that one party presents a document and it is up to the other party to question that document's authenticity. If that party does not question the authenticity of that document, then the document can be admitted to the record.

As the authenticity of the Letters has never been questioned by the Prosecutor, the Letters are now accepted as being authentic and part of the court record.

10. Apart from during extradition proceedings in Cape Verde, I have shared copies of the Letters with my co-counsel Mr Femi Falana (Senior Advocate in Nigeria) for use in ECOWAS Court of Justice proceedings (Abuja, Federal Republic of Nigeria).

11. I am reliably informed that the U.S. Ambassador to Cape Verde is in close contact with the Cape Verdean government and is fully appraised of legal developments both in Cape Verde and in the ECOWAS Court. He has been aware (and therefore I assume also the DOJ) of the existence of the Letters for months. At no time until our filing of motions on 21 January 2021 has DOJ questioned the authenticity of the Letters.

The fact that the DOJ is receiving detailed updates of developments in Cape Verde is confirmed in the DOJ's response when it states that it is aware that Mr Saab *"has not received any visits from citizens of the United States"*.

I confirm the authenticity of the Letters and the fact my client had them with him at the time of his detention on 12 June 2020.

I confirm that I am fluent in Portuguese, English, French and have a good understanding of Spanish.



**JOSÉ MANUEL PINTO MONTEIRO**
**Advogado**

**Encosta de Chã de Arela, Prédio Carlos Hamelberg, R/C - C.P. 156-C (Fazenda)**
**7952-002 -Praia – Santiago – CABO VERDE, África Ocidental (West Africa)**
**Telefones: (238) 261 63 63 / (238) 261 39 06/ (238) 260 07 03 / (238) 260 07 04**
**Fax: (238) 261 37 45**
**e-mail: *zmpmgt@gmail.com***

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

José Manuel Pinto Monteiro J.M. Pinto Monteiro

Executed on 28 February 2021, Santa Maria, Sal, Cape Verde

JJ