# EXHIBIT 4



23rd June 2020

Dear Sirs,

**Re: Portuguese into English (UK) Certified Translation**

Language Reach Limited is a UK-registered professional translation and interpreting company and a fully qualified registered member of The Association of Translation Companies (Member No. 2018ATCR1238). We hereby confirm that we have translated the enclosed document(s) from Portuguese into English (UK).

As a responsible translation agency we only employ certified linguists to work with us. We are satisfied with the linguistic accuracy and hereby confirm that the English (UK) written translation of the Portuguese document(s) represents its fair and accurate linguistic message as intended in the original file(s).

We hereby confirm that this is a true and correct translation and certify the linguistic accuracy.

For more information, please contact Language Reach Limited on +44 (0) 208 677 3775.

Yours sincerely,

**Lucia Petrulli**
Project Manager



Registered in England & Wales 07635166 Tel: +44 (0) 208 677 3775 Email: info@languagereach.com
Address: Unit F11B, Parkhall Business Centre, London, SE21 8EN

(Flag) **Bolivarian** Government of Venezuela – Ministry of Popular Power for Foreign Affairs
**Embassy of the Bolivarian Republic of Venezuela in Senegal.**
**Accredited in Cape Verde, Gambia, Guinea, Guinea-Bissau and in Mauritania**

---

**ll.2.S10.E1 / No. 00277/2020**                                                                                              **Dakar, 14th June 2020**

    The Embassy of the Bolivarian Republic of Venezuela commends the Honourable Minister of Foreign Affairs, of the Communities of the Defense of the Republic of Cape Verde and has the honour of drawing his attention to the dossier of the Venezuelan citizen Alex SAAB, in order to take into account the following conditions of the case.

    Again, I come to highlight a need in relation to the situation of Venezuelan citizen Alex Nain SAAB MORÁN, born on 21st December 1971 and holder of passport number 146601956 issued by the Bolivarian Republic of Venezuela, who was illegally detained in Cape Verde on 12th June 2020.

    On behalf of our government, we want to ratify that Mr. Saab enjoys immunity under international law, since he acts as an agent for the Government of the Bolivarian Republic of Venezuela. More specifically, Mr. Saab traveled as a representative of the President of the Bolivarian Republic of Venezuela, Nicolás Maduro Moros, who is unable to leave the Bolivarian Republic of Venezuela while leading the country in fighting the pandemic caused by COVID-19.

    In this way, Mr. Saab enjoys the same immunity *rationae personae* (by reason of his person), that the President of the Bolivarian Republic of Venezuela would have enjoyed had he travelled through Cape Verde, and this immunity has not been waived by the Bolivarian Republic of Venezuela.

    The Government of the Bolivarian Republic of Venezuela entrusted Dr. Rutsel Martha to assist it in this matter. To date, Dr. Martha has not received authorisation from the Cape Verde authorities to travel to Cape Verde. As Ambassador of the Bolivarian Republic of Venezuela to Senegal, accredited to Cape Verde, I shall accompany Dr. Martha on his trip to Cape Verde.

    I thank you in advance for your invaluable support and solidarity in this matter and once again I take the opportunity to reiterate to Your Excellency my assurances of the highest consideration. *(Signature – Illegible)*

**Ministry of Foreign Affairs,**
**of the Defense Communities**
**Republic of Cape Verde**

                                                     *(Seal)* – BOLIVARIAN REPUBLIC OF VENEZUELA
                                                     EMBASSY IN SENEGAL
                                                     CAPE VERDE, GAMBIA, GUINEA, GUINEA BISSAU & MAURITANIA

---

Villa khardiata Rue 11 angle 6, Fann Mermoz, BP: 45287 Dakar-Senegal. Tel: (221) 33 864 15 15. Fax: (221) 33 864 79 35
E-mail: **embavenez_senegal@yahoo.com**, **embavenez.senegal@gmail.com**





**Gobierno Bolivariano de Venezuela** | Ministerio del Poder Popular para Relaciones Exteriores | Ambassade de la République Bolivarienne du Venezuela au Sénégal, Accréditée en Cabo Verde, Gambie, Guinée, Guinée-Bissau et en Mauritanie

II.2.S10.E1/ N° 00277/2020

Dakar  14 junho 2020

A Embaixada da República Bolivariana da Venezuela elogia o Honorable Ministerio Ministério dos Negocios Estrangeiros, das Comunidades da Defensa da Republica de Cabo Verde e tem a honra de chamar sua atenção para o dossier do cidadão venezuelano Alex SAAB, a fim de levar em conta as seguintes condições do caso.

Novamente, venho por destacar uma precisão em relação à situação do cidadão venezuelano Alex Nain SAAB MORÁN, nascido em 21 de dezembro de 1971 e portador do passaporte número 146601956 emitido pela República Bolivariana da Venezuela, que foi ilegalmente detido em Cabo verde em 12 de Junho de 2020.

Em nome de nosso governo, queremos ratificar que o Sr Saab goza de imunidade de acordo com o Direito internacional, uma vez que atua como agente do Governo da República Bolivariana da Venezuela. Mais especificamente, o Sr Saab viajava como representante do Presidente da República Bolivariana da Venezuela, Nicolás Maduro Moros, que encontra-se impossibilitado de sair da República Bolivariana da Venezuela enquanto lidera o país no combate à pandemia causada pelo COVID-19.

Desse modo, o Sr Saab goza da mesma imunidade *rationae personae* de que o Presidente da República Bolivariana da Venezuela gozaria caso houvesse transitado por Cabo Verde, e esta imunidade não foi renunciada pela República Bolivariana da Venezuela.

O Governo da República Bolivariana da Venezuela encarregou o Dr Rutsel Martha de auxiliá-lo nesta questão. Até o presente momento, o Dr Martha não recebeu autorização das autoridades de Cabo Verde para viajar a Cabo Verde. Como Embaixador da República Bolivariana da Venezuela no Senegal, acreditado perante Cabo Verde, eu acompanharei o Dr Martha na sua ida a Cabo Verde.

Agradeço antecipadamente pelo vosso apoio e solidariedade inestimáveis nesta questão e mais uma vez aproveito a oportunidade para reiterar a Vossa Excelência meus protestos da mais alta consideração.

**Ministerio Ministério dos Negocios Estrangeiros,
das Comunidades da Defensa
Republica de Cabo Verde**



Villa khardiata  Rue 11 angle 6, Fann Mermoz,  BP: 45287 Dakar-Senegal. Tel. (221) 33 864 15 15 .Fax (221) 33 864 79 35
E-mail : embavenez_senegal@yahoo.com, embavenez.senegal@gmail.com