**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case Number: <u>**19-cr-20450-SCOLA**</u>

**UNITED STATES OF AMERICA,**

        **Plaintiff,**
  v.

**ALEX NAIN SAAB MORAN,**

        **Defendant.**

_____/

**<u>UNOPPOSED MOTION FOR PROTECTIVE ORDER</u>**

Pursuant to Fed. R. Crim. R. 12, and in connection with Fed. R. Crim. P. 16(d), the United States of America, hereby files this Unopposed Motion for Protective Order, and respectfully requests that the Court enter the attached proposed order restricting the dissemination of material filed *ex parte* as part of the United States' opposition to Defendant's Motion To Vacate Order Conferring Fugitive Status And For Leave For Special Appearance To Challenge Indictment which the United States intends to disclose to Counsel for the Defendant pursuant to the terms of the protective order.   In support thereof, the United States states as follows:

1. On January 21, 2021, Counsel for the Defendant filed a Motion To Vacate Order Conferring Fugitive Status And For Leave For Special Appearance To Challenge Indictment with a copy of defendant's proposed motion to dismiss the indictment for which leave to file was sought (hereinafter "Motion to Specially Appear") [DE 10];

2. On January 22, 2021, the Court Ordered the United States to respond to the Motion to Specially Appear by February 22, 2021;

3. On February 22, 2021, the United States filed a public response to the Motion to Specially Appear and filed *ex parte* the United States' *Ex Parte* Notice of Additional Facts In Support

Of Response In Opposition To Defendant's Motion To Vacate Order Conferring Fugitive Status And For Leave For Special Appearance To Challenge Indictment (hereinafter "*Ex Parte* Notice of Additional Facts");

4. On March 8, 2021, the Court held a Status Conference in order to set a hearing date for oral argument on the Motion to Specially Appear;

5. At the Status Conference, the Court directed the United States and Counsel for the Defendant to submit a proposed protective order so that the United States may share with only Counsel for the Defendant the *Ex Parte* Notice of Additional Facts so that Counsel for the Defendant may consider the filing prior to oral argument which was set for March 15, 2021, at 9:00am; and

6. The Court provided that after the review of the *Ex Parte* Notice of Additional Facts, Counsel for the Defendant could move to modify the protective order, if needed, to allow for further dissemination in order to allow them to effectively represent their client.

The undersigned has conferred with Counsel for the Defendant via email and they have no objection to entry of the protective order sought.

WHEREFORE the United States of America respectfully moves this Court to issue the proposed Protective Order.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: */s/ Kurt K. Lunkenheimer*
    Kurt K. Lunkenheimer
    Assistant U.S. Attorney
    Court ID No. A5501535
    99 N.E. 4th Street
    Miami, Florida 33132-2111
    TEL (305) 961-9008

Kurt.Lunkenheimer@usdoj.gov

DANIEL S. KAHN
ACTING CHIEF, FRAUD SECTION
Criminal Division
U.S. Department of Justice

By:  */s/ Alexander Kramer*
      Alexander Kramer
      Trial Attorney
      Criminal Division, Fraud Section
      U.S. Department of Justice
      Court ID No. A5502240
      1400 New York Ave. NW
      Washington, DC 20005
      TEL (202) 768-1919
      alexander.kramer@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 8, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/*Kurt K. Lunkenheimer*
Kurt K. Lunkenheimer
Assistant United States Attorney