IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALEX NAIN SAAB MORAN, and<br>ALVARO PULIDO VARGAS, a/k/a<br>"German Enrique Rubio Salas,"<br><br>     Defendants. | Case No. 19-20450-CR-Scola |

**DEFENDANT'S NOTICE OF RECENT JUDGMENT
BY THE COMMUNITY COURT OF JUSTICE OF THE
ECONOMIC COMMUNITY OF WEST AFRICAN STATES**

Defendant Alex Nain Saab Moran, by and through undersigned counsel, respectfully submits this Notice of Recent Judgment informing the Court of the decision by the Economic Community of West African States ("ECOWAS") Community Court of Justice finding the arrest of Mr. Saab in Cape Verde unlawful (the "ECOWAS Judgment").[1] Defendant's Motion to Vacate Order Conferring Fugitive Status and for Leave for Special Appearance to Challenge Indictment, ECF No. 10, the government's opposition, ECF No. 24, and Defendant's reply, ECF No. 29, were all filed prior to issuance of the ECOWAS Judgment.

The ECOWAS Judgment was issued on March 15, 2021 in the suit styled *In the Case of Alex Nain Saab Moran v. Republic of Cabo Verde*, Suit No. ECW/CCJ/APP/43/20. The ECOWAS Judgment finds that Mr. Saab's initial detention in Cape Verde on June 12, 2020 was unlawful and violated his human right to personal liberty, and likewise that his continued detention violates his human right to personal liberty. *See* Ex. A at 91. Accordingly, the ECOWAS Judgment orders Cape Verde to release Mr. Saab immediately. *Id.* It also orders Cape

---

[1] Attached hereto as Exhibit A is an English-language version of the ECOWAS Judgement.

Verde to discontinue all extradition procedures and processes and awards payment of US$ 200,000 in damages. *Id.*

Notably, Cape Verde has publicly repudiated the ECOWAS Court's jurisdiction. *See, e.g.*, Reuters, " Cape Verde Grants House Arrest to Jailed Maduro Envoy, Lawyers Say" (Jan. 21, 2021) available at https://www.reuters.com/article/us-venezuela-politics-capeverde/cape-verde-grants-house-arrest-to-jailed-maduro-envoy-lawyers-say-idUSKBN29Q32K ("Venezuela's foreign ministry on Wednesday said the Cape Verde government had not carried out the decision because it refused to recognize ECOWAS' jurisdiction."). Cape Verde's position that it is not bound by the ECOWAS Judgment therefore cabins the extent to which it likely impacts his extradition proceedings.

The ECOWAS Judgment also considered the contention that Mr. Saab enjoyed immunity and inviolability *at the time of his arrest* by virtue of his status as a Special Envoy, due to the principle of non-interference in internal affairs of other nations. *Id.* at 20. While the ECOWAS Judgment declined to adopt that argument, it relied on the doctrine of head of state immunity and its applicability, or not, to Mr. Saab. The position presented to the court specifically did not rest upon the 1961 Vienna Convention on Diplomatic Relations. *See* Ex. A at 27. Nor did the ECOWAS Judgment contain analysis of any United States decisions on diplomatic immunity. In any event, the ECOWAS Judgment's holding is limited to whether Mr. Saab demonstrated grounds at the date of his arrest on which he could invoke diplomatic immunity and inviolability. This has no bearing on consideration by a United States court of his immunity from prosecution vis-à-vis the United States.

| | |
|---|---|
| Dated: March 15, 2021 | Respectfully submitted, |
| David B. Rivkin, Jr.* | /s/ Lindy K. Keown |
| Lee A. Casey* | Lindy K. Keown |
| Elizabeth Price Foley | Baker & Hostetler LLP |
| Jonathan R. Barr* | 200 South Orange Avenue |
| Kendall E. Wangsgard* | Suite 2300 |
| Richard B. Raile* | Orlando, FL 32801 |
| Baker & Hostetler LLP | lkeown@bakerlaw.com |
| 1050 Connecticut Ave, NW | (T) (407) 649-4000 |
| Suite 1100 | (F) (407) 841-0168 |
| Washington, DC 20036 | |
| drivkin@bakerlaw.com | Jonathan B. New* |
| (T) (202) 861-1500 | Baker & Hostetler LLP |
| (F) (202) 861-1783 | 45 Rockefeller Plaza |
| | New York, NY 10111 |
| | jnew@bakerlaw.com |
| | (T) (212) 589-4200 |
| | (F) (212) 589-4201 |

*Attorneys for Defendant Alex Nain Saab Moran*

**Admitted pro hac vice*