# COURT MINUTES

Page 2

## Magistrate Judge Alicia M. Otazo-Reyes

Atkins Building Courthouse - 10th Floor

Date: 11/15/21   Time: 10:00 AM

Defendant: ALEX SAAB MORAN   J#: 02538-506   Case #: 19-20450-CR-SCOLA

AUSA: Kurt Lunkenheimer   Attorney: Neil Schuster - in court / Jonathan Barr (PHV)

Violation: CONSP/COMMIT MONEY LAUNDERING

Proceeding: RRC/ARRAIGNMENT   CJA Appt:

Bond/PTD Held: ☐ Yes ☐ No   Recommended Bond:

Bond Set at: STIP PTD   Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Spanish

Disposition:
*Henry Bell - temp *Brady Warning Given*

- Neil Schuster filed a permanent notice of appearance
- Press admonition given
- Arraigned, Reading of Indictment Waived, Not Guilty plea entered, Jury trial demanded, Standing Discovery Order requested
- Appeals Colloquy

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R. 10:11:46   Time in Court: 6 min