UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cr-20450-RNS

UNITED STATES,

    Plaintiff,

v.

ALEX NAIN SAAB MORAN,

    Defendant.
_____/

**JOINT REQUEST TO SET AN EARLY DECEMBER (6TH OR 13TH-16TH) STATUS HEARING.**

The Defendant respectfully moves this Honorable Court to schedule an early December status hearing to discuss a reasonable timeline for these proceedings.

**A. Procedural Background**

1.    The Defendant was arrested on this indictment in Cape Verde on June 12, 2020, extradited to the SDFL on Saturday, October 16, 2021, quarantined for several weeks at the FDC and arraigned on November 15, 2021.  During quarantine, counsel could not meet with the Defendant. The Standing Discovery Order was entered the day of arraignment.

2.    The Order Setting Trial Date, DE 72, was entered on November 16, 2021

3.    Calendar Call in this case is scheduled for December 28, 2021, and trial is scheduled for the two-week calendar commencing January 3, 2022.

4.    The interests of the efficient administration of justice would best be served if the parties could appear before your Honor in early December to discuss a practical schedule in this prosecution.

5. A portion of this case is fully briefed and on direct appeal. The appellate court has jurisdiction on a dispositive issue, the question of diplomatic immunity. *See*, USA v. Alex Saab Moran, 21-11083-J, (11th Cir. Apr. 1, 2021). The Defendant is prepared to go forward with those proceedings as may be scheduled in the Court of Appeal or before your Honor.

6. The parties respectfully request a status conference be set for early December (the 6th or 13th-16th) to discuss scheduling.

7. The parties will propose deadlines for pre-trial motions and the parties will discuss the issue of Rule 15 depositions that may impact scheduling.

**Certificate of Conference**

8. The undersigned counsel has addressed this motion with AUSA Lunkenheimer and Trial Attorney Kramer who have no objections to the relief requested.

WHEREFORE, this motion is not filed for mere purposes of delay and Defendant respectfully prays that this Court set a status hearing for December.

Respectfully submitted,

*s/Neil M. Schuster*
Neil M. Schuster

*Attorney for Alex Nain Saab Moran*
Florida Bar No. 216909
555 N.E. 15th St., Ste. 2C
Miami, FL   33132
Telephone:  (305) 416-0324
Facsimile: (305) 416-0325
Email: neil@neilmschuster.com

**CERTIFICATE OF CM/ECF SERVICE**

I HEREBY CERTIFY that on __**November 22, 2021**__, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send a notice of electronic filing to all corresponding parties.

By: _s/Neil M. Schuster_
Neil M. Schuster