United States District Court
for the
Southern District of Florida

| | |
|---|---|
| United States of America,<br>Plaintiff<br><br>v.<br><br>Alex Nain Saab Moran,<br>Defendant. | )<br>)<br>)<br>)  Criminal Case No. 19-20450-CR-Scola<br>)<br>)<br>) |

### Order Continuing Trial – Ends of Justice

On December 6, 2021, this matter came before the Court for status conference to discuss a reasonable timeline for this case. Based on the matters presented and arguments presented by counsel, it is

**Ordered and Adjudged** as follows:

1) By agreement of the Parties, the calendar call scheduled for December 28, 2021 at 9:00 a.m. and trial date of January 3, 2022 are **canceled**.

2) A status conference to select a trial date is set for **January 7, 2022 at 10:00 a.m.** Defendant is required to be present for this hearing.

3) The interests of justice served by a continuance outweigh any interest of the public or the Defendant in a speedy trial. As a result, the period of delay resulting from this continuance — *i.e.*, from the date of the status conference, **December 6, 2021** to **January 7, 2022** and including the date trial commences — is excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7).

**Done and Ordered** in Chambers at Miami, Florida, on December 7, 2021.

_____
**Robert N. Scola, Jr.**
**United States District Judge**

cc: counsel of record