UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case Number: 19-cr-20450-SCOLA

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

v.

**ALEX NAIN SAAB MORAN,**

      **Defendant.**

_____/

Per Local Rule 5.4(d), the matter(s) shall remain sealed:
- [X] 1 year  [ ] _____ (specific date);
- [ ] permanently; _____ (other).

[X] SEALED
[ ] NOT SEALED

### SEALED ORDER

THIS CAUSE is before the Court on the United States' Motion for the Production of Records from the Zoom Initial Appearance of the Defendant (**ECF No. 86**), Alex Nain Moran Saab, on October 18, 2021, and the Court's referral of the investigation into willful violations of Federal Rule of Criminal Procedure 53, it is hereby ORDERED AND ADJUDGED as follows:

That the Clerk's Office provide any and all Zoom information connected with the Defendant's Zoom initial appearance on October 18, 2021, to include, but not be limited to, the following:

    a. The audio and video recordings from the Defendant's Zoom initial appearance on October 18, 2021;

    b. A list of all participants in the Zoom initial appearance on October 18, 2021;

    c. Any and all Zoom subscriber information connected with each Zoom participant identified as attending the Zoom initial appearance on October 18, 2021;

    d. Log-in and log-out times for each Zoom participant identified as attending the Zoom initial appearance on October 18, 2021;

e.  IP addresses for each Zoom participant identified as attending the Zoom initial appearance on October 18, 2021; and

f.  Any and all recordings, both audio and video, of each Zoom participant identified as attending the Zoom initial appearance on October 18, 2021.

DONE AND ORDERED at Miami, Florida, on January 31, 2022.

ROBERT N. SCOLA, JR.
UNITED STATES DISTRICT JUDGE

Cc:  Kurt K. Lunkenheimer, AUSA
     Neil Schuster, Esquire