UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-CR-20450-SCOLA

UNITED STATES OF AMERICA

vs.

ALEX NAIN SAAB MORAN, and
ALVARO PULIDO VARGAS,

      Defendants.
_____/

## UNITED STATES' NOTICE OF APPEARANCE

Undersigned counsel hereby files this Notice of Appearance as co-counsel for the United States of America in this case. Please send all notices and inquiries concerning this matter to the undersigned counsel at the address listed below.

    Respectfully submitted,

    JOSEPH S. BEEMSTERBOER
    ACTING CHIEF
    Criminal Division, Fraud Section

By:   /s/ *Jeremy R. Sanders*
      Jeremy R. Sanders
      Florida Special Bar No. A5502214
      Appellate Counsel
      Criminal Division, Fraud Section
      United States Department of Justice
      1400 New York Ave., NW
      Washington, DC  20005
      Tel: (202) 616-2650
      Email: jeremy.sanders@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 5, 2022, the undersigned electronically filed the foregoing document, United States' Notice of Appearance, with the Clerk of the Court using CM/ECF.

/s/ Jeremy R. Sanders
Jeremy R. Sanders
Appellate Counsel
Criminal Division, Fraud Section
United States Department of Justice