IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff<br><br>    v.<br><br>ALEX NAIN SAAB MORAN,<br><br>  Defendant. | Case No. 19-20450-CR-Scola |

**NOTICE OF TEMPORARY APPEARANCE**
**ON BEHALF OF DEFENDANT ALEX NAIN SAAB MORAN**

    Elizabeth Foley hereby enters a temporary appearance as attorney for Defendant Alex Nain Saab Moran. Pursuant to Local Rule 88.7, Counsel notifies this Court that the undersigned appearance is a temporary appearance through a decision by this Court on the issue of whether the Defendant is a foreign diplomat and immune from prosecution. (ECF 102)

    Counsel states that Neil M. Schuster has entered a permanent and unconditional appearance as counsel and has been retained for trial and appeal. Both the Defendant and permanent counsel consent to this temporary appearance.

Date: June 15, 2022

*s/ Elizabeth Foley*
Elizabeth Foley
Florida Bar No. 0092380
Baker & Hostetler LLP
Washington Square, Suite 1100
1050 Connecticut Ave., NW
Washington, DC 20036
efoley@bakerlaw.com
(T) (202) 861-1619
(F) (202) 861-1783
*Counsel for Alex Nain Saab Moran*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 15, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*s/ Elizabeth Foley*
Elizabeth Foley
