United States District Court
Southern District of Florida

| | |
|---|---|
| United States of America, Plaintiff | ) ) ) |
| v. | ) ) Criminal Case No. 19-20450-CR-Scola ) |
| Alex Nain Saab Moran, Defendant. | ) ) ) |

### Order on Defendant's Motion to Permit Witness Testimony by Videoconference

This cause is before the Court upon Defendant Alex Nain Saab Moran's motion to permit videoconference testimony at the evidentiary hearing set for December 12, 2022 on his forthcoming motion to dismiss. (ECF No. 127.)

Saab Moran seeks leave of Court to present via Zoom the testimonies of two individuals who are located in Venezuela and are unable to provide in-person testimony for multiple reasons, including visa processing timelines.

For the reasons stated on the record, the Court **grants** Saab Moran's motion. (**ECF No. 127**.) The Court **orders** the parties to promptly meet and confer concerning the safeguards and logistics necessary to ensure the integrity of the witnesses' testimony. No later than **October 21, 2022**, the parties must file a Joint Status Report detailing the safeguards and logistical considerations they have agreed to, plus any unresolved matters concerning these witnesses' testimony.

The parties may file the Joint Status Report under seal should they deem it necessary to ensure the integrity of the witnesses' testimony. However, if filing under seal, the parties must also contemporaneously file a redacted unsealed version of the Joint Status Report.

**Done and ordered** in Miami, Florida, on September 21, 2022.

_____
Robert N. Scola, Jr.
United States District Judge