IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>ALEX NAIN SAAB MORAN, *et al.*,<br>Defendants. | Case No. 19-20450-CR-Scola<br>EXPEDITED MOTION |

**DEFENDANT'S EXPEDITED AND UNOPPOSED MOTION FOR ENLARGEMENT OF BRIEFING PAGE LIMITATIONS**

Defendant Alex Nain Saab Moran ("Defendant" or "Mr. Saab") respectfully submits this Motion and the attached order pursuant to L.R. 7.1(c)(2) seeking an enlargement of the page limitations with respect to the Parties' upcoming briefing on the issue of diplomatic immunity. Further, as Mr. Saab's opening brief is due on October 17, 2022, Defendant respectfully seeks, pursuant to L.R. 7.1(d)(2), expedited consideration by October 7, 2022, in order to utilize the Court's ruling in preparation of his opening brief. Counsel for Mr. Saab has conferred with counsel for the government, who does ***not*** oppose the relief requested herein.

*Relief Requested*. Counsel for Mr. Saab has conferred with counsel for the government, and proposes the following page limitations for the Parties' respective papers:

| | |
|---|---|
| **Defendant's Opening Brief:** | **35 pages** |
| **Government's Opposition Brief:** | **35 pages** |
| **Defendant's Reply Brief:** | **17 pages** |
| **Government's Sur-reply Brief:**[1] | **12 pages** |

[1] "If, and only if, the Defendant's reply raises issues not raised in the Government's response to motion . . ." *See* Order, ECF No. 137 (Sept. 14, 2022).

The Court has also scheduled post-hearing briefing from Mr. Saab and the government due on December 23, 2022. Mr. Saab suspects that the Parties may require additional space for presentation of that briefing, but does not make any specific request at this time pending the evidentiary hearing scheduled to begin on December 12, 2022. *See* Order, ECF No. 137 (Sept. 14, 2022).

*Expedited Consideration is Warranted*. As noted above, Mr. Saab respectfully requests a ruling on this Motion on an expedited basis by October 7, 2022. Mr. Saab's Opening Brief is due on October 17, 2022. In light of the nature of the issues and factual record to be developed, it is apparent that twenty pages, *cf.* L.R. 7.1(c)(2), will be insufficient. In order for counsel to continue preparation of the opening brief with the benefit of the Court's ruling on this Motion, expedited consideration is warranted. *See* L.R. 7.1(d)(2).[2] In addition, this motion is submitted without opposition. Accordingly, no further briefing is necessary or pending.

*Page Enlargements are Warranted*. This is a complex case, where the Defendant has asserted entitlement to diplomatic immunity that mandates prompt dismissal of the prosecution. These issues were first raised in January 2021, whereafter the case went to the Eleventh Circuit on the issue of fugitive disentitlement. Following briefing and appeal, the Eleventh Circuit remanded to this Court "to consider in the first instance whether Saab Moran is a foreign diplomat immune from prosecution." Case No. 21-11083, Opinion at *6 (11th Cir. May 2, 2022). Further, as the Court of Appeals observed, "the parties did not have the opportunity to fully develop the record, and the district court did not have the opportunity to weigh the evidence. . . ." *Id.* at *5-6.

To date, the Parties have already engaged in multiple rounds of motion practice including with respect to document discovery and witness appearances. This case will require extensive factual development, presentation of witness testimony, potential experts, and important issues of law that underpin the basis for dismissal. Indeed, the Court has set aside multiple days for the

[2] Defendant is cognizant of the Southern District of Florida's CM/ECF Administrative Procedure Rule 3I(1), which requires a party to submit the proposed document as a PDF attachment to the motion, but respectfully submits that good cause exists for the Court to consider this motion without the finalized opening brief, which is due October 17, 2022. Defendant seeks to make this Motion before the filing deadline to ensure Defendant may act in accordance with any page limit granted by the Court in a timely manner.

evidentiary hearing alone. It is anticipated that Defendant's opening brief will include significant factual recitation, with many supporting exhibits to be summarized and explained.

Because both the facts and the law must be developed thoroughly, the proposed relief is designed to do so, allowing both Parties sufficient opportunity to address the full scope of these factual and legal issues. Further, developing the written record will aid in having a more efficient and streamlined evidentiary hearing.

WHEREFORE, Defendant respectfully requests that the Court enter an order granting the Parties excess pages for the upcoming diplomatic immunity motion to dismiss briefing as detailed herein and in the attached proposed order.

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 88.9**

Undersigned counsel has conferred with counsel for the government pursuant to Local Rule 88.9. Counsel for the government does not oppose to the relief requested herein.

Dated: October 4, 2022

Respectfully submitted,

BAKER & HOSTETLER LLP

/s/ *Lindy K. Keown*
Lindy K. Keown (FL: 117888)
200 South Orange Avenue
Suite 2300
Orlando, Florida 32801
Tel: (407) 649-4000
lkeown@bakerlaw.com

/s/ *David B. Rivkin, Jr.*
David B. Rivkin, Jr. (*pro hac vice*)
Elizabeth Price Foley (FL: 92380)
Jonathan R. Barr (*pro hac vice*)
1050 Connecticut Avenue, N.W.
Suite 1100
Washington, DC 20036
Tel: (202) 861-1500
drivkin@bakerlaw.com

efoley@bakerlaw.com
jbarr@bakerlaw.com

Jonathan B. New (*pro hac vice*)
45 Rockefeller Plaza
11th Floor
New York, New York 10111
Tel: (212) 589-4200
jnew@bakerlaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 4, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Lindy K. Keown*
Lindy K. Keown