IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALEX NAIN SAAB MORAN, *et al.*,<br><br>Defendants. | Case No. 19-20450-CR-Scola |

**(PROPOSED) ORDER GRANTING ALEX NAIN SAAB MORAN'S
<u>MOTION TO DISMISS THE INDICTMENT</u>**

This cause has come before the Court on the Defendant Alex Nain Saab Moran's Motion To Dismiss The Indictment, ECF No. _____. This Court having considered the Motion and all related briefing, it is hereby ORDERED AND ADJUDGED that:

1. The Motion is GRANTED.

2. The Government shall immediately release Alex Nain Saab Moran from custody.

DONE AND ORDERED at Miami, Florida, on _____ ____, 2022.

                                                                                        _____
                                                                                        Robert N. Scola, Jr.
                                                                                        United States District Judge