IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

ALEX NAIN SAAB MORAN, *et al.*,

Defendants.

Case No. 19-20450-CR-Scola

## DECLARATION OF RICHARD L. ASHENOFF

1.      I, **RICHARD L. ASHENOFF**, am the CEO of Ashenoff & Associates, a

Florida-based Investigative Agency. I have performed investigations since 1986 and became

a board-certified Criminal Defense Investigator in 2000. I have been a member of the

National Association of Legal Investigators since 1993. I am a Life Member of the World

Association of Detectives. I am a certified process server for the Eleventh Judicial Circuit of

Miami Dade County.

2.      I provide services to include litigation support, due diligence and background

investigations.

3.      I have personal knowledge of the facts set forth in this declaration. I am above

the age of eighteen and would be competent to testify at trial to the information contained

herein. I am fluent in English and Spanish.

4.      I have been retained by and currently assist the law firm of Neil M. Schuster,

P.A. in this matter.

5.      As part of my services, on August 30, 2022, photographs were sent from an

Apple iCloud account directly to my Apple 12 Pro mobile number. After receiving them, I

saved them to an album on my iPhone. I then was able to view the metadata associated with

each photograph. I then took a snapshot of the details contained on the photographs. Once



this was completed, the photographs were then transferred to a USB hub and forwarded to counsel.

6.      I reviewed the photographs and associated metadata. I did not alter or manipulate the digital photographs or associated metadata in any way. My snapshot did not alter or manipulate the digital photographs or associate metadata in any way.

7.      I have attached here three photographs identified during my review, described below with the metadata information gathered.

8.      I conclude that the digital photographs described below were taken with an Apple iPhone 10.

9.      **Exhibit A**, file name "IMG_1372.JPEG" which reflects a date of March 10, 2020, and a time of 3:43am.[1] **Exhibit B**, file name "IMG_1375.JPEG" which reflects a date of March 10, 2020, and a time of 3:43am. **Exhibit C**, file name "IMG_1381.JPEG" which reflects a date of March 10, 2020, and a time of 3:46am.

10.     Based on my review of the metadata available on each of the digital photographs described above, I conclude that the iPhone used to take the digital photographs did not have its location monitoring function enabled at the time that the digital photographs described above were taken.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on __October 14__, 2022

__Miami__, Florida

_____
Richard L. Ashenoff

_____
[1] My understanding is that if the phone's settings are to VET, which is Venezuelan Standard Time, time stamps of approximately 3:45 am would correspond to late morning in Tehran, Iran (IRST, or Iran Standard Time).

2

# EXHIBIT A



# EXHIBIT B



# EXHIBIT C

IMG_1381.JPEG



Info

IMG_1381

March        10        2020

2        46        AM

Add a description

Size Info
4032 x 3024   1.8 MB   72 dpi   24 bit

Device Info
Apple    iPhone X    4 mm    f/1.8    1/15 sec
ISO 64    EXP 0    No flash, auto

Source
This PC

Folder Path
D:\