IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALEX NAIN SAAB MORAN, *et al.*,<br><br>Defendants. | Case No. 19-20450-CR-Scola |

**<u>DECLARATION OF JUAN CARLOS ARRIECHE GRANADILLO</u>**

[*Illegible signature*]
DR. DEMETRIOS SIERRA
LAWYER
REGISTRATION 137.049

**EIGHTH PUBLIC NOTARY OF THE CHACAO MUNICIPALITY**
**Received on**
**Form** 38/87
**Fixed for the day**
**Fees Paid** 44/230

# STATEMENT OF JUAN CARLOS ARRIECHE GRANADILLO

1. I, JUAN CARLOS ARRIECHE GRANADILLO, Venezuelan, holder of the identity card No. 12.850, active member of the Bolivarian National Guard of Venezuela. I have served in the Venezuelan armed forced for twenty-five years. I am employed and paid by the Venezuelan armed forces.

2. I declare that I have personal knowledge of the facts set out in this statement. I am of legal age and competent to testify at the trial of Alex Nain Saab Moran.

3. I have known Alex Nain Saab for approximately twelve years providing security and protection since he has worked with the Venezuelan government in the carrying out of crucial activities for the nation. For the last four years my task has been to serve as Head of Security for Alex Nain Saab Moran and his family. In this role I have been responsible for all the aspects in relation to the security protocol of the Saab Family and supervised a security team. Mr. Alex Saab and the Saab family have benefited from State security since 2018 because he is a diplomatic official in the capacity of special envoy for Venezuela appointed by the Venezuelan Chancellery.

4. In general, around 90% of my time is spent in dealing directly with Mr. Saab and his family, which includes accompanying him to meetings with government officials and other travel within Venezuela.

5. I know that Mr. Saab is a Diplomatic Envoy because on various occasions I have seen his diplomatic passport. I have also been responsible for the transport preparations (for example, flights) when Mr. Saab travelled on behalf of the Venezuelan Government.

6. As part of my duties, in June 2020, I accompanied Mr. Saab to a meeting with representatives of the Iranian embassy in Caracas. Specifically, on 11 June 2020 I accompanied Mr. Saab to the presidential residence. I know that the meeting was with Iranians, specifically with the Ambassador and his staff because on arriving at the delegation I observed his diplomatic vehicles and spoke to his security detail.



7. In addition to Mr. Saab, I noticed that President Maduro and the First Lady, Cilia Flores also attended the meeting in view of the presence of their security teams.

8. The meeting on 11 June 2020 lasted approximately two hours, it was at the end of the afternoon. After the meeting I accompanied Mr. Saab back to his residence so that he could prepare for a flight he was planning to make to Iran.

9. This same night, upon the instructions of Mr. Saab, I returned to the Presidential Palace to collect three (3) official sealed enveloped which contained documents, I returned with them to Mr. Saab's residence. At this time, I understood that he intended to leave to Iran at approximately 10:00 the following morning.

10. The three items I collected were in three white enveloped bearing government shields. I observed that one of the shields was a golden colour and the other was multi-coloured. The envelopes were marked as "from the Presidency" and "from the Vice-Presidency". I took them directly to Mr. Saab when I returned to his residence.

11. I saw the envelopes again the following day in Mr. Saab's briefcase. One of my duties was to assist Mr. Saab with his luggage for the journey and I had to ensure that he had everything he needed. To do this, I checked his briefcase to make sure that he had his telephones, the money he needed to travel, his medication, the travel documents and the documents I collected the previous night from the Presidential residence. After checking his briefcase, I took him to the airport. I took Mr. Saab on board his aircraft.

12. It was a very small briefcase that was used for small items and his personal belongings. Mr Saab had a larger suitcase for clothes and other travelling necessities. I also carried this suitcase onto the plane.

13. The money in Mr. Saab's briefcase was in the form of cash, arranged in bundles and all wrapped up together.

14. I was at the airport and I saw Mr. Saab's plane leave to Iran that morning of 12 June 2020. This was the last time I saw Mr. Saab in person.



The above was made in accordance with 28 U.S.C. Section 1746, I state, under penalty of perjury under the laws of the United States of America, that what is stated above is true and accurate.

Caracas-Venezuela on the date of his attendance.

[*Illegible signature and stamps*]

**Juan Carlos Arrieche Granadillo**



DR. DEMETRIOS SIERRA
ABOGADO
INPREABOGADO 137.049

NOTARIA PUBLICA OCTAVA DEL
MUNICIPIO AUTONOMO CHACAO
Recibido el _____
Planilla _____ 38187
Fijado para el día _____
Derechos Arancelarios _____

## DECLARACIÓN DE JUAN CARLOS ARRIECHE GRANADILLO

1. Yo, JUAN CARLOS ARRIECHE GRANADILLO, venezolano, titular de la cédula de identidad Nro.12.850.322, miembro activo de la Guardia Nacional Bolivariana de Venezuela. He servido en las fuerzas armadas venezolanas durante veinticinco años. Soy empleado, y estoy remunerado por las fuerzas armadas venezolanas.

2. Declaro que tengo conocimiento personal de los hechos expuestos en esta declaración. Soy mayor de edad y competente para testificar en el juicio sobre Alex Nain Saab Morán.

3. Conozco a Alex Nain Saab Moran hace aproximadamente doce años prestando seguridad y acompañamiento desde que trabajaba con el gobierno venezolano en el desarrollo de actividades cruciales para la nación. Durante los últimos cuatro años mi misión ha sido servir como Jefe de Seguridad de Alex Nain Saab Morán y su familia. En esta función he sido responsable de todos los aspectos en relación al protocolo de seguridad de la Familia Saab y superviso un equipo de seguridad. El Sr. Alex Saab y la Familia Saab cuentan con la seguridad del Estado desde el año 2018 porque es un funcionario diplomático en calidad de enviado especial de Venezuela, nombrado por la cancillería venezolana.

4. En general, alrededor del 90% de mi tiempo lo dedico a ocuparme directamente del Sr. Saab y su familia, lo cual incluye el acompañamiento a reuniones con funcionarios del gobierno y otros viajes dentro de Venezuela.

5. Sé que el Sr. Saab es un Enviado Diplomático porque he visto su pasaporte diplomático en varias ocasiones. También he sido responsable de los preparativos de transporte (por ejemplo, los vuelos) cuando el Sr. Saab viajaba en nombre del Gobierno Bolivariano.

6. Como parte de mis funciones, en junio de 2020 acompañé al Sr. Saab a una reunión con representantes de la Embajada iraní en Caracas. Particularmente, el 11 de junio de 2020 acompañé al Sr. Saab a la residencia presidencial. Sé que la reunión era con iraníes, específicamente con el Embajador y su comitiva, porque vi llegar a la delegación, observé sus vehículos diplomáticos y hablé con sus escoltas de seguridad.



7. Además del Señor Saab, me consta que el Presidente Maduro y la Primera Dama Cilia Flores asistieron a la reunión por la presencia de sus equipos de seguridad.

8. La Reunión del 11 de junio de 2020 duró aproximadamente dos horas y fue al final de la tarde. Tras la reunión, acompañé al Sr. Saab de vuelta a su Residencia para que se preparara para un vuelo que pretendía tomar a Irán.

9. Esa misma noche, siguiendo las instrucciones del Sr. Saab, volví a la Residencia Presidencial para recoger tres (3) sobres oficiales cerrados que contenían documentos, volví con ellos a la Residencia del Sr. Saab. En ese momento, me enteré de que tenía la intención de partir hacia Irán aproximadamente a las 10:00 de la mañana del día siguiente.

10. Los tres objetos que recogí estaban en sobres blancos con escudos del Gobierno. Observé que uno de los escudos era color dorado y el otro era de varios colores. Los sobres estaban marcados como "de la Presidencia" y "de la Vicepresidencia". Se los entregué directamente al Sr. Saab cuando regresé a su residencia.

11. Volví a ver los sobres al día siguiente en el maletín del Sr. Saab. Una de mis obligaciones era ayudar a verificar al Sr. Saab su equipaje para el viaje y debía asegurarme de que tiene todo lo que necesita. Para ello, revisé su maletín para asegurarme de que tenía sus teléfonos, el dinero que necesitaba para el viaje, sus medicamentos, los documentos de viaje y los documentos que recogí la noche anterior de la Residencia presidencial. Después de revisar su maletín, me lo llevé al aeropuerto. Se lo entregué al Sr. Saab a bordo de su avión.

12. Se trata de un maletín más pequeño que se utiliza para los objetos pequeños y los efectos personales. Además, el Sr. Saab tenía un equipaje más grande para la ropa y otras necesidades de viaje. También cargué esa maleta en el avión.

13. El dinero colocado en el maletín del Sr. Saab era en forma de dinero en efectivo, dispuesto en fajos y envuelto todo junto. 

14. Estaba en el aeropuerto y vi cómo el avión del Sr. Saab partía hacia Irán aquella mañana del 12 de junio de 2020. Esa fue la última vez que vi al Sr. Saab en persona.



Lo anterior se realiza de conformidad con el 28 U.S.C. § 1746, declaro bajo pena de perjurio en virtud de las leyes de los Estados Unidos de América que lo anterior es cierto y correcto.

Caracas-Venezuela a la fecha de su presentación.

Juan Carlos Arrieche Granadillo



**Vicepresidency of the Bolivarian.
Republic of Venezuela**

**Issue Date    14/10/2022**    212    and 163

The Single Banking Form (PUB) has a period of ten continuous days within which to be paid. Once the respective payment has been made, it has a non-extendible period of thirty (30) days to present the document. After this period, the PUB is void and a new PUB must be issued in order to conclude the process, with the amount needing to be paid again.



38/87

| SINGLE BANKING FORM (PUB) | Form No: **070-00335601** |
|---|---|

| | |
|---|---|
| [BAR CODE] | 44/230 |
| TYPE OF DOCUMENT **AUTHENTICATION SWORN DECLARATION** | |
| Given name and Surname of the Applicant **JUAN ARRIECHE** | Control Number: 488-0000-0000 |

| ID/RIF/Passport of the Applicant **V-12850322** | **Form of Payment** | **Cheque No./ Approval** | **Amount (Bs.F.)** |
|---|---|---|---|
| Given name and Surname of the Depositor | Cash amount Cheque same Bank | | |
| Signature of the Depositor | Point of sale Payment by internet | | |
| ZERO SOVEREIGN BOLIVARS WITH ZERO CENTIMES | | **Total amount** | **0.00** |

| SOLELY FOR USE BY SAREN | | | | |
|---|---|---|---|---|
| | **ISSUING OFFICIAL** | **RECEIVING OFFICIAL** | **REVISING OFFICIAL** | **REGISTRAR/ NOTARY** |
| Given names and surnames | | | | |
| Identity Card | | | | |
| Position | | Dr. Luis Alfredo Ramirez Montsalve Incumbent notary Code 070 Eighth Public Notary of the Chacao Municipality of the Miranda State | | |
| Date | | | | |
| Signature | | | | |

**Office Seal**       **Collecting Banks**       **Seal and Signature of the Bank**

  0003   - Banco Industrial de Venezuela
  0007   - Banco Bicentenario
  0102   - Banco de Venezuela
  0163   - Banco del Tesoro
  0108   - Banco Provincial

TRANSFER    0.00
TRANSPORT   0.00
For Notary Use Only
**EIGHTH PUBLIC NOTARY OF THE CHACAO MUNICIPALITY OF THE MIRANDA STATE**
OBSERVATIONS





Vice-Presidency of the Bolivarian
Republic of Venezuela

**THE BOLIVARIAN REPUBLIC OF VENEZUELA. VICE-PRESIDENCY OF THE BOLIVARIAN REPUBLIC OF VENEZUELA. AUTONOMOUS DEPARTMENT OF RECORDS AND NOTARIES (SAREN). PUBLIC NOTARY EIGHT OF THE CHACAO AUTONOMOUS MUNICIPALITY OF MIRANDA STATE. 14/10/2022,** 212 and 163. The above document drafted by the Lawyer **DEMETRIOS SIERRA**, registered in the *Instituto Prevísion de Abogados* under **No. 137.049**, was presented for its authentication and return in accordance with the Single Banking Form No. **070-00335601** and Notary Form No. **038187** dated **14.10/2022**. The following parties were present **JUAN CARLOS ARRIECHE GRANADILLO**, of **VENEZUELAN** nationality, of legal age, residing in **CARACAS**, of **SINGLE** civil status and the holder of Identity Card Number: **V.-12.850.322**. After reading the **SWORN DECLARATION** document, the parties in the presence of the Notary stated: "**ITS CONTENT IS TRUE AND OUR SIGNATURES APPEAR AT THE BOTTOM OF THE DEED**". On this basis, the Notary declared this Document to be authenticated and the original signed copies will form part of the Principal Volume and Duplicate Volume, being inserted under **No. 44 Volume 230** of the Register of Authentications of this Notary Office. Witnesses to this deed were: **STEFANY GAMEZ**, and **NELSON FRANCO**, holders of Identity Card Nos.: **V-21.759.154 and V-6.965.178**, official of this Notary designated for this deed. The Notary states that he read out the provisions of article **78** number **2** of Decree No. **1.422** which sets out the **Status, Validity and Force of law on Registers and Notaries**, published in the Extraordinary Official Gazette No **6.156** dated **19 November 2014** and informed the parties of the content, nature, importance and legal consequences of legal acts or transactions granted in his presence as well as the waivers, reserves, encumbrances and any other aspect which affects the assets or rights referred to in the legal deed or transaction, who consequently stated that they are in full agreement. Having the urgency of the case been sworn, the undersigned notary declares this document to be compliant with article **29** of the referred to Decree No. **1.422**. The undersigned notary states that he has seen: 1. The laminated cards of the parties.

**THE PUBLIC NOTARY**                                                                                                                    **THE PARTIES**

*Dr. Luis Alfredo Ramirez Montsalve*
*Incumbent notary*
*Code 070*
Eighth Public Notary of the
**THE WITNESSES**          Chacao Municipality of the Miranda State

**STEFANY GAMEZ**

**NELSON FRANCO**

**[Illegible signature and stamps]**

_____







**Gobierno Bolivariano de Venezuela**
Vicepresidencia de la República
Bolivariana de Venezuela

Fecha Emisión   14/10/2022   212   y   163

La PUB desde su emisión tiene una vigencia de diez (10) días continuos para ser cancelada. Una vez efectuada la cancelación respectiva, tiene una vigencia de treinta (30) días no prorrogables para presentar el documento. Agotados dichos lapsos, la PUB es nula y deberá emitirse una nueva PUB para realizar el trámite, debiendo cancelarse nuevamente el monto


SAREN

39/87

## PLANILLA UNICA BANCARIA

Número Planilla: **070-00335601**

44/230

| TIPO DE ACTO | **AUTENTICACION** | | |
|---|---|---|---|
| DECLARACIÓN JURADA | | | |

Nombre y Apellido del Solicitante
**JUAN ARRIECHE**

Número Control:   488 - 0000 - 0000

CI / RIF / Pasaporte del Solicitante
**V-12850322**

| Forma de Pago | Nº Cheque / Aprobacion | Monto (Bs.F.) |
|---|---|---|
| Monto Efectivo | | |
| Cheque mismo Banco | | |
| Punto de Venta | | |
| Pago por Internet | | |

Nombre y Apellido del Depositante

CI / RIF / Pasaporte del Depositante

Firma del Depositante

CERO BOLIVARES SOBERANOS CON CERO CENTIMOS.

Monto Total   **0,00**

### SOLO PARA USO DEL SAREN

| | FUNCIONARIO EMISOR | FUNCIONARIO RECEPTOR | FUNCIONARIO REVISOR | REGISTRADOR / NOTARIO |
|---|---|---|---|---|
| Nombres y Apellidos | | | | |
| Cédula de Identidad | | | | |
| Cargo | David Velasquez CI 6...  Escribiente | Dana Vi... CI 6... Escribiente | Dr. Luis Alfredo Ramirez Monsalve Notario Titular Cod. 070 Notaria Publica Octava del Municipio Chacao del Estado Miranda | |
| Fecha | | | | |
| Firma | | | | |

Sello de la Oficina

Bancos Recaudadores
0003 - Banco Industrial de Venezuela
0007 - Banco Bicentenario
0102 - Banco de Venezuela
0163 - Banco del Tesoro
0108 - Banco Provincial

Sello y Firma del Banco

TRASLADO   0,00
TRANSPORTE   0,00
Solo para Uso de la Oficina Notarial
**NOTARIA PUBLICA OCTAVA DEL MUNICIPIO CHACAO DEL ESTADO MIRANDA**
OBSERVACIONES




**Gobierno Bolivariano de Venezuela**
Vicepresidencia de la República Bolivariana de Venezuela


SAREN

REPÚBLICA BOLIVARIANA DE VENEZUELA. VICEPRESIDENCIA DE LA REPUBLICA BOLIVARIANA DE VENEZUELA. SERVICIO AUTÓNOMO DE REGISTROS Y NOTARÍAS (SAREN). NOTARÍA PÚBLICA OCTAVA DEL MUNICIPIO AUTÓNOMO CHACAO DEL ESTADO MIRANDA, **14/10/2022** 212º y 163º. El anterior documento redactado por la Abogada **DEMETRIOS SIERRA**, inscrita en el Instituto de Previsión Social del Abogado bajo el Nº **137.049**, fue presentado para su autenticación y devolución según Planilla Única Bancaria (PUB) Nº **070-00335601** y Planilla Notarial Nº **038187** de fecha **14/10/2022**. Presentes sus otorgantes **JUAN CARLOS ARRIECHE GRANADILLO**, de nacionalidad: **VENEZOLANA**, mayores de edad, domiciliados en: **CARACAS**, de estado civil: **SOLTERO** y titular de la Cedula de Identidad número: **V.-12.850.322**. Leído el documento de DECLARACION JURADA, los otorgantes en presencia del Notario expusieron "**SU CONTENIDO ES CIERTO Y NUESTRAS LAS FIRMAS QUE APARECEN AL PIE DEL INSTRUMENTO**". El Notario en tal virtud declara legalmente Autenticado el presente Documento y las copias firmadas en originales formarán el Tomo Principal y el Tomo Duplicado, quedando inserto bajo el Nº **44** Tomo **230** de los Libros de Autenticaciones llevados en esta Notaría. Actuaron como testigos instrumentales: **STEFANY GAMEZ**, y **NELSON FRANCO**, titulares de las cédulas de identidad Nos.: **V-21.759.154** y **V-6.965.178**, funcionarios de esta Notaría designados para este acto. El Notario hace constar que ha dado lectura al artículo 78 numeral 2 del Decreto N° **1.422**, mediante el cual se dicta el **Decreto con Rango, Valor y Fuerza de Ley de Registros y del Notariado**, publicado en la Gaceta Oficial Nº **6.156** Extraordinario, de fecha **19 de noviembre de 2014** e informó a las partes del contenido, naturaleza, trascendencia y consecuencias legales de los actos o negocios jurídicos otorgados en su presencia, así como de las renuncias, reservas, gravámenes y cualquier otro elemento que afecten los bienes o derechos referidos en el acto o negocio jurídico, el cual manifiesta en consecuencia su plena conformidad. Jurada la urgencia del caso el notario que suscribe declara habilitado el presente documento conforme el artículo 29 del referido Decreto N° **1.422**. El Notario que suscribe hace constar que tuvo a la vista: 1.- cédulas laminadas de los otorgantes.-

EL NOTARIO PÚBLICO.                                                LOS OTORGANTES.

Dr. Luis Alfredo Ramírez Monsalve
Notario Titular
Cod. 070
Notaría Pública Octava del
Municipio Chacao del Estado Miranda

LOS TESTIGOS.

STEFANY GAMEZ

NELSON FRANCO

Servicio Autónomo de Registros y Notarías (SAREN)



15th October 2022

Dear Sirs,

**Re: Spanish into English Certified Translation - LR-1022-542**

Language Reach Limited is a UK-registered professional translation and interpreting company and a fully qualified registered member of The Association of Translation Companies (Member No. 2018ATCR1238). We hereby confirm that we have translated the enclosed document(s) from Spanish into English.

As a responsible translation agency we only employ certified linguists to work with us. We are satisfied with the linguistic accuracy and hereby confirm that the English written translation of the Spanish document(s) represents its fair and accurate linguistic message as intended in the original file(s).

We hereby confirm that this is a true and correct translation and certify the linguistic accuracy.

For more information, please contact Language Reach Limited on +44 (0) 208 677 3775.

Yours sincerely,



**Aniello Attianese**
Senior Account Manager



Registered in England & Wales 07635166 Tel: +44 (0) 208 677 3775 Email: info@languagereach.com
Address: Unit F11B, Parkhall Business Centre, London, SE21 8EN