IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALEX NAIN SAAB MORAN, *et al.*,<br><br>Defendants. | Case No. 19-20450-CR-Scola |

**DECLARATION OF KENDALL WANGSGARD**
<u>**IN SUPPORT OF MOTION TO DISMISS THE INDICTMENT**</u>

1.  I, **KENDALL WANGSGARD, ESQ.**, am Counsel at the firm of Baker & Hostetler LLP, attorneys for defendant Alex Nain Saab Moran ("Mr. Saab") in the above-captioned matter. I have entered a special/temporary appearance *pro hac vice* as counsel in this matter. *See* ECF No. 15 (Jan. 22, 2021); ECF No. 111 (June 21, 2022). Given my position, I have personal knowledge of the information addressed herein. I am authorized to make this declaration in support of Mr. Saab's motion to dismiss the indictment.

2.  Attached hereto as **EXHIBIT 1** are relevant pages from Mr. Saab's diplomatic passport that identify him as a Special Envoy ("Enviado Especial").

3.  Attached hereto as **EXHIBIT 2** is a document with translation designated as Nota Verbal N°:7041/1206193, dated June 8, 2022.

4.  Attached hereto as **EXHIBIT 3** is a document with translation designated as DM N° 000319, dated April 1, 2020.

5.  Attached hereto as **EXHIBIT 4** is a copy with certifications of the June 11, 2020, letter from Nicolás Maduro Moros to Ayatollah Ali Jamenei.

6.  Attached hereto as **EXHIBIT 5** are copies with certifications of the June 1, 2020, letters from Delcy Rodriguez Gómez to Kazam Khavazi and Sadegh Kharazi.

7. Attached hereto as **EXHIBIT 6** is a document with translation designated DM N° 000789, dated June 3, 2020.

8. Attached hereto as **EXHIBIT 7** is a document with translation designated DM N° 610/458732, dated June 8, 2020, and its acknowledgment, designated I.DVAMOO N° 000120-A.

9. Attached hereto as **EXHIBIT 8** is INTERPOL correspondence, dated June 12, 2020.

10. Attached hereto as **EXHIBIT 9** is a document with translation designated as MPPRIJP/VISIIP/DIGIPOL/2020-N° 0872, dated June 15, 2020.

11. Attached hereto as **EXHIBIT 10** is INTERPOL correspondence, dated June 25, 2020.

12. Attached hereto as **EXHIBIT 11** is INTERPOL correspondence, dated June 30, 2020.

13. Attached hereto as **EXHIBIT 12** is a letter from the government to Counsel of Record, dated August 26, 2022.

14. Attached hereto as **EXHIBIT 13** is a document produced by the government to defense counsel on October 12, 2022, designated as "State_14."

15. Attached hereto as **EXHIBIT 14** is a document produced by the government to defense counsel on October 12, 2022, designated as "State_15."

16. Attached hereto as **EXHIBIT 15** is an authorization to export gold bars with translation.

17. Attached hereto as **EXHIBIT 16** is a certificate of delivery of 80 gold bars with translation.

18. Attached hereto as **EXHIBIT 17** is a letter with translation designated 000811, dated June 13, 2020.

19. Attached hereto as **EXHIBIT 18** is a document with translation designated DM N° 000810, dated June 13, 2020.

20. Attached hereto as **EXHIBIT 19** is a document with translation designated N° 00277/2020, dated June 14, 2020.

21. Attached hereto as **EXHIBIT 20** is a document with translation designated DM N° 000860, dated July 1, 2020.

22. Attached hereto as **EXHIBIT 21** is a document with translation designated DM N° 001158, dated September 25, 2020.

23. Attached hereto as **EXHIBIT 22** is a document with translation designated DM N° 000269, dated March 15, 2021.

24. Attached hereto as **EXHIBIT 23** is a document with translation designated DM N° 000323, dated March 19, 2021.

25. Attached hereto as **EXHIBIT 24** is a document with translation designated No. 00516/2021, dated August 5, 2021, transmitting document Note Verbale No. 00515/2021 in turn transmitting DM N° 711, dated August 3, 2021.

26. Attached hereto as **EXHIBIT 25** is a document with translation designated DM N° 000170, dated October 22, 2021.

27. Attached hereto as **EXHIBIT 26** is a document with translation designated DM N° 000171, dated October 23, 2021.

28. Attached hereto as **EXHIBIT 27** is a document with translation designated DM N° 000187, dated March 21, 2022.

29. Attached hereto as **EXHIBIT 28** is a document with translation designated N° 3436/01/AID, dated January 27, 2021, as sent by N° 3438/01/AID.

30. Attached hereto as **EXHIBIT 29** is a document designated N° 3584/05/AID, dated May 12, 2021, as sent by N° 3588/05/AID.

31. Attached hereto as **EXHIBIT 30** is a document designated N° 3708/08/AID dated August 6, 2021, as sent by N° 3710/08/AID.

32. Attached hereto as **EXHIBIT 31** is a document produced by the government to defense counsel on September 19, 2022, designated as "Email 16."

33. Attached hereto as **EXHIBIT 32** is a document produced by the government to defense counsel on October 12, 2022, designated as "State_08."

34. Attached hereto as **EXHIBIT 33** is a document produced by the government to defense counsel on September 19, 2022, designated as "Email 13."

35. Attached hereto as **EXHIBIT 34** is a document produced by the government to defense counsel on September 19, 2022, designated as "Email 6."

36. Attached hereto as **EXHIBIT 35** is an excerpt from 1 *Oppenheim's International Law*, part II, at § 623, p. 1253 (9th ed. 1996).

37. Attached hereto as **EXHIBIT 36** is a letter from the Department of State filed in No. 8:21-cv-934 (M.D. Fla.).

38. Attached hereto as **EXHIBIT 37** is a service filing made in No. 19-23113-CIV-Scola/Goodman (S.D. Fla.).

39. Attached hereto as **EXHIBIT 38** is an excerpt from Emmerich de Vattel, The Law of Nations or Principles of the Law of Nature Applied to the Conduct and Affairs of Nations and Sovereigns § 81, p. 680 (Luke White ed. 1792).

40. Attached hereto as **EXHIBIT 39** is an excerpt from H.W. Halleck, 1 *Int'l Law, or Rules Regulating the Intercourse of States in Peace & War*, 362 § 32 (3d ed. 1893).

41. Attached hereto as **EXHIBIT 40** is an excerpt from Moore, 4 *A Digest of Int'l Law* 557 (1906).

42. Attached hereto as **EXHIBIT 41** is an excerpt from 4 *Digest of Int'l Law* (Green Haywood Hackworth ed. 1942).

43. Attached hereto as **EXHIBIT 42** is an excerpt from Henry Wheaton, *Elements of International Law* 374 (3d ed. 1863).

44. Attached hereto as **EXHIBIT 43** is a letter with translation from the Cape Verde Attorney General's Office dated June 28, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 17, 2022
Washington, DC

_____
Kendall Wangsgard