# EXHIBIT 1





PASAPORTE Nº
PASSPORT Nº    8063

OBSERVACIONES
COMMENTS

SIMÓN BOLÍVAR

Cargo:  ENVIADO ESPECIAL DEL MINISTERIO
DEL PODER POPULAR PARA
RELACIONES EXTERIORES

REPÚBLICA BOLIVARIANA DE VENEZUELA
PASAPORTE / PASSPORT

Tipo / Type    País Emisor / Issuing State    Pasaporte Nº / Passport Nº
P           VEN                              063

Apellidos / Surnames
SAAB MORAN

Nombres / Given names
ALEX NAIN

Nacionalidad / Nationality
VENEZOLANA                    Cédula de Identidad Nº / Personal Nº

Fecha de Nacimiento / Date of birth
21 / Dic / Dec / 1971         Sexo / Sex
                              M

Fecha de Emisión / Date of issue
21 / Mar / Mar / 2019         Lugar de Nacimiento / Place of birth
                              BARRANQUILLA COL

Fecha de Vencimiento / Date of expiry
22 / Mar / Mar / 2020         Autoridad / Authority

Titular / Holder's signature

21-12-71

P<VENSAAB<MORAN<<ALEX<NAIN<<<<<<<<<<<<<<<<<<
80636VEN                                    <<<<<76



El Gobierno de la República Bolivariana de Venezuela, solicita a las autoridades nacionales y extranjeras, brindar al titular de este pasaporte, las facilidades para su normal tránsito y prestarle en los casos pertinentes, la ayuda y cooperación necesarias; de conformidad a lo establecido en la Constitución de la República Bolivariana de Venezuela, pactos, tratados y convenios internacionales suscritos por nuestra República en esta materia.

The Government of the Bolivarian Republic of Venezuela requests from domestic and foreign authorities, assistance in order to ensure the passport bearer, free transit through the territory and to provide, when applicable, all the necessary aid and cooperation; in accordance with the Constitution of the Bolivarian Republic of Venezuela, international pacts, treaties and agreements to which Venezuela is signatory.

En caso de pérdida o extravío de este pasaporte en el exterior, se agradece enviarlo a las siguientes direcciones: Sedes Diplomáticas o Representaciones Consulares de la República Bolivariana de Venezuela, o informal al Ministerio de Relaciones Exteriores, a través de la página web: www.mre.gob.ve

In the event of loss of this passport abroad, it should be immediately delivered to the nearest office of interior or Diplomatic or Consular agency of the Bolivarian Republic of Venezuela, or inform the Department of Foreign Affairs through its web page www.mre.gob.ve

VISAS

**REGLAMENTO DE PASAPORTES DECRETO N° 611,**
**DE FECHA 10 DE DICIEMBRE DE 1974**

Con base en lo establecido en el artículo 21 del Reglamento de Pasaportes vigentes, el Ministerio del Poder Popular para Relaciones Exteriores podrá "... suspender la validez de un Pasaporte Diplomático o de un Pasaporte de Servicio en cualquier momento, sin que deba exponer razones para justificar tal medida".

Este pasaporte es válido durante el tiempo que el titular desempeñe las funciones del cargo para el cual ha sido nombrado.

BATALLA DE CARABOBO

