# EXHIBIT 5

*(National Flag)* **Bolivarian** Government of Venezuela

Vice-Presidency of the Republic

Republic of Venezuela

**212 and 163**

*(LOGO - SAREN)*

AUTONOMOUS SERVICE OF REGISTRIES AND NOTARIES.

**No. of Procedure: 21301.2022.3.10804**

The Single Bank Balance Sheet (PUB) will be valid for thirty continuous days from its issue, within which payment must be made within the first ten (10) continuous days. Once the user has made the payment, he/she must present the document together with the paid Single Bank Form (PUB), before the expiry of the thirty (30) continuous days already established.

| SINGLE BANK BALANCE SHEET (PUB) | Spreadsheet No: 21310108250<br>Date of Issue: 7 Sept 2022 |
|---|---|

| | |
|---|---|
| **Type of Deed: LEGALISATION OF COMPANIES**<br>**Document: SWORN STATEMENTS**<br><br>**BALANCE SHEET EXONERATED**<br><br>**Name and Surname of Requestor:**<br>**Williams Enrique Flores Hernandez**<br><br>**Requestor's CI/RIF (I.D.) / Passport: V - 18364065**<br><br>**Name and Surname of Depositor:**<br>**Requestor's CI/RIF (I.D.) / Passport:**<br>**Signature of Depositor:** | <br><br><br><br><br><br><br><br><br><br>**Control Number: 488 – 0000 - 0000** |

| | SAREN Fee (Bs.S) | 0 |
|---|---|---|
| **Type of Payment:**<br><br>Deposit ___ Place of Payment ___ Online Payment | Procedure Stamps (Bs.S) | 0.00 |
| | SAREN Legalisation Stamps (Bs.S) | 0.00 |
| | Total Stamps (Bs.S) | 0.00 |
| | TOTAL AMOUNT (Bs.S)   0 | |

**AMOUNT IN WRITING (Bs.S): ZERO BOLIVARS AND ZERO CENTS**

**Office Stamp**
{office telephones}

*Bank Stamp & Signature*

**Collecting Banks**

| | |
|---|---|
| 0003 – Industrial Bank of Venezuela | 0175 – Bicentenario Bank |
| 0102 – Bank of Venezuela | 0108 – Provincial Bank |
| 0163 – Treasury Bank | |

| **FOR SAREN USE ONLY** | | | |
|---|---|---|---|
| **ISSUING EMPLOYEE** | **RECEIVING EMPLOYEE** | **REVIEWING EMPLOYEE** | **REGISTRAR/NOTARY OFFICER** |
| | | | |
| *(Signature – illegible)*<br>*Patricia Lopez*<br>*CLERK*<br>*V – 10,181(illegible)* | *(Signature – illegible)*<br>*Patricia Lopez*<br>*CLERK*<br>*V – 10,181(illegible)* | *(Signature – illegible)*<br>*(illegible)* | *(Signature – illegible)*<br>Att. Carmen S. Valladares<br>Head Registrar (E)<br>C.I.(I.D.) V – 14,835,259 |
| | | | |

**Security Code: YIWb11CUmKGVoJWaUZiflZGil6JQmqNQmw==**

*(Stamp)* **BOLIVARIAN REPUBLIC OF VENEZUELA**
**VICE-PRESIDENCY OF THE REPUBLIC**
**SAREN 213**
**OFFICE SECRETARY**
**AUTONOMOUS SERVICE OF REGISTRIES AND NOTARIES**



*(National Flag)* **Bolivarian** Government of Venezuela
Vice-Presidency of the Republic

Republic of Venezuela                    **Issue Date: 07/09/2022**              212 and 163
                                                                                *(SAREN – Logo)*

The Single Bank Form (PUB) from its issuance has a validity of ten (10) continuous days to be cancelled. Once the respective cancellation has been made, it is valid for thirty (30) days, extendable, to present the document. Once said lapses have been exhausted, the Single Bank Form (PUB) is null and a new one must be issued, to carry out the process, and the amount must be cancelled again.

*(hand-written) 37169*

| SINGLE BANK BALANCE SHEET (PUB) | **Spreadsheet No:** | **070 - 00334515** |
|---|---|---|

| | | |
|---|---|---|
| *(Bar Code)* | | |
| TYPE OF ACT **AUTHENTICATION** <br><br> **SWORN DECLARATION** | *(handwritten:)* **39/210** | |
| Name & Last name of Applicant <br><br> **WILLIAMS FLORES** | **Control Number: 488 – 0000 - 0000** | |

| CI / RIF / Passport No. of Applicant <br> **V - 18364065** | **Type of Payment** | **Check No./Approved** | **Amount (Bs.F.)** |
|---|---|---|---|
| Name & Last Name of Depositor | Effective Amount | | |
| CI / RIF / Passport No. of Depositor | Cheque from same bank | | |
| | Place of Sale | | |
| Signature of Depositor | Paid Online | | |
| ZERO BOLIVARS AND ZERO CENTS. | **Total Amount** | | **0.00** |

| FOR SAREN USE ONLY | | | | |
|---|---|---|---|---|
| | **ISSUING EMPLOYEE** | **RECEIVING EMPLOYEE** | **REVIEWING EMPLOYEE** | **REGISTRAR/NOTARY OFFICER** |
| Name & Last Names <br> I.D. Document <br> Responsibility <br> Date | *David Velasquez* <br> *C.I. 6 513 948* <br> *Clerk* | *David Velasquez* <br> *C.I. 6 513 948* <br> *Clerk* | *(Signature – illegible)* <br> Dr Luis Alfredo Ramirez Monsalve <br> Head Notary Officer <br> Code 070 <br> 8th PUBLIC NOTARY OFFICE OF THE MUNICIPALITY OF CHACAO IN THE STATE OF MIRANDA | |
| Signature | | | | |

*(Left-hand margin Stamps)*
**BOLIVARIAN REPUBLIC OF VENEZUELA**
**VICE-PRESIDENCY OF THE REPUBLIC**
**SAREN 213**
**OFFICE SECRETARY**
**AUTONOMOUS SERVICE OF REGISTRIES AND NOTARIES**

**Office Stamp**                     **Collecting Banks**                 *Bank Stamp & Signature*
                            **0003 – Industrial Bank of Venezuela**
                            **0007 – Bicentennial Bank**
                            **0102 – Bank of Venezuela**
                            **0163 – Treasury Bank**
                            **0108 – Provincial Bank**



TRANSFER          0.00
TRANSPORT         0.00
Only for Notary Office Use
**8th PUBLIC NOTARY OFFICE OF THE MUNICIPALITY OF CHACAO IN THE STATE OF MIRANDA**
OBSERVATIONS

**VICE-PRESIDENT OF THE BOLIVARIAN REPUBLIC OF VENEZUELA**

SPREADSHEET No. 037169

SINGLE BANK FORM (PUB)     No. 00334515

DATE: 7th SEPTEMBER 2022     TIME: 12:06:14 P.M.

**AUTONOMOUS SERVICE OF REGISTRIES AND NOTARIES (SAREN) RIF: G – 20008387 - 5**

**8th PUBLIC NOTARY OFFICE OF THE MUNICIPALITY OF CHACAO IN THE STATE OF MIRANDA**

Address: AV. FRANCISCO DE MIRANDA, EDIF. GALERIA MIRANDA, MEZZANINA, CHACAO

Tel. No.: (0212) 265.20.70

---

### NOTARY RIGHTS SETTLEMENT FORM

DOCUMENT: 039          VOLUME: 0210          PAGE: 130          ITEM: 132

GRANTING:  Date: 12th September 2022          Time:

---

We have received from Citizen:     **WILLIAMS FLORES**

Tel:     1          R.I.F. No.     -     -          I.D. No. V - 18364065

ADDRESS:

THE AMOUNT OF: ZERO VENEZUELAN BOLIVARS AND ZERO CENTS.

TYPE OF OPERATION:     SWORN DECLARATION

---

| Corresponding to the payment of Fees according to that stipulated under | Venezuelan Bolivars |
|---|---|
| Prov. Ad. No. 04, Art. No. 05, Par. 6 dated 20th January 2022     AUTHENTICATION | 0.00 |
| Prov. Ad. No. 04, Art. No. 05, Par. 15 dated 20th January 2022 | |
| Prov. Ad. No. 04, Art. No. 05, Par. 6 dated 20th January 2022 | |
| Prov. Ad. No. 04, Art. No. 05, Par. 13 dated 20th January 2022 | |
| Prov. Ad. No. 04, Art. No. 05, Par. 12 dated 20th January 2022 | |
| Prov. Ad. No. 04, Art. No. 05, Par. 5 dated 20th January 2022 | |
| | 0.00 |
| | 0.00 |
| Venezuela Bolivars | - |
| TAXES: | 0.00 |
| TOTAL | 0.00 |

NO CAUSE.

---

To sign you need to present the Valid Identity Document

Observations:

The Document may not be granted after the 30 days from the date of presentation.



15/09/2022

REG:07635166

*(National Flag)* **Bolivarian** Republic of Venezuela | Vice-Presidency of the Bolivarian Republic of Venezuela | General Management | 200 Battle of CARABOBO

# CERTIFICATION

The undersigned, **WILLIAMS ENRIQUE FLORES HERNANDEZ**, holder of Identity Card No. 18,364,065, in my capacity as Coordinator of the Archives of the Office of the Vice-President of the Bolivarian Republic of Venezuela, hereby **CERTIFY** that the attached documents are as follows: **1. -** Dispatch VP – 2020 - 000101, dated 1 June 2020, signed by the Executive Vice-President of the Bolivarian Republic of Venezuela, Delcy Rodriguez Gomes and addressed to Mr. Kazam Khavazi, Minister of Agriculture of the Islamic Republic of Iran; **2. -** Dispatch VPB - 2020 - 000106, dated 1 June 2020, signed by the Executive Vice-President of the Bolivarian Republic of Venezuela, Delcy Rodriguez Gomez and addressed to Mr. Sadegh Kharazi, Senior Adviser to the Vice-President of the Islamic Republic of Iran; are a **TRUE AND EXACT COPY OF THE ORIGINALS** on file at the Archives of the Vice-Presidency of the Bolivarian Republic of Venezuela.

In Caracas, on the fifth (5th) day of the month of September in the year 2022.

*(Signature – Williams Flores)*

## WILLIAMS ENRIQUE FLORES HERNÁNDEZ
Archive Coordinator
Vice-Presidency of the Bolivarian Republic of Venezuela

*(Stamp)*
BOLIVARIAN REPUBLIC OF VENEZUELA
General Manager

Avenida Urdaneta, Esquina de Carmelitas, Edif. Vicepresidencia de la Republica, Distrito Metropolitano de Caracas. VENEZUELA
Tel. No.: (0058) 0212 – 8010511 / 8010500
www.vicepresidencia.gob.ve

*(National Emblem)*                                                    *(Stamp – Illegible)*

*Bolivarian Republic of Venezuela*

*Vice Presidency of the Republic*

*Dispatch*

VP – 2020 (illegible)

*Caracas 1st June 2020*

**Kazam Khavazi**
*Minister of Agriculture of the Islamic Republic of Iran*

*I address you with respectful and cordial greetings on behalf of the Venezuelan people, our President Nicolás Maduro, Moras and myself and at the same time I wish to express to you our deepest words of solidarity in the midst of this pandemic that has affected humanity. We are also grateful for the backing, trust and support that the Islamic Republic of Iran has given to our homeland in the midst of all the aggressions of US imperialism and its satellite allies. The purpose of this letter is to express our interest in inviting you to the Bolivarian Republic of Venezuela in order to consolidate the relations of cooperation and friendship between both Nations.*

*I take my leave of you, thanking you very much for your attention and reiterating our willingness to work together for the consolidation of the principles of a multicentric and pluripolar world.*


*(Stamp – BOLIVARIAN REPUBLIC OF VENEZUELA – EXECUTIVE VICE PRESIDENT)*

*(Signature – Illegible)*

Delcy Rodríguez Gómez

EXECUTIVE VICE-PRESIDENT OF THE BOLIVARIAN REPUBLIC OF VENEZUELA



*(Stamp)*
BOLIVARIAN REPUBLIC OF VENEZUELA
General Manager



*(National Emblem)*                         *(Stamp – Illegible)*

*Bolivarian Republic of Venezuela*

*Vice Presidency of the Republic*

*Dispatch*

VP – 2020 *(illegible)*

*Caracas 1st June 2020*

**SADEGH KHARAZI**
*Senior Advisor to the Vice-President*

     *I address you with respectful and cordial greetings on behalf of the Venezuelan people, our President Nicolás Maduro Moros and myself, and at the same time, I wish to express to you our deepest words of solidarity in the midst of this pandemic that has affected humanity. We are also grateful for the backing, trust and support that the Islamic Republic of Iran has given to our homeland in the midst of all the aggressions of U.S. imperialism and its satellite allies. The purpose of this letter is to express our interest in inviting you to the Bolivarian Republic of Venezuela in order to consolidate the relations of cooperation and friendship between both Nations.*

     *I take my leave of you, thanking you very much for your attention and reiterating our willingness to work together for the consolidation of the principles of a multicentric and pluripolar world.*


*(Stamp – BOLIVARIAN REPUBLIC OF VENEZUELA – EXECUTIVE VICE PRESIDENT)*

*(Signature – Illegible)*

Delcy Rodríguez Gómez

EXECUTIVE VICE-PRESIDENT OF THE BOLIVARIAN REPUBLIC OF VENEZUELA


*(Stamp)*
BOLIVARIAN REPUBLIC OF VENEZUELA
General Manager



*(National Flag)* **Bolivarian** Government of Venezuela
Vice-Presidency of the Bolivarian
Republic of Venezuela                                                                *(LOGO – SAREN)*

**THE BOLIVARIAN REPUBLIC OF VENEZUELA. VICE PRESIDENCY OF THE BOLIVARIAN REPUBLIC OF VENEZUELA, AUTONOMOUS SERVICE OF REGISTRIES AND NOTARIES (SAREN). EIGHTH NOTARY PUBLIC OF THE CHACAO AUTONOMOUS MUNICIPALITY OF MIRANDA STATE, 07/09/2022,** 212 and 163. The above document drawn up by Attorney **CRISTINA MENDES** registered at the Institute of Social Security, of the Attorney under **No. 97032**, was presented for authentication and return according to the Single Banking Form (PUB) **No. 070 - 00334515** and Notarial Spreadsheet No. **037169** dated **07/09/2022**. Present, its grantor **WILLIAMS ENRIQUE FLORES HERNANDEZ**, an adult of legal age, domiciled in **CARACAS,** of Nationality: **VENEZUELAN** of civil status: **SINGLE** and holder of the identity card: **V – 18,364,065**. Having read the document of **SWORN DECLARATION**, the grantors, in the presence of the Notary, stated **"ITS CONTENTS ARE TRUE AND OUR SIGNATURES APPEAR AT THE FOOT OF THE DEED"**. The Notary hereby declares this Document to be legally authenticated and the copies signed in original shall form the Main Volume with the Duplicate Volume, being inserted under **No. 39**, **Volume 210** of the Authentication Books kept in this Notary Office. The following acted as witnesses: **MERIAN HERNANDEZ** and **NELSON FRANCO**, holders of identity cards Nos.: **V – 15,620,530** and **V – 6,965,178**, officials of this Notary's Office appointed for this act. The Notary hereby states that he has read Article **78** numeral **2** of Decree **No. 1,422,** by means of which the **Decree with the Status, Validity and Force of Law of Registries and Notaries** is issued, published in the Official Gazette **No. 6,156** Extraordinary, dated **19 November 2014** and informed the parties of the content, nature, transcendence and legal consequences of the legal acts or businesses granted in their presence, as well as of the waivers, reservations, encumbrances and any other element affecting the assets or rights referred to in the legal act or business, which consequently manifests its full conformity. Having sworn to the urgency of the case, the undersigned Notary declares this document to be authorised in accordance with Article **29** of the aforementioned Decree **No. 1,422**. The undersigned Notary declares that he had before him: **1.** – Laminated identity card of the Grantors

**THE NOTARY PUBLIC**                                       **THE GRANTORS**

*(Signature - Illegible)*                                     *(Signature – WILLIAMS FLORES)*

*(Stamp)*                                                     WILLIAMS E. FLORES H.
Dr Luis Alfredo Ramirez Monsalve
Notary Public
Code 070                                                      FINGERPRINT
EIGHTH NOTARY PUBLIC OF THE
AUTONOMOUS MUNICIPALITY OF
CHACAO OF THE STATE OF MIRANDA

**THE WITNESSES**
(Signature - Illegible)
MERIAN HERNANDEZ
(Signature - Illegible)
NELSON FRANCO



*(National Flag)* **Bolivarian** Government of Venezuela
Vice-Presidency of the Bolivarian
Republic of Venezuela                                                                    *(SAREN – Logo)*

BOLIVARIAN REPUBLIC OF VENEZUELA
VICE PRESIDENCY OF THE REPUBLIC
**MAIN REGISTRATION CAPITAL DISTRICT**

The undersigned Att. **CARMEN SARIBETH VALLADARES GRATEROL** Principal Registrar of the **State CAPITAL DISTRICT,** according to **NUMBER 41,666** dated **02-07-2019**. For the record, that in compliance with Article 65 of the Registry and Notary Law, the signature of the citizen **DR. LUIS ALFREDO RAMIREZ MONSALVE**. Who as of the date hereof is: **TITLE HOLDER OF THE EIGHTH NOTARY OFFICE OF THE MUNICIPALITY OF CHACAO IN THE STATE OF MIRANDA**. This legalisation is notwithstanding any other matter of substance or form. Application form No. **21310108250.** Payment of the Autonomous Service in the amount of Bolivars **0.00**. Issued in Caracas on the 7th day of the month of September in the year 2022.

*(Signature – Illegible)*

ATT. CARMEN SARIBETH VALLADARES GRATEROL
Principal Registrar of the State CAPITAL DISTRICT

*(STAMP)*
**BOLIVARIAN REPUBLIC OF VENEZUELA**
**VICE-PRESIDENCY OF THE REPUBLIC**
**SAREN 213**
**MAIN REGISTRY OFFICE OF THE CAPITAL DISTRICT**
**AUTONOMOUS SERVICE OF REGISTRIES AND NOTARIES**

*(QR Code)*

*(Signature – Illegible)*

Drawn up and prepared by: PATRICIA ADRIANA LOPEZ DIAZ

----------------------------------------------------------------------------------------------------------------------------------

*(National Flag)* **Bolivarian**            Vice-presidency of the            (Logo) **AUTONOMOUS SERVICE OF**
Government of Venezuela            Bolivarian Republic of Venezuela            **REGISTRIES AND NOTARIES (SAREN)**

15/09/2022
REG.07635166

*(Stamp)*
**BOLIVARIAN REPUBLIC OF VENEZUELA**
**MINISTRY OF PEOPLE'S POWER FOR FOREIGN AFFAIRS**
**LEGALISATION DEPARTMENT**

*[Emblem]*

# BOLIVARIAN GOVERNMENT OF VENEZUELA
### *** VICE-PRESIDENCY OF THE REPUBLIC ***

## AUTONOMOUS SERVICE OF REGISTRIES AND NOTARIES

The signature that precedes is that of citizen

**ATT. CARMEN SARIBETH VALLADARES GRATEROL.**

Who is as the title, Head Registrar of the State CAPITAL DISTRICT

Please note that the present legalisation has **no judgement with respect to any other matter of substance or form.**

Caracas, 7th September 2022
212, 163 & 23

For the Minister

*(Signature – illegible)*
**ABEL ERNESTO DURAN GOMEZ**

*(Stamp)*
**BOLIVARIAN REPUBLIC OF VENEZUELA**
**MINISTRY OF PEOPLE'S POWER FOR FOREIGN AFFAIRS**
**LEGALISATION DEPARTMENT**

GENERAL DIRECTOR FOR THE AUTONOMOUS SERVICE OF
REGISTRIES AND NOTARIES

Presidential Decree No. 4.297, dated 11th September 2020, published in the Extraordinary
Official Gazette of the Bolivarian Republic of Venezuela No. 6,574 with the same date.

*Document electronically signed with the same probative amount that the Law grants to written documents,
in accordance with Article No. 4 of the Law of Data Messages and Signatures.*

*(QR CODE)*           ***SAREN*** - AUTONOMOUS SERVICE OF
REGISTRIES AND NOTARIES



| *(National Flag)* **Bolivarian** Government of Venezuela | Ministry of Popular Power for **Foreign Affairs** | **Consular Relations** Officer |
| --- | --- | --- |

**No. 908409422U22U09**

*[Emblem]*

# APOSTILLE

(Convention of La Haye dated 5th October 1961)

| | | |
| --- | --- | --- |
| 1. | **Country:** | **VENEZUELA** |
| | This public document | |
| 2. | **Has been signed by** | **ABEL ERNESTO DURÁN GOMEZ** |
| 3. | **Acting in the capacity of** | **SAREN GENERAL DIRECTOR** |
| 4. | **Bears the seal / stamp of** | **VICE-PRESIDENCY OF THE BOLIVARIAN REPUBLIC OF VENEZUELA** |
| | Certified | |
| 5. | **IN CARACAS** | 6.   **On the 8th September 2022** |
| 7. | **By the Ministry of People's Power for Foreign Affairs** | |
| 8. | **Under No.:  908409422U22U09** | |
| 9. | **Seal / Stamp** | 10.  **Signature:** |
| | *(Stamp)* **BOLIVARIAN REPUBLIC OF VENEZUELA MINISTRY OF PEOPLE'S POWER FOR FOREIGN AFFAIRS LEGALISATION DEPARTMENT** | *(Signature – illegible)* |

**CHRISTIANS EDUARDO SANCHEZ OLOYOLA**
General General Director of the Consular Relations Office, in accordance with Resolution No. 007 dated 24th May 2022, published in the Official Gazette of the Bolivarian Republic of Venezuela No. 42,388 dated 31st May 2022

This Apostille only certifies the authenticity of the signature and the capacity of the person who has signed the public document,  and, where appropriate, the identity of the seal or stamp which the public document bears.

This Apostille does not certify the content of the document for which it was issued

**Date and time of issue**: 8th September 2022 at 18:47:41 (6:47:41 P.M.)

To verify the authenticity of this Apostille, enter this code: HZH1YY6ZB14 at

https://consultalegalizacionve.mppre.gob.ve

**Document Type:** Sworn Declaration

**Holder:** Identification No.: G 20016639 **Name:** VICE-PRESIDENCY OF THE BOLIVARIAN REPUBLIC OF VENEZUELA



QR Code        **Mppre-50b7efe6b9ffd3236d85400dlcea84f32eb7bd37**



**Gobierno
Bolivariano
de Venezuela**

Vicepresidencia de la República
Bolivariana de Venezuela

SERVICIO AUTÓNOMO DE REGISTROS Y NOTARÍAS.

212° y 163°

**Número de Trámite: 21301.2022.3.10804**

La Planilla Única Bancaria (PUB) tendrá una vigencia de treinta días continuos
contados desde su emisión, dentro de los cuales deberá efectuarse el pago en los
primeros diez (10) días continuos. Una vez que el usuario o usuaria realice el pago,
deberá presentar el documento conjuntamente con la Planilla Única Bancaria (PUB)
pagada, antes del vencimiento de los treinta (30) días continuos ya establecidos.



---

**PLANILLA ÚNICA BANCARIA (PUB)**

**Número Planilla: 21310108250**
**Fecha de Emisión: 2022-09-07**

**Tipo de Acto: LEGALIZACION DE FIRMAS**

**Documento:**
**DECLARACIONES JURADAS**

**PLANILLA EXONERADA**

**Nombre y Apellido del Solicitante:**
**Williams Enrique Flores Hernandez**

**CI/RIF/Pasaporte del solicitante: V-18364065**

**Nombre y Apellido del Depositante:**

**CI/RIF/Pasaporte del Depositante:**

**Firma del Depositante:**

**Número Control- 488-0000-0000**

| | | |
|---|---|---|
| | Tasa SAREN (Bs.S) | 0 |
| Forma de Pago: | Timbres Trámite(Bs.S) | 0,00 |
| | Timbres Legalización SAREN (Bs.S) | 0,00 |
| Deposito ___ Punto de Venta ___ Pago por Internet ___ | Total Timbres (Bs.S) | 0,00 |
| | MONTO TOTAL (Bs.S) | 0 |

MONTO EN LETRAS(Bs.S): CERO BOLÍVARES CON CERO CÉNTIMOS

Sello de la Oficina
(telefonos_oficina)

**Bancos Recaudadores**

Sello y Firma del Tesoro

0003 - Banco Industrial de Venezuela   0175 - Banco Bicentenario
0102 - Banco de Venezuela              0108 - Banco Provincial
0163 - Banco del Tesoro

---

**SOLO PARA USO DEL SAREN**



| FUNCIONARIO EMISOR | FUNCIONARIO RECEPTOR | FUNCIONARIO REVISOR | REGISTRADOR/NOTARIO |
|---|---|---|---|

**Cód. de Seg.: YIWbllCUmKGVoJWaUZiflZGil6JQmqNQmw==**



CERTIFIED TRANSLATION
15/09/2022
REF 076351166
LANGUAGE REACH



**Fecha Emisión** 07/09/2022

**Gobierno Bolivariano de Venezuela**
Vicepresidencia de la República
Bolivariana de Venezuela

La PUB desde su emisión tiene una vigencia de diez (10) días continuos para ser cancelada. Una vez efectuada la cancelación respectiva, tiene una vigencia de treinta (30) días no prorrogables para presentar el documento. Agotados dichos lapsos, la PUB es nula y deberá emitirse una nueva PUB para realizar el trámite, debiendo cancelarse nuevamente el monto



37169

| PLANILLA UNICA BANCARIA | Número Planilla: | 070 - 00334515 |
| --- | --- | --- |

39/210

| TIPO DE ACTO **AUTENTICACION** | | | |
| --- | --- | --- | --- |
| **DECLARACIÓN JURADA** | | | |
| Nombre y Apellido del Solicitante **WILLIAMS FLORES** | Número Control: 488 - 0000 - 0000 | | |
| CI / RIF / Pasaporte del Solicitante **V-18364065** | Forma de Pago | N° Cheque / Aprobacion | Monto (Bs.F.) |
| Nombre y Apellido del Depositante | Monto Efectivo | | |
| CI / RIF / Pasaporte del Depositante | Cheque mismo Banco | | |
| | Punto de Venta | | |
| Firma del Depositante | Pago por Internet | | |
| CERO BOLIVARES SOBERANOS CON CERO CENTIMOS. | Monto Total | | 0,00 |

| SOLO PARA USO DEL SAREN | FUNCIONARIO EMISOR | FUNCIONARIO RECEPTOR | FUNCIONARIO REVISOR | REGISTRADOR / NOTARIO |
| --- | --- | --- | --- | --- |
| Nombres y Apellidos | | | | |
| Cédula de Identidad | *David Velásquez* CI 8.513.948 Escribiente | *David Velásquez* CI 8.513.948 Escribiente | | |
| Cargo | | | Dr. Luis Alfredo Ramírez Monsalve | |
| Fecha | | | Notario Titular Cod. 070 | |
| Firma | | | Notaria Pública Octava del Municipio Chacao del Estado Miranda | |

Sello de la Oficina

**Bancos Recaudadores**
0003 - Banco Industrial de Venezuela
0007 - Banco Bicentenario
0102 - Banco de Venezuela
0163 - Banco del Tesoro
0108 - Banco Provincial

Sello y Firma del Banco

TRASLADO          0,00
TRANSPORTE     0,00
Sólo para Uso de la Oficina Notarial
**NOTARIA PUBLICA OCTAVA DEL MUNICIPIO CHACAO DEL ESTADO MIRANDA**
OBSERVACIONES



CERTIFIED TRANSLATION
LANGUAGE REACH
15/09/2022
REG 0763586

**VICEPRESIDENCIA DE LA REPUBLICA BOLIVARIANA DE VENEZUELA**

Nº DE PLANILLA: 037169

Nº DE P.U.B. 0033451$
FECHA: 07/09/2022   HORA: 12:06:14

**SERVICIO AUTONOMO DE REGISTROS Y NOTARIAS (SAREN)**  RIF: G-20008387-5

**NOTARIA PUBLICA OCTAVA DEL MUNICIPIO CHACAO DEL ESTADO MIRANDA**

Dirección:   AV. FRANCISCO DE MIRANDA, EDIF. GALERIA MIRANDA, MEZZANINA, CHACAO

Telefonos:   (0212) 265.20.70.

## PLANILLA DE LIQUIDACION DE DERECHOS NOTARIALES

DOCUMENTO:  039   TOMO:   0210   FOLIOS:   130  AL:   132

OTORGAMIENTO:   Fecha:   12/09/2022   Hora:   :

Hemos Recibido del Ciudadano:   **WILLIAMS FLORES**

Tlf.:   1   R.I.F. Nº   -   -   C. de I. Nº   V-18364065

DIRECCION:

LA CANTIDAD DE:   CERO  BOLIVARES SOBERANOS CON CERO  CENTIMOS.

TIPO DE ACTUACION  DECLARACIÓN JURADA

| Correspondiente al pago de Tasas según lo dispuesto en el | | Bolívares Fuertes |
|---|---|---|
| Prov. Ad.Nº 04, art. 05, Par.6 del 20-01-2022 | AUTENTICACION | 0,00 |
| Prov. Ad.Nº 04, art. 05, Par.15 del 20-01-2022 | | |
| Prov. Ad.Nº 04, art. 05, Par.6 del 20-01-2022 | | |
| Prov. Ad.Nº 04, art. 05, Par.13 del 20-01-2022 | | |
| Prov. Ad.Nº 04, art. 05, Par.12 del 20-01-2022 | | |
| Prov. Ad.Nº 04, art. 06, Par.5 del 20-01-2022 | | |
| | | 0,00 |
| | | 0,00 |

IMPUESTOS   **Bs.F.**   -
TOTAL GENERAL   0,00
0,00

NO CAUSA.

Para firmar necesita presentar el Documento de Identidad Vigente   Observaciones:

El Documento no podrá otorgarse pasados 30 días de la fecha de presentación.



 **Gobierno Bolivariano de Venezuela** | Vicepresidencia de la República Bolivariana de Venezuela | Dirección General



## CERTIFICACIÓN

Quien suscribe, **WILLIAMS ENRIQUE FLORES HERNÁNDEZ,** titular de la Cédula de Identidad Nro.18.364.065, en mi condición de Coordinador del Archivo de la Vicepresidencia de la República Bolivariana de Venezuela, a través de la presente **CERTIFICO** que los documentos adjuntos y que se identifican a continuación: **1.-** Oficio VP-2020-000101, de fecha 1 de junio de 2020, suscrito por la Vicepresidenta Ejecutiva de la República Bolivariana de Venezuela, Delcy Rodríguez Gómez y dirigido al señor Kazam Khavazi, Ministro de Agricultura de la República Islámica de Irán; **2.-** Oficio VP-2020-000106, de fecha 1 de junio de 2020, suscrito por la Vicepresidenta Ejecutiva de la República Bolivariana de Venezuela, Delcy Rodríguez Gómez y dirigido al señor Sadegh Kharazi, Asesor Principal del Vicepresidente de la República Islámica de Irán; son **COPIA FIEL Y EXACTA DE LOS ORIGINALES** que reposan en el Archivo de la Vicepresidencia de la República Bolivariana de Venezuela.-

En Caracas, a los cinco (5) días del mes de septiembre del año 2022.



**WILLIAMS ENRIQUE FLORES HERNÁNDEZ**
Coordinador del Archivo
Vicepresidencia de la República Bolivariana de Venezuela

Avenida Urdaneta, Esquina de Carmelitas, Edif. Vicepresidencia de la República, Distrito Metropolitano de Caracas. VENEZUELA
Teléfono: (0058) 0212 - 8010511 / 8010500

 www.vicepresidencia.gob.ve

15/09/2022
REG 07635166



*República Bolivariana de Venezuela*
*Vicepresidencia de la República*
*Despacho*

VP-2020

*Caracas, 01 de junio de 2020*

**Kazam khavazi**
*Ministro de Agricultura de la República Islámica de Irán*

Me dirijo a usted, con un respetuoso y cordial saludo en nombre del Pueblo Venezolano, de nuestro Presidente Nicolás Maduro Moros y del mío propio, al mismo tiempo que deseo expresarle nuestras más profundas palabras de solidaridad en medio de esta pandemia que ha afectado a la humanidad. Asimismo, agradecemos el respaldo, la confianza y el apoyo que ha brindado la República Islámica de Irán a nuestra Patria en medio de todas las agresiones del imperialismo estadounidense y sus aliados satélites. Esta carta tiene como finalidad expresarle nuestro interés de invitarlo a la República Bolivariana de Venezuela, a fin de consolidar las relaciones de cooperación y amistad de ambas Naciones.

Me despido de usted, agradeciendo altamente su atención y reiterándole nuestra disposición de trabajo conjunto para la consolidación de los principios de un mundo multicéntrico y pluripolar.

**Delcy Rodríguez Gómez**
VICEPRESIDENTA EJECUTIVA DE LA REPÚBLICA BOLIVARIANA DE VENEZUELA



CERTIFIED TRANSLATION
LANGUAGE REACH
15/09/2022
REG.07835166



*República Bolivariana de Venezuela*
*Vicepresidencia de la República*
*Despacho*



VP-2020          .106

Caracas, 01 de junio de 2020

**SADEGH KHARAZI**
Senior Adviser to the Vicepresident.



Me dirijo a usted, con un respetuoso y cordial saludo en nombre del Pueblo Venezolano, de nuestro Presidente Nicolás Maduro Moros y del mío propio, al mismo tiempo que deseo expresarle nuestras más profundas palabras de solidaridad en medio de esta pandemia que ha afectado a la humanidad. Asimismo, agradecemos el respaldo, la confianza y el apoyo que ha brindado la República Islámica de Irán a nuestra Patria en medio de todas las agresiones del imperialismo estadounidense y sus aliados satélites. Esta carta tiene como finalidad expresarle nuestro interés de invitarlo a la República Bolivariana de Venezuela, a fin de consolidar las relaciones de cooperación y amistad de ambas Naciones.

Me despido de usted, agradeciendo altamente su atención y reiterándole nuestra disposición de trabajo conjunto para la consolidación de los principios de un mundo multicéntrico y pluripolar.

Delcy Rodrí guez Gómez
VICEPRESIDENTA EJECUTIVA DE LA REPÚBLICA BOLIVARIANA DE VENEZUELA



CERTIFIED TRANSLATION
LANGUAGE REACH
15/09/2022
REG 07635166



SAREN

**Gobierno Bolivariano de Venezuela**
Vicepresidencia de la República
Bolivariana de Venezuela

REPÚBLICA BOLIVARIANA DE VENEZUELA. VICEPRESIDENCIA DE LA REPUBLICA BOLIVARIANA DE VENEZUELA. SERVICIO AUTÓNOMO DE REGISTROS Y NOTARÍAS (SAREN). NOTARÍA PÚBLICA OCTAVA DEL MUNICIPIO AUTÓNOMO CHACAO DEL ESTADO MIRANDA, **07/09/2022**. 212° y 163°. El anterior documento redactado por la Abogado (a) **CRISTINA MENDES** inscrita en el Instituto de Previsión Social del Abogado bajo el N° **97032**, fue presentado para su autenticación y devolución según Planilla Única Bancaria (PUB) N° **070-00334515** y Planilla Notarial N° **037169** de fecha **07/09/2022**. Presentes su otorgante **WILLIAMS ENRIQUE FLORES HERNANDEZ,** mayor de edad, domiciliados en: **CARACAS**, de Nacionalidad: **VENEZOLANA** de estados civil: **SOLTERO** y titular de la cedula de identidad: **V-18.364.065.**. Leído el documento de **DECLARACION JURADA**, los otorgantes en presencia del Notario expusieron "**SU CONTENIDO ES CIERTO Y NUESTRAS LAS FIRMAS QUE APARECEN AL PIE DEL INSTRUMENTO**". El Notario en tal virtud declara legalmente Autenticado el presente Documento y las copias firmadas en originales formarán el Tomo Principal y el Tomo Duplicado, quedando inserto bajo el **N 39, Tomo 210** de los Libros de Autenticaciones llevados en esta Notaría. Actuaron como testigos instrumentales: **MERIAN HERNANDEZ** y **NELSON FRANCO**, titulares de las cédulas de identidad Nos.: **V-15.620.530** y **V-6.965.178**, funcionarios de esta Notaría designados para este acto. El Notario hace constar que ha dado lectura al artículo **78** numeral **2** del Decreto N° **1.422**, mediante el cual se dicta el **Decreto con Rango, Valor y Fuerza de Ley de Registros y del Notariado**, publicado en la Gaceta Oficial N° **6.156** Extraordinario, de fecha **19 de noviembre de 2014** e informó a las partes del contenido, naturaleza, trascendencia y consecuencias legales de los actos o negocios jurídicos otorgados en su presencia, así como de las renuncias, reservas, gravámenes y cualquier otro elemento que afecten los bienes o derechos referidos en el acto o negocio jurídico, el cual manifiesta en consecuencia su plena conformidad. Jurada la urgencia del caso el notario que suscribe declara habilitado el presente documento conforme el artículo **29** del referido Decreto N° **1.422**. El Notario que suscribe hace constar que tuvo a la vista: **1.-** Cédula laminada de los Otorgantes.

**EL NOTARIO PÚBLICO.**

Dr. Luis Alfredo Ramírez Monsalve
Notario Titular
Cod. 070
Notaria Pública Octava del
Municipio Chacao del Estado Miranda

**LOS TESTIGOS.**

MERIAN HERNANDEZ

NELSON FRANCO

**LOS OTORGANTES.**

WILLIAMS E. FLORES H.



CERTIFIED TRANSLATION
15/09/2022
REG.07035166
LANGUAGE REACH





**REPÚBLICA BOLIVARIANA DE VENEZUELA**
VICEPRESIDENCIA DE LA REPÚBLICA
**REGISTRO PRINCIPAL DISTRITO CAPITAL**

Quien Suscribe Abg. **CARMEN SARIBETH VALLADARES GRATEROL** Registrador(a) **Principal** del Estado **DISTRITO CAPITAL**, según **NUMERO 41.666** de fecha **02-07-2019**. Hace constar, que para dar cumplimiento al Art. 65 de la Ley de Registro y Notariado, se legaliza la firma de él(la) ciudadano **DR. LUIS ALFREDO RAMIREZ MONSALVE**. Quien para la fecha que suscribe es: **NOTARIO TITULAR, NOTARÍA PÚBLICA OCTAVA DEL MUNICIPIO CHACAO DEL ESTADO MIRANDA**. La presente legalización no prejuzga acerca de ningún otro extremo de fondo ni de forma. Solicitud planilla N° **21310108250** Pago del Servicio Autónomo por un monto de **0,00** Bs. . Se expide en **Caracas** a los días 7 del mes de septiembre del año 2022.

Abg. CARMEN SARIBETH VALLADARES GRATEROL
Registrador(a) Principal del Estado DISTRITO CAPITAL

Elaborado por: PATRICIA ADRIANA LOPEZ DIAZ





  

## REPÚBLICA BOLIVARIANA DE VENEZUELA
### ***VICEPRESIDENCIA DE LA REPÚBLICA***

## SERVICIO AUTÓNOMO DE REGISTROS Y NOTARÍAS

Se legaliza la firma que antecede a él (la) ciudadano (a)

**ABG. CARMEN SARIBETH VALLADARES GRATEROL.**

Quien es como se titula, Registrador(ra) Principal del Estado DISTRITO CAPITAL

Se advierte que la presente legalización no prejuzga acerca de **Ningún otro extremo de fondo, ni forma.**

Caracas, 7 de septiembre del 2022
212°, 163° y 23°

Por el Ministro

 

**ABEL ERNESTO DURAN GOMEZ**

DIRECTOR GENERAL DEL SERVICIO AUTÓNOMO DE
REGISTRO Y NOTARIAS

Decreto Presidencial N° 4.297, del 11 de Septiembre de 2020, publicada en la Gaceta Oficial Extraordinaria de la República Bolivariana de Venezuela N° 6.574 de la misma fecha.

*Documento firmado electrónicamente con el mismo valor probatorio que la Ley otorga a los documentos escritos, según artículo 4° de la Ley de Mensajes de Datos y Firmas.*

 





Gobierno **Bolivariano** de Venezuela | Ministerio del Poder Popular para **Relaciones Exteriores** | Oficina de **Relaciones Consulares**

**No. 908409422U22U09**

**APOSTILLE**

(Convention de La Haye du 5 octobre 1961)

| | |
|---|---|
| **1. País: VENEZUELA** <br> Country/Pays | |
| **El presente documento público** <br> The public document / Le présent acte public | |
| **2. ha sido firmado por** <br> has been signed by <br> a été signé par | **ABEL ERNESTO DURÁN GÓMEZ** |
| **3. quien actúa en calidad de** <br> acting in the capacity of <br> agissant en qualité de | **DIRECTOR GENERAL DEL SAREN** |
| **4. y está revestido del sello / timbre de** <br> bears the seal / stamp of <br> est revêtu du sceau / timbre de | **VICEPRESIDENCIA DE LA REPÚBLICA BOLIVARIANA DE VENEZUELA** |
| **Certificado** <br> Certified / Attesté | |
| **5. en CARACAS** <br> at / a | **6. el día 08-09-2022** <br> the / lé |
| **7. Por Ministerio del Poder Popular para Relaciones Exteriores** <br> by / par | |
| **8. Bajo el número 908409422U22U09** <br> Nº / sous nº | |
| **9. Sello / timbre:** <br> Seal / stamp: <br> Sceau / timbre : <br>  | **10. Firma:** <br> Signature: <br> Signature : |

**CHRISTIANS EDUARDO SANCHEZ OLOYOLA**
Director General de la Oficina de Relaciones Consulares, según Resolución Nro. 007 del 24 de mayo de 2022, publicada en la Gaceta Oficial de la República Bolivariana de Venezuela Nro. 42.388 del 31 de mayo de 2022.

Esta Apostilla certifica únicamente la autenticidad de la firma, la calidad en que el signatario del documento haya actuado y, en su caso, la identidad del sello o timbre del que el documento público esté revestido.
Esta Apostilla no certifica el contenido del documento para el cual se expidió.
**Fecha y hora de la emisión:** 08/09/2022 18:47:41
Para validar la autenticidad de esta apostilla ingrese este código: HZH1YY6ZB14 en http://consultalegalizacionve.mppre.gob.ve
**Tipo de Documento:** Declaración Jurada
**Titular:** Nro de Identificación: G 200016639 **Nombre:** VICEPRESIDENCIA DE LA REPUBLICA BOLIVARIANA DE VENEZUELA
---------------------------------------------------------------------------------------
This Apostille only certifies the authenticity of the signature and the capacity of the person who has signed the public document, and, where appropriate, the identity of the seal or stamp which the public document bears.
This Apostille does not certify the content of the document for which it was issued.
**Date and time of issue:** 08/09/2022 18:47:41
To validate the authenticity of this Apostille enter this code: HZH1YY6ZB14 in http://consultalegalizacionve.mppre.gob.ve
**Document type:** Declaración Jurada
**Holder:** Identification Number: G 200016639 **Name:** VICEPRESIDENCIA DE LA REPUBLICA BOLIVARIANA DE VENEZUELA
---------------------------------------------------------------------------------------
Cette Apostille atteste uniquement la véracité de la signature, la qualité en laquelle le signataire de l'acte a agi et, le cas échéant, l'identité du sceau ou timbre dont cet acte public est revêtu.
Cette Apostille ne certifie pas le contenu de l'acte pour lequel elle a été émise.
**Date et heure d'émission:** 08/09/2022 18:47:41
Pour valider l'authenticité de cette apostille, entrez ce code: HZH1YY6ZB14 dans http://consultalegalizacionve.mppre.gob.ve
**Type de document:** Declaración Jurada
**Titulaire:** Numéro d'identification: G 200016639 **Prénom:** VICEPRESIDENCIA DE LA REPUBLICA BOLIVARIANA DE VENEZUELA

**Mppre-50b7efe6b9ffd3236d85400d1cea84f32eb7bd37**





15/09/2022



15th September 2022

Dear Sirs,

**Re: Spanish into English (UK) Certified Translation**

Language Reach Limited is a UK-registered professional translation and interpreting company and a fully qualified registered member of The Association of Translation Companies (Member No. 2018ATCR1238). We hereby confirm that we have translated the enclosed document(s) from Spanish into English (UK).

As a responsible translation agency we only employ certified linguists to work with us. We are satisfied with the linguistic accuracy and hereby confirm that the English (UK) written translation of the Spanish document(s) represents its fair and accurate linguistic message as intended in the original file(s).

We hereby confirm that this is a true and correct translation and certify the linguistic accuracy.

For more information, please contact Language Reach Limited on +44 (0) 208 677 3775.

Yours sincerely,

**Lucia Petrulli**
Senior Project Manager

Language Reach Ltd
**ATC** 2022
Association of Translation Companies
Membership Number 2022ATCAC1238

**EUATC**
N E T W O R K
M E M B E R

CERTIFIED TRANSLATION
15/09/2022
REG.07635166
LANGUAGE REACH