# EXHIBIT 12



**U.S. Department of Justice**
*United States Attorney*
*Southern District of Florida*

*Kurt K. Lunkenheimer*
*99 N.E. 4th Street*
*Miami, Florida 33132*
*(305) 961-9008*

August 26, 2022

Counsel of Record
For Alex Nain Saab Moran -
*United States v. Saab Moran*
19-cr-20450-RNS

      Re:    Summary of Information Leading to Alex Nain Saab Moran's Detention in Cabo Verde/Redacted DEA-6

All:

    We submit this letter pursuant to the Court's Order issued today at our Status Conference in this matter. Below is a follow-up on the information provided on August 15, 2022, concerning the unclassified information that led to Saab Moran's detention in Cabo Verde. Attached to this letter is the redacted DEA-6 report that the Court ordered the United States to produce.

    As a follow-up to the information that led to Saab Moran's detention in Cabo Verde, on June 11, 2020, Miami FD EG 10 received a tip from the Special Operations Division (SOD) that SAAB-Moran would be flying on a private plane from Venezuela to Iran for nefarious reasons on June 12, 2020, and would have to stop for fuel somewhere in northwest Africa.

    Miami FD EG 10 and SOD identified the private plane and learned the plane filed a flight plan to stop in Cape Verde to refuel. Miami FD EG 10 and prosecutors began to work to execute a capture operation in Cape Verde.

    Also, on June 12, 2020, DEA was able to corroborate that an Iranian delegation toured a Venezuelan owned gold mine with SAAB-Moran in the morning and that SAAB-Moran and the Iranian delegation were flying from the gold mining area to Caracas, Venezuela. It was believed that they would then fly on to Tehran, Iran. DEA was told that SAAB-Moran was going to fly with the Iranian delegation to Caracas, Venezuela, and then on to Tehran, Iran. When the plane was stopped in Cabo Verde with Saab Moran and his son on board, there was no Iranian delegation on the plane.

If you have any questions concerning this letter, please do not hesitate to contact either one of us.

| LORINDA I. LARYEA<br>ACTING CHIEF, FRAUD SECTION<br>Criminal Division<br>U.S. Department of Justice<br><br>By: *Alexander J Kramer*<br>　　　Alex Kramer<br>　　　Trial Attorney | JUAN ANTONIO GONZALEZ<br>UNITED STATES ATTORNEY<br><br><br><br>By: _____<br>　　　Kurt K. Lunkenheimer<br>　　　Assistant U.S. Attorney |

Attachment