# EXHIBIT 21

[emblem]

The People's Minister for
Foreign Affairs
of the Bolivarian Republic of Venezuela

DM [Minister's Dispatch] No. **001158**

Caracas, 25 September 2020

Excellent Sir
**Luís Filipe Lopes Tavares**
**Minister for Foreign Affairs, Communities and Ministry for**
**Defence of the Republic of Cape Verde**
Praia.-

Excellent Sir:

    We greet you affectionately on behalf of the People of Venezuela, the President of the Republic, Nicolás Maduro Moros, the Venezuelan People and myself, and assure you of our best wishes to you and to His Excellency Jorge Carlos Fonseca, President of the Republic of Cape Verde, and to our brothers and sisters the people of Cape Verde.

    I hereby address you regarding the Special Envoy and Venezuelan citizen, Alex Nain Saab Morán, currently under arrest in Cape Verde and subject to an extradition request by the Government of the United States of America.

    On 9 April 2018, Mr. Alex Nain Saab Morán was nominated as Special Envoy to the Bolivarian Republic of Venezuela in humanitarian matters and in particular as Envoy to the Islamic Republic of Iran, in accordance with Venezuelan legislation and international law. The objective of his special mission was to obtain medical supplies, food and fuel to meet the needs of the people, within the context of the worsening of the situation due to the Covid-19 pandemic.

    To carry out his Mission, under orders issued by the Venezuelan National Executive, on 12 June 2020 the plane that was carrying him needed to refuel in Cape Verde in order to continue its journey. At that point, Special Envoy Alex Nain Saab was arrested by the Cape Verdean authorities, who alleged that the United States of America had issued an extradition request.



1

We have sent numerous official communications from this Ministry of Foreign Affairs and from the Embassy of the Bolivarian Republic of Venezuela to Cape Verde to the competent Cape Verdean authorities explaining that Special Envoy Alex N. Saab enjoys sovereign and diplomatic immunity, both in his capacity as Special Envoy and under international and common law.

The Bolivarian Republic of Venezuela expects the Cape Verdean Judiciary to respect the principle of the sovereignty of States and recognize that Special Envoy Alex Saab is a diplomatic representative and, as such, enjoys sovereign and diplomatic immunity.

This Ministry of Foreign Affairs has also confirmed previously before international authorities that the ultimate objective of the United States, in arresting and extraditing Special Envoy Alex Saab, is to conveniently further its planned campaign against the legitimate Government of Venezuela, led by President Nicolás Maduro. In light of this, we feel that they wish to politically and diplomatically undermine the Government of the Bolivarian Republic of Venezuela and illegally obtain strategic information to which Special Envoy Alex Saab has access as a diplomatic representative of the Republic on a special mission. The United States Government wishes to use such information to inflict greater suffering on the Venezuelan people and to damage our country, as representatives of its government have repeatedly made clear.

In light of this, it should be made clear that Special Envoy Alex Saab is the subject of a Venezuelan court order, under which he is required to carry out his mission under the principles of institutional confidence, privacy and loyalty, the breach of which is subject to penalties under national law relating to the revealing of secrets and the crime of betrayal (see for example articles 4.1, 128 and following, as well as 206 of the Criminal Code of the Bolivarian Republic of Venezuela).

2



Considering the historically good relationship between Cape Verde and Venezuela, I respectfully request that the competent authorities respect the position of Special Envoy Alex Saab as a diplomatic representative, under Government orders, through this Ministry of Foreign Affairs, to immediately continue with his activities in the service of the Republic, so that the humanitarian mission is not completely paralyzed, causing suffering to the Venezuelan people and damage to the Country.

Thanking you in advance for your valuable support and solidarity with regards to this request, I take the opportunity to again assure you, Excellent Sir, of my utmost respect.

Faithfully,

[signature]

**Jorge Arreaza**
Minister

[oval stamp:]
BOLIVARIAN REPUBLIC OF VENEZUELA
[emblem]
MINISTER'S DISPATCH
The People's Minister for Foreign Affairs



*El Ministro del Poder Popular para Relaciones Exteriores de la República Bolivariana de Venezuela*

DM N° 001158

Caracas, 25 de septiembre de 2020

Su Excelencia
**Luís Filipe Lopes Tavares**
**Ministro de Negocios Extranjeros y Comunidades y Ministro de la Defensa de la República de Cabo Verde**
Praia.-

Excelencia:

Reciba en nombre del pueblo venezolano, del Presidente de la República Bolivariana de Venezuela, Nicolás Maduro Moros, y en el mío propio, un saludo afectuoso y nuestros mejores deseos a Usted y a Su Excelencia Jorge Carlos Fonseca, Presidente de la República de Cabo Verde, extensivo al hermano pueblo caboverdiano.

Tengo a bien escribirle esta nota verbal en referencia al Enviado Especial y ciudadano venezolano, Alex Nain Saab Morán, quien actualmente se encuentra detenido en Cabo Verde y sometido a un proceso de solicitud de extradición a requerimiento del Gobierno de los EEUU.

En fecha de 9 de abril de 2018, el Sr. Alex Nain Saab Morán fue nombrado Enviado Especial de la República Bolivariana de Venezuela para cuestiones humanitarias, especialmente para la República Islámica de Irán, de conformidad con la legislación venezolana y el Derecho Internacional. El objeto de su misión especial se refiere a la obtención de suministros de medicinas, alimentos y combustible para atender las necesidades del pueblo, agravadas por la situación de pandemia provocada por la Covid-19.

En cumplimiento de su Misión, por órdenes emanadas del Ejecutivo Nacional venezolano, el 12 de junio de 2020 la aeronave que lo transportaba debió repostar combustible en Cabo Verde para continuar con su viaje, oportunidad en la cual el Enviado Especial Alex Nain Saab fue detenido por las autoridades de Cabo Verde bajo el argumento de la existencia de una solicitud de extradición por parte de los Estados Unidos.

1





*El Ministro del Poder Popular para*
*Relaciones Exteriores*
*de la República Bolivariana de Venezuela*



A través de este Ministerio de Relaciones Exteriores y la Embajada de la República Bolivariana de Venezuela ante Cabo Verde hemos comunicado oficialmente a las autoridades competentes caboverdianas, en diferentes ocasiones, que el Enviado Especial Alex N. Saab goza, en efecto, de inviolabilidad e inmunidad diplomáticas correspondientes a su carácter de agente diplomático, en tanto que Enviado Especial, tal y como se desprende del Derecho Internacional convencional y consuetudinario.

La República Bolivariana de Venezuela, en respeto al principio de soberanía de los Estados, aguarda a que el Poder Judicial caboverdiano reconozca el carácter diplomático del Agente Especial Alex Saab y, con él, su inviolabilidad e inmunidad soberana.

Este Ministerio de Relaciones Exteriores también ha afirmado anteriormente ante instancias internacionales que la pretensión última de Estados Unidos con la detención y extradición del Enviado Especial Alex Saab es la de dar un paso más en su campaña convenientemente planificada contra el Gobierno legítimo de Venezuela, liderado por el Presidente Nicolás Maduro. En este sentido, consideramos que el objetivo real es menoscabar política y diplomáticamente al Gobierno de la República Bolivariana de Venezuela, intentando extraer de manera ilegal información estratégica a la que ha tenido acceso el Enviado Especial Alex Saab en el marco de su misión especial y su servicio a la República como agente diplomático. El uso de tal información por parte del Gobierno estadounidense está dirigido a infligir mayor sufrimiento al Pueblo venezolano y grandes daños patrimoniales a nuestro país, como han declarado recurrentemente funcionarios de dicho gobierno.

En este contexto, conviene precisar que el Enviado Especial Alex Saab está sometido al ordenamiento jurídico venezolano, en el marco del cual debe cumplir el cometido público que le ha sido encomendado, bajo los principios de confianza, confidencialidad y lealtad institucional, cuya vulneración podría acarrearle sanciones contenidas en las leyes penales nacionales relativas a la revelación de secretos y al delito de traición (véase por ejemplo los artículos 4.1, 128 y siguientes, así como el 206 del Código Penal de la República Bolivariana de Venezuela).

2





*El Ministro del Poder Popular para Relaciones Exteriores de la República Bolivariana de Venezuela*

Tomando en cuenta las históricas buenas relaciones entre Cabo Verde y Venezuela, respetuosamente solicito que las autoridades competentes tengan en cuenta la situación a la que se expone al Enviado Especial Alex Saab que, como agente diplomático y respecto de la misión encomendada, está sometido a las instrucciones del Ejecutivo Nacional impartidas a través de este Ministerio de Relaciones Exteriores, debiendo reincorporarse de inmediato a las actividades que requieren sus servicios a la República, evitando así que la misión humanitaria que cumple continúe paralizada, generando sufrimiento al Pueblo venezolano y daños patrimoniales al Estado.

Al agradecer de antemano su valioso apoyo y solidaridad en relación con esta solicitud, me valgo de esta ocasión para reiterar a su excelencia las seguridades de mi más alta y distinguida consideración.



Jorge Arreaza
Ministro



3





**Gobierno Bolivariano de Venezuela** | Ministerio del Poder Popular para Relaciones Exteriores | Oficina de Relaciones Consulares



No. W15F06K22616N06

## APOSTILLE
(Convención de La Haye du 5 octobre 1961)

| | |
|---|---|
| 1. **País:** VENEZUELA<br>Country/Pays | |
| **El presente documento público**<br>The public document / Le présent acte public | |
| 2. **ha sido firmado por**<br>has been signed by<br>a été signé par | JORGE ALBERTO ARREAZA MONTSERRAT |
| 3. **quien actúa en calidad de**<br>acting in the capacity of<br>agissant en qualité de | MINISTRO DEL PODER POPULAR PARA RELACIONES EXTERIORES |
| 4. **y está revestido del sello / timbre de**<br>bears the seal / stamp of<br>est revêtu du sceau / timbre de | Ministerio del Poder Popular para Relaciones Exteriores |
| **Certificado**<br>Certified / Attesté | |
| 5. **en** CARACAS<br>at / a | 6. **el día** 15-06-2022<br>the / le |
| 7. **Por** Ministerio del Poder Popular para Relaciones Exteriores<br>by / par | |
| 8. **Bajo el número** W15F06K22616N06<br>Nº / sous nº | |
| 9. **Sello / timbre:**<br>Seal / stamp:<br>Sceau / timbre : | 10. **Firma:**<br>Signature:<br>Signature : |

**CHRISTIANS EDUARDO SANCHEZ OLOYOLA**
Director General de la Oficina de Relaciones Consulares, según Resolución Nro. 007 del 24 de mayo de 2022, publicada en la Gaceta Oficial de la República Bolivariana de Venezuela Nro. 42.388 del 31 de mayo de 2022.

Esta Apostilla certifica únicamente la autenticidad de la firma, la calidad en que el signatario del documento haya actuado y, en su caso, la identidad del sello o timbre del que el documento público esté revestido.
Esta Apostilla no certifica el contenido del documento para el cual se expidió.
**Fecha y hora de la emisión:** 15/06/2022 12:39:26
Para validar la autenticidad de esta apostilla ingrese este código: T3H1YY3ZAXP en
http://consultalegalizacionve.mppre.gob.ve
**Tipo de Documento:** COMUNICACIÓN
**Titular:** Nro de Identificación: G 200000023 **Nombre:** MINISTERIO DEL PODER POPULAR PARA RELACIONES EXTERIORES

---

This Apostille only certifies the authenticity of the signature and the capacity of the person who has signed the public document, and, where appropriate, the identity of the seal or stamp which the public document bears.
This Apostille does not certify the content of the document for which it was issued.
**Date and time of issue:** 15/06/2022 12:39:26
To validate the authenticity of this Apostille enter this code: T3H1YY3ZAXP in
http://consultalegalizacionve.mppre.gob.ve
**Document type:** COMUNICACIÓN
**Holder:** Identification Number: G 200000023 **Name:** MINISTERIO DEL PODER POPULAR PARA RELACIONES EXTERIORES

---

Cette Apostille atteste uniquement la véracité de la signature, la qualité en laquelle le signataire de l'acte a agi et, le cas échéant, l'identité du sceau ou timbre dont cet acte public est revêtu.
Cette Apostille ne certifie pas le contenu de l'acte pour lequel elle a été émise.
**Date et heure d'émission:** 15/06/2022 12:39:26
Pour valider l'authenticité de cette apostille, entrez ce code: T3H1YY3ZAXP dans
http://consultalegalizacionve.mppre.gob.ve
**Type de document:** COMUNICACION
**Titulaire:** Numéro d'identification: G 200000023 **Prénom:** MINISTERIO DEL PODER POPULAR PARA RELACIONES EXTERIORES





Mppre-c307620de0bb92b418103ce761a9c6d0bfb214e6



 Ministry of the Popular Power for Foreign Affairs    Office for Consular Affairs

No. W15F06K22616N06

## APOSTILLE
(Convention de la Haye du 5 octobre 1961)



| 1. Country: Venezuela | |
| --- | --- |
| This public document | |
| 2. has been signed by | JORGE ALBERTO ARREAZA MONTSERRAT |
| 3. acting in the capacity of | MINISTER OF THE POPULAR POWER FOR EXTERNAL AFFAIRS |
| 4. bears the seal/stamp of: | Ministry of the Popular Power for External Affairs |
| Certified | |
| 5. in CARACAS | 6. on 15-06-2022 |
| 7. By the Ministry of the Popular Power for Foreign Affairs | |
| 8. No.   W15F06K22616N06 | |
| 9. Seal/stamp: [BOLIVARIAN REPUBLIC OF VENEZUELA / MINISTRY OF THE POPULAR POWER FOR FOREIGN AFFAIRS / LEGALISATIONS DEPARTMENT] | 10. Signature        [*Illegible*] |

[BOLIVARIAN REPUBLIC OF VENEZUELA / MINISTRY OF THE POPULAR POWER FOR FOREIGN AFFAIRS / LEGALISATIONS DEPARTMENT]

**CHRISTIANS EDUARDO SANCHEZ OLOYOLA**
General Director of the Consular Affairs Office, as per Resolution No. 007 of 24 May 2022, published in the Official Gazette of the Bolivarian Republic of Venezuela No. 42.388 of 31 May 2022

-----------------------------------------------------------------------------------------------------------------------

This Apostille only certifies the authenticity of the signature and the capacity of the person who has signed this public document and where appropriate, the identity of the seal or stamp which the public documents bears. The Apostille does not certify the content of the document for which it was issued.
**Date and time of issue**: 15/06/2022 12:39:26
To validate the authenticity of this Apostille enter this code: T3H1YY3ZAXP in
http://consultalegalizacionesve.mppre.gob.ve
**Document type**: COMUNICACÍON
Holder: Identification Number: G 2000000023  **Name**: MINISTRY OF THE POPULAR POWER FOR FOREIGN AFFAIRS
-----------------------------------------------------------------------------------------------------------------------

Mppre-c307620de0bb92b418103ce761a9c6d0bfb214e6





28th June 2022

Dear Sirs,

**Re: Spanish into English Certified Translation**

Language Reach Limited is a UK-registered professional translation and interpreting company and a fully qualified registered member of The Association of Translation Companies (Member No. 2018ATCR1238). We hereby confirm that we have translated the enclosed document(s) from Spanish into English.

As a responsible translation agency we only employ certified linguists to work with us. We are satisfied with the linguistic accuracy and hereby confirm that the English written translation of the Spanish document(s) represents its fair and accurate linguistic message as intended in the original file(s).

We hereby confirm that this is a true and correct translation and certify the linguistic accuracy.

For more information, please contact Language Reach Limited on +44 (0) 208 677 3775.

Yours sincerely,



**Aniello Attianese**
Senior Account Manager



Registered in England & Wales 07635166 Tel: +44 (0) 208 677 3775 Email: info@languagereach.com
Address: Unit F11B, Parkhall Business Centre, London, SE21 8EN