# EXHIBIT 22

*[Emblem]*
*The Minister of Popular Power for*
*Foreign Relations*
*Of the Bolivarian Republic of Venezuela*

DM No. 000269　　　　　　　　　　　　　　　　　　　　　　Caracas, 15th March 2021

Your Excellency:

Allow me to take this opportunity to cordially greet you on behalf of the Bolivarian Republic of Venezuela I extend an extensive greeting to our brotherly people of the Republic of Cape Verde and to the authorities of your Honourable Government.

Dear colleague, today, 15th March 2021, the Court of the Economic Community of West African States (ECOWAS) has issued its judgment regarding the arrest and extradition process to the United States of the Special Envoy of the Bolivarian Republic of Venezuela, Alex Saab.

In the ruling, the ECOWAS Court (ECW / CCJ / APP / 43/20: Alex SAAB v. REPUBLIC OF CAPE VERDE) orders the authorities of your country to release Mr. Saab, to close the extradition process initiated by the United States and to proceed with his financial reparation.

Based on what was resolved in the aforementioned judgment, we request the authorities of the Republic of Cape Verde to comply with the decision and ensure the freedom and safe conduct of Mr. Saab to the Bolivarian Republic of Venezuela as soon as possible.

Your Excellency, confident that the authorities of the Republic of Cape Verde will be respectful and abide by the decision of the High Court of ECOWAS, I take this opportunity to convey the assurances of my highest and most distinguished consideration.

*[Signature]*
Jorge Arreaza
Minister

*[Stamp: ] Bolivarian Republic of Venezuela*
*Office of the Minister*
*Ministry of Popular Power for Foreign Relations*

Excellency
**Dr. Rui Alberto de Figueiredo Soares**
**Deputy Prime Minister and Minister of Regional Integration, Minister of**
Foreign & Community Relations and Minister of Defense of the Republic
**of Cape Verde**
Praia. -





*El Ministro del Poder Popular para
Relaciones Exteriores
de la República Bolivariana de Venezuela*

DM N° 000269

Caracas, 15 de marzo de 2021

Excelencia:

Permítame aprovechar esta oportunidad para saludarlo cordialmente en nombre de la República Bolivariana de Venezuela, saludo extensivo al hermano pueblo de la República de Cabo Verde y a las autoridades de su Honorable Gobierno.

Estimado colega, en el día de hoy, 15 de marzo de 2021, el Tribunal de la Comunidad Económica de Estados de África Occidental (CEDEAO) ha emitido su sentencia relativa a la detención y proceso de extradición a Estados Unidos del Enviado Especial de la República Bolivariana de Venezuela, Alex Saab.

En el fallo, el Tribunal de la CEDEAO (ECW/CCJ/APP/43/20; Alex SAAB REPUBLIC OF CAPE VERDE) ordena a las autoridades de su país la puesta en libertad del Sr. Saab, cerrar el proceso de extradición iniciado por Estados Unidos y proceder a su reparación económica.

Sobre la base de lo resuelto en la referida sentencia, solicitamos a las autoridades de la República de Cabo Verde que den cumplimiento a la decisión y aseguren la libertad y el salvoconducto del Sr. Saab hacia la República Bolivariana de Venezuela a la mayor prontitud posible.

Excelencia, confiado en que las autoridades de la República de Cabo Verde serán respetuosas y acatarán la decisión del Alto Tribunal de la CEDEAO, hago propicia la ocasión para transmitirle las seguridades de mi mas alta y distinguida consideración.

Jorge Arreaza
Ministro

Excelentísimo Señor
**Dr. Rui Alberto de Figueiredo Soares**
**Ministro Adjunto del Primer Ministro y de la Integración Regional, Ministro de Relaciones Exteriores y Comunidades, y Ministro de la Defensa de la República de Cabo Verde**
Praia.-



**Gobierno Bolivariano de Venezuela** | Ministerio del Poder Popular para Relaciones Exteriores | Oficina de Relaciones Consulares



No. J22F06S22F23306

## APOSTILLE
(Convention de La Haye du 5 octobre 1961)

| | |
|---|---|
| 1. País: Country/Pays | **VENEZUELA** |
| El presente documento público The public document / Le présent acte public | |
| 2. ha sido firmado por has been signed by a été signé par | **JORGE ALBERTO ARREAZA MONTSERRAT** |
| 3. quien actúa en calidad de acting in the capacity of agissant en qualité de | **MINISTRO DEL PODER POPULAR PARA RELACIONES EXTERIORES** |
| 4. y está revestido del sello / timbre de bears the seal / stamp of est revêtu du sceau / timbre de | **Ministerio del Poder Popular para Relaciones Exteriores** |
| Certificado Certified / Attesté | |
| 5. en CARACAS at / a | 6. el día 22-06-2022 the / le |
| 7. Por Ministerio del Poder Popular para Relaciones Exteriores by / par | |
| 8. Bajo el número **J22F06S22F23306** Nº / sous nº | |
| 9. Sello / timbre: Seal / stamp: Sceau / timbre :  | 10. Firma: Signature: Signature : |

**CHRISTIANS EDUARDO SANCHEZ OLOYOLA**
Director General de la Oficina de Relaciones Consulares, según Resolución Nro. 007 del 24 de mayo de 2022, publicada en la Gaceta Oficial de la República Bolivariana de Venezuela Nro. 42.388 del 31 de mayo de 2022.

Esta Apostilla certifica únicamente la autenticidad de la firma, la calidad en que el signatario del documento haya actuado y, en su caso, la identidad del sello o timbre del que el documento público esté revestido.
Esta Apostilla no certifica el contenido del documento para el cual se expidió.
**Fecha y hora de la emisión:** 22/06/2022 19:13:38
Para validar la autenticidad de esta apostilla ingrese este código: EAH1YY3473P en
http://consultalegalizacionve.mppre.gob.ve
**Tipo de Documento:** COMUNICACIÓN
**Titular:** Nro de Identificación: G 200000023 **Nombre:** MINISTERIO DEL PODER POPULAR PARA RELACIONES EXTERIORES
--------
This Apostille only certifies the authenticity of the signature and the capacity of the person who has signed the public document, and, where appropriate, the identity of the seal or stamp which the public document bears.
This Apostille does not certify the content of the document for which it was issued.
**Date and time of issue:** 22/06/2022 19:13:38
To validate the authenticity of this Apostille enter this code: EAH1YY3473P in
http://consultalegalizacionve.mppre.gob.ve
**Document type:** COMUNICACIÓN
**Holder:** Identification Number: G 200000023 **Name:** MINISTERIO DEL PODER POPULAR PARA RELACIONES EXTERIORES
--------
Cette Apostille atteste uniquement la véracité de la signature, la qualité en laquelle le signataire de l'acte a agi et, le cas échéant, l'identité du sceau ou timbre dont cet acte public est revêtu.
Cette Apostille ne certifie pas le contenu de l'acte pour lequel elle a été émise.
**Date et heure d'émission:** 22/06/2022 19:13:38
Pour valider l'authenticité de cette apostille, entrez ce code: EAH1YY3473P dans
http://consultalegalizacionve.mppre.gob.ve
**Type de document:** COMUNICACIÓN
**Titulaire:** Numéro d'identification: G 200000023 **Prénom:** MINISTERIO DEL PODER POPULAR PARA RELACIONES EXTERIORES



Mppre-ea9bea6e358c7f679d4ac5581d39236e6a67b7c8



CERTIFIED TRANSLATION
28/06/2022
LANGUAGE REACH

 Ministry of the Popular Power for Foreign Affairs    Office for Consular Affairs



No. J22F06S22F23306

# APOSTILLE
(Convention de la Haye du 5 octobre 1961)

| 1. Country: Venezuela | |
|---|---|
| This public document | |
| 2. has been signed by | **JORGE ALBERTO ARREAZA MONTSERRAT** |
| 3. acting in the capacity of | **MINISTER OF THE POPULAR POWER FOR EXTERNAL AFFAIRS** |
| 4. bears the seal/stamp of: | Ministry of the Popular Power for External Affairs |
| **Certified** | |
| 5. in CARACAS | 6. on 22-06-2022 |
| 7. By the Ministry of the Popular Power for Foreign Affairs | |
| 8. No.   J22F06S22F23306 | |
| 9. Seal/stamp:  *BOLIVARIAN REPUBLIC OF VENEZUELA / MINISTRY OF THE POPULAR POWER FOR FOREIGN AFFAIRS / LEGALISATIONS DEPARTMENT* | 10. Signature    [*Illegible*] |

*BOLIVARIAN REPUBLIC OF VENEZUELA*

*MINISTRY OF THE POPULAR POWER FOR FOREIGN AFFAIRS*

*LEGALISATIONS DEPARTMENT*

**CHRISTIANS EDUARDO SANCHEZ OLOYOLA**
General Director of the Consular Affairs Office, as per Resolution No. 007 of 24 May 2022, published in the Official Gazette of the Bolivarian Republic of Venezuela No. 42.388 of 31 May 2022

-----------------------------------------------------------------------------------------------------------------------

This Apostille only certifies the authenticity of the signature and the capacity of the person who has signed this public document and where appropriate, the identity of the seal or stamp which the public documents bears. The Apostille does not certify the content of the document for which it was issued.
**Date and time of issue**: 22/06/2022 19:13:38
To validate the authenticity of this Apostille enter this code: EAH1YY3473P in
http://consultalegalizacionesve.mppre.gob.ve
**Document type**: COMUNICACÍON
Holder: Identification Number: G 2000000023  **Name:** MINISTRY OF THE POPULAR POWER FOR FOREIGN AFFAIRS
-----------------------------------------------------------------------------------------------------------------------

**Mppre-ea9bea6e358c7f679d4ac5581d39236e6a67b7c8**





28th June 2022

Dear Sirs,

**Re: Spanish into English (UK) Certified Translation**

Language Reach Limited is a UK-registered professional translation and interpreting company and a fully qualified registered member of The Association of Translation Companies (Member No. 2018ATCR1238). We hereby confirm that we have translated the enclosed document(s) from Spanish into English (UK).

As a responsible translation agency we only employ certified linguists to work with us. We are satisfied with the linguistic accuracy and hereby confirm that the English (UK) written translation of the Spanish document(s) represents its fair and accurate linguistic message as intended in the original file(s).

We hereby confirm that this is a true and correct translation and certify the linguistic accuracy.

For more information, please contact Language Reach Limited on +44 (0) 208 677 3775.

Yours sincerely,

  

**Emilie Forlacroix**
Project Manager



Registered in England & Wales 07635166 Tel: +44 (0) 208 677 3775 Email: info@languagereach.com
Address: Unit F11B, Parkhall Business Centre, London, SE21 8EN