# EXHIBIT 27

*(Coat of Arms)*
*The Ministry of Popular Power for*
*Foreign Affairs*
*Of the Bolivarian Republic of Venezuela*

**DM No.** 000187

**The Ministry of Popular Power for Foreign Affairs of the Bolivarian Republic of Venezuela** hereby informs the Department of Justice of the United States of America that the Government of the Bolivarian Republic of Venezuela has appointed **Venezuelan citizen Alex Nain Saab Morán,** holder of Venezuelan identity card number V-21.495.350, as **Special Envoy** *".... with broad powers to make representations on behalf of the Bolivarian Republic of Venezuela, aimed at guaranteeing the commercial and humanitarian procurement of goods and services of basic necessity, destined for the social assistance programmes of the National Executive...",* as shown in the attached Credential, dated 09 April 2018, signed by the Minister of Popular Power for Foreign Affairs of the Bolivarian Republic of Venezuela.

In addition, the Government of the Bolivarian Republic of Venezuela appointed Alex Nain Saab Morán as **Ambassador, Alternate Permanent Representative of the Bolivarian Republic of Venezuela to the African Union (AU),** based in Addis Ababa (Ethiopia), by Resolution of the Minister of Popular Power for Foreign Affairs DM No. 380, dated 24 December 2020, which was notified to the Venezuelan diplomat on 28 December 2020, as shown in the appendix in the official letter identified with number DM No. 0011578. Ambassador Saab Morán holds Diplomatic Passport number 045778720, date of issue 23 March 2020 and expiry date 22 March 2022.

It is worth noting that on 1 April 2020, the Minister of Popular Power for Foreign Affairs of the Bolivarian Republic of Venezuela requested Alex Nain Saab Morán, *"...in his capacity as Special Envoy, to take steps to ensure the humanitarian procurement of much-needed supplies for our country in the context of the COVID-19 pandemic...".*

Consequently, His Excellency Mr. Alex Nain Saab Morán, by virtue of his status as a diplomatic official, is protected by diplomatic immunity and inviolability, as stated under Article 29 of the Vienna Convention on Diplomatic Relations of 18 April 1961: *"...The person of a diplomatic agent is inviolable. He may not be subjected to any form of arrest or detention...".*

Despite the protection, immunities and privileges that the Venezuelan Alternate Representative Ambassador Alex Nain Saab Morán should have, the government of the United States of America and the government of the Republic of Cape Verde decided, in flagrant violation of international law, to illegally detain the Venezuelan official at the Amilcar Cabral Airport, Island of Sal, Cape Verde, on 12 June 2020, based on a false INTERPOL red alert, which is publicly known to have been issued on 13 June 2020.

On 16 October 2021, in violation of all principles of international law, the government of the United States of America, with the complicity of the authorities of the Republic of Cape Verde, carried out the kidnapping of the Venezuelan diplomat Alex Nain Saab Morán, taking him by force in a plane to U.S. territory, without any judicial order from Cape Verde, and without the Venezuelan citizen's family or his lawyers being informed.

The U.S. Department of Justice should also know that, on 14 September last, Ambassador Alex Nain Saab Morán was incorporated as a full member of the Delegation of the National Government of the Bolivarian Republic of Venezuela in the process of dialogue and integral and impartial negotiation installed on 13 August 2021 in Mexico City, in the United Mexican States, the day on which a Memorandum of Understanding was signed between the Government of the Bolivarian Republic of Venezuela and the Unitary Platform of Venezuela, which is of broad public knowledge, nationally and internationally.



*(Coat of Arms)*
*The Ministry of Popular Power for*
*Foreign Affairs*
*Of the Bolivarian Republic of Venezuela*

Specifically, Ambassador Saab Morán is a member of the National Roundtable for Social Attention, contained in the Partial Agreement for the Social Protection of the Venezuelan People, signed in Mexico City on 6 September 2021, with the accompaniment of the Russian Federation and the Kingdom of the Netherlands, in which the Venezuelan opposition also participates, as well as Mr. Dag Halvor Nylander, Head of the Delegation from the Kingdom of Norway, in his capacity as facilitator.

**The Ministry of Popular Power for Foreign Affairs of the Bolivarian Republic of Venezuela** categorically demands respect for diplomatic immunity and inviolability and the immediate release of Ambassador Alex Nain Saab Morán, in accordance with Article 29 of the 1961 Vienna Convention on Diplomatic Relations.

Caracas, on **21 MAR 2022**

To:

**Department of Justice**

**United States of America**

Washington D.C.

*(Stamp)*

*(Initials – Illegible)*

BOLIVARIAN REPUBLIC OF VENEZUELA

MINISTER'S OFFICE

Ministry of Popular Power for Foreign Affairs



17/08/2022
REG 07635166











*El Ministro del Poder Popular para
Relaciones Exteriores
de la República Bolivariana de Venezuela*

**DM N°** 000187

      **El Ministerio del Poder Popular para Relaciones Exteriores de la República Bolivariana de Venezuela,** se dirige al Departamento de Justicia de los Estados Unidos de América, en la oportunidad de informar que el Gobierno de la República Bolivariana de Venezuela designa  al **ciudadano venezolano Alex Nain Saab Morán,** titular de la cédula venezolano número V-21.495.350, como **Enviado Especial** "*…con amplias atribuciones para realizar gestiones en favor de la República Bolivariana de Venezuela, orientadas a garantizar la procura comercial y humanitaria de bienes y servicios de primera necesidad, destinados a los programas sociales de asistencia del Ejecutivo Nacional…*", tal como muestra la Credencial en anexo, de fecha 09 de abril de 2018, suscrita por el Ministro del Poder Popular para Relaciones Exteriores de la República Bolivariana de Venezuela.

      Además, el Gobierno de la República Bolivariana de Venezuela designó a Alex Nain Saab Morán como **Embajador, Representante Permanente Alterno de la República Bolivariana de Venezuela ante la Unión Africana (AU),** con sede en Addis Abeba (Etiopía), mediante Resolución del Ministro del Poder Popular para Relaciones Exteriores DM No 380, de fecha 24 de diciembre de 2020, lo cual le fue notificado al diplomático venezolano el 28 de diciembre de 2020, tal como se muestra en anexo en el oficio identificado con número DM No 0011578.  El Embajador Saab Morán es titular del Pasaporte Diplomático número 045778720, fecha de emisión 23 de Marzo de 2020 y fecha de vencimiento 22 de marzo de 2022.

      Cabe destacar que en fecha 01 de abril de 2020, el Ministro del Poder Popular para Relaciones Exteriores de la República Bolivariana de Venezuela le solicitó a Alex Nain Saab Morán, "*…en su carácter de Enviado Especial, gestiones orientadas a garantizar la procura humanitaria  de insumos de gran necesidad para nuestro país en el contexto de la pandemia por el COVID-19…*".



CERTIFIED TRANSLATION
17/08/2022
REG.07635166
LANGUAGE REX

En consecuencia, su Excelencia el Señor Alex Nain Saab Morán, está en virtud de su condición de funcionario diplomático, protegido por la inmunidad e inviolabilidad diplomática, tal como reza el Artículo 29, de la Convención de Viena sobre Relaciones Diplomáticas, del 18 de abril de 1961: "...*La persona del agente diplomático es inviolable. No puede ser objeto de ninguna forma de detención o arresto...*".

A pesar de la protección, las inmunidades y privilegios que debe tener el Embajador Representante Alterno venezolano Alex Nain Saab Morán, el gobierno de los Estados Unidos de América y el gobierno de la República de Cabo Verde decidieron en franca violación del Derecho Internacional, detener ilegalmente al funcionario venezolano en el aeropuerto Amilcar Cabral, Isla de Sal, Cabo Verde, el 12 de junio de 2020, basado en una falsa alerta roja de INTERPOL, la cual públicamente se sabe que fue emitida el 13 de junio de 2020.

El 16 de octubre de 2021, violando todos los principios del Derecho Internacional, el gobierno de los Estados Unidos de América, con la complicidad de autoridades de la República de Cabo Verde, ejecutó el secuestro del diplomático venezolano Alex Nain Saab Morán, llevándolo a la fuerza en un avión hacia territorio estadounidense, sin order judicial alguna de Cabo Verde, y sin que la familia del ciudadano venezolano ni sus abogados fueran informados.

El Departamento de Justicia de EEUU también debe saber que, el pasado 14 de septiembre, el Embajador Alex Nain Saab Morán, fue incorporado como miembro pleno de la Delegación del Gobierno Nacional de la República Bolivariana de Venezuela en el processo de diálogo y negociación integral e incremental instalado el 13 de Agosto de 2021 en Ciudad de México, Estados Unidos Mexicanos, día en el que se suscribió un Memorando de Entendimiento entre el Gobierno de la República Bolivariana de Venezuela y la Plataforma Unitaria de Venezuela, lo cual es de amplio conocimiento público, a nivel nacional e internacional.





17/08/2022
REG 0763SI66



*El Ministro del Poder Popular para*
*Relaciones Exteriores*
*de la República Bolivariana de Venezuela*

Específicamente, el Embajador Saab Morán es miembro en la Mesa Nacional de Atención Social, contenida en el Acuerdo Parcial para la Protección Social del Pueblo Venezolano, suscrito en ciudad de México, el 06 septiembre de 2021, con el acompañamiento de la Federación de Rusia y del Reino de los Países Bajos, donde también participan las oposiciones venezolanas, así como el señor Dag Halvor Nylander, Jefe de Delegación del Reino de Noruega, en su condición de facilitador.

**El Ministerio del Poder Popular para Relaciones Exteriores de la República Bolivariana de Venezuela,** exige de manera categórica, el respeto a la inmunidad e inviolabilidad diplomática y, la liberación inmediata del Embajador Alex Nain Saab Moran, en respeto a lo establecido en el Artículo 29 de la Convención de Viena sobre Relaciones Diplomáticas de 1961.

Caracas,  **2 1 MAR 2022**

Al
**Departamento de Justicia**
**Estados Unidos de América**
Washington, D.C.-





17/08/2022
REG.07635166



*El Minis*
*G*
*le la Repúb*

DM

**Ven**
opp
Ven
Ven
neg
the
for
atta
Fore

Ale>
**Boli**
(Eth
DM
28
001
045

Aff;
cap
hur
19





CERTIFIED TRANSLATION
LANGUAGE REACH
17/08/2022
REG.07635166



*El Ministro del Poder Popular para*
*Relaciones Exteriores*
*de la República Bolivariana de Venezuela*

DM N° 000187

**The Ministry of People's Power for Foreign Affairs of the Bolivarian Republic of Venezuela**, addresses the Department of Justice of the United States of America, in the opportunity and occasion to report that the Government of the Bolivarian Republic of Venezuela appointed the **Venezuelan citizen Alex Nain Saab Morán**, hoider of Venezuelan I.D. No. V-21.495.350, as **Special Envoy "...** with broad powers to carry out negotiations on behalf of the Bolivarian Republic of Venezuela, aimed at guaranteeing the commercial and humanitarian procurement of essential goods and services, intended for the social assistance programmes of the National Executive... ", as shown in the attached Credential, dated 9 April 2018, signed by the Minister of People's Power for Foreign Affairs of the Bolivarian Republic of Venezuela.

In addition, the Government of the Bolivarian Republic of Venezuela appointed Alex Nain Saab Moran as an **Ambassador, the Alternate Permanent Representative of the Bolivarian Republic of Venezuela to the African Union (AU),** based in Addis Ababa (Ethiopia), by means of a Resolution of the Minister of Popular Power for Foreign Affairs DM No. 380, dated 24 December 2020, which was notified to the Venezuelan diplomat on 28 December 2020, as shown in the appendix in the letter identified under DM No. 001578. The Ambassador Saab Morán is the holder of Diplomatic Passport number 045778720, date of issue 23 March 2020 and date of expiration 22 March 2022.

It should be noted that on 1 April 2020, the Minister of People's Power for Foreign Affairs of the Bolivarian Republic of Venezuela asked Alex Nain Saab Moran,"... in his capacity as Special Envoy, (to carry out) negotiations aimed at guaranteeing the humanitarian supply of supplies of great need for our country in the context of the COVID-19 pandemic... ".



CERTIFIED TRANSLATION
17/08/2022
REG.07635166
LANGUAGE REACH

Consequently, His Excellency Mr. Alex Nain Saab Moran is, by virtue of his status as a diplomatic official, protected by diplomatic immunity and inviolability, as stated under Article 29 of the Vienna Convention on Diplomatic Relations, dated 18 April 1961: "...The person who is a diplomatic agent is inviolable. He may not be the object of any form of detention or arrest ...".

Despite the protection, immunities and privileges that the Venezuelan Alternate Representative Ambassador Alex Nain Saab Morán should have enjoyed, the government of the United States of America and the government of the Republic of Cape Verde decided, in a frank and forthright violation of International Law, to illegally detain the Venezuelan official at Amilcar Cabral Airport, on the island of Sal, Cape Verde, on 12 June 2020, based on a false red alert from Interpol, which is publicly known to have been issued on 13 June 2020.

On 16 October 2021, violating all the principles of International Law, the government of the United States of America, with the complicity of the authorities of the Republic of Cape Verde, carried out the kidnapping of the Venezuelan diplomat Alex Nain Saab Morán, leading to the coercion and force onto a plane to U.S. territory, without any judicial order from Cape Verde, and without the family of the Venezuelan citizen or lawyers being informed.

The U.S. Department of Justice should also know that, on 14 September, Ambassador Alex Nain Saab Morán was incorporated as a full member of the Delegation of the National Government of the Bolivarian Republic of Venezuela in the process of dialogue and comprehensive and progressive negotiation installed on 13 August 2021 in Mexico City, United Mexican States, the day on which a Memorandum of Understanding was signed between the Government of the Bolivarian Republic of Venezuela and the Unitary Platform of Venezuela, which is of wide public knowledge at national and international level.



*El Ministro del Poder Popular para*
*Relaciones Exteriores*
*de la República Bolivariana de Venezuela*

Specifically, Ambassador Saab Morán is a member of the National Round Table for Social Attention, contained in the Partial Agreement for the Social Protection of the Venezuelan People, signed in Mexico City on 6 September 2021, with the assistance of the Russian Federation and the Kingdom of the Netherlands, where the Venezuelan opposition also participates, as well as Mr. Dag Halvor Nylander, Head of the Delegation of the Kingdom of Norway, in his capacity as facilitator.

**The Ministry of Popular Power for Foreign Affairs of the Bolivarian Republic of Venezuela**, categorically demands respect for the diplomatic immunity and inviolability and the immediate release of Ambassador Alex Nain Saab Morán, in accordance with the provisions of Article 29 of the 1961 Vienna Convention on Diplomatic Relations.

Caracas, **2 1 MAR 2022**



To
**The Department of Justice**
**United States of America**
Washington, D.C.-











17/08/2022

 Gobierno **Bolivariano** de Venezuela | Ministerio del Poder Popular para **Relaciones Exteriores** | Oficina de Relaciones **Consulares**

**No. Z30606R22L21706**

## APOSTILLE

(Convention de La Haye du 5 octobre 1961)



| | |
|---|---|
| **1. País: VENEZUELA**<br>Country/Pays | |
| **El presente documento público**<br>The public document / Le présent acte public | |
| **2. ha sido firmado por**<br>has been signed by<br>a été signé par | **FELIX RAMON PLASENCIA GONZALEZ** |
| **3. quien actúa en calidad de**<br>acting in the capacity of<br>agissant en qualité de | **MINISTRO DEL PODER POPULAR PARA RELACIONES EXTERIORES** |
| **4. y está revestido del sello / timbre de**<br>bears the seal / stamp of<br>est revêtu du sceau / timbre de | **Ministerio del Poder Popular para Relaciones Exteriores** |
| | **Certificado**<br>Certified / Attesté |
| **5. en CARACAS**<br>at / a | **6. el día 30-06-2022**<br>the / le |
| **7. Por Ministerio del Poder Popular para Relaciones Exteriores**<br>by / par | |
| **8. Bajo el número Z30606R22L21706**<br>Nº / sous nº | |
| **9. Sello / timbre:**<br>Seal / stamp:<br>Sceau / timbre :  | **10. Firma:**<br>Signature:<br>Signature :  |

**CHRISTIANS EDUARDO SANCHEZ OLOYOLA**
Director General de la Oficina de Relaciones Consulares, según Resolución Nro. 007 del 24 de mayo de 2022, publicada en la Gaceta Oficial de la República Bolivariana de Venezuela Nro. 42.388 del 31 de mayo de 2022.

Esta Apostilla certifica únicamente la autenticidad de la firma, la calidad en que el signatario del documento haya actuado y, en su caso, la identidad del sello o timbre del que el documento público esté revestido.

Esta Apostilla no certifica el contenido del documento para el cual se expidió.
**Fecha y hora de emisión:** 30/06/2022 17:49:27
Para validar la autenticidad de esta apostilla ingrese este código: YTH1YY3X33A en
http://consultalegalizacionve.mppre.gob.ve
**Tipo de Documento:** COMUNICACIÓN
**Titular:** Nro de Identificación: G 200000023 **Nombre:** MINISTERIO DEL PODER POPULAR PARA RELACIONES EXTERIORES
-------------------------------------------------------------------------------------
This Apostille only certifies the authenticity of the signature and the capacity of the person who has signed the public document, and, where appropriate, the identity of the seal or stamp which the public document bears.

This Apostille does not certify the content of the document for which it was issued.
**Date and time of issue:** 30/06/2022 17:49:27
To validate the authenticity of this Apostille enter this code: YTH1YY3X33A in
http://consultalegalizacionve.mppre.gob.ve
**Document type:** COMUNICACIÓN
**Holder:** Identification Number: G 200000023 **Name:** MINISTERIO DEL PODER POPULAR PARA RELACIONES EXTERIORES
-------------------------------------------------------------------------------------
Cette Apostille atteste uniquement la véracité de la signature, la qualité en laquelle le signataire de l'acte a agi et, le cas échéant, l'identité du sceau ou timbre dont cet acte public est revêtu.
Cette Apostille ne certifie pas le contenu de l'acte pour lequel elle a été émise.
**Date et heure d'émission:** 30/06/2022 17:49:27
Pour valider l'authenticité de cette apostille, entrez ce code: YTH1YY3X33A dans
http://consultalegalizacionve.mppre.gob.ve
**Type de document:** COMUNICACIÓN
**Titulaire:** Numéro d'identification: G 200000023 **Prénom:** MINISTERIO DEL PODER POPULAR PARA RELACIONES EXTERIORES




**Mppre-fcdfee46010d428747c59e9289dbb43208a4a36f**

17/08/2022
REG:07635166

**Bolivarian** Government of Venezuela | Ministry of the Public Power for **External Relations** | Office of **Consular Relations**

No. Z30606R22L21706

### APOSTILLE
(Convention de La Haye du 5 octobre 1961)



BOLIVARIAN REPUBLIC OF VENEZUELA MINISTRY OF FOREIGN AFFAIRS

DEPARTMENT OF LEGALISATIONS



| 1. Country: VENEZUELA | |
|---|---|
| **This public document** | |
| 2. has been signed by | **FELIX RAMON PLASENCIA GONZALE** |
| 3. acting in the capacity of | **MINISTER OF FOREIGN AFFAIRS** |
| 4. bears the seal/stamp of | **Ministry for Foreign Affairs** |
| **Certified** | |
| 5. In Caracas | 6. on 30-06-2022 |
| 7. by | **Ministry of the Public Power For External Relations** |
| 8. No. Z30606R22L21706 | |



BOLIVARIAN REPUBLIC OF VENEZUELA MINISTRY OF FOREIGN AFFAIRS

DEPARTMENT OF LEGALISATIONS

| 9. Seal/stamp:  | 10. Signature   [*Illegible*] |
|---|---|

**CHRISTIANS EDUARDO SANCHEZ OLOYOLA**
General Director (E) of the Consular Relations Office in accordance with Resolution No. 007 of 24 May 2022, published in the Official Gazette of the Bolivarian Republic of Venezuela No. 42.388 of 31 May 2022.



BOLIVARIAN REPUBLIC OF VENEZUELA MINISTRY OF FOREIGN AFFAIRS

DEPARTMENT OF LEGALISATIONS

This Apostille only certifies the authenticity of the signature and the capacity of the person who has signed the public document, and, where appropriate, the identity of the seal or stamp which the public document bears.
The Apostille does not certify the content of the document for which it was issued.
**Date and time of issue**: 30/06/2022 17:49:27
To validate the authenticity of this Apostille enter this code: YTH1YY3X33A  in
https://consultalegalisacionve.mppre.gob.ve
**Document type**: COMMUNICATION
**Holder**: Identification number: G 200000023 **Name**: MINISTRY OF FOREIGN AFFAIRS

**Mppre-fcdfee4601d428747c59e9289dbb43208a4a36f**



CERTIFIED TRANSLATION
17/08/2022
REG 07635166
LANGUAGE REACH



17th August 2022

Dear Sirs,

**Re: Spanish into English (UK) Certified Translation**

Language Reach Limited is a UK-registered professional translation and interpreting company and a fully qualified registered member of The Association of Translation Companies (Member No. 2018ATCR1238). We hereby confirm that we have translated the enclosed document(s) from Spanish into English (UK).

As a responsible translation agency we only employ certified linguists to work with us. We are satisfied with the linguistic accuracy and hereby confirm that the English (UK) written translation of the Spanish document(s) represents its fair and accurate linguistic message as intended in the original file(s).

We hereby confirm that this is a true and correct translation and certify the linguistic accuracy.

For more information, please contact Language Reach Limited on +44 (0) 208 677 3775.

Yours sincerely,

**Lucia Petrulli**
Project Manager



