# EXHIBIT 42

374 RIGHTS OF LEGATION. [PART III.

§ 2. Right to send, and obligation to receve, public ministers.  Every independent State has a right to send public ministers to, and receive ministers from, any other sovereign State with which it desires to maintain the relations of peace and amity. No State, strictly speaking, is obliged, by the positive law of nations, to send or receive public ministers, although the usage and comity of nations seem to have established a sort of reciprocal duty in this respect. It is evident, however, that this cannot be more than an imperfect obligation, and must be modified by the nature and importance of the relations to be maintained between different States by means of diplomatic intercourse.[1]

§ 3. Rights of legation, to what States belonging.  How far the rights of legation belong to dependent or semi-sovereign States, must depend upon the nature of their peculiar relation to the superior State under whose protection they are placed. Thus, by the treaty concluded at Kainardgi, in 1774, between Russia and the Porte, the provinces of Moldavia and Wallachia, placed under the protection of the former power, have the right of sending chargés d'affaires of the Greek communion to represent them at the court of Constantinople.[2] [116

---

left by the political events without a representative. The government of Miramon having, in 1859, revoked the exequatur of the American Consul at Mexico, because the United States had recognized President Juarez, he asked the interposition of the British Minister, for protection from the *de facto* authorities, for the persons and property of Americans. This protection having been withheld, Mr. Cass, in instructing Mr. Dallas, May 12, 1859, to bring to the notice of the British government the course of its minister, says: "In countries in a state of revolution, and during periods of public excitement, it is the practice of modern times for the foreign representatives residing there to interpose by the exertion of their influence for the protection of the citizens of friendly powers exposed to injury or danger and left without any minister of their own country to watch over them. The President would not hesitate to visit with marks of his displeasure any American minister, who should have it in his power to afford protection to the persons or property of citizens of a friendly nation placed in peril by revolutionary commotions, and having no national representative to appeal to, should fail to exert his influence in their behalf." Department of State, MS.] — *L.*

[1] Vattel, Droit des Gens, liv. iv. ch. 5, §§ 55–65.. Rutherforth's Institutes, vol. ii. b. ii. ch. 9, § 20. Martens, Précis du Droit de Gens Moderne de l'Europe, liv. vii. ch. 1, §§ 187-190.

[2] Vattel, liv. iv. ch. 5, § 60. Klüber, Droit des Gens Moderne de l'Europe, st. 2, tit. 2, ch. 3, § 175. Merlin, Répertoire, tit. *Ministre publique*, sect. ii. § 1, Nos. 3, 4.

[116 The Chargés d'Affaires of Moldavia and Wallachia near the Ottoman Porte, of whom the treaty of Kainardgi speaks, are not properly diplomatic agents, nor do

Digitized by Google