# Exhibit 6


PANDECTAS DIGITAL

# GACETA OFICIAL
## DE LA REPÚBLICA BOLIVARIANA DE VENEZUELA

AÑO CXLVI - MES II     Caracas, lunes 19 de noviembre de 2018     Número 41.527

## SUMARIO

### PRESIDENCIA DE LA REPÚBLICA

Decreto N° 3.673, mediante el cual se nombra a la ciudadana Andreína Marlene Oliveros Arciniegas, como Jefe de la Oficina Nacional de Fiscalización e Inspección Minera, del Ministerio del Poder Popular de Desarrollo Minero Ecológico.

Decreto N° 3.674, mediante el cual se nombra al ciudadano Gabriel Antonio Bolívar Viloria, como Presidente de la Junta Directiva del Fondo de Ahorro Nacional de la Clase Obrera, S.A., (Fanco, S.A.), adscrito al Ministerio del Poder Popular de Economía y Finanzas, en calidad de Encargado.

### MINISTERIO DEL PODER POPULAR PARA RELACIONES EXTERIORES

Resolución mediante la cual se establece el cese de funciones al ciudadano Luis Ernesto Díaz Curbelo, como Embajador Extraordinario y Plenipotenciario, en la Embajada de la República Bolivariana de Haití.

Resolución mediante la cual se deroga la Resolución DM N° 345, de fecha 05 de noviembre de 2018, publicada en la Gaceta Oficial N° 41.517 de esa misma fecha.

Resoluciones mediante las cuales se establece que la Representación Permanente de la República Bolivariana de Venezuela ante el Mercado Común del Sur (MERCOSUR) y Asociación Latinoamericana de Integración (ALADI), la Organización de las Naciones Unidas para la Alimentación y la Agricultura (FAO) y la Organización de las Naciones Unidas para la Educación, la Ciencia y la Cultura (UNESCO), se ejercerán desde las estructuras administrativas de las Embajadas de la República Bolivariana de Venezuela en las ciudades que en ellas se indican, pudiendo ser designado un Representante Permanente distinto al Jefe de Misión de la Embajada concernida.

Resoluciones mediante las cuales se designan a los ciudadanos que en ellas se indican, para ocupar los cargos que en ellas se especifican, de este Ministerio.

Resoluciones mediante las cuales se Encarga a los ciudadanos que en ellas se mencionan, la gestión de las Unidades Administradoras que en ellas se indican, correspondientes a las Embajadas que en ellas se especifican, de este Ministerio.

### MINISTERIO DEL PODER POPULAR DE ECONOMÍA Y FINANZAS
ONAPRE

Providencia mediante la cual se aprueba el Presupuesto de Recursos y Egresos 2018, de la Empresa EPS Sistema Socialista de Transporte José Antonio Anzoátegui, S.A., (TRANZOATEGUI), por la cantidad que en ella se indica.

Providencia mediante la cual se aprueba el Presupuesto de Recursos y Egresos 2018 de la Superintendencia de los Criptoactivos de Venezuela y Actividades Conexas Venezolana (SUPCACVEN), por la cantidad que en ella se indica.

Oficina Nacional de Presupuesto
y Oficina Nacional de Contabilidad Pública

Providencia Conjunta mediante la cual se Regula la Liquidación y Cierre del Ejercicio Económico Financiero aplicable a los Entes Político Territoriales con Regímenes Presupuestarios Especiales, así como a sus respectivos Entes Descentralizados funcionalmente.

### MINISTERIO DEL PODER POPULAR PARA LA DEFENSA

Resolución mediante la cual se designa al ciudadano Teniente Coronel Hernán Rafael Peraza Betancourt, como responsable del manejo de los Fondos de Funcionamiento (Partidas 4.02 y 4.03), que se giren a la Unidad Administradora Desconcentrada, sin firma, Grupo Aéreo de Transporte N° 9, Código N° 04264.

### MINISTERIO DEL PODER POPULAR PARA LA AGRICULTURA PRODUCTIVA Y TIERRAS

Resolución mediante la cual se designa al ciudadano Hernán Alí Crespo Rojas, como Director de la Unidad Territorial de este Ministerio del estado Mérida, y como Cuentadante Responsable de los Fondos de Avance o Anticipos que le sean girados a esa Unidad Administradora.

### MINISTERIO DEL PODER POPULAR PARA LA EDUCACIÓN UNIVERSITARIA, CIENCIA Y TECNOLOGÍA

Resolución mediante la cual se designa al ciudadano José Alberto Ferrer Montiel, como Vicerrector de la Universidad de las Ciencias de la Salud (UCS).

### MINISTERIO DEL PODER POPULAR PARA LA MUJER Y LA IGUALDAD DE GÉNERO

Resolución mediante la cual se designa a la ciudadana Noris Yamileth Monrroy Ortega, como Directora General de la Oficina Estratégica de Seguimiento y Evaluación de Políticas Públicas, de este Ministerio.

### DEFENSA PÚBLICA

Resoluciones mediante las cuales se designan a las ciudadanas y ciudadanos que en ellas se mencionan, para ocupar los cargos que en ellas se especifican, de este Organismo.



**RESUELVE**

PRIMERO. Designar al Ministro Consejero en comisión Oscar Ernesto Romero Valladolid, titular de la cédula de identidad N° V-11.307.401, como Jefe de Misión, en la Embajada de la República Bolivariana de Venezuela acreditada ante la República de Malí.

SEGUNDO. La referida designación entrará en vigor a partir de la toma de posesión del referido cargo en el destino indicado.

Se instruye a la Oficina de Gestión Humana para que notifique a la parte interesada cumpliendo con lo establecido en el artículo 73 de la Ley Orgánica de Procedimientos Administrativos.

Comuníquese y Publíquese,

JORGE ALBERTO ARREAZA MONTSERRAT
MINISTRO

---

República Bolivariana de Venezuela
Ministerio del Poder Popular Para Relaciones Exteriores
Despacho del Ministro

DM N° 956
Caracas, 13 NOV 2018
208° / 159° / 19°

**RESOLUCIÓN**

El ciudadano JORGE ALBERTO ARREAZA MONTSERRAT, titular de la cédula de identidad N° V-11.945.178, en su carácter de Ministro del Poder Popular para Relaciones Exteriores, designado mediante Decreto N° 3.015 del 02 de agosto de 2017, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N°41.205 del 02 de agosto de 2017, y ratificado mediante Decreto N° 3.464 del 14 de junio de 2018, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 41.419 de esa misma fecha, siguiendo las instrucciones del ciudadano Nicolás Maduro Moros, Presidente de la República Bolivariana de Venezuela, de acuerdo con lo previsto en el artículo 65 y en ejercicio de la competencia establecida en el artículo 78, numeral 19 del Decreto N° 1.424, mediante el cual se dictó el Decreto con Rango, Valor y Fuerza de Ley Orgánica de la Administración Pública, publicado en la Gaceta Oficial Extraordinaria de la República Bolivariana de Venezuela N°6.147 del 17 de noviembre de 2014.

**RESUELVE**

PRIMERO. Designar al ciudadano Gerardo Antonio Argote, titular de la cédula de identidad N° V-12.824.818, como Jefe de Misión, en la Embajada de la República Bolivariana de Venezuela acreditada ante Belice.

SEGUNDO. La referida designación entrará en vigor a partir de la toma de posesión del referido cargo en el destino indicado.

Se instruye a la Oficina de Gestión Humana para que notifique a la parte interesada cumpliendo con lo establecido en el artículo 73 de la Ley Orgánica de Procedimientos Administrativos.

Comuníquese y Publíquese,



JORGE ALBERTO ARREAZA MONTSERRAT
MINISTRO

---

República Bolivariana de Venezuela
Ministerio del Poder Popular Para Relaciones Exteriores
Despacho del Ministro

DM N° 959
Caracas, 13 NOV 2018
208° / 159° / 19°

**RESOLUCIÓN**

El ciudadano JORGE ALBERTO ARREAZA MONTSERRAT, titular de la cédula de identidad N° V-11.945.178, en su carácter de Ministro del Poder Popular para Relaciones Exteriores, designado mediante Decreto N° 3.015 del 02 de agosto de 2017, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N°41.205 del 02 de agosto de 2017, y ratificado mediante Decreto N° 3.464 del 14 de junio de 2018, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 41.419 de esa misma fecha, siguiendo las instrucciones del ciudadano Nicolás Maduro Moros, Presidente de la República Bolivariana de Venezuela, de acuerdo con lo previsto en el artículo 65 y en ejercicio de la competencia establecida en el artículo 78, numeral 19 del Decreto N° 1.424, mediante el cual se dictó el Decreto con Rango, Valor y Fuerza de Ley Orgánica de la Administración Pública, publicado en la Gaceta Oficial Extraordinaria de la República Bolivariana de Venezuela N°6.147 del 17 de noviembre de 2014.

**RESUELVE**

PRIMERO. Designar al ciudadano Carlos Antonio Alcalá Cordones, titular de la cédula de identidad N° V-5.889.707, como Jefe de Misión, en la Embajada de la República Bolivariana de Venezuela acreditada ante la República Islámica de Irán.

SEGUNDO. La referida designación entrará en vigor a partir de la toma de posesión del referido cargo en el destino indicado.

Se instruye a la Oficina de Gestión Humana para que notifique a la parte interesada cumpliendo con lo establecido en el artículo 73 de la Ley Orgánica de Procedimientos Administrativos.

Comuníquese y Publíquese,



JORGE ALBERTO ARREAZA MONTSERRAT
MINISTRO

---

República Bolivariana de Venezuela
Ministerio del Poder Popular Para Relaciones Exteriores
Despacho del Ministro

DM N° 862
Caracas, 13 NOV 2018
208° / 159° / 19°

**RESOLUCIÓN**

El ciudadano Jorge Alberto Arreaza Montserrat, titular de la cédula de identidad N° V-11.945.178, en su carácter de Ministro del Poder Popular para Relaciones Exteriores de la República Bolivariana de Venezuela, designado mediante Decreto N° 3.015 del 02 de agosto de





JTG, inc.  
11190 Sunrise Valley Drive.  
Suite 301  
Reston, Virginia  
20191

1.703.548.7570  voice  
1.877.746.8906  toll free  
1.703.548.8223  fax

jtg-inc.com

# CERTIFICATE OF TRANSLATION

I, <u>Heather Oland</u>, certify that I am competent to translate this document, and that the translation is true and accurate, to the best of my abilities. Archival seals, stamps, and certifications have been translated here.

Document Name:      Gaceta 6.373 with Saab Moran translate  
                                  go-41527

I certify under penalty of perjury, pursuant to 28 U.S.C. 1746, that the attached translation is true and correct.

Executed this day of Novemeber 3, 2022.

_[signature: Heather E Oland]_  
Signature



# OFFICIAL GAZETTE
## OF THE BOLIVARIAN REPUBLIC OF VENEZUELA

| YEAR CXLVI – MONTH II | Caracas, Monday, November 19, 2018 | No. 41.527 |

## SUMMARY

**OFFICE OF THE PRESIDENT OF THE REPUBLIC**

Decree No. 3.673, whereby Ms. Andreína Marlene Oliveros Arciniegas is appointed as Chief of the National Office of Mining Oversight and Inspection of the Ministry of the People's Power for Ecological Mining Development.

Decree No. 3.674, whereby Mr. Gabriel Antonio Bolívar Viloria is appointed as Acting Chairman of the Board of Directors of Fondo de Ahorro Nacional de la Clase Obrera [National Savings Fund of the Working Class], S.A. (Fanco, S.A.), attached to the Ministry of the People's Power for the Economy and Finance.

**MINISTRY OF THE PEOPLE'S POWER FOR FOREIGN AFFAIRS**

Resolution whereby the termination of duties of Mr. Luis Ernesto Díaz Curbelo, as Ambassador Extraordinary and Plenipotentiary, at the Embassy of the Bolivarian Republic in Haiti, is established.

Resolution whereby Resolution DM No. 345 dated November 5, 2018, published in Official Gazette No. 41.517 of that same date, is repealed.

Resolutions whereby the Permanent Representation of the Bolivarian Republic of Venezuela before the Southern Common Market (MERCOSUR) and the Latin American Integration Association (ALADI), the Food and Agriculture Organization (FAO) of the United Nations, and the United Nations Educational, Scientific and Cultural Organization (UNESCO), shall be exercised from the administrative framework of the Embassies of the Bolivarian Republic of Venezuela in the cities indicated therein, and a Permanent Representative other than the relevant Embassy Chief of Mission may be designated.

Resolutions whereby the individuals indicated therein are appointed to hold the positions specified therein, in this Ministry.

Resolutions whereby the individuals referenced therein are entrusted with the management of the Administrative Units indicated therein, corresponding to the Embassies specified therein, in this Ministry.

**MINISTRY OF THE PEOPLE'S POWER FOR THE ECONOMY AND FINANCE**

ONAPRE [National Budget Office]

Order whereby the 2018 Resources and Expenditures Budget of the Social Production Enterprise EPS Sistema Socialista de Transporte [Socialist Transportation System] José Antonio Anzoátegui, S.A. (TRANZOATEGUI) is approved in the amount indicated therein.

Order whereby the 2018 Resources and Expenditures Budget of the Venezuelan Superintendence of Cryptoassets and Related Activities (SUPCACVEN) is approved in the amount indicated therein.

National Budget Office
and National Public Accounting Office

Joint order whereby the Settlement and Closure of the Fiscal Year applicable to Territorial Political Entities with Special Budget Rules is regulated, as well as their respective functionally Decentralized Entities.

**MINISTRY OF THE PEOPLE'S POWER FOR DEFENSE**

Resolution whereby Lieutenant Colonel Hernán Rafael Peraza Betancourt is appointed to manage the Operating Funds (Items 4.02 and 4.03) to be transferred to the Local Administrative Unit, without signature, Air Transport Group No. 9, Code No. 04264.

**MINISTRY OF THE PEOPLE'S POWER FOR PRODUCTIVE AGRICULTURE AND LAND**

Resolution whereby Mr. Hernán Alí Crespo Rojas is appointed as Director of the Regional Unit of this Ministry in the state of Mérida, and as Accountant in Charge of the Advance Funds or Prepayments that are transferred to this Administrative Unit.

**MINISTRY OF THE PEOPLE'S POWER FOR UNIVERSITY EDUCATION, SCIENCE AND TECHNOLOGY**

Resolution whereby Mr. José Alberto Ferrer Montiel is appointed as Vice Rector of the University of Health Sciences (UCS).

**MINISTRY OF THE PEOPLE'S POWER FOR WOMEN AND GENDER EQUALITY**

Resolution whereby Ms. Noris Yamileth Monrroy Ortega is appointed as General Director of the Office of Strategic Public Policy Follow-up and Evaluation, of this Ministry.

**PUBLIC DEFENSE**

Resolutions whereby the individuals identified therein are appointed to hold the positions specified therein, in this Agency.



**RESOLVES**

**ONE: To appoint** Advising Minister on secondment **Oscar Ernesto Romero Vallenilla**, holder of identity card No. **V-011.307.401**, as **Chief of Mission** at the **Embassy** of the Bolivarian Republic of Venezuela accredited before the **Republic of Mali**.

**TWO:** The aforementioned appointment shall take effect as of the assumption of the referenced position in the indicated location.

The Office of Personnel Management is instructed to notify the interested party pursuant to Article 73 of the Organic Law on Administrative Procedure.

For Distribution and Publication,  [seal:]
BOLIVARIAN REPUBLIC
OF VENEZUELA
OFFICE OF THE MINISTER
[illegible]

[signature]
**JORGE ALBERTO ARREAZA MONTSERRAT**
**MINISTER**

-------------------------------
**Bolivarian Republic of Venezuela**
**Ministry of the People's Power for Foreign Affairs**
**Office of the Minister**
**DM No. [illegible]**
**Caracas, 13 [illegible]**
**208th / 159th / 19th**

**RESOLUTION**

Mr. **JORGE ALBERTO ARREAZA MONTSERRAT**, holder of identity card No. V-11.945.178, in his capacity as **Minister of the People's Power for Foreign Affairs**, appointed by Decree No. 3.015 of August 2, 2017, published in Official Gazette of the Bolivarian Republic of Venezuela No. 41.205 of August 2, 2017, and ratified by Decree No. 3.464 of June 14, 2018, published in Official Gazette of the Bolivarian Republic of Venezuela No. 41.419 of that same date, following the instructions of **President of the Bolivarian Republic of Venezuela Nicolás Maduro Moros**, pursuant to Article 65 and exercising the authority established in Article 78, number 19 of Decree No. 1.424, through which the Decree was issued with the Status, Validity and Force of Organic Law on Public Administration, published in Official Gazette of the Bolivarian Republic of Venezuela Special Edition No. 6.147 of November 17, 2014.

**RESOLVES**

**ONE: To appoint** Mr. **Gerardo Antonio Argote**, holder of identity card No. **V-12.[illegible]24.[illegible]10** as **Chief of Mission** at the **Embassy** of the Bolivarian Republic of Venezuela accredited before **Belize**.

**TWO:** The aforementioned appointment shall take effect as of the assumption of the referenced position in the indicated location.

The Office of Personnel Management is instructed to notify the interested party pursuant to Article 73 of the Organic Law on Administrative Procedure.

For Distribution and Publication,  [seal:]
BOLIVARIAN REPUBLIC
OF VENEZUELA
OFFICE OF THE MINISTER
[illegible]

[signature]
**JORGE ALBERTO ARREAZA MONTSERRAT**
**MINISTER**

**Bolivarian Republic of Venezuela**
**Ministry of the People's Power for Foreign Affairs**
**Office of the Minister**
**DM No. [illegible]9**
**Caracas, 13 NOV [illegible]**
**208th / 159th / 19th**

**RESOLUTION**

Mr. **JORGE ALBERTO ARREAZA MONTSERRAT**, holder of identity card No. V-11.945.178, in his capacity as **Minister of the People's Power for Foreign Affairs**, appointed by Decree No. 3.015 of August 2, 2017, published in Official Gazette of the Bolivarian Republic of Venezuela No. 41.205 of August 2, 2017, and ratified by Decree No. 3.464 of June 14, 2018, published in Official Gazette of the Bolivarian Republic of Venezuela No. 41.419 of that same date, following the instructions of **President of the Bolivarian Republic of Venezuela Nicolás Maduro Moros**, pursuant to Article 65 and exercising the authority established in Article 78, number 19 of Decree No. 1.424, through which the Decree was issued with the Status, Validity and Force of Organic Law on Public Administration, published in Official Gazette of the Bolivarian Republic of Venezuela Special Edition No. 6.147 of November 17, 2014.

**RESOLVES**

**ONE: To appoint** Mr. **Carlos Antonio Alcalá Cordones**, holder of identity card No. **V-5.889.707** as **Chief of Mission** at the **Embassy** of the Bolivarian Republic of Venezuela accredited before the **Islamic Republic of Iran**.

**TWO:** The aforementioned appointment shall take effect as of the assumption of the referenced position in the indicated location.

The Office of Personnel Management is instructed to notify the interested party pursuant to Article 73 of the Organic Law on Administrative Procedure.

For Distribution and Publication,  [seal:]
BOLIVARIAN REPUBLIC
OF VENEZUELA
OFFICE OF THE MINISTER
[illegible]

[signature]
**JORGE ALBERTO ARREAZA MONTSERRAT**
**MINISTER**

-------------------------------
**Bolivarian Republic of Venezuela**
**Ministry of the People's Power for Foreign Affairs**
**Office of the Minister**
**DM No. [illegible]62**
**Caracas, 13 NOV [illegible]**
**208th / 159th / 19th**

**RESOLUTION**

Mr. **Jorge Alberto Arreaza Montserrat**, holder of identity card No. V-11.945.178, in his capacity as Minister of the People's Power for Foreign Affairs of the Bolivarian Republic of Venezuela, appointed by Decree No. 3.015 of August 2, […]