# Exhibit 9

| | |
|---|---|
| **From:** | Kramer, Alexander (CRM) |
| **To:** | New, Jonathan B.; Lunkenheimer, Kurt (USAFLS) |
| **Cc:** | Barr, Jonathan R.; Rivkin, David; Wangsgard, Kendall E.; Neil M. Schuster; Joseph Schuster |
| **Subject:** | RE: US v. Saab |
| **Date:** | Friday, June 24, 2022 11:53:00 AM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | LOC gaceta oficial 26 abril 2018.pdf |
| | image005.png |

Jon,

Thank you for providing the letter. We will review with our supervisors and others at DOJ. As an initial question, are there any time limitations to your requests?

Additionally, thank you for providing the link to the Gaceta. We have seen versions located at the two websites listed below. Further, we received the attached copy of the Gaceta as it is maintained at the US Library of Congress. Have a good weekend.

http://spgoin.imprentanacional.gob.ve/cgi-win/be_alex.cgi?Documento=T028700024419/0&Nombrebd=spgoin&CodAsocDoc=2866&t04=1&t05=png&TipoDoc=GCTOF&Sesion=1626795945

http://historico.tsj.gob.ve/gaceta_ext/abril/2642018/E-2642018-5246.pdf#page=1

Regards,
Alex

**Alexander J. Kramer**



**From:** New, Jonathan <■■■■■■■■■■■■■■■■■■■■■>
**Sent:** Thursday, June 23, 2022 7:35 PM
**To:** Kramer, Alexander (CRM) <■■■■■■■■■■■■■■■■■■■■■>; Lunkenheimer, Kurt (USAFLS) <■■■■■■■■■■■■■■■■■■■■■>
**Cc:** Barr, Jonathan R. <■■■■■■■■■■■■■■■■■>; Rivkin, David <■■■■■■■■■■■■■■■■■>; Wangsgard, Kendall E. <■■■■■■■■■■■■■■■■■>; Neil M. Schuster <■■■■■■■■■■■■■■■■■>; Joseph Schuster <■■■■■■■■■■■■■■■■■>
**Subject:** [EXTERNAL] RE: US v. Saab

Alex,
    Please see the attached letter.

    With regard to your request for additional details on the individuals we identified as potential witnesses, we will forward them to you as soon as we receive them. We understand that the

individuals have begun the process of applying for a visa but we will have to confirm where they are in the process and revert to you. Your assistance with this matter is much appreciated.

As discussed, the relevant Gaceta page can be found at: http://spgoin.imprentanacional.gob.ve/cgi-win/be_alex.cgi?Documento=T028700024419/0&Nombrebd=spgoin&CodAsocDoc=2866&t04=1&t05=png&Sesion=803364951

Finally, we appreciate your offer to discuss possible stipulations regarding Mr. Saab's travel as a Special Envoy. We will discuss internally and come back to you with our thoughts.

Best regards,
Jon

**Jonathan New**
Partner

45 Rockefeller Plaza

bakerlaw.com

---

**From:** Kramer, Alexander (CRM) < >
**Sent:** Wednesday, June 22, 2022 12:26 PM
**To:** New, Jonathan B. < >; Lunkenheimer, Kurt (USAFLS) < >
**Cc:** Barr, Jonathan R. < >; Rivkin, David < >; Wangsgard, Kendall E. < >; Neil M. Schuster < >; Joseph Schuster < >
**Subject:** RE: US v. Saab

[External Email: Use caution when clicking on links or opening attachments.]

Jonathan,

Thank you for this. 

Separately, following up on our conversation last week, please let us know when/if you'll be able to

provide the Gaceta link regarding Mr. Saab's alleged appointment as a Special Envoy.

Regards,
Alex

**Alexander J. Kramer**

---

**From:** New, Jonathan B. <​​​​​​​​​​​>
**Sent:** Monday, June 20, 2022 11:55 AM
**To:** Lunkenheimer, Kurt (USAFLS) <​​​​​​​​​​​>; Kramer, Alexander (CRM) <​​​​​​​​​​​>
**Cc:** Barr, Jonathan R. <​​​​​​​​​​​>; Rivkin, David <​​​​​​​​​​​>; Wangsgard, Kendall E. <​​​​​​​​​​​>
**Subject:** [EXTERNAL] US v. Saab



This email is intended only for the use of the party to which it is addressed and may contain information that is privileged, confidential, or protected by law. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this email or its contents is strictly prohibited. If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content of this email is limited to the matters specifically addressed herein and may not contain a full description of all relevant facts or a complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of inaccuracies as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this email, or any attachment, that have arisen as a result of e-mail transmission.