IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALEX NAIN SAAB MORAN, *et al.*,<br><br>Defendants. | Case No. 19-20450-CR-Scola |

**JOINT MOTION TO SET STATUS CONFERENCE**

Defendant Alex Nain Saab Moran and the United States of America respectfully move for an order setting a telephonic status conference. Further, and subject to the Court's availability, the Parties respectfully propose November 15th, November 16th or November 17th for such a status conference. In support of this motion, the Parties state as follows:

1. By order dated September 14, 2022, the Court set an evidentiary hearing on Defendant's motion to dismiss on the basis of diplomatic immunity to begin on December 12, 2022. *See* ECF No. 137. Defendant filed his motion to dismiss on October 16, 2022, ECF No. 147, and the United States opposed on November 7, 2022. ECF No. 153. The motion will be fully briefed, with the exception of a potential surreply, on November 14, 2022.

2. The Parties submit that a status conference in advance of the hearing would be useful to allow for any necessary discussion of scheduling, housekeeping, and procedures for the hearing. This might include, for example, a more precise estimate of the anticipated length of the hearing, the submission/exchange of witness lists and exhibit lists, the schedule for any CIPA litigation, remaining logistical issues concerning the use of videoconference testimony, the scope of any post-hearing briefing, and the scheduling of oral argument on Defendant's motion to dismiss.

3. The Parties believe that one hour would be sufficient for a status conference.

4. The Parties respectfully request that a status conference be either telephonic or hybrid to alleviate the need for travel. At least some local counsel will be available to appear in person with the Defendant should the Court require a hybrid conference.

WHEREFORE, the Parties respectfully request that the Court issue an order setting a telephonic status conference on November 15th, 16th, or 17th.

Dated: November 10, 2022

BAKER & HOSTETLER LLP

/s/ *Lindy K. Keown*
Lindy K. Keown (FL: 117888)
200 South Orange Avenue
Suite 2300
Orlando, Florida 32801
Tel: (407) 649-4000
lkeown@bakerlaw.com

/s/ *David B. Rivkin, Jr.*
David B. Rivkin, Jr. (*pro hac vice*)
Elizabeth Price Foley (FL: 92380)
Jonathan R. Barr (*pro hac vice*)
Lee A. Casey (*pro hac vice*)
Richard Raile (*pro hac vice*)
1050 Connecticut Avenue, N.W.
Suite 1100
Washington, DC 20036
Tel: (202) 861-1500
drivkin@bakerlaw.com
efoley@bakerlaw.com
jbarr@bakerlaw.com
lcasey@bakerlaw.com
rraile@bakerlaw.com

Jonathan B. New (*pro hac vice*)
45 Rockefeller Plaza
11th Floor
New York, New York 10111
Tel: (212) 589-4200
jnew@bakerlaw.com

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

/s/ *Kurt Lunkenheimer*
Assistant U.S. Attorney
Court ID No. A5501535
99 N.E. 4th Street
Miami, Florida 33132-2111
TEL (305) 961-9008
Kurt.Lunkenheimer@usdoj.gov

GLENN S. LEON
CHIEF, FRAUD SECTION
Criminal Division
U.S. Department of Justice

/s/ *Alexander Kramer*
Alexander Kramer
Trial Attorney
Criminal Division, Fraud Section
U.S. Department of Justice
Court ID No. A5502240
1400 New York Ave. NW
Washington, DC 20005
TEL (202) 768-1919
alexander.kramer@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 10, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Lindy K. Keown*
Lindy K. Keown
