# EXHIBIT 1



**BOLIVARIAN REPUBLIC OF VENEZUELA**
MINISTRY OF THE POPULAR POWER FOR INTERNAL AFFAIRS,
JUSTICE AND PEACE
ADMINISTRATIVE UNIT FOR IDENTIFICATION, MIGRATION AND FOREIGNERS
DEPARTMENT OF IDENTIFICATION



| 1. CONTROL NO | PASSPORT CERTIFICATION | 2. DATE |
|---|---|---|
| 10167 | | 30JUN2022 |

The undersigned **GUSTAVO ADOLFO VIZCAINO GIL** in my capacity as Director (E) of the Administrative Service of Identification, Migration and Immigration (SAIME) hereby certify that the passport described below and whose copy is attached to this document, was issued and printed by this Administrative Service in the Bolivarian Republic of Venezuela, prior compliance with the requirements set forth in the law, for which said document and the veracity of the data in the contents, are part of the records that rest in the databases physical and digital of this Administrative Service, according to what is certified below:

| 3. DETAILS OF THE CITIZEN || |
|---|---|---|
| **FIRST GIVEN NAME** || **SECOND GIVEN NAME** |
| ALEX || NAIN |
| **FIRST SURNAME** || **SECOND SURNAME** |
| SAAB || MORAN |
| **COUNTRY OF BIRTH** | **DATE OF BIRTH** | **GENDER** |
| COLOMBIA, BARRANQUILLA | 22/12/1971 | ☒ MALE ☐ FEMALE |
| **IDENTITY CARD No.** | **PASSPORT No.** | **ISSUED DATE** / **DATE OF EXPIRY** |
| v-21.495.350 | ▇▇▇1956 | 22/08/2017 / 21/08/2022 |
| 4. DETAILS OF THE DEPOSIT FORM ||||
| **EXONERATED?** ☒ YES ☐ NO | **DEPOSIT FORM No.** -- | **DEPOSIT DATE** -- | **BANK ENTITY** -- |
| 5. DETAILS OF GENERAL DIRECTOR OF THE SAIME ||| |
| **SURNAME(S) AND FORENAMES** | **SIGNATURE** || **SEAL** |
| Gustavo Adolfo Vizcaino Gil | || GENERAL DIRECTOR'S OFFICE SAIME |

OBSERVATIONS: This certificate, provides proof of the validity of the details contained in the travel document submitted by the holder, in his capacity as a Venezuelan citizen, in accordance with the provisions of the Constitution of the Bolivarian Republic of Venezuela and the laws and regulations that govern its issuance and printing. The national and international authorities are requested to provide the holder of this passport with the necessary help and cooperation in accordance with the provisions of the international pacts, treaties and conventions signed by the Bolivarian Republic in this matter. By virtue of the fact that on March 12, 2020, the World Health Organization declared the infectious disease produced by the virus known as CORONAVIRUS (COVID-19) as a PANDEMIC and in response to the State of Alarm to attend to the health emergency of the CORONAVIRUS (COVID -19) issued by the Government of the Bolivarian Republic of Venezuela through Executive Decree No. 4,160, dated March 13, 2020, published in the Official Gazette No. 6,519 of that same date, as of March 13, 2020, the issuance, renewal and printing services of ordinary, service and diplomatic passports were suspended in favour of their holders, by virtue of the application of the necessary measures to protect the health of the Venezuelan population, in order to mitigate the risks of spreading this PANDEMIC. By virtue of the foregoing, the Venezuelan diplomat ALEX NAIN SAAB MORÁN was unable to renew or receive the diplomatic passport identified with No. ▇▇▇8720 (in force until 03/22/2022) processed in his favour, being in any case authorized to use of the right to international mobility that assists you in fulfilling the obligations1 of your diplomatic investiture, through your ordinary passport as long as it is valid. Likewise, once the records of migratory movements kept by the Migration Directorate have been confirmed, it is certified that the Venezuelan Diplomat ALEX NAIN SAAB MORÁN travelled with his ordinary Venezuelan passport No. ▇▇▇1956 (issued on 22AG02017, with expiration date 21AG02022 ) on the dates of 14APR2020 (Caracas-Tehran) and 12JUN2020 (Tehran-Caracas), in the aircraft AIRBUS 340-200 SIGLAS YV1004. The same migratory movements reflect and thus certify that the Venezuelan Diplomat ALEX NAIN SAAB MORÁN travelled last 08MAR2020 with his diplomatic passport No. ▇▇▇8063.

Administrative Identification Service. Migration and Foreign Affairs. Av. Baralt, Building 1000, Capital District, Caracas. Bolivarian Republic of Venezuela. Telephones: 0800-SAIME00 / 0212-483.20.70; 0212-484.61.66, (www.saime.gcb.ve)

PREPARED BY THE PLANNING OFFICE, BUDGET AND ORGANIZATION

QUD-FOR-00(2/11-17













GENERAL DIRECTOR'S OFFICE

PASSPORT No.

▇1956

COMMENTS

BOLIVARIAN REPUBLIC OF VENEZUELA

PASSPORT

| | |
|---|---|
| Type<br>P | Issuing Office<br>VEN |
| Surname<br>SAAB MORAN | Passport No.<br>▇1956 |
| Given names<br>ALEX NAIN | |
| Nationality<br>VENZUELAN | Identity Card No.<br>21495359 |
| Date of birth<br>21/Dec/1971 | Gender<br>M |
| Date of issue<br>22/Aug/2017 | Place of birth<br>BARRANQUILLA COL |
| Date of expiry<br>21/Aug/2022 | Authority<br>[Illegible signature] |
| Holder's signature<br>[Illegible signature] | |

P<VENSAAB<MORAN<<ALEX<NAIN<<<<<<<<<<<<<<<<<<<<<<<<<<<<<
▇19562VEN▇<<<<<<<70<<<<<<<<<<<<<<<<<<<<<<<<<<









**Bolivarian** Government of Venezuela | Ministry of the Public Power for External Relations | Office of Consular Relations

No. V01D07Y22K20W07

## APOSTILLE
(Convention de La Haye du 5 octobre 1961)

| 1. Country: VENEZUELA | |
|---|---|
| This public document | |
| 2. has been signed by | GUSTAVO ADOLFO VIZCAINO GIL |
| 3. acting in the capacity of | GENERAL DIRECTOR OF SAIME |
| 4. bears the seal/stamp of | Ministry of the Public Power For External Relations |
| Certified | |
| 5. In Caracas | 6. on 01-07-2022 |
| 7. by | Ministry of the Public Power For External Relations |
| 8. No. V01D07Y22K20W07 | |
| 9. Seal/stamp:  | 10. Signature  [Illegible] |

**CHRISTIANS EDUARDO SANCHEZ OLOYOLA**
General Director (E) of the Consular Relations Office in accordance with Resolution No. 007 of 24 May 2022, published in the Official Gazette of the Bolivarian Republic of Venezuela No. 42.388 of 31 May 2022.

This Apostille only certifies the authenticity of the signature and the capacity of the person who has signed the public document, and, where appropriate, the identity of the seal or stamp which the public document bears.
The Apostille does not certify the content of the document for which it was issued.
**Date and time of issue:** 01/07/2022 16:42:56
To validate the authenticity of this Apostille enter this code: BBH1YY3XB13 in
https://consultalegalisacionve.mppre.gob.ve
**Document type:** Certification of passport
**Holder:** Identification number: V 21495350 **Name:** ALEX NAIN SAAB MORAN

Mppre-bbcc0b788be0afeb763402331018f4e406ebf136






RIF-G20000001-5

REPÚBLICA BOLIVARIANA DE VENEZUELA
MINISTERIO DEL PODER POPULAR PARA RELACIONES
INTERIORES, JUSTICIA Y PAZ
SERVICIO ADMINISTRATIVO DE IDENTIFICACIÓN, MIGRACIÓN Y EXTRANJERÍA
DIRECCIÓN DE IDENTIFICACIÓN

RIF-G20008889-3

| 1. N° DE CONTROL | CERTIFICACIÓN DE PASAPORTE | 2. FECHA |
|---|---|---|
| 10167 | | 30JUN2022 |

Quien suscribe **GUSTAVO ADOLFO VIZCAINO GIL** en mi carácter de **Director (E) del Servicio Administrativo de Identificación, Migración y Extranjería (SAIME)** por medio de la presente certifico que el pasaporte que se describe a continuación y cuya copia anexo al presente documento, fue expedido e impreso por este Servicio Administrativo en la República Bolivariana de Venezuela, previo cumplimiento de los requisitos previstos en la ley, por lo que dicho documento y la veracidad de los datos en el contenidos, forman parte de los registros que reposan en las bases de datos físicas y digitales de este Servicio Administrativo, de acuerdo a lo que a continuación se certifica:

| 3. DATOS DEL (LA) CIUDADANO (A) ||
|---|---|
| PRIMER NOMBRE | SEGUNDO NOMBRE |
| ALEX | NAIN |
| PRIMER APELLIDO | SEGUNDO APELLIDO |
| SAAB | MORAN |

| PAÍS DE NACIMIENTO | FECHA DE NACIMIENTO | SEXO |
|---|---|---|
| COLOMBIA, BARRANQUILLA | 22/12/1971 | [X] MASCULINO [ ] FEMENINO |

| N.° DE CÉDULA DE IDENTIDAD | N.° DE PASAPORTE | FECHA DE EXPEDICIÓN | FECHA DE VENCIMIENTO |
|---|---|---|---|
| V-21.495.350 | ▇1956 | 22/08/2017 | 21/08/2022 |

| 4. DATOS DE LA PLANILLA DE DEPÓSITO ||||
|---|---|---|---|
| ¿EXONERADO? | N° DE PLANILLA DE DEPOSITO | FECHA DE DEPOSITO | ENTIDAD BANCARIA |
| [X] SI [ ] NO | -- | -- | |

| 5. DATOS DEL(LA) DIRECTOR(A) GENERAL DEL SAIME |||
|---|---|---|
| APELLIDO(S) Y NOMBRE(S) | FIRMA | SELLO |
| Gustavo Adolfo Vizcaíno Gil | *[signature]* | *Despacho Del Director General SAIME* |

OBSERVACIONES: La presente certificación, deja constancia expresa respecto a la validez de los datos contenidos en el Documento de Viaje presentado por el titular, en su condición de ciudadano Venezolano, a tenor de lo previsto en la Constitución de la República Bolivariana de Venezuela y las leyes y reglamentos que rigen su expedición e impresión. Se ruega a las autoridades nacionales e internacionales brindar al titular de este pasaporte la ayuda y cooperación necesaria de conformidad a lo establecido en los pactos, tratados y convenios internacionales suscritos por la República Bolivariana en esta materia. En virtud que en fecha 12 de marzo del 2020 la Organización Mundial de la salud declaró como PANDEMIA la enfermedad infecciosa producida por el virus conocido como CORONAVIRUS (COVID-19) y en atención al Estado de Alarma para atender la emergencia sanitaria del CORONAVIRUS (COVID-19) dictado por el Gobierno de la República Bolivariana de Venezuela por medio del Decreto Ejecutivo N° 4.160, de fecha 13 de marzo del 2020, publicado en la Gaceta Oficial N° 6.519 de esa misma fecha, a partir del 13 de marzo del 2020, fueron suspendidos los servicios de emisión, renovación e impresión de pasaportes ordinarios, de servicio y diplomáticos a favor de los titulares de los mismos, en virtud de la aplicación de las medidas necesarias de protección de la salud de la población venezolana, a fin de mitigar los riesgos de propagación de esta PANDEMIA. En virtud de lo anterior, el Diplomático Venezolano ALEX NAIN SAAB MORÁN no pudo renovar ni recibir el pasaporte diplomático identificado con el N° ▇8720 (vigente hasta el 22/03/2022) tramitado a su favor, quedando en todo caso facultado para hacer uso del derecho a la movilidad internacional que le asiste en cumplimiento a las obligaciones propias de su investidura diplomática, a través de su pasaporte ordinario siempre que el mismo se encuentre vigente. De igual forma, una vez confirmados los registros de movimientos migratorios llevados por la Dirección de Migración, se certifica que el Diplomático Venezolano ALEX NAIN SAAB MORÁN, viajó con su pasaporte ordinario venezolano N° ▇1956 (emitido el 22AGO2017, con fecha de vencimiento 21AGO2022) en las fechas del 14ABR2020 (Caracas-Teherán) y el 12JUN2020 (Teherán-Caracas), en la aeronave AIRBUS 340-200 SIGLAS YV1004. Los mismos movimientos migratorios reflejan y así se certifica, que el Diplomático Venezolano ALEX NAIN SAAB MORÁN viajó el pasado 08MAR2020 con su pasaporte diplomático N° ▇8063.

Servicio Administrativo de Identificación, Migración y Extranjería. Av. Baralt, Edificio 1000, Distrito Capital, Caracas.
República Bolivariana de Venezuela. Teléfonos: 0800-SAIME00 / 0212-483.20.70; 0212-484.61.66. (www.saime.gob.ve)

ELABORADO POR OFICINA DE PLANIFICACIÓN,
PRESUPUESTO Y ORGANIZACIÓN

DIID-FOR-0002/17/08/2022

*[Certified Translation stamp: Language Reach, REG 07635166, 17/08/2022]*









## REPÚBLICA BOLIVARIANA DE VENEZUELA

PASAPORTE / PASSPORT

Tipo / Type: P
País Emisor / Issuing state: VEN
Pasaporte N° / Passport N°: ▮▮▮1956

Apellidos / Surname:
SAAB MORAN

Nombres / Given names:
ALEX NAIN

Nacionalidad / Nationality:
VENEZOLANA

Cédula de Identidad N° / Personal N°:
21495350

Fecha de Nacimiento / Date of birth:
21 / Dic / Dec / 1971

Sexo / Sex:
M

Fecha de Expedición / Date of issue:
22 / Ago / Aug / 2017

Lugar de Nacimiento / Place of birth:
BARRANQUILLA COL

Fecha de Vencimiento / Date of expiry:
21 / Ago / Aug / 2022

Autoridad / Authority:

Titular / Holder's signature

P<VENSAAB<MORAN<<ALEX<NAIN<<<<<<<<<<<<<<<<<<
▮▮▮▮19562VEN▮▮▮▮▮▮▮▮▮▮▮▮<<<<<<70













Gobierno Bolivariano de Venezuela | Ministerio del Poder Popular para Relaciones Exteriores | Oficina de Relaciones Consulares

No. V01D07Y22K20W07

## APOSTILLE

(Convention de La Haye du 5 octobre 1961)

| | |
|---|---|
| 1. País: Country/Pays | VENEZUELA |
| El presente documento público / The public document / Le présent acte public | |
| 2. ha sido firmado por / has been signed by / a été signé par | GUSTAVO ADOLFO VIZCAINO GIL |
| 3. quien actúa en calidad de / acting in the capacity of / agissant en qualité de | DIRECTOR GENERAL DEL SAIME |
| 4. y está revestido del sello / timbre de / bears the seal / stamp of / est revêtu du sceau / timbre de | Ministerio del Poder Popular Para Relaciones Interiores, Justicia y Paz |
| Certificado / Certified / Attesté | |
| 5. en CARACAS / at / a | 6. el día 01-07-2022 / the / le |
| 7. Por Ministerio del Poder Popular para Relaciones Exteriores / by / par | |
| 8. Bajo el número V01D07Y22K20W07 / Nº / sous nº | |
| 9. Sello / timbre: Seal / stamp: Sceau / timbre: | 10. Firma: Signature: Signature: |



**CHRISTIANS EDUARDO SANCHEZ OLOYOLA**
Director General de la Oficina de Relaciones Consulares, según Resolución Nro. 007 del 24 de mayo de 2022, publicada en la Gaceta Oficial de la República Bolivariana de Venezuela Nro. 42.388 del 31 de mayo de 2022.

Esta Apostilla certifica únicamente la autenticidad de la firma, la calidad en que el signatario del documento haya actuado y, en su caso, la identidad del sello o timbre del que el documento público esté revestido.
Esta Apostilla no certifica el contenido del documento para el cual se expidió.
**Fecha y hora de la emisión:** 01/07/2022 16:42:56
Para validar la autenticidad de esta apostilla ingrese este código: BBH1YY3XB13 en
http://consultalegalizacionve.mppre.gob.ve
**Tipo de Documento:** Certificación de Pasaporte
**Titular:** Nro de Identificación: V 21495350 **Nombre:** ALEX NAIN SAAB MORAN

---

This Apostille only certifies the authenticity of the signature and the capacity of the person who has signed the public document, and, where appropriate, the identity of the seal or stamp which the public document bears.
This Apostille does not certify the content of the document for which it was issued.
**Date and time of issue:** 01/07/2022 16:42:56
To validate the authenticity of this Apostile enter this code: BBH1YY3XB13 in
http://consultalegalizacionve.mppre.gob.ve
**Document type:** Certificación de Pasaporte
**Holder:** Identification Number: V 21495350 **Name:** ALEX NAIN SAAB MORAN

---

Cette Apostille atteste uniquement la véracité de la signature, la qualité en laquelle le signataire de l'acte a agi et, le cas échéant, l'identité du sceau ou timbre dont cet acte public est revêtu.
Cette Apostille ne certifie pas le contenu de l'acte pour lequel elle a été émise.
**Date et heure d'émission:** 01/07/2022 16:42:56
Pour valider l'authenticité de cette apostille, entrez ce code: BBH1YY3XB13 dans
http://consultalegalizacionve.mppre.gob.ve
**Type de document:** Certificación de Pasaporte
**Titulaire:** Numéro d'identification: V 21495350 **Prénom:** ALEX NAIN SAAB MORAN



Mppre-bbcc0b788be0afeb763402331018f4e406ebf136





17th August 2022

Dear Sirs,

**Re: Spanish into English Certified Translation**

Language Reach Limited is a UK-registered professional translation and interpreting company and a fully qualified registered member of The Association of Translation Companies (Member No. 2018ATCR1238). We hereby confirm that we have translated the enclosed document(s) from Spanish into English.

As a responsible translation agency we only employ certified linguists to work with us. We are satisfied with the linguistic accuracy and hereby confirm that the English written translation of the Spanish document(s) represents its fair and accurate linguistic message as intended in the original file(s).

We hereby confirm that this is a true and correct translation and certify the linguistic accuracy.

For more information, please contact Language Reach Limited on +44 (0) 208 677 3775.

Yours sincerely,



**Aniello Attianese**
Senior Account Manager





Registered in England & Wales 07635166 Tel: +44 (0) 208 677 3775 Email: info@languagereach.com
Address: Unit F11B, Parkhall Business Centre, London, SE21 8EN