# EXHIBIT 2



[Circular stamp:]

BOLIVARIAN
REPUBLIC OF
VENEZUELA

## CERTIFICATION

By means of this Document I, CHRISTIANS EDUARDO SÁNCHEZ OLOYOLA, holder of identity card No. V-19.508.019, acting in my capacity as General Director of the Office of Consular Relations of the Ministry of Popular Power for Foreign Relations, appointed by Resolution No. 007 of 24 May, 2022 published in the Official Gazette No. 42,388, dated 31 May, 2022, I certify that the following correspondence received and exchanged via email between the Office of Consular Relations of the Ministry of Popular Power for Relations Foreign Affairs of the Bolivarian Republic of Venezuela and the Office of Children's Affairs of the State Department of the United States, in the years 2019, 2020, 2021 and 2022, in relation to requests for assistance under the "Hague Convention on the Civil Aspects of International Child Abduction", are faithful and exact copies of the emails that rest in the files of the Office of Consular Relations of the Ministry of Popular Power for Foreign Relations of the Bolivarian Republic of Venezuela.

This certification complies with the rules established in the Venezuelan laws on the protection of Children and Adolescents and in the "Hague Convention on the Civil Aspects of International Child Abduction", the names of the Children and Adolescents will not be disclosed and are mentioned and attached below:

Reference to Minor

    1.1    E-mail sent from the United States Central Authority (Phillipsrt@state.gov) to the Venezuelan Central Authority (a.c.venezolana@gmail.com) on 23 March 2022.

    1.2    E-mail sent from the Venezuelan Central Authority (a.c.venezolana@gmail.com) to the United States Central Authority (Phillipsrt@state.gov) on 15 March 2022.

    1.3    E-mail sent from the United States Central Authority (Phillipsrt@state.gov) to the Venezuelan Central Authority (a.c.venezolana@gmail.com) on 16 March 2022.

    1.4    E-mail sent from the Venezuelan Central Authority (a.c.venezolana@gmail.com) to the United States Central Authority (Phillipsrt@state.gov) on 16 March 2022.

    1.5    E-mail sent from the United States Central Authority (Phillipsrt@state.gov) to the Venezuelan Central Authority (a.c.venezolana@gmail.com) on 15 February 2022

    1.6    E-mail sent from the Venezuelan Central Authority (a.c.venezolana@gmail.com) to the United States Central Authority (Phillipsrt@state.gov) on 15 February 2022.

    1.7    E-mail sent from the United States Central Authority (Phillipsrt@state.gov) to the Venezuelan Central Authority (a.c.venezolana@gmail.com) on 15 February 2022.

    1.8    E-mail sent from the Venezuelan Central Authority (a.c.venezolana@gmail.com) to the United States Central Authority (Phillipsrt@state.gov) on 29 September 2021.

[Circular stamp:]

BOLIVARIAN
REPUBLIC OF
VENEZUELA    14/11/2022

1.9 E-mail sent from the United States Central Authority (a.c.venezolana@gmail.com) to the Venezuelan Central Authority (Phillipsrt@state.gov) on 29 September 2021.

1.10 E-mail sent from the United States Central Authority (Phillipsrt@state.gov) to the Venezuelan Central Authority (a.c.venezolana@gmail.com) on 29 September 2021.

1.11 E-mail sent from the United States Central Authority (Phillipsrt@state.gov) to the Venezuelan Central Authority (a.c.venezolana@gmail.com) on 14 October 2021.

1.12 E-mail sent from the Venezuelan Central Authority (a.c.venezolana@gmail.com) to the United States Central Authority (Phillipsrt@state.gov) on 14 October 2021.

1.13 E-mail sent from the Venezuelan Central Authority (a.c.venezolana@gmail.com) to the United States Central Authority (Phillipsrt@state.gov) on 26 October 2021.

1.14 E-mail sent from the United States Central Authority (Phillipsrt@state.gov) to the Venezuelan Central Authority (a.c.venezolana@gmail.com) on 03 November 2021.

1.15 E-mail sent from the Venezuelan Central Authority (a.c.venezolana@gmail.com) to the United States Central Authority (Phillipsrt@state.gov) on 03 November 2021.

1.16 E-mail sent from the Venezuelan Central Authority (a.c.venezolana@gmail.com) to the United States Central Authority (Phillipsrt@state.gov) on 08 November 2021.

1.17 E-mail sent from the United States Central Authority (Phillipsrt@state.gov) to the Venezuelan Central Authority (a.c.venezolana@gmail.com) on 08 November 2021.

1.18 E-mail sent from the Venezuelan Central Authority (a.c.venezolana@gmail.com) to the United States Central Authority (Phillipsrt@state.gov) on 09 November 2021.

1.19 E-mail sent from the Venezuelan Central Authority (a.c.venezolana@gmail.com) to the United States Central Authority (Phillipsrt@state.gov) on 13 December 2021.

1.20 E-mail sent from the United States Central Authority (Phillipsrt@state.gov) to the Venezuelan Central Authority (a.c.venezolana@gmail.com) on 13 December 2021.

1.21 E-mail sent from the Venezuelan Central Authority (a.c.venezolana@gmail.com) to the United States Central Authority (Phillipsrt@state.gov) on 16 December 2021.

1.22 E-mail sent from the United States Central Authority (Phillipsrt@state.gov) to the Venezuelan Central Authority (a.c.venezolana@gmail.com) on 25 January 2022.

1.23 E-mail sent from the Venezuelan Central Authority (a.c.venezolana@gmail.com) to the United States Central Authority (Phillipsrt@state.gov) on 25 January 2022.

1.24 E-mail sent from the United States Central Authority (Phillipsrt@state.gov) to the Venezuelan Central Authority (a.c.venezolana@gmail.com) on 25 January 2022.



[Circular stamp:]
BOLIVARIAN
REPUBLIC OF
VENEZUELA
REG. 0003166

14/11/2022

1.25 E-mail sent from the Venezuelan Central Authority (a.c.venezolana@gmail.com) the United States Central Authority (Phillipsrt@state.gov) on 04 February 2022.

1.26 E-mail sent from the Venezuelan Central Authority (a.c.venezolana@gmail.com) to the United States Central Authority (Phillipsrt@state.gov) on 21 February 2022.

1.27 E-mail sent from the United States Central Authority (Phillipsrt@state.gov) to the Venezuelan Central Authority (a.c.venezolana@gmail.com) on 23 February 2022.

1.28 E-mail sent from the Venezuelan Central Authority (a.c.venezolana@gmail.com) to the United States Central Authority (Phillipsrt@state.gov) on 23 February 2022.

1.29 E-mail sent from the Venezuelan Central Authority (a.c.venezolana@gmail.com) to the United States Central Authority (Phillipsrt@state.gov) on 25 February 2022.

1.30 E-mail sent from the Venezuelan Central Authority (a.c.venezolana@gmail.com) to the United States Central Authority (Phillipsrt@state.gov) on 25 February 2022.

1.31 E-mail sent from the United States Central Authority (Phillipsrt@state.gov) to the Venezuelan Central Authority (a.c.venezolana@gmail.com) on 28 February 2022.

1.32 E-mail sent from the Venezuelan Central Authority (a.c.venezolana@gmail.com) to the United States Central Authority (Phillipsrt@state.gov) on 28 February 2022.

1.33 E-mail sent from the Venezuelan Central Authority (a.c.venezolana@gmail.com) to the United States Central Authority (Phillipsrt@state.gov) on 03 March 2022.

1.34 E-mail sent from the United States Central Authority (Phillipsrt@state.gov) to the Venezuelan Central Authority (a.c.venezolana@gmail.com) on 03 March 2022.

1.35 E-mail sent from the United States Central Authority (Phillipsrt@state.gov) to the Venezuelan Central Authority (a.c.venezolana@gmail.com) on 03 March 2022.

1.36 E-mail sent from the Venezuelan Central Authority (a.c.venezolana@gmail.com) to the United States Central Authority (Phillipsrt@state.gov) on 25 February 2022.

1.37 E-mail sent from the United States Central Authority (Phillipsrt@state.gov) to the Venezuelan Central Authority (a.c.venezolana@gmail.com) on 25 February 2022.

1.38 E-mail sent from the United States Central Authority (Phillipsrt@state.gov) to the Venezuelan Central Authority (a.c.venezolana@gmail.com) on 23 February 2022.

1.39 E-mail sent from the United States Central Authority (Phillipsrt@state.gov) to the Venezuelan Central Authority (a.c.venezolana@gmail.com) on 04 February 2022.

1.40 E-mail sent from the United States Central Authority (Phillipsrt@state.gov) to the Venezuelan Central Authority (a.c.venezolana@gmail.com) on 25 January 2022.


[Circular stamp:]
BOLIVARIAN
REPUBLIC OF
VENEZUELA 14/11/2022
REG. 13-35166

1.41 E-mail sent from the Venezuelan Central Authority (a.c.venezolana@gmail.com) to the United States Central Authority (Phillipsrt@state.gov) on 25 January 2022.

1.42 E-mail sent from the United States Central Authority (Phillipsrt@state.gov) to the Venezuelan Central Authority (a.c.venezolana@gmail.com) on 25 January 2022.

1.43 E-mail sent from the United States Central Authority (Phillipsrt@state.gov) to the Venezuelan Central Authority (a.c.venezolana@gmail.com) on 13 December 2021.

1.44 E-mail sent from the United States Central Authority (a.c.venezolana@gmail.com) to the Venezuelan Central Authority (Phillipsrt@state.gov) on 13 December 2021.

1.45 E-mail sent from the United States Central Authority (Phillipsrt@state.gov) to the Venezuelan Central Authority (a.c.venezolana@gmail.com) on 08 November 2021.

1.46 E-mail sent from the Venezuelan Central Authority (a.c.venezolana@gmail.com) to the United States Central Authority (Phillipsrt@state.gov) on 08 November 2022.

1.47 E-mail sent from the United States Central Authority (Phillipsrt@state.gov) to the Venezuelan Central Authority (a.c.venezolana@gmail.com) on 03 November 2021.

1.48 E-mail sent from the Venezuelan Central Authority (a.c.venezolana@gmail.com) to the United States Central Authority (Phillipsrt@state.gov) on 26 October 2022.

1.49 E-mail sent from the Venezuelan Central Authority (a.c.venezolana@gmail.com) to the United States Central Authority (Phillipsrt@state.gov) on 29 September 2022.

Therefore, I further confirm that the attached correspondence is part of the official record of the Office of Consular Relations and is maintained in the official records of the People's Ministry of Foreign Affairs in the course of its regular business, kept in accordance with established procedures and relied upon in the performance of my duties.

I further certify that, according to the records kept in this Office of Consular Relations, the official channel of communication and exchange of mail with the Office of Children's Affairs of the United States Department of State has been the same as that used prior to the year 2019, both with the Office of the aforementioned country, as well as with other countries, and the same has not changed.

By signing this document, I declare under penalty of perjury, in accordance with the laws of the Bolivarian Republic of Venezuela, that the foregoing is true and correct.

In Caracas, on the eleventh (11th) day on the month of November 2022.

[*Illegible signature*]
**CHRISTIANS EDUARDO SÁNCHEZ OLOYOLA**
**General Director of the Consular Affairs Office**
**Ministry of Foreign Affairs**
Designated by means of DM Resolution No. 007 of 24 May 2022, published in the Official Gazette
of the Bolivarian Republic of Venezuela No. 42.388 of 31 May 2022



[Circular stamp:]

BOLIVARIAN
REPUBLIC OF
VENEZUELA



14/11/2022

13/11/2022              Gmail –Return of █Reference to Minor█—21 March 2022

 **VENEZUELAN CENTRAL AUTHORITY** a.c.venezolana@gmail.com>

---

## Return of █Reference to Minor█ – 21 March 2022
**1 Message**

---

**Phillips, Richard T <PhillipsRT@state.gov>**                    23 March 2022
**To: VENEZUELAN CENTRAL AUTHORITY** a.c.venezolana@gmail.com>

Good morning,

█Reference to Minor█ arrived in the United States on 21 March 2022.
Thank you for your kind assistance in this case.

I have eight incoming cases from Venezuela (nine, when you send ███████ case).

I will try to be as diligent and helpful with these cases as you have been with this case, and my two other outgoing cases to Venezuela.

With kind regards,


*Richard*

**Richard Phillips**

Country Officer, Western Hemisphere-South Abductions Branch Mexico

"M" cases, Paraguay, Uruguay, and Venezuela

U.S. Central Authority, 1980 Hague Abduction Convention

U.S. Department of State, Office of Children's Issues (CA/OCS/CI)

Phone: ███████

Email: PhillipsRT@state.gov

Web: childabduction.state.gov

[Circular stamp:]
BOLIVARIAN
REPUBLIC OF
VENEZUELA

 **Gobierno Bolivariano de Venezuela**

Ministry of the Popular Power
For Foreign Affairs

Office
of **Consular Affairs**

No. 614C11D22100111

**APOSTILLE**

(Convention de La Haye du 5 octobre 1961)



| 1. Country: VENEZUELA | |
|---|---|
| This public document | |
| 2. has been signed by | **ABEL ERNESTO DURAN GOMEZ** |
| 3. acting in the capacity of | **GENERAL DIRECTOR OF THE SAREN** |
| 4. bears the seal/stamp of | **VICE-PRESIDENCY OF THE BOLIVARIAN REPUBLIC OF VENEZUELA** |
| Certified | |
| 5. In Caracas | **6. on 13-11-2022** |
| 7. by | **Ministry of the Popular Power for Foreign Affairs** |
| 8. No. 614C11D22I00I11 | |

| 9. Seal/stamp:  BOLIVARIAN REPUBLIC OF VENEZUELA  MINISTRY OF FOREIGN AFFAIRS | 10. Signature   [*Illegible*] |
|---|---|

**CHRISTIANS EDUARDO SANCHEZ OLOYOLA**
General Director (E) of the Consular Relations Office in
accordance with Resolution No. 007 of 24 May 2022, published in
the Official Gazette of the Bolivarian Republic of Venezuela No.
42.388 of 31 May 2022.

This Apostille only certifies the authenticity of the signature and the capacity of the person who has signed
the public document, and, where appropriate, the identity of the seal or stamp which the public document
bears.
The Apostille does not certify the content of the document for which it was issued.
**Date and time of issue**: 13/11/2022 20:52:56
To validate the authenticity of this Apostille enter this code: ABH1YYX7947  in
https:// consultalegalisacionve.mppre.gob.ve
**Document type**: Certification
**Holder**: Identification number: G 200000023 **Name**: MINISTRY OF THE POPULAR POWER FOR FOREIGN AFFAIRS

[Circular stamp:]
BOLIVARIAN
REPUBLIC OF
VENEZUELA

 Mppre-ab7b59c3858fd4ee3b4bbfe9fffc497e2ae23cd1 



CERTIFIED TRANSLATION
LANGUAGE REACH
14/11/2022
REG.0763SI66

# CERTIFICACIÓN

Mediante el presente Documento Yo, CHRISTIANS EDUARDO SÁNCHEZ OLOYOLA, titular de la cédula de identidad Nro. V-19.508.019, actuando en mi carácter de Director General de la Oficina de Relaciones Consulares del Ministerio del Poder Popular para Relaciones Exteriores, designado mediante Resolución N° 007 del 24 de mayo de 2022 publicado en la Gaceta Oficial Nro. 42.388, en fecha 31 de mayo de 2022, certifico que las siguientes correspondencias recibidas e intercambiadas vía correo electrónico entre la Oficina de Relaciones Consulares del Ministerio del Poder Popular para Relaciones Exteriores de la República Bolivariana de Venezuela y la Oficina de Asuntos del Niño del Departamento de Estado de los Estados Unidos, en los años 2019, 2020, 2021 y 2022, en relación con las solicitudes de asistencia en virtud de la "Convención de La Haya sobre los Aspectos Civiles de la Sustracción Internacional de Menores", son copias fieles y exactas de los emails que reposan en los archivos de la Oficina de Relaciones Consulares del Ministerio del Poder Popular para Relaciones Exteriores de la República Bolivariana de Venezuela.

Esta certificación cumple con las reglas establecidas en las leyes venezolanas sobre la protección de los Niños, Niñas y Adolescentes y en la "Convención de La Haya sobre los Aspectos Civiles de la Sustracción Internacional de Menores", los nombres de los Niños, Niñas y Adolescentes no serán revelados y se mencionan y adjuntan a continuación:

Reference to Minor

1.1 Correo enviado desde la Autoridad Central Estadounidense (Phillipsrt@state.gov) a la Autoridad Central Venezolana (a.c.venezolana@gmail.com) en fecha 23 de marzo de 2022.

1.2 Correo emitido desde la Autoridad Central Venezolana (a.c.venezolana@gmail.com) a la Autoridad Central Estadounidense (Phillipsrt@state.gov) en fecha 15 de marzo de 2022.

1.3 Correo enviado desde la Autoridad Central Estadounidense (Phillipsrt@state.gov) a la Autoridad Central Venezolana (a.c.venezolana@gmail.com) en fecha 16 de marzo de 2022.

1.4 Correo emitido desde la Autoridad Central Venezolana (a.c.venezolana@gmail.com) a la Autoridad Central Estadounidense (Phillipsrt@state.gov) en fecha 16 de marzo de 2022.

1.5 Correo enviado desde la Autoridad Central Estadounidense (Phillipsrt@state.gov) a la Autoridad Central Venezolana (a.c.venezolana@gmail.com) en fecha 15 de febrero de 2022.

1.6 Correo emitido desde la Autoridad Central Venezolana (a.c.venezolana@gmail.com) a la Autoridad Central Estadounidense (Phillipsrt@state.gov) en fecha 15 de febrero de 2022.

1.7 Correo enviado desde la Autoridad Central Estadounidense (Phillipsrt@state.gov) a la Autoridad Central Venezolana (a.c.venezolana@gmail.com) en fecha 15 de febrero de 2022.

1.8 Correo emitido desde la Autoridad Central Venezolana (a.c.venezolana@gmail.com) a la Autoridad Central Estadounidense (Phillipsrt@state.gov) en fecha 29 de septiembre de 2021.

1.9 Correo emitido desde la Autoridad Central Venezolana (a.c.venezolana@gmail.com) a la Autoridad Central Estadounidense (Phillipsrt@state.gov) en fecha 29 de septiembre de 2021.

CERTIFIED TRANSLATION
14/11/2022
REG:07838156
LANGUAGE REACH

1.10 Correo enviado desde la Autoridad Central Estadounidense (Phillipsrt@state.gov) a la Autoridad Central Venezolana (a.c.venezolana@gmail.com) en fecha 29 de septiembre de 2021.

1.11 Correo enviado desde la Autoridad Central Estadounidense (Phillipsrt@state.gov) a la Autoridad Central Venezolana (a.c.venezolana@gmail.com) en fecha 14 de octubre de 2021.

1.12 Correo emitido desde la Autoridad Central Venezolana (a.c.venezolana@gmail.com) a la Autoridad Central Estadounidense (Phillipsrt@state.gov) en fecha 14 de octubre de 2021.

1.13 Correo emitido desde la Autoridad Central Venezolana (a.c.venezolana@gmail.com) a la Autoridad Central Estadounidense (Phillipsrt@state.gov) en fecha 26 de octubre de 2021.

1.14 Correo enviado desde la Autoridad Central Estadounidense (Phillipsrt@state.gov) a la Autoridad Central Venezolana (a.c.venezolana@gmail.com) en fecha 03 de noviembre de 2021.

1.15 Correo emitido desde la Autoridad Central Venezolana (a.c.venezolana@gmail.com) a la Autoridad Central Estadounidense (Phillipsrt@state.gov) en fecha 03 de noviembre de 2021.

1.16 Correo emitido desde la Autoridad Central Venezolana (a.c.venezolana@gmail.com) a la Autoridad Central Estadounidense (Phillipsrt@state.gov) en fecha 08 de noviembre de 2021.

1.17 Correo enviado desde la Autoridad Central Estadounidense (Phillipsrt@state.gov) a la Autoridad Central Venezolana (a.c.venezolana@gmail.com) en fecha 08 de noviembre de 2021.

1.18 Correo emitido desde la Autoridad Central Venezolana (a.c.venezolana@gmail.com) a la Autoridad Central Estadounidense (Phillipsrt@state.gov) en fecha 09 de noviembre de 2021.

1.19 Correo emitido desde la Autoridad Central Venezolana (a.c.venezolana@gmail.com) a la Autoridad Central Estadounidense (Phillipsrt@state.gov) en fecha 13 de diciembre de 2021.

1.20 Correo enviado desde la Autoridad Central Estadounidense (Phillipsrt@state.gov) a la Autoridad Central Venezolana (a.c.venezolana@gmail.com) en fecha 13 de diciembre de 2021.

1.21 Correo emitido desde la Autoridad Central Venezolana (a.c.venezolana@gmail.com) a la Autoridad Central Estadounidense (Phillipsrt@state.gov) en fecha 16 de diciembre de 2021.

1.22 Correo enviado desde la Autoridad Central Estadounidense (Phillipsrt@state.gov) a la Autoridad Central Venezolana (a.c.venezolana@gmail.com) en fecha 25 de enero de 2022.

1.23 Correo emitido desde la Autoridad Central Venezolana (a.c.venezolana@gmail.com) a la Autoridad Central Estadounidense (Phillipsrt@state.gov) en fecha 25 de enero de 2022.

1.24 Correo enviado desde la Autoridad Central Estadounidense (Phillipsrt@state.gov) a la Autoridad Central Venezolana (a.c.venezolana@gmail.com) en fecha 25 de enero de 2022.

1.25 Correo emitido desde la Autoridad Central Venezolana (a.c.venezolana@gmail.com) a la Autoridad Central Estadounidense (Phillipsrt@state.gov) en fecha 04 de febrero de 2022.

1.26 Correo emitido desde la Autoridad Central Venezolana

(a.c.venezolana@gmail.com) a la Autoridad Central Estadounidense (Phillipsrt@state.gov) en fecha 21 de febrero de 2022.

1.27 Correo enviado desde la Autoridad Central Estadounidense (Phillipsrt@state.gov) a la Autoridad Central Venezolana (a.c.venezolana@gmail.com) en fecha 23 de febrero de 2022.

1.28 Correo emitido desde la Autoridad Central Venezolana (a.c.venezolana@gmail.com) a la Autoridad Central Estadounidense (Phillipsrt@state.gov) en fecha 23 de febrero de 2022.

1.29 Correo emitido desde la Autoridad Central Venezolana (a.c.venezolana@gmail.com) a la Autoridad Central Estadounidense (Phillipsrt@state.gov) en fecha 25 de febrero de 2022.

1.30 Correo emitido desde la Autoridad Central Venezolana (a.c.venezolana@gmail.com) a la Autoridad Central Estadounidense (Phillipsrt@state.gov) en fecha 25 de febrero de 2022.

1.31 Correo enviado desde la Autoridad Central Estadounidense (Phillipsrt@state.gov) a la Autoridad Central Venezolana (a.c.venezolana@gmail.com) en fecha 28 de febrero de 2022.

1.32 Correo emitido desde la Autoridad Central Venezolana (a.c.venezolana@gmail.com) a la Autoridad Central Estadounidense (Phillipsrt@state.gov) en fecha 28 de febrero de 2022.

1.33 Correo emitido desde la Autoridad Central Venezolana (a.c.venezolana@gmail.com) a la Autoridad Central Estadounidense (Phillipsrt@state.gov) en fecha 03 de marzo de 2022.

1.34 Correo enviado desde la Autoridad Central Estadounidense (Phillipsrt@state.gov) a la Autoridad Central Venezolana (a.c.venezolana@gmail.com) en fecha 03 de marzo de 2022.

1.35 Correo enviado desde la Autoridad Central Estadounidense (Phillipsrt@state.gov) a la Autoridad Central Venezolana (a.c.venezolana@gmail.com) en fecha 03 de marzo de 2022.

1.36 Correo emitido desde la Autoridad Central Venezolana (a.c.venezolana@gmail.com) a la Autoridad Central Estadounidense (Phillipsrt@state.gov) en fecha 25 de febrero de 2022.

1.37 Correo enviado desde la Autoridad Central Estadounidense (Phillipsrt@state.gov) a la Autoridad Central Venezolana (a.c.venezolana@gmail.com) en fecha 25 de febrero de 2022.

1.38 Correo enviado desde la Autoridad Central Estadounidense (Phillipsrt@state.gov) a la Autoridad Central Venezolana (a.c.venezolana@gmail.com) en fecha 23 de febrero de 2022.

1.39 Correo enviado desde la Autoridad Central Estadounidense (Phillipsrt@state.gov) a la Autoridad Central Venezolana (a.c.venezolana@gmail.com) en fecha 04 de febrero de 2022.

1.40 Correo enviado desde la Autoridad Central Estadounidense (Phillipsrt@state.gov) a la Autoridad Central Venezolana (a.c.venezolana@gmail.com) en fecha 25 de enero de 2022.

1.41 Correo emitido desde la Autoridad Central Venezolana (a.c.venezolana@gmail.com) a la Autoridad Central Estadounidense (Phillipsrt@state.gov) en fecha 25 de enero de 2022.

1.42 Correo enviado desde la Autoridad Central Estadounidense (Phillipsrt@state.gov) a la Autoridad Central Venezolana





CERTIFIED TRANSLATION
14/11/2022
REG:07635166
LANGUAGE REACH

(a.c.venezolana@gmail.com) en fecha 25 de enero de 2022.

1.43   Correo enviado desde la Autoridad Central Estadounidense (Phillipsrt@state.gov) a la Autoridad Central Venezolana (a.c.venezolana@gmail.com) en fecha 13 de diciembre de 2021.

1.44   Correo emitido desde la Autoridad Central Venezolana (a.c.venezolana@gmail.com) a la Autoridad Central Estadounidense (Phillipsrt@state.gov) en fecha 13 de diciembre de 2021.

1.45   Correo enviado desde la Autoridad Central Estadounidense (Phillipsrt@state.gov) a la Autoridad Central Venezolana (a.c.venezolana@gmail.com) en fecha 08 de noviembre de 2021.

1.46   Correo enviado desde la Autoridad Central Venezolana (a.c.venezolana@gmail.com) a la Autoridad Central Estadounidense (Phillipsrt@state.gov) en fecha 08 de noviembre de 2021.

1.47   Correo enviado desde la Autoridad Central Estadounidense (Phillipsrt@state.gov) a la Autoridad Central Venezolana (a.c.venezolana@gmail.com) en fecha 03 de noviembre de 2021.

1.48   Correo emitido desde la Autoridad Central Venezolana (a.c.venezolana@gmail.com) a la Autoridad Central Estadounidense (Phillipsrt@state.gov) en fecha 26 de octubre de 2021.

1.49   Correo emitido desde la Autoridad Central Venezolana (a.c.venezolana@gmail.com) a la Autoridad Central Estadounidense (Phillipsrt@state.gov) en fecha 29 de septiembre de 2021.

Así mismo, confirmo que la correspondencia adjunta forma parte del registro oficial de la Oficina de Relaciones Consulares y se mantienen en los registros oficiales del Ministerio del Poder Popular para Relaciones Exteriores en el curso de su actividad regular, conservados de acuerdo con los procedimientos establecidos y en los que me baso para ejercer mis funciones.

Además, certifico que, de acuerdo a los registros que reposan en esta Oficina de Relaciones Consulares, la vía oficial de comunicación e intercambio de correos con la Oficina de Asuntos del Niño del Departamento de Estado de los Estados Unidos de América ha sido la misma a la usada antes del año 2019, tanto con la Oficina del país mencionado, como con otros países, y la misma no ha variado.

Al suscribir este documento, declaro bajo pena de perjurio, de conformidad con las leyes de la República Bolivariana de Venezuela, que lo anterior es cierto y correcto.

En Caracas, a los once (11) días del mes de noviembre de 2022

**CHRISTIANS EDUARDO SÁNCHEZ LOYOLA**
**Director General de la Oficina de Relaciones Consulares**
**Ministerio del Poder Popular para Relaciones Exteriores**
Designado mediante Resolución DM N° 007 del 24 de mayo del 2022, publicada en la Gaceta Oficial de la República Bolivariana de Venezuela N° 42.388 del 31 de mayo de 2022.



M Gmail                                        **AUTORIDAD CENTRAL VENEZOLANA** <a.c.venezolana@gmail.

## Return of Reference to Minor --21 March 2022
1 mensaje

**Phillips, Richard T** <PhillipsRT@state.gov>                          23 de marzo de 2022
Para: AUTORIDAD CENTRAL VENEZOLANA <a.c.venezolana@gmail.com>

Good morning,

Reference to Minor arrived in the United States on 21 March 2022.

Thank you for your kind assistance in this case.

I have eight incoming cases from Venezuela (nine, when you send ▮▮▮▮▮ case).

I will try to be as diligent and helpful with these cases as you have been with this case, and my two other outgoing case
to Venezuela.

With kind regards,

*Richard*

**Richard Phillips**

Country Officer, Western Hemisphere-South Abductions Branch

Mexico "M" cases, Paraguay, Uruguay, and Venezuela

U.S. Central Authority, 1980 Hague Abduction Convention

U.S. Department of State, Office of Children's Issues (CA/OCS/CI)

Phone: ▮▮▮▮▮▮▮

Email: PhillipsRT@state.gov

Web: childabduction.state.gov

CERTIFIED TRANSLATION
14/11/2022



Gobierno **Bolivariano** de Venezuela | Ministerio del Poder Popular para Relaciones Exteriores | Oficina de Relaciones Consulares

**No. 614C11D22I00I11**

## APOSTILLE

(Convention de La Haye du 5 octobre 1961)

| | |
|---|---|
| 1. **País: VENEZUELA** Country/Pays | |
| **El presente documento público** The public document / Le présent acte public | |
| 2. **ha sido firmado por** has been signed by a été signé par | **ABEL ERNESTO DURÁN GÓMEZ** |
| 3. **quien actúa en calidad de** acting in the capacity of agissant en qualité de | **DIRECTOR GENERAL DEL SAREN** |
| 4. **y está revestido del sello / timbre de** bears the seal / stamp of est revêtu du sceau / timbre de | **VICEPRESIDENCIA DE LA REPÚBLICA BOLIVARIANA DE VENEZUELA** |
| | **Certificado** Certified / Attesté |
| 5. **en CARACAS** at / a | 6. **el día 13-11-2022** the / lé |
| 7. **Por Ministerio del Poder Popular para Relaciones Exteriores** by / par | |
| 8. **Bajo el número 614C11D22I00I11** Nº / sous nº | |
| 9. **Sello / timbre:** Seal / stamp: Sceau / timbre : | 10. **Firma:** Signature: Signature : |

**CHRISTIANS EDUARDO SANCHEZ OLOYOLA**
Director General de la Oficina de Relaciones Consulares, según Resolución Nro. 007 del 24 de mayo de 2022, publicada en la Gaceta Oficial de la República Bolivariana de Venezuela Nro. 42.388 del 31 de mayo de 2022.

Esta Apostilla certifica únicamente la autenticidad de la firma, la calidad en que el signatario del documento haya actuado y, en su caso, la identidad del sello o timbre del que el documento público esté revestido.
Esta Apostilla no certifica el contenido del documento para el cual se expidió.
**Fecha y hora de la emisión:** 13/11/2022 20:52:56
Para validar la autenticidad de esta apostilla ingrese este código: ABH1YYX7947 en
http://consultalegalizacionve.mppre.gob.ve
**Tipo de Documento:** Certificación
**Titular:** Nro de Identificación: G 200000023 **Nombre:** MINISTERIO DEL PODER POPULAR PARA RELACIONES EXTERIORES
--------------------------------------------------------------------------
This Apostille only certifies the authenticity of the signature and the capacity of the person who has signed the public document, and, where appropriate, the identity of the seal or stamp which the public document bears.
This Apostille does not certify the content of the document for which it was issued.
**Date and time of issue:** 13/11/2022 20:52:56
To validate the authenticity of this Apostille enter this code: ABH1YYX7947 in
http://consultalegalizacionve.mppre.gob.ve
**Document type:** Certificación
**Holder:** Identification Number: G 200000023 **Name:** MINISTERIO DEL PODER POPULAR PARA RELACIONES EXTERIORES
--------------------------------------------------------------------------
Cette Apostille atteste uniquement la véracité de la signature, la qualité en laquelle le signataire de l'acte a agi et, le cas échéant, l'identité du sceau ou timbre dont cet acte public est revêtu.
Cette Apostille ne certifie pas le contenu de l'acte pour lequel elle a été émise.
**Date et heure d'émission:** 13/11/2022 20:52:56
Pour valider l'authenticité de cette apostille, entrez ce code: ABH1YYX7947 dans
http://consultalegalizacionve.mppre.gob.ve
**Type de document:** Certificación
**Titulaire:** Numéro d'identification: G 200000023 **Prénom:** MINISTERIO DEL PODER POPULAR PARA RELACIONES EXTERIORES



**Mppre-ab7b59c3858fd4ee3b4bbfe9fffc497e2ae23cd1**




14/11/2022



14th November 2022

Dear Sirs,

**Re: Spanish into English Certified Translation - LR-1122-451**

Language Reach Limited is a UK-registered professional translation and interpreting company and a fully qualified registered member of The Association of Translation Companies (Member No. 2018ATCR1238). We hereby confirm that we have translated the enclosed document(s) from Spanish into English.

As a responsible translation agency we only employ certified linguists to work with us. We are satisfied with the linguistic accuracy and hereby confirm that the English written translation of the Spanish document(s) represents its fair and accurate linguistic message as intended in the original file(s).

We hereby confirm that this is a true and correct translation and certify the linguistic accuracy.

For more information, please contact Language Reach Limited on +44 (0) 208 677 3775.

Yours sincerely,




**Aniello Attianese**
Senior Account Manager



Registered in England & Wales 07635166 Tel: +44 (0) 208 677 3775 Email: info@languagereach.com
Address: Unit F11B, Parkhall Business Centre, London, SE21 8EN