United States District Court
for the
Southern District of Florida

| | |
|---|---|
| United States of America, <br> Plaintiff <br><br> v. <br><br> Alex Nain Saab Moran, <br> Defendant. | ) <br> ) <br> ) <br> ) Criminal Case No. 19-20450-CR-Scola <br> ) <br> ) <br> ) |

## Order Following Status Conference

      This cause was before the Court for a telephonic status conference held in on November 15, 2022, which concerned the evidentiary hearing set to begin on December 12, 2022 on the Defendant's motion to dismiss (ECF No. 147). In respect thereof, the Court **orders** as follows:

  1. <u>Dates of Hearing</u>. The hearing on the Defendant's motion to dismiss will take place from December 12 through December 16, 2022. The parties' presentations will promptly begin at 9:00 AM and run through 5:30 PM or later daily.

  2. <u>Witnesses, Exhibits and Jencks Material</u>. The parties will exchange witness lists, exhibit lists, and Jencks material via e-mail no later than December 5, 2022.

      With respect to the information of one Government witness who has expressed security concerns because of participation in this matter, the Government may require such witness's information to be treated confidentially prior to the hearing by restricting the information's dissemination to counsel and labeling it as "FOR ATTORNEYS' EYES ONLY" when tendering the witness's information to the opposing side.

      No later than December 8, 2022, counsel will provide as-served copies of their witness and exhibit lists to the Court via e-mail at scola@flsd.uscourts.gov. By that same date, counsel will provide digital copies of their exhibits to the Court via e-mail. Each file name must follow this pattern: "[Gov't/Def.] Ex. [Number/Letter] – [Description]" (for example: "Gov't Ex. 1 – Traffic Ticket" or "Def. Ex. A – Photos of Scene"). Counsel will be responsible for ensuring that their files are cybersecure and are instructed to submit their files in PDF format whenever practicable.

  3. <u>Expert Disclosures</u>. The parties must exchange expert disclosures via e-mail no later than December 5, 2022. Any rebuttal experts must be disclosed to the opposing side, and the Court, via e-mail by 5:00 PM on December 9, 2022. With respect to the information of expert witness who has expressed security concerns

because of their participation in the upcoming hearing, the may require such witness's information to be treated confidentially prior to the hearing by restricting the information's dissemination to counsel and labeling it as "FOR ATTORNEYS' EYES ONLY" when tendering the witness's information to the opposing side.

4. <u>Witness Testimony</u>. For purposes of the upcoming hearing, any witness not physically present in the United States may testify via the Court's videoconference system provided that the witness does so from the secured premises of the Swiss embassy for any witnesses testifying in Venezuela and the American embassy in London for the witness testifying in London.

All witnesses must testify under the oath administered by the Court pursuant to the laws of the United States. Witnesses testifying remotely will also be required to undertake an oath ensuring the veracity of their testimony pursuant to the local law of the country in which they are physically present (i.e., the embassy's host nation, not the law of the embassy's home nation).

In such cases, counsel will be responsible for ensuring that a person legally qualified to administer the foreign oath will be physically present in the same room as the witness at the time of administering that oath to the witness. Counsel will also ensure that all formalities in connection with the administration of the foreign oath will be complied with, including, for example, ensuring the witness's being prepared to furnish acceptable identification or any other information that may be required under the foreign nation's law to undertake the foreign oath.

The Swiss government has requested a court order from this Court authorizing the testimony to take place at the Swiss embassy in Venezuela. No later than November 28, 2022, the parties shall submit a proposed order to the Court which includes language requested by the Swiss government.

5. <u>Foreign Language Interpretation</u>. The Court will provide Spanish and Portuguese interpreters for this upcoming hearing. Counsel must provide the Court at least three business days' notice prior to requiring Portuguese interpretation. For any witnesses testifying remotely who may require the assistance of an interpreter, counsel will ensure that a secure phone line is available to the witness and the interpreter should the need to use it arise.

6. <u>Oral Argument</u>. The Court plans to hear oral arguments on the law concerning the Defendant's motion to dismiss (ECF No. 147) on December 16, 2022, time permitting. If there is no time available on December 16, the Court will hear the parties' oral arguments on December 20, 2022, from 9:00 AM to 12:00 PM.

7. <u>Post-Hearing Briefs</u>. The parties are instructed to refrain from filing post-hearing briefs unless directed by the Court to do so. The Court will decide whether such briefs will be necessary after the parties' evidentiary presentations.

8. <u>CIPA Litigation</u>. The Government is directed to make all reasonable efforts to make its anticipated filing pursuant to Classified Information Procedures Act § 4

with the Court by December 2, 2022.

**Done and ordered** in Miami, Florida, on November 16, 2022.

Robert N. Scola, Jr.
United States District Judge