United States District Court
for the
Southern District of Florida

| | |
|---|---|
| United States of America, Plaintiff | ) ) ) |
| v. | ) ) ) Criminal Case No. 19-20450-CR-Scola |
| Alex Nain Saab Moran, Defendant. | ) ) ) |

### Notice to the Parties

The Court notifies the parties that its IT personnel will be in courtroom 12-3 on December 9, 2022 at 2:00 PM for one hour to perform connectivity testing in anticipation of the evidentiary hearing in this matter.

The parties may use the courtroom during this time to test their own equipment and that of their counterparts in the locations from which remote testimony is expected. The Court's IT personnel will use the Zoom meeting room below to conduct its testing.[1]

For purposes of this testing session and the evidentiary hearing, the parties are reminded that, pursuant to the Court's rules, non-attorneys (e.g., paralegals and witnesses) may only bring electronic equipment into the courtroom with a Court order.

To request such an order, a party must file a motion and attach to it a proposed order specifying the non-attorney(s) for whom permission is to be granted, the piece(s) of equipment that each non-attorney is to bring into the courtroom, each non-attorney's function in the hearing or on the party's legal team, and the non-attorney's intended dates of accessing the courtroom.

These filings must be made no later than 5:00 PM three business days prior to the first intended date of access. Word (.docx) versions of as-filed proposed orders must be sent to the Court via-email by that same deadline.

**Done and ordered** in Miami, Florida, on November 17, 2022.

_____
Robert N. Scola, Jr.
United States District Judge

---

[1] https://www.zoomgov.com/j/1607852496?pwd=Wi9HWHNhV1hSalk0bFdweStRdzhCUT09
Meeting ID: 160 785 2496
Passcode: 804868
+1 646 828 7666 US (New York)
Find your local number: https://www.zoomgov.com/u/an4ypYTk8