IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> ALEX NAIN SAAB MORAN, <br><br> Defendant. | Case No. 19-20450-CR-Scola |

**UNOPPOSED MOTION TO ALLOW ELECTRONIC EQUIPMENT
INTO THE COURTROOM AT EVIDENTIARY HEARING**

Defendant Alex Nain Saab Moran, by and through undersigned counsel, hereby requests that this Court allow counsel and a paralegal for Mr. Saab to bring electronic equipment, associated electronic accessories, and cellular devices into the courtroom during the evidentiary hearing on Mr. Saab's Motion to Dismiss the Indictment (ECF No. 147), and in support thereof state:

1. The evidentiary hearing on Mr. Saab's Motion to Dismiss the Indictment (ECF No. 147) is scheduled to begin December 12.

2. The Defense respectfully requests the ability to utilize certain electronic equipment during the hearing in order to effectively present some of Mr. Saab's case electronically.

2. The Defense also intends to call certain witnesses to testify at the hearing live. In order to properly coordinate their testimony, counsel respectfully requests that this Court allow counsel to bring their cell phones into the courtroom to provide the ability to remain in contact with their witnesses and to enable the witnesses to reach counsel by phone or by e-mail, as necessary. Counsel will ensure that said mobile devices do not ring or make noise such as to interfere with the hearing proceedings.

4. The following individuals are those who will bring the equipment and/or communication devices into the courtroom and who will be using or have access to the equipment and communication devices throughout the hearing:

| Counsel/Legal Assistant/Paralegal/Party or Party or Representative | Equipment |
|---|---|
| Jonathan New, Esq.<br>Counsel for Mr. Saab | One Laptop computer, including appropriate cables and/or converters, cellular phone and charger |
| Jonathan Barr, Esq.<br>Counsel for Mr. Saab | One Laptop computer, including appropriate cables and/or converters, cellular phone and charger |
| Lindy Keown, Esq.<br>Counsel for Mr. Saab | One Laptop computer, including appropriate cables and/or converters, cellular phone and charger |
| Joe Schuster<br>Counsel for Mr. Saab | One Laptop computer, including appropriate cables and/or converters, cellular phone and charger |
| Neil Schuster<br>Counsel for Mr. Saab | One Laptop computer, including appropriate cables and/or converters, cellular phone and charger |
| Jeffrey Fetzer<br>Mr. Saab's Paralegal | One Laptop computer, including appropriate cables and/or converters, cellular phone and charger<br><br>Monitor – with Power adapter, Hot Spot Mifi – with Power adapter, 1 in 2 out HDMI Splitter – with Power adapter, Power Strip, 2 power extension cords, Logitech pointer |

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 88.9

Counsel has conferred with Counsel for the government pursuant to Local Rule 88.9 and the government does not object to the relief requested herein.

| | |
|---|---|
| Date: December 8, 2022 | Respectfully submitted, |
| | BAKER & HOSTETLER LLP |
| | By: *Lindy K. Keown* <br> Lindy K. Keown (FL: 117888) <br> 200 South Orange Avenue <br> Suite 2300 <br> Orlando, Florida 32801 <br> Tel: (407) 649-4000 <br> lkeown@bakerlaw.com |
| | David B. Rivkin, Jr. (*pro hac vice*) <br> Elizabeth Price Foley (FL: 92380) <br> Jonathan R. Barr (*pro hac vice*) <br> 1050 Connecticut Avenue, N.W. <br> Suite 1100 <br> Washington, DC 20036 <br> Tel: (202) 861-1500 <br> drivkin@bakerlaw.com <br> efoley@bakerlaw.com <br> jbarr@bakerlaw.com |
| | Jonathan B. New (*pro hac vice*) <br> 45 Rockefeller Plaza <br> 11th Floor <br> New York, New York 10111 <br> Tel: (212) 589-4200 <br> jnew@bakerlaw.com |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 8, 2022, I electronically served the foregoing to all counsel of record.

*s/Lindy K. Keown*
Lindy K. Keown