UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case Number: **19-cr-20450-SCOLA**

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

v.

**ALEX NAIN SAAB MORAN,**

        **Defendant.**

_____/

## GOVERNMENT MOTION FOR NON-ATTORNEY TO BRING ELECTRONIC EQUIPMENT INTO COURT

The United States of America (the "Government"), per the Court's November 17, 2022 Notice [DE 162] and Administrative Order 2018-79, moves this honorable Court to permit Jorge A. Lorente, Litigation/Information Technology Specialist with the United States Attorney's Office for the Southern District of Florida, to bring one government issued laptop containing the Trial Director program and a copy of the exhibits related to the upcoming evidentiary hearing and his government issued cellular phone into the Wilkie D. Ferguson, Jr. United States Courthouse on December 9, 2022, and December 12-16, 2022. In support thereof, the Government states as follows:

1. Mr. Lorente is a Litigation/Information Technology Specialist with the United States Attorney's Office for the Southern District of Florida.

2. Mr. Lorente will assist the Government in using the Trial Director program and electronically displaying exhibits before the Court during the evidentiary hearing scheduled to start on December 12, 2022. He will also assist the Government with testing electronic equipment on December 9, 2022.

The undersigned has conferred with Counsel for the Defendant, and they do not oppose the relief sought.

Respectfully Submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

/s/ *Kurt Lunkenheimer*
Assistant U.S. Attorney
Court ID No. A5501535
99 N.E. 4th Street
Miami, Florida 33132-2111
TEL (305) 961-9008
Kurt.Lunkenheimer@usdoj.gov

GLENN S. LEON
CHIEF, FRAUD SECTION
Criminal Division
U.S. Department of Justice

/s/ *Alexander Kramer*
Alexander Kramer
Trial Attorney
Criminal Division, Fraud Section
U.S. Department of Justice
Court ID No. A5502240
1400 New York Ave. NW
Washington, DC 20005
TEL (202) 768-1919
alexander.kramer@usdoj.gov