UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case Number: <u>**19-cr-20450-SCOLA**</u>

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

v.

**ALEX NAIN SAAB MORAN,**

        **Defendant.**

_____/

**[PROPOSED] ORDER**

    **THIS CAUSE** came before the Court upon the United States' Unopposed Motion for Non-Attorney to Bring Electronic Equipment into Court (ECF No. ___). Having considered the United States' Motion, and being otherwise fully advised, it is hereby **ORDERED** and **ADJUDGED** that the United States' Motion is GRANTED:

1. Jorge A. Lorente, Litigation/Information Technology Specialist with the United States Attorney's Office for the Southern District of Florida, may bring one laptop computer and one cellular phone into the courtroom on December 9, 2022, and December 12-16, 2022.

    DONE and ORDERED in Miami, Florida, on December _____, 2022.

                                                _____
                                                ROBERT N. SCOLA, JR.
                                                UNITED STATES DISTRICT JUDGE
                                                SOUTHERN DISTRICT OF FLORIDA