IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff

v.

ALEX NAIN SAAB MORAN,

    Defendant.

Case No. 19-20450-CR-Scola

**ORDER GRANTING UNOPPOSED
MOTION TO ALLOW ELECTRONIC EQUIPMENT
INTO THE COURTROOM AT EVIDENTIARY HEARING**

THIS CAUSE having come before the Court on the Defendant's Unopposed Motion To Allow Electronic Equipment into the Courtroom at Evidentiary Hearing (the **"Motion"**), and with the Court being fully advised on the premises, the Court ORDERS as follows:

1. The Motion is GRANTED. (**ECF No. 171.**)

2. The following individuals are permitted to bring the listed equipment and/or communication devices into the courthouse during the evidentiary hearing of this matter, from December 12-December 16:

| Counsel/Legal Assistant/Paralegal/Party or Party or Representative | Equipment |
|---|---|
| Elizabeth Price Foley, Esq. Counsel for Mr. Saab | One Laptop computer, including appropriate cables and/or converters, cellular phone and charger |

DONE AND ORDERED in chambers, in Miami, Florida on December 8, 2022.

ROBERT N. SCOLA, JR.
UNITED STATES DISTRICT JUDGE