IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

vs.

ALEX NAIN SAAB MORAN,

          Defendant.

Case No. 19-20450-CR-Scola

**CERTIFICATION OF CONFERRAL ON
DEFENDANT'S MOTION *IN LIMINE* TO EXCLUDE
EXPERT TESTIMONY FROM SAMUEL MARPLE**

On December 9, 2022, Defendant Alex Nain Saab Moran filed his Motion *in Limine* to Exclude Expert Testimony from Samuel Marple (ECF No. 176, "Motion"). Counsel for Mr. Saab inadvertently omitted the Certification of Counsel required by Local Rule 88.9.

On December 9, 2022, Counsel for Defendant Alex Nain Saab Moran conferred with the government regarding the relief sought in the Motion, and the government objected to the relief sought in the Motion.

Dated: December 11, 2022

Respectfully submitted,

By: *Lindy K. Keown*
Lindy K. Keown (FL: 117888)
200 South Orange Avenue
Suite 2300
Orlando, Florida 32801
Tel: (407) 649-4000
lkeown@bakerlaw.com

David B. Rivkin, Jr. (*pro hac vice*)
Elizabeth Price Foley (FL: 92380)
Jonathan R. Barr (*pro hac vice*)

1050 Connecticut Avenue, N.W.
Suite 1100
Washington, DC 20036
Tel: (202) 861-1500
drivkin@bakerlaw.com
efoley@bakerlaw.com
jbarr@bakerlaw.com

Jonathan B. New (*pro hac vice*)
45 Rockefeller Plaza
11th Floor
New York, New York 10111
Tel: (212) 589-4200
jnew@bakerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify on this 11th day of December, 2022, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify counsel of record:

/s/ Lindy K. Keown
*Attorney for Defendant*