**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-20450-CR-SCOLA-1**

<u>**MINUTES FOR EVIDENTIARY HEARING**</u>

**DAY 2** – Tuesday, December 13, 2022

**UNITED STATES OF AMERICA**,

Plaintiff,

VS

**ALEX NAIN SAAB MORAN**,

Defendant.

<u>Counsel for Government</u>: Alexander J. Kramer, and Robert Emery.
<u>Counsel for Defendant</u>: Jonathan B. New, Jonathan R. Barr, Elizabeth Price Foley, Neil M. Schuster, Joseph Michael Schuster, and Lindy Kathryn Keown.

Spanish interpreters: Consuelo Burranca, and Guiomar Emedan-Lauten.

<u>Court Reporter</u>: Sharon Velazco

-------------------------------------------------------------------------------------------------------------------

<u>Miscellaneous</u>:

- Evidentiary hearing on Defendant's motion to dismiss indictment (ECF No. 147).
- Government witness: Samuel Marple (in-person).
- Defense witness: Dr. Hector Pena (via Zoom meeting).
- Evidentiary hearing concluded at 12:00 p.m. Oral argument will proceed as scheduled on December 20, 2022, at 9:00 a.m.