DEFENDANT EXHIBIT
CASE NO. 19-20450-CR-Scola
EXHIBIT NO. A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALEX NAIN SAAB MORAN, *et al.*,<br><br>Defendants. | Case No. 19-20450-CR-Scola |

## STIPULATION OF AUTHENTICITY OF DOCUMENTS

The United States of America (the "Government") and defendant Alex Nain Saab Moran ("Defendant" or "Mr. Saab"), pursuant to Local Rule 88.10(n), by and through their undersigned counsel, hereby agree and stipulate to the matters set forth below in advance of the evidentiary hearing regarding diplomatic immunity (scheduled to begin on December 12, 2022):

1.  Defendant submits that the following documents are true and correct copies of foreign public documents involving agencies and ministers of the governments of Venezuela and Iran respectively.

| Date | Note Description | Defense Exh. |
|---|---|---|
| June 3, 2020 | DM No. 000789 | B |
| June 8, 2020 | No. No. 610/458732 | C |
| June 8, 2020 | I.DVAMOO No. 000120-A / No. 610/458732 | D |
| June 13, 2020 | DM No. 810 | E |
| June 13, 2020 | No. 811 | F |
| June 14, 2020 | No. 277 | G |
| September 25, 2020 | DM No. 1158 | H |
| January 27, 2021 | No. 3436 3438 | I |
| March 15, 2021 | DM No. 269 | J |
| March 19, 2021 | DM No. 323 | K |
| May 12, 2021 | No. 3584 3588 | L |
| August 3, 2021 | DM No. 711 (and cover notes) | M |
| August 6, 2021 | No. 3710 3708 | N |
| September 14, 2021 | No. 99 | O |
| September 14, 2021 | No. 100 | P |

| Date | Note Description | Defense Exh. |
|---|---|---|
| September 14, 2021 | No. 101 | Q |
| October 22, 2021 | No. 170 | R |
| October 23, 2021 | DM No. 171 | S |
| October 23, 2021 | DM No. 172 | |
| March 21, 2022 | DM No. 187 | T |
| June 8, 2022 | No. 7041 | U |

2. The United States notes that the documents identified above as DM Nos. 170, 171, 172, and 187 were delivered via email to the Permanent Mission of the United States to the United Nations. The United States does not intend to challenge their authenticity and therefore stipulates that these four documents are authentic correspondence received by the United States, and that the requirement for identification or authentication of these documents is satisfied under Rule 901 of the Federal Rules of Evidence. With regard to the remaining documents identified above, the United States does not have further information regarding their authenticity; however, for the purposes of this trial, the United States does not intend to challenge their authenticity and therefore stipulates that each of these documents is authentic correspondence between the individuals identified in the respective document, and that the requirement for identification or authentication of these documents is satisfied under Rule 901 of the Federal Rules of Evidence.

3. Nothing in this stipulation shall be construed as either (1) recognition by the United States of the Maduro Regime as the government of Venezuela; or (2) a concession or admission by the Government that any of the documents in question represent communications from the Government of Venezuela; or (3) a concession or admission by the Government as to the truth of any of the statements contained in these documents, including but not limited to the positions, titles, or roles of the individuals identified therein.

4. The Government reserves the right to object to the admissibility of these documents under any other grounds permitted by law and not expressly addressed herein.

Dated: December 9, 2022

| | |
|---|---|
| Baker & Hostetler LLP | JUAN ANTONIO GONZALEZ<br>UNITED STATES ATTORNEY |
| /s/ *Lindy K. Keown*<br>Lindy K. Keown (FL: 117888)<br>200 South Orange Avenue<br>Suite 2300<br>Orlando, Florida 32801<br>Tel: (407) 649-4000<br>lkeown@bakerlaw.com | /s/ *Alexander Kramer*<br>Assistant U.S. Attorney<br>Court ID No. A5501535<br>99 N.E. 4th Street<br>Miami, Florida 33132-2111<br>TEL (305) 961-9008<br>Kurt.Lunkenheimer@usdoj.gov |
| /s/ *David B. Rivkin, Jr.*<br>David B. Rivkin, Jr. (*pro hac vice*)<br>Elizabeth Price Foley (FL: 92380)<br>Jonathan R. Barr (*pro hac vice*)<br>Lee A. Casey (*pro hac vice*)<br>Richard Raile (*pro hac vice*)<br>1050 Connecticut Avenue, N.W.<br>Suite 1100<br>Washington, DC 20036<br>Tel: (202) 861-1500<br>drivkin@bakerlaw.com<br>efoley@bakerlaw.com<br>jbarr@bakerlaw.com<br>lcasey@bakerlaw.com<br>rraile@bakerlaw.com | GLENN S. LEON<br>CHIEF, FRAUD SECTION<br>Criminal Division<br>U.S. Department of Justice<br><br>Alexander Kramer<br>Trial Attorney<br>Criminal Division, Fraud Section<br>U.S. Department of Justice<br>Court ID No. A5502240<br>1400 New York Ave. NW<br>Washington, DC 20005<br>TEL (202) 768-1919<br>alexander.kramer@usdoj.gov |
| Jonathan B. New (*pro hac vice*)<br>45 Rockefeller Plaza<br>11th Floor<br>New York, New York 10111<br>Tel: (212) 589-4200<br>jnew@bakerlaw.com | |