# LANGUAGEREACH

13th January 2021

Dear Sirs,

**Re: Spanish into Englsih Certified Translation**

Language Reach Limited is a UK-registered professional translation and interpreting company and a fully qualified registered member of The Association of Translation Companies (Member No. 2018ATCR1238). We hereby confirm that we have translated the enclosed document(s) from Spanish into English

As a responsible translation agency we only employ certified linguists to work with us. We are satisfied with the linguistic accuracy and hereby confirm that the English written translation of the Spanish document(s) represents its fair and accurate linguistic message as intended in the original file(s).

We hereby confirm that this is a true and correct translation and certify the linguistic accuracy.

For more information, please contact Language Reach Limited on +44 (0) 208 677 3775.

Yours sincerely,

**Aniello Attianese**
Senior Account Manager



DEFENDANT EXHIBIT
CASE NO. 19-20450-CR-Scola
EXHIBIT NO. C

Registered in England & Wales 07635166 Tel: +44 (0) 208 677 3775 Email: info@languagereach.com
Address: Unit F11B, Parkhall Business Centre, London, SE21 8EN

CERTIFIED TRANSLATION 13/01/2021 REG:07635166 LANGUAGE REACH

*(LOGO)*            *(Arabic writing - In the name of Allah)*

*Embassy of the*
*Islamic Republic of Iran*
*Caracas*        *(Stamp)* Bolivarian Republic of Venezuela –
Office of the Ministry of Popular Power for Foreign Relations.

**Note Verbale**

**No. 610 / 458732**

**The Embassy of the Islamic Republic of Iran** very sincerely greets the Honourable Ministry of People's Power for Foreign Relations of the Bolivarian Republic of Venezuela, Office of the Vice Minister for Asia, the Middle East and Oceania, and in consideration of the official visit of the envoy of the Government of the Bolivarian Republic of Venezuela to our country, **the Distinguished Mr. Alex Nain Saab Moran**, in order to advance the issue of food imports, is pleased to inform that the IRAN GARMENT company has expressed its agreement with the dates of 13th – 16th June for said visit.

Likewise, regarding the urgent shipment of some medicines to the Bolivarian Republic of Venezuela, the first list has already been analysed by the most prominent laboratories in our country, please inform that the General Managers of these laboratories, under the guidance of the greatest possible support, have been summoned to a meeting with **the Distinguished. Mr. Saab** for today, 15th June.

At the end it is very kindly requested that due to time constraints, we be sent the second list of the most needed drugs in the country, detailing the necessary quantity in quarterly periods for the respective evaluation by the Iranian laboratories.

**The Embassy of the Islamic Republic of Iran** offers the opportunity to reiterate to the Honourable Minister of People's Power for Foreign Relations of the Bolivarian Republic of Venezuela, Office of the Vice Minister for Asia, the Middle East and Oceania, the attestation and proof of its highest esteem and distinguished consideration.

Caracas, eighth (8th) of June 2020

*(Stamp)* Embassy of the Islamic Republic of Iran
- Caracas

**To the Honourable:**
**Ministry of People's Power for Foreign Relations of the Bolivarian Republic of Venezuela**
**Office of the Vice Minister for Asia, the Middle East and Oceania.**

*Urb Valle Arriba, Calle Raraima, Qta Axadi, Caracas, Venezuela*
*Tel: (0058) 2120 992 35 72 992 18 54 Fax: (0058-212) 992 99 89*







**Nota Verbal**

N°.610/458732

La **Embajada de la República Islámica de Irán** Saluda muy atentamente al Honorable Ministerio del Poder Popular para Relaciones Exteriores de la República Bolivariana de Venezuela, Despacho del Viceministro para Asia, Medio Oriente y Oceanía, y en consideración a la visita oficial del enviado del Gobierno de la República Bolivariana de Venezuela a nuestro país el **Distinguido. Sr. Alex Nain Saab Moran**, con el fin de avanzar en el tema de la importación de alimentos, tiene a bien informar que la empresa IRAN GARMENT ha expresado su conformidad con los días 13 a 16 de junio para dicha visita.

Asimismo, sobre el envío urgente de algunos medicamentos a la República Bolivariana de Venezuela cuya primera lista ya se ha analizado por los laboratorios más destacados de nuestro país, tiene a bien informar que los Gerentes Generales de estos laboratorios, bajo el lineamiento del mayor apoyo posible, han sido convocados a una reunión con **el Distinguido. Sr. Saab** para el lunes 15 de junio del presente.

Al final se solicita muy atentamente que por la premura de tiempo se nos envíe la segunda lista de los medicamentos más necesitados en el país, detallando la cantidad necesaria en periodos trimestrales para la evaluación respectiva por los laboratorios iraníes.

La **Embajada de la República Islámica de Irán** hace propicia la ocasión para reiterar al Honorable Ministerio del Poder Popular para Relaciones Exteriores de la República Bolivariana de Venezuela, Despacho del Viceministro para Asia, Medio Oriente y Oceanía, el testimonio de su más alta estima y distinguida consideración.

Caracas, ocho (8) de junio 2020.

Al Honorable
Ministerio del Poder Popular para Relaciones Exteriores de la
República Bolivariana de Venezuela
Despacho del Viceministro para Asia, Medio Oriente y Oceanía
Ciudad.-

Urb. Valle Arriba, Calle Raraima, Qta. Azadi, Caracas, Venezuela
Tlfs.: (0058-212) 992. 35. 75 - 992. 93. 54 - Fax: (0058-212) 992. 99. 89

