

*Embassy of the Islamic Republic of Iran Caracas*



*In the name of Allah*

## Verbal Note

No.:7041/1206193

The Embassy of the Islamic Republic of Iran in Caracas greets the Honourable Ministry of People's Power for Foreign Affairs of the Bolivarian Republic of Venezuela, Office of the Vice Minister for Asia, the Middle East and Oceania, in relation to the visits of the distinguished Mr. Alex Nain Saab Morán to the Islamic Republic of Iran as Special Envoy of the Bolivarian Republic of Venezuela, the Embassy of the Islamic Republic of Iran in Caracas, is pleased to report that Special Envoy Saab completed two diplomatic missions to the Islamic Republic of Iran:

1. The first mission was carried out from March 8 to 15, 2020. During this mission, Special Envoy Saab met with various Iranian authorities to discuss strategic humanitarian supplies to Venezuela at the time of the COVID emergency.

2. The second mission was carried out from April 14 to 21, 2020. During this mission, Special Envoy Saab met with different Iranian authorities in the areas of food, medicine and opening an Iranian supermarket in Venezuela.

It should be noted that a third Special Mission was scheduled for June 2020, as discussed in our Diplomatic Note No. 610/458732 dated 8 June, 2020. Special Envoy Saab was scheduled to meet with Iranian authorities. This third Humanitarian Special Mission was not completed because Special Envoy Saab was detained, while in transit, in the Republic of Cape Verde en route to Tehran.

The Embassy of the Islamic Republic of Iran takes the opportunity to reiterate to the Honourable Ministry of People's Power for Foreign Affairs of the Bolivarian Republic of Venezuela, the testimony of its highest and distinguished consideration.

Caracas, 8 June 2022

[*Stamp of the Embassy of the Islamic Republic of Iran*]

To the Honourable Minister of the Popular Power for External Affairs
Office of the Deputy Minister for Asia, the Middle East and Oceania
Caracas.

**DEFENDANT EXHIBIT**
CASE NO. 19-20450-CR-Scola
EXHIBIT NO. U

*Urb. Valle. Arriba. Calle Roraima Lta. Aradi. Caracas. Venezuela*



CERTIFIED TRANSLATION
17/08/2022
REG.07635166
LANGUAGE REACH



BOLIVARIAN REPUBLIC OF VENEZUELA
MINISTRY OF FOREIGN AFFAIRS

DEPARTMENT OF LEGALISATIONS



BOLIVARIAN REPUBLIC OF VENEZUELA
MINISTRY OF FOREIGN AFFAIRS

DEPARTMENT OF LEGALISATIONS



BOLIVARIAN REPUBLIC OF VENEZUELA
MINISTRY OF FOREIGN AFFAIRS

DEPARTMENT OF LEGALISATIONS



BOLIVARIAN REPUBLIC OF VENEZUELA
MINISTRY OF FOREIGN AFFAIRS

DEPARTMENT OF LEGALISATIONS

BOLIVARIAN REPUBLIC OF VENEZUELA

MINISTER'S OFFICE

MINISTRY OF FOREIGN AFFAIRS



CERTIFIED TRANSLATION
17/08/2022
REG:07635166
LANGUAGE REACH

BOLIVARIAN REPUBLIC OF VENEZUELA
MINISTRY OF THE PUBLIC POWER FOR
FOREIGN AFFAIRS

# CERTIFICATION

The undersigned, Andrea Gabriela Corao Faria, in my capacity as General Director of the Office of the Minister of the Popular Power for Foreign Affairs, designated via Resolution No. 020 of 01 June 2022, published in the Official Gazette No. 42.393, dated 07 June 2022, hereby certifies that the annex, is a true and exact copy of the Verbal Note No. 7041/1206193 of 8 June 2022, sent by the Embassy of the Islamic Republic of Iran in Caracas.

In Caracas, on the thirtieth (30) of the month of June 2022.

**Andrea Gabriela Corao Faria**
**General Office Director**
**Minister of the Popular Power for Foreign Affairs**
designated via Resolution No. 020 of 01 June 2022
Published in the Official Gazette No. 42.393, dated 07 June 2022

BOLIVARIAN REPUBLIC OF VENEZUELA

MINISTER'S OFFICE

MINISTRY OF FOREIGN AFFAIRS



BOLIVARIAN REPUBLIC OF VENEZUELA

MINISTER'S OFFICE

MINISTRY OF FOREIGN AFFAIRS

BOLIVARIAN REPUBLIC OF VENEZUELA

MINISTER'S OFFICE

MINISTRY OF FOREIGN AFFAIRS



| | | |
|---|---|---|
| **Bolivarian** Government of Venezuela | Ministry of the Public Power for **External Relations** | Office of **Consular Relations** |

No. P02807022Z00F07

## APOSTILLE
(Convention de La Haye du 5 octobre 1961)







| | |
|---|---|
| 1. Country: VENEZUELA | |
| This public document | |
| 2. has been signed by | ANDREA GABRIELA CORAO FARIA |
| 3. acting in the capacity of | GENERAL DIRECTOR OF THE OFFICE |
| 4. bears the seal/stamp of | Ministry for Foreign Affairs |
| Certified | |
| 5. In Caracas | 6. on 01-07-2022 |
| 7. by | Ministry of the Public Power For External Relations |
| 8. No. P02807022Z00F07 | |
| 9. Seal/stamp:  | 10. Signature [*Illegible*] |

**CHRISTIANS EDUARDO SANCHEZ OLOYOLA**
General Director (E) of the Consular Relations Office in accordance with Resolution No. 007 of 24 May 2022, published in the Official Gazette of the Bolivarian Republic of Venezuela No. 42.388 of 31 May 2022.

This Apostille only certifies the authenticity of the signature and the capacity of the person who has signed the public document, and, where appropriate, the identity of the seal or stamp which the public document bears.
The Apostille does not certify the content of the document for which it was issued.
**Date and time of issue**: 01/07/2022 20:01:42
To validate the authenticity of this Apostille enter this code: 46H1YY3XB1X in
https://consultalegalisacionve.mppre.gob.ve
**Document type**: COMMUNICATION
**Holder**: Identification number: G200000023 **Name**: MINISTRY OF FOREIGN AFFAIRS

Mppre-46ecccf2093d4f40af8927c5f312629a483f8





Embajada de la
República Islámica de Irán
Caracas

En el nombre de Allah

## Nota Verbal

N°:7041/1206193

La Embajada de la República Islámica de Irán en Caracas saluda muy atentamente al Honorable Ministerio del Poder Popular para Relaciones Exteriores de la República Bolivariana de Venezuela, Despacho de la Viceministra para Asia, Medio Oriente y Oceanía, en relación con las visitas del distinguido señor Alex Nain Saab Morán a la República Islámica de Irán como Enviado Especial de la República Bolivariana de Venezuela, la Embajada de la República Islámica de Irán en Caracas, tiene a bien informar que el Enviado Especial Saab cumplió dos misiones diplomáticas a la República Islámica de Irán:

1. La primera misión se llevó a cabo del 8 al 15 de marzo de 2020. Durante esta misión, el Enviado Especial Saab se reunió con varias autoridades iraníes para discutir los suministros humanitarios estratégicos a Venezuela en el momento de la emergencia del COVID.

2. La segunda misión se realizó del 14 al 21 de abril de 2020. Durante esta misión, el Enviado Especial Saab se reunió con diferentes autoridades iraníes en las áreas de alimentos, medicamentos y abrir un supermercado iraní en Venezuela.

Cabe destacar que se programó una tercera Misión Especial para junio de 2020, tal como se comentó en nuestro Nota diplomática nº 610/458732 de fecha 8 de junio de 2020. El Enviado Especial Saab estaba previsto que se reuniera con autoridades iraníes. Esta tercera Misión Especial humanitaria no se completó porque el Enviado Especial Saab fue detenido, mientras estaba en tránsito, en la República de Cabo Verde en ruta hacia Teherán.

La Embajada de la República Islámica de Irán hace propicia la ocasión para reiterar al Honorable Ministerio del Poder Popular para Relaciones Exteriores de la República Bolivariana de Venezuela, el testimonio de su más alta y distinguida consideración.

Caracas, 8 de junio de 2022

Al Honorable Ministerio del Poder Popular para Relaciones Exteriores
Despacho de la Viceministra para Asia, Medio Oriente y Oceanía
Caracas. -

Urb. Valle Arriba, Calle Roraima, Qta. Azadi, Caracas, Venezuela
Tels: (0058 - 212) - 992 18 54 - 992 35 75 - Fax (0058 - 212) 992 99 89



REPÚBLICA BOLIVARIANA DE VENEZUELA
MINISTERIO DEL PODER POPULAR PARA
RELACIONES EXTERIORES

## CERTIFICACIÓN

Quien suscribe, Andrea Gabriela Corao Faría, en mi carácter de Directora General del Despacho del Ministerio del Poder Popular para Relaciones Exteriores, designada mediante Resolución N° 020 de fecha 01 de junio de 2022, publicada en Gaceta Oficial N° 42.393, de fecha 07 de junio de 2022, certifico que el anexo, es una copia fotostática fiel y exacta de la Nota Verbal N°:7041/1206193 de fecha 8 de junio de 2022, enviada por la Embajada de la República Islámica de Irán en Caracas.

En Caracas, a los treinta (30) días del mes de junio de 2022.

**Andrea Gabriela Corao Faría**
Directora General del Despacho (E)
**Ministerio del Poder Popular para Relaciones Exteriores**
Designada mediante Resolución DM N° 020 de fecha 01 de junio de 2022
Publicada en Gaceta Oficial N° 42.393 de fecha 07 de junio de 2022.


17/08/2022
REG.07635166





ate
Re
Or
a l
Ve
info
Islá

esta
disc
em

mis
área

tal c
2020
Esta
Saal
hacia

reite
Repú
cons



Al H
Desp
Cara

17/08/2022

No. P02807022Z00F07

## APOSTILLE

(Convención de La Haye du 5 octobre 1961)

| | |
|---|---|
| 1. País: VENEZUELA<br>Country/Pays | |
| El presente documento público<br>The public document / Le présent acte public | |
| 2. ha sido firmado por<br>has been signed by<br>a été signé par | **ANDREA GABRIELA CORAO FARIA** |
| 3. quien actúa en calidad de<br>acting in the capacity of<br>agissant en qualité de | **DIRECTORA GENERAL DEL DESPACHO (E)** |
| 4. y está revestido del<br>sello / timbre de<br>bears the seal / stamp of<br>est revêtu du sceau / timbre de | Ministerio del Poder Popular para Relaciones Exteriores |
| | Certificado<br>Certified / Attesté |
| 5. en CARACAS<br>at / a | 6. el día 01-07-2022<br>the / le |
| 7. Por Ministerio del Poder Popular para Relaciones Exteriores<br>by / par | |
| 8. Bajo el número P02807022Z00F07<br>Nº / sous nº | |
| 9. Sello / timbre:<br>Seal / stamp:<br>Sceau / timbre: | 10. Firma:<br>Signature:<br>Signature: |

**CHRISTIANS EDUARDO SANCHEZ OLOYOLA**
Director General de la Oficina de Relaciones Consulares, según Resolución Nro. 007 del 24 de mayo de 2022, publicada en la Gaceta Oficial de la República Bolivariana de Venezuela Nro. 42.388 del 31 de mayo de 2022.

Esta Apostilla certifica únicamente la autenticidad de la firma, la calidad en que el signatario del documento haya actuado y, en su caso, la identidad del sello o timbre del que el documento público esté revestido.
Esta Apostilla no certifica el contenido del documento para el cual se expidió.
Fecha y hora de la emisión: 01/07/2022 20:01:42
Para validar la autenticidad de esta apostilla ingrese este código: 46H1YY3XB1X en http://consultalegalizacionve.mppre.gob.ve
Tipo de Documento: Certificación
Titular: Nro de Identificación: G 200000023 Nombre: MINISTERIO DEL PODER POPULAR PARA RELACIONES EXTERIORES

---

This Apostille only certifies the authenticity of the signature and the capacity of the person who has signed the public document, and, where appropriate, the identity of the seal or stamp which the public document bears.
This Apostille does not certify the content of the document for which it was issued.
Date and time of issue: 01/07/2022 20:01:42
To validate the authenticity of this Apostille enter this code: 46H1YY3XB1X in http://consultalegalizacionve.mppre.gob.ve
Document type: Certificación
Holder: Identification Number: G 200000023 Name: MINISTERIO DEL PODER POPULAR PARA RELACIONES EXTERIORES

---

Cette Apostille atteste uniquement la véracité de la signature, la qualité en laquelle le signataire de l'acte a agi et, le cas échéant, l'identité du sceau ou timbre dont cet acte public est revêtu.
Cette Apostille ne certifie pas le contenu de l'acte pour lequel elle a été émise.
Date et heure d'émission: 01/07/2022 20:01:42
Pour valider l'authenticité de cette apostille, entrez ce code: 46H1YY3XB1X dans http://consultalegalizacionve.mppre.gob.ve
Type de document: Certificación
Titulaire: Numéro d'identification: G 200000023 Prénom: MINISTERIO DEL PODER POPULAR PARA RELACIONES EXTERIORES

Mppre-46ecccf2093d4f40af8927c5f312629629a483f8





17th August 2022

Dear Sirs,

**Re: Spanish into English Certified Translation**

Language Reach Limited is a UK-registered professional translation and interpreting company and a fully qualified registered member of The Association of Translation Companies (Member No. 2018ATCR1238). We hereby confirm that we have translated the enclosed document(s) from Spanish into English.

As a responsible translation agency we only employ certified linguists to work with us. We are satisfied with the linguistic accuracy and hereby confirm that the English written translation of the Spanish document(s) represents its fair and accurate linguistic message as intended in the original file(s).

We hereby confirm that this is a true and correct translation and certify the linguistic accuracy.

For more information, please contact Language Reach Limited on +44 (0) 208 677 3775.

Yours sincerely,



**Aniello Attianese**
Senior Account Manager





Registered in England & Wales 07635166 Tel: +44 (0) 208 677 3775 Email: info@languagereach.com
Address: Unit F11B, Parkhall Business Centre, London, SE21 8EN