UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 82-422-Civ-JWK

H. R. H. PRINCE TURKI
BIN ABDULAZIZ, etc.,
et. al.,

    Plaintiffs,

vs.

METROPOLITAN DADE COUNTY,
etc., et. al.,

    Defendants.
_____/

ORDER GRANTING MOTION TO DISMISS

FILED NOV 30 1982
JOSEPH I. BOGART
CLERK, U.S. DIST. CT.
SOUTHERN DIST. OF FLA.
MIAMI, FLA.

    This matter arose upon Plaintiff's motion to dismiss all pending claims and counterclaims on the ground of diplomatic immunity along with the certification by the U.S. Department of State that Plaintiffs are entitled thereto.

    After reviewing the file, including the memoranda of law of the respective parties, it is

    ORDERED that the motion is GRANTED and all claims and counterclaims pending in this cause are hereby DISMISSED.

    DONE AND ORDERED in chambers at Miami, Florida, this 30th day of November, 1982.

                                          JAMES W. KEHOE
                                          UNITED STATES DISTRICT JUDGE

CC: All Counsel of Record



DEFENDANT EXHIBIT
CASE NO. 19-20450-CR-Scola
EXHIBIT NO. Z

MICROFILMED
DEC 7 1982
JOSEPH L. BOGART
CLERK, U.S. DIST. CT
S. D. OF FLA.

RECD 12/3  TO JUDGE 12-7
BY LW  # 135