DEFENDANT EXHIBIT
CASE NO. 19-20450-CR-Scola
EXHIBIT NO. AB

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALEX NAIN SAAB MORAN, *et al.*,<br><br>Defendants. | Case No. 19-20450-CR-Scola |

## STIPULATION REGARDING DISCOVERY PRODUCTIONS

The United States of America (the "Government") and Defendant Alex Nain Saab Moran ("Defendant" or "Mr. Saab"), pursuant to Local Rule 88.10(n), by and through their undersigned counsel, hereby agree and stipulate to the matters set forth below in advance of the evidentiary hearing regarding diplomatic immunity (scheduled to begin on December 12, 2022):

1. On November 15, 2021, the Court entered the Standing Discovery Order in this case providing for the discovery procedures in this matter. *See* ECF No. 71.

2. In writing on November 18, 2021, and June 23, 2022, and at other times orally and in writing, Defendant has requested *Brady* and Rule 16 material from the Government. *See* ECF No. 123 at 2-10.

3. On January 24, 2022, the Government produced to counsel for Mr. Saab 24 pages of documents which included:

   - a partial copy of Mr. Saab's ordinary passport
   - handwritten correspondence
   - an "*acta de entrega*" on PDVSA letterhead dated April 14, 2020, Def. Ex. AE, AF.
   - a letter dated June 1, 2020, designated VP-2020 000101, Def. Ex. AI, AK.
   - a letter dated June 1, 2020, designated VP-2020 000106, Def. Ex. AJ, AK.
   - an "*autorizació para exporter oro en barras*" dated April 14, 2020, Def. Ex. AC, AD.
   - a letter dated June 11, 2020, on the letterhead of Nicolás Maduro Moros, Def. Ex. AL.

4. The documents identified in paragraph 3 were provided to the Government by authorities in Cape Verde.

5. On September 19, 2022, the Government produced to counsel for Mr. Saab 36 emails and attachments with a cover letter and privilege log. These documents include "unclassified materials from the Department of Justice Office of International Affairs ("OIA") and a Department of Justice Civil attorney that assisted OIA with the extradition" and items from the DEA. The documents include materials from the Department of State, Department of Treasury, and OIA, and DEA. The documents are designated:

| DEA Email 1 | DEA Email 2 | DEA Email 3 | DEA Email 4 |
|---|---|---|---|
| DEA Email 5 | DEA Email 6 | DEA Email 7 | DEA Email 8 |
| DEA Email 9 | DEA Email 9 Attachment 1 | DEA Email 9 Attachment 2 | DEA Email 10 |
| DEA Email 11 | Email 1 | Email 1 Attachment | Email 2 |
| Email 3[1] | Email 4 | Email 5 | Email 6 |
| Email 7[2] | Email 8 | Email 9 | Email 10 |
| Email 11 | Email 12 | Email 13[3] | Email 14 |
| Email 15 | Email 16[4] | Email 17 | Email 18 |
| Email 19 | Email 20 | | |

6. On October 12, 2022, the Government produced to counsel for Mr. Saab 17 emails and documents with a cover email and privilege log.[5] These documents consist of "unclassified materials from the Department of State." The documents are designated:

| State_01_Production | State_02_Production | State_03_Production | State_04_Production |
|---|---|---|---|
| State_05_Production | State_06_Production | State_07_Production | State_08_Production[6] |
| State_09_Production | State_10_Production | State_11_Production | State_12_Production |
| State_13_Production | State_14_Production[7] | State_15_Production[8] | State_16_Production |

---

[1] Def. Ex. AR.
[2] Def. Ex. AP.
[3] Def. Ex. AO.
[4] Def. Ex. AN.
[5] On October 21, 2022, the Government produced an additional document and a revised privilege log.
[6] Def. Ex. AH.
[7] Def. Ex. AG.
[8] Def. Ex. AS.

| State_17_Production | State_18_Production | | |

7. Each of the documents identified herein were produced by the Government in this matter. Each is authentic correspondence or documentation from the individuals or entities identified on the documents. The requirement for identification or authentication of these documents is satisfied under Rule 901 of the Federal Rules of Evidence. ███████████████████████████████████████████████████

8. Nothing in this stipulation shall be construed as recognition by the Government of the Maduro administration as the government of Venezuela.

9. The Parties reserve the right to object to the admissibility of these documents under any other grounds permitted by law and not expressly addressed herein.

Dated: December 12, 2022

Baker & Hostetler LLP

/s/ Lindy K. Keown
Lindy K. Keown (FL: 117888)
200 South Orange Avenue
Suite 2300
Orlando, Florida 32801
Tel: (407) 649-4000
lkeown@bakerlaw.com

/s/ David B. Rivkin, Jr.
David B. Rivkin, Jr. (*pro hac vice*)
Elizabeth Price Foley (FL: 92380)
Jonathan R. Barr (*pro hac vice*)
Lee A. Casey (*pro hac vice*)
Richard Raile (*pro hac vice*)
1050 Connecticut Avenue, N.W.
Suite 1100
Washington, DC 20036
Tel: (202) 861-1500
drivkin@bakerlaw.com

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

/s/ P.P
Assistant U.S. Attorney
Court ID No. A5501535
99 N.E. 4th Street
Miami, Florida 33132-2111
TEL (305) 961-9008
Kurt.Lunkenheimer@usdoj.gov

GLENN S. LEON
CHIEF, FRAUD SECTION
Criminal Division
U.S. Department of Justice

/s/
Alexander Kramer
Trial Attorney
Criminal Division, Fraud Section
U.S. Department of Justice

efoley@bakerlaw.com
jbarr@bakerlaw.com
lcasey@bakerlaw.com
rraile@bakerlaw.com

Jonathan B. New (*pro hac vice*)
45 Rockefeller Plaza
11th Floor
New York, New York 10111
Tel: (212) 589-4200
jnew@bakerlaw.com

Court ID No. A5502240
1400 New York Ave. NW
Washington, DC 20005
TEL (202) 768-1919
alexander.kramer@usdoj.gov

4