**DEFENDANT EXHIBIT**

CASE NO. 19-20450-CR-Scola

EXHIBIT NO. AG

May 2020 OSINT Report:

# IRANIAN INCURSION INTO VENEZUELA

drafted by Vanessa Neumann, Ph.D.

Official Representative of the Venezuelan Interim Government to the United Kingdom and Ireland

1

5. Alex Nain Saab Moran, federally indicted for the gold-for-food business between Venezuela and Turkey, is in charge of developing this same trade, but this time, of gold for gasoline between Iran and Venezuela.[27] Last month Saab traveled to Tehran with senior executives at Venezuela's state-owned oil company Petróleos de Venezuela as part of an agreement in which Iran sends gasoline additives, parts and technicians for gold. Since then,Venezuelan officials have loaded some 9 tons of gold,[28] worth approximately US$ 500 million, into planes of Mahan Air.[29] Saab helped negotiate Iran's deal with Maduro's new oil minister, Tareck El Aissami. The two had previously worked together on Venezuela-Turkey relations, which included shipments[30] of at least $ 900 million in gold to the nation in 2018. Last July, Saab was indicted[31] on federal money laundering charges for bribing Venezuelan officials and channeling more than $ 350 million to foreign accounts as part of a food program supposed to be serving Venezuela's hungry.

---

[27]https://www.bloomberg.com/news/articles/2020-05-08/maduro-said-to-tap-sanctioned-dealmaker-to-ship-gold-to-iran

[28] https://www.bloomberg.com/news/articles/2020-04-30/iran-is-hauling-gold-bars-out-of-venezuela-s-almost-empty-vaults

[29] https://www.bloomberg.com/quote/79117Z:IE

[30] https://www.bloomberg.com/news/articles/2019-02-08/mysterious-turkish-firm-helped-maduro-move-900-million-in-gold

[31] https://www.bloomberg.com/news/articles/2019-07-25/maduro-ally-alex-saab-charged-in-u-s-with-money-laundering