

*República Bolivariana de Venezuela*
*Vicepresidencia de la República*
*Despacho*

VP-2020

DEFENDANT EXHIBIT
CASE NO. 19-20450-CR-Scola
EXHIBIT NO. AI

Caracas, 01 de junio de 2020

**Kazam khavazi**
*Ministro de Agricultura de la República Islámica de Irán*

   *Me dirijo a usted, con un respetuoso y cordial saludo en nombre del Pueblo Venezolano, de nuestro Presidente Nicolás Maduro Moros y del mío propio, al mismo tiempo que deseo expresarle nuestras más profundas palabras de solidaridad en medio de esta pandemia que ha afectado a la humanidad. Asimismo, agradecemos el respaldo, la confianza y el apoyo que ha brindado la República Islámica de Irán a nuestra Patria en medio de todas las agresiones del imperialismo estadounidense y sus aliados satélites. Esta carta tiene como finalidad expresarle nuestro interés de invitarlo a la República Bolivariana de Venezuela, a fin de consolidar las relaciones de cooperación y amistad de ambas Naciones.*

   *Me despido de usted, agradeciendo altamente su atención y reiterándole nuestra disposición de trabajo conjunto para la consolidación de los principios de un mundo multicéntrico y pluripolar.*

Delcy Rodríguez Gómez
VICEPRESIDENTA EJECUTIVA DE LA REPÚBLICA BOLIVARIANA DE VENEZUELA