SBU -LAW ENFORCEMENT

**From:** ▓▓▓▓▓
**Sent:** Thursday, June 11, 2020 2:38 PM
**To:** ▓▓▓▓▓
**Cc:** (U) ▓▓▓▓▓
**Subject:** Re: ▓▓▓

Adding ▓▓▓.

On Jun 11, 2020, at 2:37 PM, ▓▓▓▓▓ wrote:

How are the negotiations going? I ask because Sec. Pompeo wants to talk about Alex Saab, who is brokering the Iran/VZ deals, next week at the podium. ▓▓▓▓▓



DEFENDANT EXHIBIT
CASE NO. 19-20450-CR-Scola
EXHIBIT NO. AN