**DEFENDANT EXHIBIT**

CASE NO. **19-20450-CR-Scola**

EXHIBIT NO. **AT**



*República Bolivariana de Venezuela*
*Vicepresidencia de la República*
*Despacho*

VP-2020     000101

Caracas, 01 de junio de 2020

**Kazam khavazi**
Ministro de Agricultura de la República Islámica de Irán

Me dirijo a usted, con un respetuoso y cordial saludo en nombre del Pueblo Venezolano, de nuestro Presidente Nicolás Maduro Moros y del mío propio, al mismo tiempo que deseo expresarle nuestras más profundas palabras de solidaridad en medio de esta pandemia que ha afectado a la humanidad. Asimismo, agradecemos el respaldo, la confianza y el apoyo que ha brindado la República Islámica de Irán a nuestra Patria en medio de todas las agresiones del imperialismo estadounidense y sus aliados satélites. Esta carta tiene como finalidad expresarle nuestro interés de invitarlo a la República Bolivariana de Venezuela, a fin de consolidar las relaciones de cooperación y amistad de ambas Naciones.

Me despido de usted, agradeciendo altamente su atención y reiterándole nuestra disposición de trabajo conjunto para la consolidación de los principios de un mundo multicéntrico y pluripolar.



**Delcy Rodríguez Gómez**
VICEPRESIDENTA EJECUTIVA DE LA REPÚBLICA BOLIVARIANA DE VENEZUELA





República Bolivariana de Venezuela
Vicepresidencia de la República
Despacho

*República Bolivariana de Venezuela*
*Vicepresidencia de la República*
*Despacho*

PARA: **KAZAM KHAVAZI**
MINISTRO DE AGRICULTURA DE LA REPÚBLICA
ISLÁMICA DE IRÁN

DE: **DELCY RODRÍGUEZ GÓMEZ**
VICEPRESIDENTA EJECUTIVA DE LA REPÚBLICA
BOLIVARIANA DE VENEZUELA



*República Bolivariana de Venezuela*
*Vicepresidencia de la República*
*Despacho*

VP-2020    000106

*Caracas, 01 de junio de 2020*

**SADEGH KHARAZI**
*Senior Adviser to the Vicepresident.*

Me dirijo a usted, con un respetuoso y cordial saludo en nombre del Pueblo Venezolano, de nuestro Presidente Nicolás Maduro Moros y del mío propio, al mismo tiempo que deseo expresarle nuestras más profundas palabras de solidaridad en medio de esta pandemia que ha afectado a la humanidad. Asimismo, agradecemos el respaldo, la confianza y el apoyo que ha brindado la República Islámica de Irán a nuestra Patria en medio de todas las agresiones del imperialismo estadounidense y sus aliados satélites. Esta carta tiene como finalidad expresarle nuestro interés de invitarlo a la República Bolivariana de Venezuela, a fin de consolidar las relaciones de cooperación y amistad de ambas Naciones.

Me despido de usted, agradeciendo altamente su atención y reiterándole nuestra disposición de trabajo conjunto para la consolidación de los principios de un mundo multicéntrico y pluripolar.

**Delcy Rodríguez Gómez**
VICEPRESIDENTA EJECUTIVA DE LA REPÚBLICA BOLIVARIANA DE VENEZUELA





República Bolivariana de Venezuela
Vicepresidencia de la República
Despacho

República Bolivariana de Venezuela
Vicepresidencia de la República
Despacho

PARA: **SADEGH KHARAZI**
SENIOR ADVISER TO THE VICEPRESIDENT.

DE: **DELCY RODRIGUEZ GÓMEZ**
VICEPRESIDENTA EJECUTIVA DE LA REPÚBLICA
BOLIVARIANA DE VENEZUELA



NICOLÁS MADURO MOROS
PRESIDENTE DE LA
REPÚBLICA BOLIVARIANA DE VENEZUELA

*Caracas, 11 de junio de 2020*

*Su Excelentísimo*
*Ayatolá Ali Jamenei*
**Líder Supremo de la Revolución Islámica de Irán**

En el nombre de Dios, el Misericordioso, me dirijo a Usted en nombre del pueblo de Venezuela y del Gobierno que me honra presidir, para agradecerle desde el alma profunda de esta Tierra, el apoyo que de forma valiente y decidida ha brindado a Venezuela, reivindicando el Derecho Internacional y dejando al desnudo a los imperios de papel.

Excelentísimo Líder, acudo a Usted a través del portador de esta carta, para invocar su intervención a fin de garantizar un nuevo envío urgente de cinco millones de barriles de gasolina para este mes corriente. La llegada de los buques de gasolina iraní ha significado un hito histórico en nuestras relaciones bilaterales y selló decididamente el amor del pueblo venezolano por Irán. La emoción colectiva de Venezuela cuando los buques portadores de la bandera iraní arribaron a nuestras aguas jurisdiccionales, indicaban una victoria de las relaciones entre Estados soberanos, jamás sometidos a Imperio alguno.

De igual manera, solicito su valioso apoyo para concretar el envío mensual y periódico de gasolina a Venezuela durante un año. Y, poder acompañar este esquema con mecanismos de financiamiento que definan los equipos de ambos países.



NICOLÁS MADURO MOROS
PRESIDENTE DE LA
REPÚBLICA BOLIVARIANA DE VENEZUELA

*Excelentísimo Ayatolá, cuente usted con el pueblo de Bolívar y Chávez, para juntos seguir allanando el camino de la cooperación, la amistad y hermandad entre nuestros países, y forjar la paz que anhela la humanidad, hoy seriamente amenazada por la pandemia que ha impactado al mundo.*

Bendiciones.

**Nicolás Maduro Moros**

