



República Bolivariana de Venezuela
Vicepresidencia de la República
Despacho



*República Bolivariana de Venezuela*
*Vicepresidencia de la República*
*Despacho*

VP-2020    9⬛⬛106

Caracas, 01 de junio de 2020

**SADEGH KHARAZI**
Senior Adviser to the Vicepresident.

Me dirijo a usted, con un respetuoso y cordial saludo en nombre del Pueblo Venezolano, de nuestro Presidente Nicolás Maduro Moros y del mío propio, al mismo tiempo que deseo expresarle nuestras más profundas palabras de solidaridad en medio de esta pandemia que ha afectado a la humanidad. Asimismo, agradecemos el respaldo, la confianza y el apoyo que ha brindado la República Islámica de Irán a nuestra Patria en medio de todas las agresiones del imperialismo estadounidense y sus aliados satélites. Esta carta tiene como finalidad expresarle nuestro interés de invitarlo a la República Bolivariana de Venezuela, a fin de consolidar las relaciones de cooperación y amistad de ambas Naciones.

Me despido de usted, agradeciendo altamente su atención y reiterándole nuestra disposición de trabajo conjunto para la consolidación de los principios de un mundo multicéntrico y pluripolar.

Delcy Rodríguez Gómez
VICEPRESIDENTA EJECUTIVA DE LA REPÚBLICA BOLIVARIANA DE VENEZUELA

20



*(Emblem)*

*Bolivarian Republic of Venezuela*
*Vice President of the Republic*
*Dispatch*

*VP-2020      000106*

Caracas, 1st June 2020

**SADEGH KHARAZI**

*Senior Adviser to the Vice President.*

*I address you, with a most respectful and cordial greeting on behalf of the Venezuelan People, our President Nicolás Maduro Moras and my own, at the same time as I wish to express our deepest words of solidarity in the midst of this pandemic that has affected humanity. Likewise, we appreciate the backing, trust, and support that the Islamic Republic of Iran has provided to our Homeland in the midst of all the aggressions of U.S. imperialism and its satellite allies. The purpose of this letter is to express our interest and keenness in inviting you to the Bolivarian Republic of Venezuela, in order to consolidate relations of cooperation and friendship between both Nations.*

*I now take leave and end this by thanking you highly for your attention and reiterating our willingness to work together for the consolidation of the principles of a multi-centric and multipolar world.*

*(Stamp – Bolivarian Republic of Venezuela – Executive Vice President)*

*(Signature – Illegible)*

**Delcy Rodriguez Gómez**

EXECUTIVE VICE-PRESIDENT OF THE BOLIVARIAN REPUBLIC OF VENEZUELA



19



14th January 2021

Dear Sirs,

**Re: Spanish into English Certified Translation**

Language Reach Limited is a UK-registered professional translation and interpreting company and a fully qualified registered member of The Association of Translation Companies (Member No. 2018ATCR1238). We hereby confirm that we have translated the enclosed document(s) from Spanish into English.

As a responsible translation agency we only employ certified linguists to work with us. We are satisfied with the linguistic accuracy and hereby confirm that the English written translation of the Spanish document(s) represents its fair and accurate linguistic message as intended in the original file(s).

We hereby confirm that this is a true and correct translation and certify the linguistic accuracy.

For more information, please contact Language Reach Limited on +44 (0) 208 677 3775.

Yours sincerely,



**Maria Bello**
Senior Project Manager



Registered in England & Wales 07635166 Tel: +44 (0) 208 677 3775 Email: info@languagereach.com
Address: Unit F11B, Parkhall Business Centre, London, SE21 8EN

18