
REPÚBLICA BOLIVARIANA DE VENEZUELA
PRESIDENTE
DEFENDANT EXHIBIT
CASE NO. 19-20450-CR-Scola
EXHIBIT NO. AW
3

4


REPÚBLICA BOLIVARIANA DE VENEZUELA
PRESIDENTE


Presidencia de la
República Bolivariana de Venezuela



NICOLÁS MADURO MOROS
PRESIDENTE DE LA
REPÚBLICA BOLIVARIANA DE VENEZUELA

*Caracas, 11 de junio de 2020*

*Su Excelentísimo*
*Ayatolá Ali Jamenei*
***Líder Supremo de la Revolución Islámica de Irán***

*En el nombre de Dios, el Misericordioso, me dirijo a Usted en nombre del pueblo de Venezuela y del Gobierno que me honra presidir, para agradecerle desde el alma profunda de esta Tierra, el apoyo que de forma valiente y decidida ha brindado a Venezuela, reivindicando el Derecho Internacional y dejando al desnudo a los imperios de papel.*

*Excelentísimo Líder, acudo a Usted a través del portador de esta carta, para invocar su intervención a fin de garantizar un nuevo envío urgente de cinco millones de barriles de gasolina para este mes corriente. La llegada de los buques de gasolina iraní ha significado un hito histórico en nuestras relaciones bilaterales y selló decididamente el amor del pueblo venezolano por Irán. La emoción colectiva de Venezuela cuando los buques portadores de la bandera iraní arribaron a nuestras aguas jurisdiccionales, indicaban una victoria de las relaciones entre Estados soberanos, jamás sometidos a Imperio alguno.*

*De igual manera, solicito su valioso apoyo para concretar el envío mensual y periódico de gasolina a Venezuela durante un año. Y, poder acompañar este esquema con mecanismos de financiamiento que definan los equipos de ambos países.*



NICOLÁS MADURO MOROS
PRESIDENTE DE LA
REPÚBLICA BOLIVARIANA DE VENEZUELA

*Excelentísimo Ayatolá, cuente usted con el pueblo de Bolívar y Chávez, para juntos seguir allanando el camino de la cooperación, la amistad y hermandad entre nuestros países, y forjar la paz que anhela la humanidad, hoy seriamente amenazada por la pandemia que ha impactado al mundo.*

Bendiciones.

REPÚBLICA BOLIVARIANA DE VENEZUELA DESPACHO DE LA PRESIDENCIA PRESIDENTE

**Nicolás Maduro Moros**



*(Emblem)*

NICOLÁS MADURO MOROS
PRESIDENT OF THE
BOLIVARIAN REPUBLIC OF VENEZUELA

*Caracas, 11th June 2020*

*Your Excellency,*
*Ayatollah Ali Khamenei*
***Supreme Leader of the Islamic Revolution of Iran***

*In the name of God, the Merciful, I address you on behalf of the people of Venezuela and of the Government that honours me to preside over it, to thank you from the deep soul of this Earth, the support that you have bravely and decisively provided to Venezuela, calling for and asserting International Law and leaving the "paper empires" naked.*

*Your Excellency, as Leader, I come to you through the bearer of this letter, to invoke your intervention in order to guarantee a new urgent shipment of five million barrels of petroleum for this current month. The arrival of the Iranian petroleum ships has marked a historic milestone in our bilateral relations and firmly and decisively sealed the love of the Venezuelan people for Iran. The collective emotion of Venezuela when the vessels carrying the Iranian flag arrived in our jurisdictional waters, is indicative of a victory in the relations between sovereign States, never subjected to any empire.*

*In the same way, I request your valuable support to finalise and fulfill the monthly and periodic shipment of petroleum to Venezuela for a year. And, to be able to accompany this scheme with financing mechanisms defined by the teams from both countries.*



*(Emblem)*

NICOLÁS MADURO MOROS
PRESIDENT OF THE
BOLIVARIAN REPUBLIC OF VENEZUELA

*Your Excellency, Ayatollah, count on the people of Bolívar and Chávez, together, to continue paving the way for cooperation, friendship and brotherhood between our countries and to forging the peace that humanity longs for, today, seriously threatened by the pandemic that has impacted the world.*

*(Stamp – Bolivarian Republic of Venezuela – Office of the President)*

*(Handwritten – Blessings)*

*(Signature – Illegible)*

**Nicolás Maduro Moros**





14th January 2021

Dear Sirs,

**Re: Spanish into English Certified Translation**

Language Reach Limited is a UK-registered professional translation and interpreting company and a fully qualified registered member of The Association of Translation Companies (Member No. 2018ATCR1238). We hereby confirm that we have translated the enclosed document(s) from Spanish into English.

As a responsible translation agency we only employ certified linguists to work with us. We are satisfied with the linguistic accuracy and hereby confirm that the English written translation of the Spanish document(s) represents its fair and accurate linguistic message as intended in the original file(s).

We hereby confirm that this is a true and correct translation and certify the linguistic accuracy.

For more information, please contact Language Reach Limited on +44 (0) 208 677 3775.

Yours sincerely,




**Maria Bello**
Senior Project Manager

