

DEFENDANT EXHIBIT

CASE NO. 19-20450-CR-Scola

EXHIBIT NO. AY

