IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff | Case No. 19-20450-CR-Scola |
| v. | |
| ALEX NAIN SAAB MORAN, | |
| Defendant. | |

**DEFENDANT ALEX NAIN SAAB MORAN'S**
**NOTICE OF FILING ADMITTED EXHIBITS**

Defendant Alex Nain Saab Moran, pursuant to the Clerk's Notice of Policy re Electronic Submission of Exhibits (ECF No. 185), submits his as-admitted Defense Exhibits BA, BC-BI, BK-BN, BU-BY from the evidentiary hearing on the Motion to Dismiss the Indictment (ECF No. 147).

| Def Ex. | DATE | DESCRIPTION |
|---|---|---|
| BA | N/A | Diplomatic Passport of Saab |
| | | (BB Withdrawn) |
| BC | 4/9/2018 | Letter from the Peoples Minister of Foreign Affairs Jorge Montserrat |
| BD | 4/1/2020 | Letter DM No.: 000319 from the Minister of Foreign Affairs of Venezuela |
| BE | 4/30/2021 | Apr. 30. 2021 CRS report |
| BF | 2/25/2020 | Feb. 25, 2020 CRS Report |
| BG | 11/11/2022 | Certification re Child Abduction |
| BH | N/A | Maduro Communique LR-1122-809 |
| BI | N/A | Excerpts from Mark Esper "Sacred Oath" book |
| | | (BJ Withdrawn) |

| BK | 6/14/2020 | Cape Verde Court decision |
|---|---|---|
| BL | 6/18/2020 | Cape Verde Court decision |
| BM | 3/15/2021 | ECOWAS decision |
| BN | 7/22/2020 | Inventory from Cape Verde |
| | | (BO Withdrawn) |
| | | (BP Withdrawn) |
| | | (BQ Withdrawn) |
| | | (BR Withdrawn) |
| | | (BS, a video of a 2/28/2022 UN Speech, will be conventionally filed) |
| | | (BT, a video of a 2/28/2022 UN Speech, will be conventionally filed) |
| BU | N/A | Stipulation Regarding Certain Undisputed Facts |
| BV | | Saab Passport |
| BW | | Passport Certification |
| BX | | Update: An Introduction to Venezuelan Governmental Institutions and Primary Legal Sources |
| BY | | Pena CV |

Date: December 22, 2022

Respectfully submitted,

BAKER & HOSTETLER LLP

By: _Lindy K. Keown_
Lindy K. Keown (FL: 117888)
200 South Orange Avenue
Suite 2300
Orlando, Florida 32801
Tel: (407) 649-4000
lkeown@bakerlaw.com

    David B. Rivkin, Jr. (*pro hac vice*)
    Elizabeth Price Foley (FL: 92380)
    Jonathan R. Barr (*pro hac vice*)
    1050 Connecticut Avenue, N.W.
    Suite 1100
    Washington, DC 20036
    Tel: (202) 861-1500
    drivkin@bakerlaw.com
    efoley@bakerlaw.com
    jbarr@bakerlaw.com

    Jonathan B. New (*pro hac vice*)
    45 Rockefeller Plaza
    11th Floor
    New York, New York 10111
    Tel: (212) 589-4200
    jnew@bakerlaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 22, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

    *s/Lindy K. Keown*
    Lindy K. Keown