

20th January 2021

Dear Sirs,

**Re: Spanish into English (UK) Certified Translation**

Language Reach Limited is a UK-registered professional translation and interpreting company and a fully qualified registered member of The Association of Translation Companies (Member No. 2018ATCR1238). We hereby confirm that we have translated the enclosed document(s) from Spanish into English (UK).

As a responsible translation agency we only employ certified linguists to work with us. We are satisfied with the linguistic accuracy and hereby confirm that the English (UK) written translation of the Spanish document(s) represents its fair and accurate linguistic message as intended in the original file(s).

We hereby confirm that this is a true and correct translation and certify the linguistic accuracy.

For more information, please contact Language Reach Limited on +44 (0) 208 677 3775.

Yours sincerely,



**Aniello Attianese**
Senior Account Manager





DEFENDANT EXHIBIT
CASE NO. 19-20450-CR-Scola
EXHIBIT NO. BC



Registered in England & Wales 07635166 Tel: +44 (0) 208 677 3775 Email: info@languagereach.com
Address: Unit F11B, Parkhall Business Centre, London, SE21 8EN

[emblem]

[signature]

*Jorge Arreaza Montserrat*
*The People's Minister for Foreign Affairs.*

Grants this authorization to Mr.
**Alex Nain Saab Morán**

*Appointing him as **Special Envoy** of the Government of the Bolivarian Republic of Venezuela, with broad powers on behalf of the Bolivarian Republic of Venezuela to make arrangements for procuring basic goods and services, both paid for and received as humanitarian aid, for national social assistance programs, particularly food, supplies, machines and equipment for the production and processing of foodstuffs; medicines, materials, medical supplies and equipment. He is authorized to negotiate with governmental authorities, representatives of institutions and companies, both public and private, in order to find practical solutions to complex situations affecting the Bolivarian Republic of Venezuela as a result of commercial and financial restrictions since 2015.*

*Whilst undertaking his activities, the Special Envoy may not commit, represent, enter into agreements or make available any of the heritage of the Bolivarian Republic of Venezuela, or make any arrangements in relation to the public sector budget.*

*In light of this, we request that the respective authorities recognize his appointment and allow him to freely carry out his activities, provide him with any support he needs and afford Mr. Alex Nain Saab Morán the respect he deserves as Representative of the Bolivarian Republic of Venezuela, in accordance with international law.*

*In witness of this, I issue this document, signed in my own hand, with the seal of the People's Ministry for Foreign Affairs of the Bolivarian Republic of Venezuela, in Caracas, on the 9th day of the month of April of 2018.*





*Jorge Arreaza Montserrat*
*Ministro del Poder Popular para Relaciones Exteriores.*

Otorga la presente credencial al ciudadano
**Alex Nain Saab Morán**

Designándole como **Enviado Especial** del Gobierno de la República Bolivariana de Venezuela, con amplias atribuciones para realizar gestiones en favor de la República Bolivariana de Venezuela, orientadas a garantizar la procura comercial y humanitaria de bienes y servicios de primera necesidad, destinados a los programas sociales de asistencia del Ejecutivo Nacional, especialmente alimentos; insumos, maquinaria y equipos para la producción y procesamiento de alimentos; medicinas, materiales, insumos y equipos médicos, quedando autorizado a sostener conversaciones con autoridades gubernamentales, representantes de instituciones y empresas de propiedad pública o privada, en la búsqueda de soluciones prácticas a las complejas situaciones que afectan a la República Bolivariana de Venezuela como consecuencia del bloqueo comercial y financiero a que ha sido sometida desde el año 2015.

En el ejercicio de las actividades encomendadas, el Enviado Especial no podrá comprometer, representar, convenir o disponer sobre contenido patrimonial de la República Bolivariana de Venezuela, ni implican la ejecución de presupuesto del sector público.

En tal virtud, se ruega a las autoridades respectivas le reconozcan tal designación y en tal sentido se le permita desempeñar libremente sus funciones, le sea otorgado el favor y auxilio que necesitare y se le guarden las prerrogativas que le correspondan en razón del carácter de Agente al Servicio del Gobierno de la República Bolivariana de Venezuela que ostenta el ciudadano Alex Nain Saab Morán, en los términos establecidos en el derecho internacional.

En fe de lo cual se expide la presente credencial firmada de mi mano, con el sello del Ministerio del Poder Popular para Relaciones Exteriores de la República Bolivariana de Venezuela, en Caracas a los 9 días del mes de abril de 2018.

