[emblem]
*The People's Minister for Foreign Affairs of the Bolivarian Republic of Venezuela*
DM [Minister's Dispatch] N° 000319



Caracas, 01 April 2020

Mr.
**Alex Saab Morán**
City.-

Dear Sir,

    It is with cordial greetings that I address to you, in your capacity as Special Envoy, documents containing a request for humanitarian resources of which our country has great need during this period of the COVID-19 pandemic.

    In addition to the usual documents requesting food and medicine, we are also recommending negotiations with similar organizations in the Islamic Republic of Iran. We have had encouraging discussions in this regard with the authorities of that country.

    Thanking you in advance for your valuable support and help with this request. Accept, Sir, my highest consideration.

Yours faithfully

[signature]

Jorge Arreaza

Minister

[oval stamp:]
BOLIVARIAN REPUBLIC
OF VENEZUELA
[emblem]
MINISTER'S DISPATCH
The People's Minister for
Foreign Affairs



 Ministry of the Popular Power for Foreign Affairs    Office for Consular Affairs

No. V25405U22D00D05

## APOSTILLE
(Convention de la Haye du 5 octobre 1961)



| 1. Country: Venezuela | |
| --- | --- |
| This public document | |
| 2. has been signed by | **JORGE ALBERTO ARREAZA MONTSERRAT** |
| 3. acting in the capacity of | **MINISTER OF THE POPULAR POWER FOR EXTERNAL AFFAIRS** |
| 4. bears the seal/stamp of: | Ministry of the Popular Power for External Affairs |
| **Certified** | |
| 5. in CARACAS | 6. on 24-05-2022 |
| 7. By the Ministry of the Popular Power for Foreign Affairs | |
| 8. No.   V25405U22D00D05 | |
| 9. Seal/stamp:  (BOLIVARIAN REPUBLIC OF VENEZUELA — MINISTRY OF THE POPULAR POWER FOR FOREIGN AFFAIRS — LEGALISATIONS DEPARTMENT) | 10. Signature     [*Illegible*] |

**MARCO ANTONIO MAGALLANES GRILLET**
General Director of the Consular Affairs Office, as per Resolution No. 013 of 6 September 2021, published in the Official Gazette of the Bolivarian Republic of Venezuela No. 42.206 of 06 September 2021

(Seal: BOLIVARIAN REPUBLIC OF VENEZUELA — MINISTRY OF THE POPULAR POWER FOR FOREIGN AFFAIRS — LEGALISATIONS DEPARTMENT)

-----------------------------------------------------------------------------------------------------------------------------

This Apostille only certifies the authenticity of the signature and the capacity of the person who has signed this public document and where appropriate, the identity of the seal or stamp which the public documents bears. The Apostille does not certify the content of the document for which it was issued.
**Date and time of issue**: 24/05/2022 20:56:41
To validate the authenticity of this Apostille enter this code: DXH1YYPPDTT in
http://consultalegalizacionesve.mppre.gob.ve
**Document type**: COMMUNICATION
Holder: Identification Number: G 200000023  **Name:** MINISTER OF THE POPULAR POWER FOR EXTERNAL AFFAIRS

-----------------------------------------------------------------------------------------------------------------------------

Mppre-d832d48b61807820fb11e53d60021d519b483abb





*El Ministro del Poder Popular para Relaciones Exteriores de la República Bolivariana de Venezuela*

DM N° 000319

Caracas, 01 de abril de 2020

Ciudadano
**Alex Saab Morán**
Ciudad.-

Estimado Señor:

Con un cordial saludo, me dirijo a Usted en la oportunidad de solicitar, en su carácter de Enviado Especial, gestiones orientadas a garantizar la procura humanitaria de insumos de gran necesidad para nuestro país en el contexto de la pandemia por el COVID-19.

Adicionalmente a las habituales gestiones para la procura de alimentos y medicinas, en esta oportunidad se le encomienda la negociación con las organizaciones correspondientes de la República Islámica de Irán, con cuyas autoridades se han sostenido esperanzadoras conversaciones en este sentido.

Al agradecer de antemano su valioso apoyo y solidaridad en relación con esta solicitud, me valgo de la ocasión para reiterarle las seguridades de mi consideración más distinguida.

Atentamente,

Jorge Arreaza
Ministro

CERTIFIED TRANSLATION  15/06/2022  LANGUAGE REACH



Gobierno **Bolivariano** de Venezuela | Ministerio del Poder Popular para Relaciones Exteriores | Oficina de Relaciones Consulares



No. V25405U22D00D05
**APOSTILLE**
(Convention de La Haye du 5 octobre 1961)

| | |
|---|---|
| 1. País: **VENEZUELA**<br>Country/Pays | |
| El presente documento público<br>The public document / Le présent acte public | |
| 2. **ha sido firmado por**<br>has been signed by<br>a été signé par | **JORGE ALBERTO ARREAZA MONTSERRAT** |
| 3. **quien actúa en calidad de**<br>acting in the capacity of<br>agissant en qualité de | **MINISTRO DEL PODER POPULAR PARA RELACIONES EXTERIORES** |
| 4. **y está revestido del sello / timbre de**<br>bears the seal / stamp of<br>est revêtu du sceau / timbre de | Ministerio del Poder Popular para Relaciones Exteriores |
| | **Certificado**<br>Certified / Attesté |
| 5. **en CARACAS**<br>at / a | 6. **el día 24-05-2022**<br>the / le |
| 7. **Por Ministerio del Poder Popular para Relaciones Exteriores**<br>by / par | |
| 8. **Bajo el número V25405U22D00D05**<br>Nº / sous nº | |
| 9. **Sello / timbre:**<br>Seal / stamp:<br>Sceau / timbre :  | 10. **Firma:**<br>Signature:<br>Signature :  |

**MARCO ANTONIO MAGALLANES GRILLET**
Director General (E) de la Oficina de Relaciones Consulares, según Resolución Nro. 013 del 06 de septiembre de 2021, publicada en la Gaceta Oficial de la República Bolivariana de Venezuela Nro. 42.206 del 06 de septiembre de 2021.

Esta Apostilla certifica únicamente la autenticidad de la firma, la calidad en que el signatario del documento haya actuado y, en su caso, la identidad del sello o timbre del que el documento público esté revestido.
Esta Apostilla no certifica el contenido del documento para el cual se expidió.
**Fecha y hora de la emisión:** 24/05/2022 20:56:41
Para validar la autenticidad de esta apostilla ingrese este código: DXH1YYPPDTT en
http://consultalegalizacionve.mppre.gob.ve
**Tipo de Documento:** COMUNICACIÓN
**Titular:** Nro de Identificación: G 200000023 **Nombre:** MINISTERIO DEL PODER POPULAR PARA RELACIONES EXTERIORES

---

This Apostille only certifies the authenticity of the signature and the capacity of the person who has signed the public document, and, where appropriate, the identity of the seal or stamp which the public document bears.
This Apostille does not certify the content of the document for which it was issued.
**Date and time of issue:** 24/05/2022 20:56:41
To validate the authenticity of this Apostille enter this code: DXH1YYPPDTT in
http://consultalegalizacionve.mppre.gob.ve
**Document type:** COMUNICACIÓN
**Holder:** Identification Number: G 200000023 **Name:** MINISTERIO DEL PODER POPULAR PARA RELACIONES EXTERIORES

---

Cette Apostille atteste uniquement la véracité de la signature, la qualité en laquelle le signataire de l'acte a agi et, le cas échéant, l'identité du sceau ou timbre dont cet acte public est revêtu.
Cette Apostille ne certifie pas le contenu de l'acte pour lequel elle a été émise.
**Date et heure d'émission:** 24/05/2022 20:56:41
Pour valider l'authenticité de cette apostille, entrez ce code: DXH1YYPPDTT dans
http://consultalegalizacionve.mppre.gob.ve
**Type de document:** COMUNICACIÓN
**Titulaire:** Numéro d'identification: G 200000023 **Prénom:** MINISTERIO DEL PODER POPULAR PARA RELACIONES EXTERIORES



Mppre-d832d48b61807820fb11e53d60021d519b483abb





15th June 2022

Dear Sirs,

**Re: Spanish into English (UK) Certified Translation**

Language Reach Limited is a UK-registered professional translation and interpreting company and a fully qualified registered member of The Association of Translation Companies (Member No. 2018ATCR1238). We hereby confirm that we have translated the enclosed document(s) from Spanish into English (UK).

As a responsible translation agency we only employ certified linguists to work with us. We are satisfied with the linguistic accuracy and hereby confirm that the English (UK) written translation of the Spanish document(s) represents its fair and accurate linguistic message as intended in the original file(s).

We hereby confirm that this is a true and correct translation and certify the linguistic accuracy.

For more information, please contact Language Reach Limited on +44 (0) 208 677 3775.

Yours sincerely,



**Lucia Petrulli**
Project Manager



Registered in England & Wales 07635166 Tel: +44 (0) 208 677 3775 Email: info@languagereach.com
Address: Unit F11B, Parkhall Business Centre, London, SE21 8EN