

24th November 2022

Dear Sirs,

**Re: Spanish into English Certified Translation - LR-1122-809**

Language Reach Limited is a UK-registered professional translation and interpreting company and a fully qualified registered member of The Association of Translation Companies (Member No. 2018ATCR1238). We hereby confirm that we have translated the enclosed document(s) from Spanish into English.

As a responsible translation agency we only employ certified linguists to work with us. We are satisfied with the linguistic accuracy and hereby confirm that the English written translation of the Spanish document(s) represents its fair and accurate linguistic message as intended in the original file(s).

We hereby confirm that this is a true and correct translation and certify the linguistic accuracy.

For more information, please contact Language Reach Limited on +44 (0) 208 677 3775.

Yours sincerely,

**Aniello Attianese**
Senior Account Manager







DEFENDANT EXHIBIT
CASE NO. 19-20450-CR-Scola
EXHIBIT NO. BH



Registered in England & Wales 07635166 Tel: +44 (0) 208 677 3775 Email: info@languagereach.com
Address: Unit F11B, Parkhall Business Centre, London, SE21 8EN



# COMMUNIQUÉ

As the delegation of the Bolivarian Republic of Venezuela, we address the country and the world to report on the national dialogue process.

Under the methodology established in the **Memorandum of Understanding** signed last year, we have agreed to sign in Mexico the **Second Partial Agreement for the Protection of the Venezuelan People,** which has been thoroughly discussed in the city of Caracas, with the facilitation of the Kingdom of Norway.

The Second Social Agreement creates a practical mechanism, aimed at addressing vital social needs and public service problems, based on the recovery of legitimate resources, property of the Venezuelan State, which are currently blocked in the international financial system.

This Agreement thus expresses the advancement of the right of our people to the enjoyment of their assets and resources, illegally and unjustly blocked, placing social needs at the centre of attention of the **National Dialogue Table.**

The resources rescued will go to strengthening the national public health system in terms of equipment, recovery of infrastructure, provision of supplies, vaccines and medicines for access by all our people throughout the length and breadth of the country; expanding and strengthening the electricity service, attention to a significant part of the school infrastructure, and attention to the needs arising from the emergency caused by the torrential rains, as well as food support programmes.

On the occasion of welcoming this social agreement, as a delegation of the Government headed by President Nicolás Maduro Moros, we once again reiterate our firm rejection of the illegal detention of the Venezuelan diplomat, Alex Saab,





and we again demand his immediate release and his full incorporation as a member of the Venezuelan Government Delegation. At the same time, we welcome the incorporation of the human rights defender, Camila Fabri de Saab, to the delegation of the Government of Venezuela while the full incorporation of our diplomat takes place.

On behalf of the constitutional President of the Bolivarian Republic, the great architect of peace, and of all Venezuelans, beyond political differences, we fervently hope for the success and successful conclusion of this social agreement for the protection of the Venezuelan people, and we pledge all our government's efforts for its successful implementation.

We are convinced that this social agreement will open the doors to advance the extensive agenda of national dialogue, in the fulfilment of all its objectives for the good of our homeland.

Together with our people and with Mahatma Gandhi, we reaffirm and reiterate today, that there are no roads to peace.

Peace is the way.

**Dr. Jorge Rodríguez Gómez**
**Head of the Venezuelan delegation**
**to the Mexican dialogue table**





# COMUNICADO

La delegación de la República Bolivariana de Venezuela, nos dirigimos al país y al mundo para informar sobre el proceso de diálogo nacional.

Bajo la metodología establecida en el **Memorando de Entendimiento** firmado el año pasado, hemos acordado firmar en México el **Segundo Acuerdo Parcial para la Protección del Pueblo Venezolano,** que ha sido discutido de manera exhaustiva en la ciudad de Caracas, con la facilitación del reino de Noruega.

El Segundo Acuerdo Social crea un mecanismo práctico, dirigido a abordar necesidades sociales vitales y atender problemas de servicios públicos, con base en la recuperación de recursos legítimos, propiedad del Estado venezolano, que hoy se encuentran bloqueados en el sistema financiero internacional.

Este Acuerdo expresa así el avance del derecho de nuestro pueblo al disfrute de sus activos y recursos, ilegal e injustamente bloqueados, colocando las necesidades sociales en el centro de atención de la **Mesa de Diálogo Nacional**.

Los recursos rescatados irán a reforzar el sistema público nacional de salud en equipamiento, recuperación de infraestructura, dotación de insumos, vacunas y medicamentos para el acceso de todo nuestro pueblo y a lo largo y ancho del país; ampliar y reforzar del servicio de energía eléctrica, la atención a una parte significativa de la infraestructura escolar, y la atención a necesidades derivadas de la emergencia por las lluvias torrenciales, así como programas de apoyo alimentario.

En ocasión de saludar este acuerdo social, como delegación del Gobierno encabezado por el Presidente Nicolás Maduro Moros, reiteramos nuevamente nuestro firme rechazo a la ilegal detención del diplomático venezolano, Alex Saab,



y volvemos a exigir su inmediata liberación y su plena incorporación como miembro de la Delegación del Gobierno de Venezuela. Al mismo tiempo, saludamos la incorporación de la defensora de derechos humanos, Camila Fabri de Saab, a la delegación del Gobierno de Venezuela mientras se produce la incorporación plena de nuestro diplomático.

En nombre del Presidente constitucional de la República Bolivariana, gran arquitecto de la paz, y de todas y todos los venezolanos, más allá de las diferencias políticas, hacemos nuestros más fervorosos votos por el éxito y la feliz concreción de este acuerdo en materia social para la protección del pueblo venezolano, y comprometemos todo el esfuerzo de nuestro gobierno para su exitosa aplicación.

Estamos convencidos y convencidas de que este acuerdo social abrirá las puertas para avanzar la extensa agenda de diálogo nacional, en el cumplimiento de todos sus objetivos por el bien de nuestra Patria.

Junto a nuestro pueblo y con Mahatma Gandhi reafirmamos hoy que no hay caminos a la paz.

La paz es el camino.

**Dr. Jorge Rodríguez Gómez**
**Jefe de la delegación de Venezuela ante la**
**mesa de diálogo de México**



24/11/2022