

01st June 2022

Dear Sirs,

**Re: Portuguese into English Certified Translation**

Language Reach Limited is a UK-registered professional translation and interpreting company and a fully qualified registered member of The Association of Translation Companies (Member No. 2018ATCR1238). We hereby confirm that we have translated the enclosed document(s) from Portuguese into English.

As a responsible translation agency we only employ certified linguists to work with us. We are satisfied with the linguistic accuracy and hereby confirm that the English written translation of the Portuguese document(s) represents its fair and accurate linguistic message as intended in the original file(s).

We hereby confirm that this is a true and correct translation and certify the linguistic accuracy.

For more information, please contact Language Reach Limited on +44 (0) 208 677 3775.

Yours sincerely,

**Aniello Attianese**
Senior Account Manager






Registered in England & Wales 07635166 Tel: +44 (0) 208 677 3775 Email: info@languagereach.com
Address: Unit F11B, Parkhall Business Centre, London, SE21 8EN

[Coat of Arms of Cape Verde]     **Ministry of Justice and Labour**

GENERAL DIRECTORATE OF PRISON SERVICES AND SOCIAL REINTEGRATION

Regional Prison of Sal

Zona de Terra Boa, Cidade dos Espargos/ CP: nº 74- Phone: PBX (+238) 5347230/5347233

Email: cadeiaregionalsal@gmail.com

# DELIVERY NOTE

I hereby certify that I have delivered to the Attorney **Floriano Mandl**, all the belongings of the inmate **Alex Saab Moran**, at the request of said inmate according to a request dated 21-07-2020, pursuant to paragraphs 5, 8 last part and 9 of article 188 of the Code of Criminal Sentencing Penalties (CESPC). As shown in the table below:

| No. | DESCRIPTION | QUANT. | NOTES |
|---|---|---|---|
| 01 | Mobile phone -ventu | 1 | |
| 02 | iPhone 10 black | 1 | |
| 03 | iPhone 11 black | 1 | |
| 04 | Power bank | 1 | |
| 05 | iPad (pink) | 1 | |
| 06 | USB cable | 5 | |
| 06 | Earpiece | 1 | |
| 08 | Charger | 5 | |
| 09 | Visa card | 11 | 11 [illegible signature] |
| 10 | USB cable short | 3 | |
| 11 | Small adapter | 1 | |
| 12 | Silver necklace | 2 | |
| 13 | White gold necklace | 5 | |
| 14 | Hair max | 1 | |
| 15 | Shaving machine | 3 | |
| 16 | Gillette | 2 | |
| 17 | Charger | 2 | |
| 18 | White adapter | 1 | |

Attached are the inmate's application and inventory of the objects.

Regional Prison of Sal, 22 July 2020

[Round Stamp: Ministry of Justice and Labour
Regional Prison of Sal
The Director
Delivered
Agostinho Correia]
[illegible signature]

Received
Lawyer
[illegible signature]
- / Floriano Mandl /-

Witnesses:

Head of Security: João Sequeira          [illegible signature]
Commander of the Guard: António Andrade   [illegible signature]
The inmate: Alex Saab Moran              [illegible signature]



[Handwritten]

# Authorisation

By the present document I, Alex Saab Moran, preventive detainee in the Sal prison, declare, expressly, that I authorize the Prison Authority to hand over to my lawyer, Floriano Mandl, member of the OACV, with Professional Card No. 442/18, all my belongings, which are in such facility.

Sal, 21-07-2021

Declarant

[illegible signature]



MOD 6 - B

[Coat of Arms of Cape Verde]   Ministry of Justice and Labour   [Handwritten: Deposit in vault]

## GENERAL DIRECTORATE OF PRISON SERVICES AND SOCIAL REINTEGRATION
SÃO VICENTE CENTRAL PRISON

### INVENTORY OF INMATE'S VALUABLES
(Article 1862 and 1882 of the CESPC approved by Legislative Decree No. 6/2018 of 31 October)

DATE OF ENTRY: 16/06/2020

1. IDENTIFICATION OF THE INMATE

Name: ALEX SAAB     Nickname: ALEX
Provenance: SAL ISLAND     Placement: Comp _ Sector 3 Wing _ Cell 1

2. INVENTORY OF CASH VALUABLES

| N/O | AMOUNT | CURRENCY | VALUE IN FULL | SIGNATURE OF THE INMATE |
|-----|--------|----------|---------------|--------------------------|
| 01 | | | | |
| 02 | | | | |
| 03 | | | | |
| 04 | | | | |
| 05 | | | | |
| 06 | | | | |
| 06 | | | | |
| 08 | | | | |
| 09 | | | | |
| 10 | | | | |
| 11 | | | | |

3. INVENTORY OF OTHER VALUABLES

| N/O | DESCRIPTION | QUANT. | CONDITION | | | SIGNATURE OF THE INMATE |
|-----|-------------|--------|---|---|---|--------------------------|
| 01 | Mobile phone -ventu | 1 | G | R | B | Silver necklace 2 |
| 02 | iPhone 10 Silver | 1 | G | R | B | Gold necklace 5 (white) |
| 03 | iPhone 11 Silver | 1 | G | R | B | Hair Max |
| 04 | Power bank | 1 | G | R | B | |
| 05 | iPad (pink) | 1 | G | R | B | |
| 06 | USB cable | (5) | G | R | B | |
| 06 | Earpiece | 1 | G | R | B | |
| 08 | Charger | 5 | G | R | B | |
| 09 | Visa (illegible) | | G | R | B | |
| 10 | USB cable short | 3 | G | R | B | |

Adapter 1(Illegible)

G: Good
R: Reasonable
B: Bad

Note:  1. The secretariat should file the original in the Individual file and provide a copy to the inmate
2. The treasury shall create the inmate's current account in national currency and keep the other valuables, the destination of which shall be decided by the inmate himself.

THE SERVICE MANAGER
[illegible signature]     [illegible signature]     THE TREASURER
[illegible signature]

[illegible signature]



MOD 6 - B

[Coat of Arms of Cape Verde]     Ministry of Justice and Labour                VERIFIED, SECURITY BUREAU

## GENERAL DIRECTORATE OF PRISON SERVICES AND SOCIAL REINTEGRATION
### SÃO VICENTE CENTRAL PRISON

### INVENTORY OF INMATE'S VALUABLES
(Article 1862 and 1882 of the CESPC approved by Legislative Decree No. 6/2018 of 31 October)

DATE OF ENTRY: 16/06/2020

1. IDENTIFICATION OF THE INMATE

Name: ALEX SAAB  Nickname:
Provenance: SAL  Placement: Comp _ Sector 3 Wing _ Cell 1

2. INVENTORY OF CASH VALUABLES

| N/O | AMOUNT | CURRENCY | VALUE IN FULL | SIGNATURE OF THE INMATE |
|---|---|---|---|---|
| 01 | | | | |
| 02 | | | | |
| 03 | | | | |
| 04 | | | | |
| 05 | | | | |
| 06 | | | | |
| 06 | | | | |
| 08 | | | | |
| 09 | | | | |
| 10 | | | | |
| 11 | | | | |

3. INVENTORY OF OTHER VALUABLES

| N/O | DESCRIPTION | QUANT. | CONDITION | | | SIGNATURE OF THE INMATE |
|---|---|---|---|---|---|---|
| 01 | Shaving machine | 2 | G | R | B | |
| 02 | Gillette | 2 | G | R | B | |
| 03 | [Illegible] | 1 | G | R | B | |
| 04 | Charger | 1 | G | R | B | |
| 05 | | | G | R | B | |
| 06 | | | G | R | B | |
| 06 | | | G | R | B | |
| 08 | | | G | R | B | |
| 09 | | | G | R | B | |
| 10 | | | G | R | B | |

Adapter 1(Illegible)

G: Good
R: Reasonable
B: Bad

Note:  1. The secretariat should file the original in the Individual file and provide a copy to the inmate
2. The treasury shall create the inmate's current account in national currency and keep the other valuables, the destination of which shall be decided by the inmate himself.

THE SERVICE MANAGER                                                                 THE TREASURER
[illegible signature]              [illegible signature]                            [illegible signature]

[illegible signature]



# Ministério da Justiça e Trabalho

DIRECÇÃO GERAL DOS SERVIÇOS PRISIONAIS E REINSERÇÃO SOCIAL
Cadeia Regional do Sal
Zona de Terra Boa, Cidade dos Espargos/ CP: nº 74- Telf: PBX (+238) 5347230/5347233
Email: cadeiaregionalsal@gmail.com

## GUIA DE ENTREGA

Certifico ter entregado ao Advogado **Floriano Mandl**, todos os pertences do recluso **Alex Saab Moran**, a pedido do referido recluso conforme um requerimento datada de 21-07-2020, isto com base nos números 5, 8 ultima parte e 9 do artigo 188º do Código das Sanções Penais Condenatórias (CESPC). Conforme o quadro abaixo:

| Nº | DESIGNAÇÃO | QUANT. | OBS |
|---|---|---|---|
| 01 | Telemovel-ventu | 1 | |
| 02 | Iphone 10 preto | 1 | |
| 03 | Iphone 11 preto | 1 | |
| 04 | Pawer bang | 1 | |
| 05 | Ipad (rosa) | 1 | |
| 06 | Cabo USB | 5 | |
| 06 | Escuta | 1 | |
| 08 | Carregador | 5 | |
| 09 | Cartão visa | 10 | 11 |
| 10 | Cabo USB pequeno | 3 | |
| 11 | Adaptador pequeno | 1 | |
| 12 | Fio de prata | 2 | |
| 13 | Fio de ouro Branco | 5 | |
| 14 | Hair max | 1 | |
| 15 | Máquina de barba | 3 | |
| 16 | Gillette | 2 | |
| 17 | Carregador | 2 | |
| 18 | Adaptador branco | 1 | |

Em anexo o requerimento do recluso e inventário dos objetos.

Cadeira Regional do sal, 22 de Julho de 2020

Entreguei

O Director
Agostinho correta

Recebi

O Advogado

*Floriano Mandl*

-/Floriano Mandl/-

**Testemunhas**

Chefe de Segurança: João Sequeira

Comandante da Guarda: António Andrade

O recluso: Alex Saab Moran    Alex Naín Saab Morán



Autorização

Pelo presente documento eu, Alex Saab Moran, preso preventivamente no estabelecimento prisional do Sal, declaro, expressamente, que autorizo à Direção da Cadeia a entregar ao meu advogado, Floriano Mandl, membro da OACV, com a Cédula Profissional N.º 442/18, todos os meus pertences, que se encontram nesse estabelecimento.

Sal, 21.07.2020

O Declarante



MOD 6 - B

# Ministério da Justiça e Trabalho

*Depósito no cofre*

DIRECÇÃO GERAL DOS SERVIÇOS PRISIONAIS E DA REINSERÇÃO SOCIAL
CADEIA CENTRAL DE SÃO VICENTE

## INVENTÁRIO DE VALORES DO RECLUSO
(Artigo 186º e 188º do CESPC aprovado pelo Decreto-legislativo n.º 6/2018 de 31 de Outubro)

DATA DE ENTRADA 16/06/2020

### 1. IDENTIFICAÇÃO DO RECLUSO

Nome: Alex SAAB          Alcunha: Alex

Proveniência: Ilha Sal

Colocação Comp ___ Sector 3 Ala ___ Cela 1

### 2. INVENTÁRIO DE VALORES EM NUMERÁRIO

| N/O | MONTANTE | MOEDA | VALOR POR EXTENSO | ASSINATURA DO RECLUSO |
|---|---|---|---|---|
| 01 | | | | |
| 02 | | | | |
| 03 | | | | |
| 04 | | | | |
| 05 | | | | |
| 06 | | | | |
| 07 | | | | |
| 08 | | | | |
| 09 | | | | |
| 10 | | | | |
| 11 | | | | |

### 3. INVENTÁRIO DOS OUTROS VALORES

| N/O | DESIGNAÇÃO | QUANT | ESTADO CONSERVAÇÃO | | | ASSINATURA DO RECLUSO |
|---|---|---|---|---|---|---|
| 01 | Telemovel - VerTu | 1 | B | R | M | Fio de prata 2 |
| 02 | iPhone 10 Prata | 1 | B | R | M | Fio ouro 3 (branco) |
| 03 | iPhone 11 preto | 1 | B | R | M | HAIR MAX - |
| 04 | Power bank | 1 | B | R | M | |
| 05 | Ipad (Rosa) | 1 | B | R | M | |
| 06 | Cabo USB | (5) | B | R | M | |
| 07 | Escuta | 1 | B | R | M | |
| 08 | Carregador | 5 | B | R | M | |
| 09 | VISA (10) | | B | R | M | |
| 10 | Cabo USB pequeno 3 | | B | R | M | |

adptador 1 (pcq)

B Bom
R Razoável
M Má/Mau

Nota:
1. A secretaria deverá arquivar o original no processo Individual e facultar uma cópia ao recluso
2. A Tesouraria deverá criar a conta-corrente do recluso em moeda nacional e guardar os demais valores, sendo destino dado a estes deverá ser decidido pelo próprio recluso.

O GRADUADO DE SERVIÇO                    O TESOUREIRO



01/06/2022
REG:07635166

36 - B



# Ministério da Justiça e Trabalho

VISTO,
Gabinete
de Segurança

**DIRECÇÃO GERAL DOS SERVIÇOS PRISIONAIS E DA REINSERÇÃO SOCIAL**
**CADEIA CENTRAL DE SÃO VICENTE**

## INVENTÁRIO DE VALORES DO RECLUSO
(Artigo 186º e 188º do CESPC aprovado pelo Decreto-legislativo n.º 6/2018 de 31 de Outubro)

DATA DE ENTRADA 16/06/2020

### 1. IDENTIFICAÇÃO DO RECLUSO

Nome: Alex SAAB         Alcunha: ___

Proveniência: Sol

Colocação  Comp ___ Sector 3 Ala ___ Cela 1

### 2. INVENTÁRIO DE VALORES EM NUMERÁRIO

| N/O | MONTANTE | MOEDA | VALOR POR EXTENSO | ASSINATURA DO RECLUSO |
|-----|----------|-------|-------------------|----------------------|
| 01  |          |       |                   |                      |
| 02  |          |       |                   |                      |
| 03  |          |       |                   |                      |
| 04  |          |       |                   |                      |
| 05  |          |       |                   |                      |
| 06  |          |       |                   |                      |
| 07  |          |       |                   |                      |
| 08  |          |       |                   |                      |
| 09  |          |       |                   |                      |
| 10  |          |       |                   |                      |
| 11  |          |       |                   |                      |

### 3. INVENTÁRIO DOS OUTROS VALORES

| N/O | DESIGNAÇÃO | QUANT | ESTADO CONSERVAÇÃO | | | ASSINATURA DO RECLUSO |
|-----|------------|-------|---|---|---|----------------------|
| 01  | Maquina barba | 2 | B | R | M |  |
| 02  | gellette | 2 | B | R | M |  |
| 03  | ~~escovas~~ | 2 | B | R | M |  |
| 04  | Carregador | 1 | B | R | M |  |
| 05  |  |  | B | R | M |  |
| 06  |  |  | B | R | M |  |
| 07  |  |  | B | R | M |  |
| 08  |  |  | B | R | M |  |
| 09  |  |  | B | R | M |  |
| 10  |  |  | B | R | M |  |

Bom
Razoável
Má/Mau

Nota:
1. A secretaria deverá arquivar o original no processo individual e facultar uma cópia ao recluso
2. A Tesouraria deverá criar a conta-corrente do recluso em moeda nacional e guardar os demais valores, sendo que o destino dado a estes deverá ser decidido pelo próprio recluso.

O GRADUADO DE SERVIÇO                                              O TESOUREIRO

01/06/2022
REG:07635166