

GOVERNMENT EXHIBIT
Case No.: 19-20450-CR-RNS
5







Case 1:19-cr-20450-RNS   Document 199-6   Entered on FLSD Docket 10/22/2022   Page 4 of 4