

AM003739



AM003740



AM003741



AM003742





AM003744





<1