

AM003732

GOVERNMENT EXHIBIT
Case No.: 19-20450-CR-RNS
7

Case 1:19-cr-20450-RNS Document 193-8 Entered on FLSD Docket 12/22/2022 Page 2 of 7



AM003733



AM003734



AM003735



AM003736



AM003737

AM003738

Passport page with entry/exit stamps:

- TR ATATÜRK (Türkiye Cumhuriyeti) — 03.10.18 90, 34.3.01 (entry)
- TR ATATÜRK (Türkiye Cumhuriyeti) — 10.10.18 90, 34.3.01 (exit)
- República de Colombia, Migración Colombia — 17 DIC. 2017, BAQ
- República de Colombia, Migración Colombia — 11 DIC. 2017, BAQ, AMC21AGBAQ08001