[emblem]
*Embassy of the*
*Islamic Republic of Iran*
*Caracas*

[hw:] [illegible]
8/6/2020
[illegible]
BOLIVARIAN REPUBLIC OF
VENEZUELA
[emblem]
MINISTER'S DISPATCH
The Ministry of People's
Power for Foreign Affairs

[script]
*In the name of*
*Allah*



**GOVERNMENT
EXHIBIT**
Case No.: 19-20450-CR-RNS

**13**

**Verbal Note**

N°.610/458732

     The **Embassy of the Islamic Republic of Iran** cordially greets the Honorable Ministry of People's Power for Foreign Affairs of the Bolivarian Republic of Venezuela, Office of the Vice-Minister for Asia, the Middle East and Oceania, and in consideration of the official visit of the Government envoy of the Bolivarian Republic of Venezuela to our country, **the Distinguished Mr. Alex Nain Saab Moran**, with the aim of negotiating food imports, we are pleased to inform you that the company IRAN GARMENT has confirmed the dates of 13 to 16 June for said visit.

     Also, regarding the urgent dispatch of medicine to the Bolivarian Republic of Venezuela, the first list has been analyzed by our country's most reputable laboratories. We are pleased to inform you that in order to give as much support as we can, the General Managers of these laboratories have been invited to a meeting with **the Distinguished Mr. Saab** on Monday 15 June, this month.

     Finally, we would like to request that you send the second list of medicines most needed in your country, at your earliest convenience, listing the amounts required for each quarterly period. Our Iranian laboratories can then evaluate this list.

     The **Embassy of the Islamic Republic of Iran** takes this opportunity to assure the Honorable Ministry of People's Power for Foreign Affairs of the Bolivarian Republic of Venezuela, Office of the Vice-Minister for Asia, the Middle East and Oceania, of our highest esteem and consideration.

Caracas, eighth (8) of June 2020.

**To the Honorable Ministry of People's Power for Foreign Affairs of the Bolivarian Republic of Venezuela,**
**Office of the Vice-Minister for Asia, the Middle East and Oceania**
**City.-**

[circular stamp:]
EMBASSY OF THE
ISLAMIC REPUBLIC OF
IRAN
[image and text]
CARACAS

*Urb. Valle Arriba, Calle Baraima, Qta. Azadi, Caracas, Venezuela*
*Tels: (0058-2120 992,35.75 992.18.54 – Fax: (0058-212) 992.99.89*



15/06/2022
REG.07636166



*Embajada de la*
*República Islámica de Irán*
*Caracas*



**Nota Verbal**

*En el nombre de Allah*

Nº.610/458732

La **Embajada de la República Islámica de Irán** Saluda muy atentamente al Honorable Ministerio del Poder Popular para Relaciones Exteriores de la República Bolivariana de Venezuela, Despacho del Viceministro para Asia, Medio Oriente y Oceanía, y en consideración a la visita oficial del enviado del Gobierno de la República Bolivariana de Venezuela a nuestro país el **Distinguido. Sr. Alex Naín Saab Moran**, con el fin de avanzar en el tema de la importación de alimentos, tiene a bien informar que la empresa IRAN GARMENT ha expresado su conformidad con los días 13 a 16 de junio para dicha visita.

Asimismo, sobre el envío urgente de algunos medicamentos a la República Bolivariana de Venezuela cuya primera lista ya se ha analizado por los laboratorios más destacados de nuestro país, tiene a bien informar que los Gerentes Generales de estos laboratorios, bajo el lineamiento del mayor apoyo posible, han sido convocados a una reunión con el **Distinguido. Sr. Saab** para el lunes 15 de junio del presente.

Al final se solicita muy atentamente que por la premura de tiempo se nos envíe la segunda lista de los medicamentos más necesitados en el país, detallando la cantidad necesaria en periodos trimestrales para la evaluación respectiva por los laboratorios iraníes.

La **Embajada de la República Islámica de Irán** hace propicia la ocasión para reiterar al Honorable Ministerio del Poder Popular para Relaciones Exteriores de la República Bolivariana de Venezuela, Despacho del Viceministro para Asia, Medio Oriente y Oceanía, el testimonio de su más alta estima y distinguida consideración.

Caracas, ocho (8)

**Al Honorable**
**Ministerio del Poder Popular para Relaciones Exteriores de la**
**República Bolivariana de Venezuela**
**Despacho del Viceministro para Asia, Medio Oriente y Oceanía**
**Ciudad.-**

*Urb. Valle Arriba, Calle Raraima, Qta. Azadi, Caracas, Venezuela*
*Sifs: (0058- 212) 992. 35. 75 - 992. 93. 54 - Fax: (0058- 212) 992. 99. 89*



CERTIFIED TRANSLATION
15/06/2022
LANGUAGE REACH



REPÚBLICA BOLIVARIANA DE VENEZUELA
MINISTERIO DEL PODER POPULAR PARA
RELACIONES EXTERIORES
DESPACHO DEL VICEMINISTRO PARA
ASIA, MEDIO ORIENTE Y OCEANÍA

I.DVAMOO Nº **000120-A**

*El Ministerio del Poder Popular para Relaciones Exteriores de la República Bolivariana de Venezuela, Despacho del Viceministro para Asia, Medio Oriente y Oceanía, saluda atentamente a la Honorable Embajada de la República Islámica de Irán en la oportunidad de hacer referencia a su atenta nota Nro. 610/458732 de fecha 8 de junio de 2020, mediante la cual notifica la conformidad de su gobierno con la fecha propuesta para la visita del Sr. Alex Nain Saab.*

*El Ministerio del Poder Popular para Relaciones Exteriores de la República Bolivariana de Venezuela, Despacho del Viceministro para Asia, Medio Oriente y Oceanía, desea acusar recibo de referida información, al tiempo de notificar que el resto de la documentación requerida por esa Misión Diplomática se hará llegar a la brevedad posible.*

*Caracas, 8 de junio de 2020.*

A la Honorable
**Embajada de la República Islámica de Irán**
Caracas.-



CERTIFIED TRANSLATION
LANGUAGE REACH
15/06/2022

[emblem]
BOLIVARIAN REPUBLIC OF
VENEZUELA,
MINISTRY OF THE PEOPLE'S POWER
FOR FOREIGN AFFAIRS
OFFICE OF THE VICE-MINISTER FOR
ASIA, THE MIDDLE EAST AND OCEANIA

I.DVAMOO No. **000120-A**

     **The Ministry of the People's Power for Foreign Affairs of the Bolivarian Republic of Venezuela, Office of the Vice-Minister for Asia, the Middle East and Oceania** cordially greets the Honorable Embassy of the Islamic Republic of Iran and hereby refers to your note No. 610/458732 of 8 June 2020, in which you confirm your government's approval of the proposed date for a visit by Mr. Alex Nain Saab.

     **The Ministry of the People's Power for Foreign Affairs of the Bolivarian Republic of Venezuela, Office of the Vice-Minister for Asia, the Middle East and Oceania** hereby acknowledges receipt of this information, and confirms that the other documents required by this Diplomatic Mission should be provided as quickly as possible.

Caracas, 8 June 2020.

[signature]
To the Honorable
**Embassy of the Islamic Republic of Iran**

Caracas.-

[stamp:]
BOLIVARIAN REPUBLIC OF
VENEZUELA
[emblem]
OFFICE OF THE VICE-MINISTER
FOR ASIA, THE MIDDLE EAST AND
OCEANIA
MINISTRY OF THE PEOPLE'S
POWER FOR FOREIGN AFFAIRS



 Gobierno **Bolivariano** de Venezuela | Ministerio del Poder Popular para **Relaciones Exteriores**



## CERTIFICACIÓN

Quien suscribe, Capaya Rodríguez González, portadora de la cédula de identidad N.º: V-3.517.086, en mi carácter de Viceministra para Asia, Medio Oriente y Oceanía del Ministerio del Poder Popular para Relaciones Exteriores, certifico que la copia fotostática que se anexa, es copia fiel y exacta de la Nota Verbal I.DVAMOO N.º 000120-A de fecha 08 de junio de 2020, remitida a la Embajada de la República Islámica de Irán con sede en la ciudad de Caracas.

**Capaya Rodríguez González**
Viceministra para Asia, Medio Oriente y Oceanía
Ministerio del Poder Popular para Relaciones Exteriores
Decreto N° 4.579, de fecha 12 de abril de 2021, publicado en la Gaceta Oficial de
la República Bolivariana de Venezuela Nº 42.104, de fecha 12 de abril de 2021
*Triunfa la Paz*
*"Chávez Vive y la lucha sigue*
*Fieles con nuestro Presidente Maduro"*
*¡Trabajando fortalecemos nuestra Revolución!*

 Avenida José Vicente Rangel con Av. Urdaneta, Torre MRE. Caracas
CancilleríaVE

 **Gobierno Bolivariano** de Venezuela  Ministry of the Popular Power for **Foreign Affairs**

**200**
**(2022-2030)**

## CERTIFICATION

I, the undersigned, Capaya Rodríguez González, holder of identity card No.: V-3.517.086, in my capacity as Vice Minister for Asia, the Middle East and Oceania of the Ministry of the People's Power for Foreign Relations, certify that the attached photocopy is a true and exact copy of Note Verbale I.DVAMOO No. 000120-A dated 08 June, 2020, sent to the Embassy of the Islamic Republic of Iran based in the city of Caracas.

**Capaya Rodríguez González**
Deputy Minister for Asia, Middle East and Oceania
Ministry of the Popular Power for External Affairs
Decree No. 4.579, dated 12 April 2021, published in the Official Journal of
The Bolivarian Republic of Venezuela No. 42.104, of 12 April, 2021

BOLIVARIAN
REPUBLIC OF
VENEZUELA

Office of the
Deputy Minister
for Asia, Middle
East and Oceania

Ministry of the
Popular Power
for External
Affairs

 [LOGO]

 Avenida Jose Vicente con Av. Urdaneta
Torre MRE, Caracas
CancilleriaVE

 CERTIFIED TRANSLATION · LANGUAGE REACH · 15/06/2022 · REG.07636166

 Gobierno
**Bolivariano**
de Venezuela     Ministry of the Popular Power        Office
for **Foreign Affairs**        for **Consular Affairs**

No. 325305722U20L05



### APOSTILLE
(Convention de la Haye du 5 octobre 1961)

| | |
|---|---|
| **1. Country: Venezuela** | |
| **This public document** | |
| 2. has been signed by | **CAPAYA RODRIGUEZ GONZALEZ** |
| 3. acting in the capacity of | **VICE MINISTER FOR ASIA, THE MIDDLE EAST AND OCEANIA OF THE MINISTER OF THE POPULAR POWER FOR EXTERNAL AFFAIRS** |
| **4. bears the seal/stamp of:** | Ministry of the Popular Power for External Affairs |
| **Certified** | |
| 5. in CARACAS | 6. on 25-05-2022 |
| **7. By the Ministry of the Popular Power for Foreign Affairs** | |
| **8. No.  325305722U20L05** | |
| 9. **Seal/stamp**: BOLIVARIAN REPUBLIC OF VENEZUELA MINISTRY OF THE POPULAR POWER FOR FOREIGN AFFAIRS LEGALISATIONS DEPARTMENT | 10. **Signature**     [*Illegible*] |

BOLIVARIAN REPUBLIC OF VENEZUELA

MINISTRY OF THE POPULAR POWER FOR FOREIGN AFFAIRS

LEGALISATIONS DEPARTMENT

**MARCO ANTONIO MAGALLANES GRILLET**
General Director of the Consular Affairs Office, as per
Resolution No. 013 of 6 September 2021, published in
the Official Gazette of the Bolivarian Republic of Venezuela No.
42.206 of 06 September 2021

--------------------------------------------------------------------------------

This Apostille only certifies the authenticity of the signature and the capacity of the person who has signed this
public document and where appropriate, the identity of the seal or stamp which the public documents bears.
The Apostille does not certify the content of the document for which it was issued.
**Date and time of issue:** 25/05/2022 16:01:24
To validate the authenticity of this Apostille enter this code: YTH1YYP3XT3 in
http://consultalegalizacionesve.mppre.gob.ve
**Document type:** CERTIFICATION
Holder: Identification Number: G 200000023 **Name:** MINISTER OF THE POPULAR POWER FOR
EXTERNAL AFFAIRS
--------------------------------------------------------------------------------

**Mppre-fc25afe91d4e32e8f85a6b808fed9dcee74cd328**



 Gobierno **Bolivariano** de Venezuela | Ministerio del Poder Popular para **Relaciones Exteriores** | Oficina de **Relaciones Consulares**

**No. 325305722U20L05**

**APOSTILLE**

(Convention de La Haye du 5 octobre 1961)

| | |
|---|---|
| **1. País: VENEZUELA** Country/Pays | |
| **El presente documento público** The public document / Le présent acte public | |
| **2. ha sido firmado por** has been signed by a été signé par | **CAPAYA RODRIGUEZ GONZÁLEZ** |
| **3. quien actúa en calidad de** acting in the capacity of agissant en qualité de | **VICEMINISTRA PARA ASIA, MEDIO ORIENTE Y OCEANÍA DEL MINISTERIO DEL PODER POPULAR PARA RELACIONES EXTERIORES** |
| **4. y está revestido del sello / timbre de** bears the seal / stamp of est revêtu du sceau / timbre de | **Ministerio del Poder Popular para Relaciones Exteriores** |
| **Certificado** Certified / Attesté | |
| **5. en CARACAS** at / a | **6. el día 25-05-2022** the / lé |
| **7. Por Ministerio del Poder Popular para Relaciones Exteriores** by / par | |
| **8. Bajo el número 325305722U20L05** Nº / sous nº | |
| **9. Sello / timbre:** Seal / stamp: Sceau / timbre :  | **10. Firma:** Signature: Signature :  |

**MARCO ANTONIO MAGALLANES GRILLET**
Director General (E) de la Oficina de Relaciones Consulares, según Resolución Nro. 013 del 06 de septiembre de 2021, publicada en la Gaceta Oficial de la República Bolivariana de Venezuela Nro. 42.206 del 06 de septiembre de 2021.

Esta Apostilla certifica únicamente la autenticidad de la firma, la calidad en que el signatario del documento haya actuado y, en su caso, la identidad del sello o timbre del que el documento público esté revestido.
Esta Apostilla no certifica el contenido del documento para el cual se expidió.
**Fecha y hora de la emisión:** 25/05/2022 16:01:24
Para validar la autenticidad de esta apostilla ingrese este código: YTH1YYP3XT3 en
http://consultalegalizacionve.mppre.gob.ve
**Tipo de Documento:** Certificación
**Titular:** Nro de Identificación: G 200000023 **Nombre:** MINISTERIO DEL PODER POPULAR PARA RELACIONES
EXTERIORES
---------------------------------------------------------------------
This Apostille only certifies the authenticity of the signature and the capacity of the person who has signed the public document, and, where appropriate, the identity of the seal or stamp which the public document bears.
This Apostille does not certify the content of the document for which it was issued.
**Date and time of issue:** 25/05/2022 16:01:24
To validate the authenticity of this Apostille enter this code: YTH1YYP3XT3 in
http://consultalegalizacionve.mppre.gob.ve
**Document type:** Certificación
**Holder:** Identification Number: G 200000023 **Name:** MINISTERIO DEL PODER POPULAR PARA RELACIONES
EXTERIORES
---------------------------------------------------------------------
Cette Apostille atteste uniquement la véracité de la signature, la qualité en laquelle le signataire de l'acte a agi et, le cas échéant, l'identité du sceau ou timbre dont cet acte public est revêtu.
Cette Apostille ne certifie pas le contenu de l'acte pour lequel elle a été émise.
**Date et heure d'émission:** 25/05/2022 16:01:24
Pour valider l'authenticité de cette apostille, entrez ce code: YTH1YYP3XT3 dans
http://consultalegalizacionve.mppre.gob.ve
**Type de document:** Certificación
**Titulaire:** Numéro d'identification: G 200000023 **Prénom:** MINISTERIO DEL PODER POPULAR PARA
RELACIONES EXTERIORES

**Mppre-fc25afe91d4e32e8f85a6b808fed9dcee74cd328**



 CERTIFIED TRANSLATION
15/06/2022
LANGUAGE REACH



15th June 2022

Dear Sirs,

**Re: Spanish into English (UK) Certified Translation**

Language Reach Limited is a UK-registered professional translation and interpreting company and a fully qualified registered member of The Association of Translation Companies (Member No. 2018ATCR1238). We hereby confirm that we have translated the enclosed document(s) from Spanish into English (UK).

As a responsible translation agency we only employ certified linguists to work with us. We are satisfied with the linguistic accuracy and hereby confirm that the English (UK) written translation of the Spanish document(s) represents its fair and accurate linguistic message as intended in the original file(s).

We hereby confirm that this is a true and correct translation and certify the linguistic accuracy.

For more information, please contact Language Reach Limited on +44 (0) 208 677 3775.

Yours sincerely,



**Lucia Petrulli**
Project Manager



Registered in England & Wales 07635166 Tel: +44 (0) 208 677 3775 Email: info@languagereach.com
Address: Unit F11B, Parkhall Business Centre, London, SE21 8EN