
GOVERNMENT EXHIBIT
Case No.: 19-20450-CR-RNS
24

# GACETA OFICIAL
## DE LA REPÚBLICA BOLIVARIANA DE VENEZUELA

AÑO CXLVI - MES II     Caracas, lunes 19 de noviembre de 2018     Número 41.527

## SUMARIO

**PRESIDENCIA DE LA REPÚBLICA**

Decreto N° 3.673, mediante el cual se nombra a la ciudadana Andreína Marlene Oliveros Arciniegas, como Jefe de la Oficina Nacional de Fiscalización e Inspección Minera, del Ministerio del Poder Popular de Desarrollo Minero Ecológico.

Decreto N° 3.674, mediante el cual se nombra al ciudadano Gabriel Antonio Bolívar Viloria, como Presidente de la Junta Directiva del Fondo de Ahorro Nacional de la Clase Obrera, S.A., (Fanco, S.A.), adscrito al Ministerio del Poder Popular de Economía y Finanzas, en calidad de Encargado.

**MINISTERIO DEL PODER POPULAR PARA RELACIONES EXTERIORES**

Resolución mediante la cual se establece el cese de funciones al ciudadano Luis Ernesto Díaz Curbelo, como Embajador Extraordinario y Plenipotenciario, en la Embajada de la República Bolivariana de Haití.

Resolución mediante la cual se deroga la Resolución DM N° 345, de fecha 05 de noviembre de 2018, publicada en la Gaceta Oficial N° 41.517 de esa misma fecha.

Resoluciones mediante las cuales se establece que la Representación Permanente de la República Bolivariana de Venezuela ante el Mercado Común del Sur (MERCOSUR) y Asociación Latinoamericana de Integración (ALADI), la Organización de las Naciones Unidas para la Alimentación y la Agricultura (FAO) y la Organización de las Naciones Unidas para la Educación, la Ciencia y la Cultura (UNESCO), se ejercerán desde las estructuras administrativas de las Embajadas de la República Bolivariana de Venezuela en las ciudades que en ellas se indican, pudiendo ser designado un Representante Permanente distinto al Jefe de Misión de la Embajada concernida.

Resoluciones mediante las cuales se designan a los ciudadanos que en ellas se indican, para ocupar los cargos que en ellas se especifican, de este Ministerio.

Resoluciones mediante las cuales se Encarga a los ciudadanos que en ellas se mencionan, la gestión de las Unidades Administradoras que en ellas se indican, correspondientes a las Embajadas que en ellas se especifican, de este Ministerio.

**MINISTERIO DEL PODER POPULAR DE ECONOMÍA Y FINANZAS**
ONAPRE

Providencia mediante la cual se aprueba el Presupuesto de Recursos y Egresos 2018, de la Empresa EPS Sistema Socialista de Transporte José Antonio Anzoátegui, S.A., (TRANZOATEGUI), por la cantidad que en ella se indica.

Providencia mediante la cual se aprueba el Presupuesto de Recursos y Egresos 2018 de la Superintendencia de los Criptoactivos de Venezuela y Actividades Conexas Venezolana (SUPCACVEN), por la cantidad que en ella se indica.

Oficina Nacional de Presupuesto
y Oficina Nacional de Contabilidad Pública

Providencia Conjunta mediante la cual se Regula la Liquidación y Cierre del Ejercicio Económico Financiero aplicable a los Entes Político Territoriales con Regímenes Presupuestarios Especiales, así como a sus respectivos Entes Descentralizados funcionalmente.

**MINISTERIO DEL PODER POPULAR PARA LA DEFENSA**

Resolución mediante la cual se designa al ciudadano Teniente Coronel Hernán Rafael Peraza Betancourt, como responsable del manejo de los Fondos de Funcionamiento (Partidas 4.02 y 4.03), que se giren a la Unidad Administradora Desconcentrada, sin firma, Grupo Aéreo de Transporte N° 9, Código N° 04264.

**MINISTERIO DEL PODER POPULAR PARA LA AGRICULTURA PRODUCTIVA Y TIERRAS**

Resolución mediante la cual se designa al ciudadano Hernán Alí Crespo Rojas, como Director de la Unidad Territorial de este Ministerio del estado Mérida, y como Cuentadante Responsable de los Fondos de Avance o Anticipos que le sean girados a esa Unidad Administradora.

**MINISTERIO DEL PODER POPULAR PARA LA EDUCACIÓN UNIVERSITARIA, CIENCIA Y TECNOLOGÍA**

Resolución mediante la cual se designa al ciudadano José Alberto Ferrer Montiel, como Vicerrector de la Universidad de las Ciencias de la Salud (UCS).

**MINISTERIO DEL PODER POPULAR PARA LA MUJER Y LA IGUALDAD DE GÉNERO**

Resolución mediante la cual se designa a la ciudadana Noris Yamileth Monrroy Ortega, como Directora General de la Oficina Estratégica de Seguimiento y Evaluación de Políticas Públicas, de este Ministerio.

**DEFENSA PÚBLICA**

Resoluciones mediante las cuales se designan a las ciudadanas y ciudadanos que en ellas se mencionan, para ocupar los cargos que en ellas se especifican, de este Organismo.



**RESUELVE**

**PRIMERO.** Designar al Ministro Consejero en comisión Oscar Ernesto Romero Vallenilla, titular de la cédula de identidad N° V-11.307.401, como Jefe de Misión, en la Embajada de la República Bolivariana de Venezuela acreditada ante la República de Malí.

**SEGUNDO.** La referida designación entrará en vigor a partir de la toma de posesión del referido cargo en el destino indicado.

Se instruye a la Oficina de Gestión Humana para que notifique a la parte interesada cumpliendo con lo establecido en el artículo 73 de la Ley Orgánica de Procedimientos Administrativos.

Comuníquese y Publíquese,

JORGE ALBERTO ARREAZA MONTSERRAT
MINISTRO

---

República Bolivariana de Venezuela
Ministerio del Poder Popular Para Relaciones Exteriores
Despacho del Ministro

DM N° 855
Caracas, 13 NOV 2018
208° / 159° / 19°

**RESOLUCIÓN**

El ciudadano JORGE ALBERTO ARREAZA MONTSERRAT, titular de la cédula de identidad N° V-11.945.178, en su carácter de Ministro del Poder Popular para Relaciones Exteriores, designado mediante Decreto N° 3.015 del 02 de agosto de 2017, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N°41.205 del 02 de agosto de 2017, y ratificado mediante Decreto N° 3.464 del 14 de junio de 2018, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 41.419 de esa misma fecha, siguiendo las instrucciones del ciudadano Nicolás Maduro Moros, Presidente de la República Bolivariana de Venezuela, de acuerdo con lo previsto en el artículo 65 y en ejercicio de la competencia establecida en el artículo 78, numeral 19 del Decreto N° 1.424, mediante el cual se dictó el Decreto con Rango, Valor y Fuerza de Ley Orgánica de la Administración Pública, publicado en la Gaceta Oficial Extraordinaria de la República Bolivariana de Venezuela N°6.147 del 17 de noviembre de 2014.

**RESUELVE**

**PRIMERO.** Designar al ciudadano Gerardo Antonio Argote, titular de la cédula de identidad N° V-12.824.818, como Jefe de Misión, en la Embajada de la República Bolivariana de Venezuela acreditada ante Belice.

**SEGUNDO.** La referida designación entrará en vigor a partir de la toma de posesión del referido cargo en el destino indicado.

Se instruye a la Oficina de Gestión Humana para que notifique a la parte interesada cumpliendo con lo establecido en el artículo 73 de la Ley Orgánica de Procedimientos Administrativos.

Comuníquese y Publíquese,



JORGE ALBERTO ARREAZA MONTSERRAT
MINISTRO

---

República Bolivariana de Venezuela
Ministerio del Poder Popular Para Relaciones Exteriores
Despacho del Ministro

DM N° 859
Caracas, 13 NOV 2018
208° / 159° / 19°

**RESOLUCIÓN**

El ciudadano JORGE ALBERTO ARREAZA MONTSERRAT, titular de la cédula de identidad N° V-11.945.178, en su carácter de Ministro del Poder Popular para Relaciones Exteriores, designado mediante Decreto N° 3.015 del 02 de agosto de 2017, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N°41.205 del 02 de agosto de 2017, y ratificado mediante Decreto N° 3.464 del 14 de junio de 2018, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 41.419 de esa misma fecha, siguiendo las instrucciones del ciudadano Nicolás Maduro Moros, Presidente de la República Bolivariana de Venezuela, de acuerdo con lo previsto en el artículo 65 y en ejercicio de la competencia establecida en el artículo 78, numeral 19 del Decreto N° 1.424, mediante el cual se dictó el Decreto con Rango, Valor y Fuerza de Ley Orgánica de la Administración Pública, publicado en la Gaceta Oficial Extraordinaria de la República Bolivariana de Venezuela N°6.147 del 17 de noviembre de 2014.

**RESUELVE**

**PRIMERO.** Designar al ciudadano Carlos Antonio Alcalá Cordones, titular de la cédula de identidad N° V-5.889.707, como Jefe de Misión, en la Embajada de la República Bolivariana de Venezuela acreditada ante la República Islámica de Irán.

**SEGUNDO.** La referida designación entrará en vigor a partir de la toma de posesión del referido cargo en el destino indicado.

Se instruye a la Oficina de Gestión Humana para que notifique a la parte interesada cumpliendo con lo establecido en el artículo 73 de la Ley Orgánica de Procedimientos Administrativos.

Comuníquese y Publíquese,



JORGE ALBERTO ARREAZA MONTSERRAT
MINISTRO

---

República Bolivariana de Venezuela
Ministerio del Poder Popular Para Relaciones Exteriores
Despacho del Ministro

DM N° 862
Caracas, 13 NOV 2018
208° / 159° / 19°

**RESOLUCIÓN**

El ciudadano Jorge Alberto Arreaza Montserrat, titular de la cédula de identidad N° V-11.945.178, en su carácter de Ministro del Poder Popular para Relaciones Exteriores de la República Bolivariana de Venezuela, designado mediante Decreto N° 3.015 del 02 de agosto de