# GACETA OFICIAL
## DE LA REPUBLICA DE VENEZUELA

AÑO CII — MES V     Caracas: viernes 28 de febrero de 1975     Número 30.634

## SUMARIO

### Presidencia de la República

Decreto Nº 611, por el cual se dicta el Reglamento de Pasaportes. —(Se reimprime por error de copia).

Decreto Nº 785, por el cual se designa al ciudadano Carmelo Contreras, Director del Banco Central de Venezuela y al ciudadano Marcel Curiel, suplente del Director Constantino Quero Morales.

### Ministerio de Relaciones Exteriores

Resolución por la cual se nombra al ciudadano Luis Alejandro López Ministro Consejero en la Embajada de Venezuela en Costa Rica.

Resolución por la cual se nombra la Delegación que acompañará al ciudadano Carlos Andrés Pérez, Presidente de la República de Venezuela a la reunión de Jefes de Estado de los países miembros de la Organización de Países Exportadores de Petróleo (OPEP) la cual se celebrará en la ciudad de Argel, República Democrática y Popular de Argelia, del 3 al 6 de marzo de 1975.

### Ministerio de Hacienda

Resolución por la cual se autoriza a los importadores, exportadores y agentes de aduanas para imprimir o contratar la edición de los formularios "Manifiesto de Importación y Declaración de Valor", forma A y B y "Manifiesto de Exportación".

### Ministerio de Fomento

Resolución por la cual se designa al ciudadano Gustavo Pinto Cohen, como Director Principal de la Corporación Venezolana de Fomento.

Resolución por la cual se designa al ciudadano doctor Marcel Curiel Baiz, Presidente de la Corporación Venezolana de Fomento.

### Ministerio de Obras Públicas

Resolución por la cual se hacen varios nombramientos.

### Ministerio de Sanidad y Asistencia Social

Resolución por la cual se nombra al ciudadano doctor Alí Mejías, Encargado de la Dirección General, y se le autoriza para firmar los documentos que en ella se expresan.

Resoluciones por las cuales se autoriza el expendio de los alimentos y bebidas que en ellas se expresan.

Resoluciones por las cuales se derogan las dictadas por este Despacho bajo los números y fechas que en ellas se expresan.

### Ministerio de Agricultura y Cría

Resolución por la cual se crea una Comisión ad-honorem integrada por los representantes que en ella se expresan.

### Avisos

## PRESIDENCIA DE LA REPUBLICA

DECRETO NUMERO 611 — 10 DE DICIEMBRE DE 1974

**LUIS PIÑERUA ORDAZ,**
ENCARGADO DE LA PRESIDENCIA DE LA REPUBLICA.

En uso de las atribuciones que le confieren los ordinales 1º y 10º del artículo 190 de la Constitución, en concordancia con el artículo 13, ordinal 15º del Estatuto Orgánico de Ministerios, en Consejo de Ministros,

Decreta:

el siguiente:

### REGLAMENTO DE PASAPORTES

Artículo 1º—La expedición y renovación de pasaportes se regirán por las disposiciones del presente Reglamento.

Artículo 2º—Se entenderá por pasaporte el documento de identificación personal en el exterior.

Artículo 3º—Los pasaportes venezolanos son ordinarios, diplomáticos, de servicio y de emergencia.

Artículo 4º—El pasaporte ordinario es el documento de identificación personal que expide el Ministerio de Relaciones Interiores a los venezolanos que deseen trasladarse al extranjero.

Artículo 5º—Para obtener el pasaporte ordinario se requiere presentar la cédula de identidad vigente y dos fotografías de 4 x 4 centímetros.

Artículo 6º—Los menores no cedulados obtendrán el pasaporte ordinario previa la solicitud formulada por su representante legal y la presentación de una copia certificada de la partida de nacimiento.

Artículo 7º—No pueden obtener el pasaporte los menores de edad, sin el consentimiento de la persona que ejerza la patria potestad o tutela. A falta de este consentimiento, se requerirá la autorización del Juez de Menores del domicilio de dicha persona.

Artículo 8º—El pasaporte ordinario llevará el sello de la Oficina expedidora y será firmado por el funcionario competente para expedirlo.

Artículo 9º—El pasaporte ordinario tendrá cinco años de validez y estará distinguido con el número de la cédula de identidad del titular.

Artículo 10.—En el exterior, el pasaporte ordinario será expedido por el Ministerio de Relaciones Exteriores, por órgano de la Oficina consular venezolana en el lugar donde se encuentre el solicitante, o en defecto de aquella, por la misión diplomática de Venezuela acreditada ante el respectivo país.

Artículo 11.—Los Ministerios de Relaciones Interiores y de Relaciones Exteriores dictarán conjuntamente las normas e instrucciones a las cuales deberán atenerse los Cónsules ad-honorem para expedir pasaportes ordinarios.

Artículo 12.—Sin perjuicio de lo acordado en los tratados y convenios internacionales, los pasaportes ordinarios y de emergencia se ajustarán a los modelos formulados por el Ministerio de Relaciones Interiores.

Artículo 13.—El pasaporte diplomático es el documento de identificación en el extranjero que el Ministerio de Relaciones Exteriores otorga a los funcionarios y personas a que se refiere el artículo siguiente.

Artículo 14.—El pasaporte diplomático se expedirá:

1º—Al Presidente de la República; a los ex-Presidentes de la República; al Presidente Electo; al Presidente y al Vice-Presidente del Congreso; al Presidente; al Vice-Presidente y a los Vocales de la Corte Suprema de Justicia; a los Ministros; al Procurador General de la República; al Contralor General de la República; al Fiscal General de la República; al Presidente del Consejo Supremo Electoral; al Presidente del Consejo de la Judicatura; al Secretario General de la Presidencia; al Gobernador del Distrito Federal.

2º—A los Senadores y Diputados, mediante solicitud del Presidente de la Cámara respectiva.

3º—A los Arzobispos y Obispos.

4º—A los Rectores de las Universidades Nacionales.

5º—Al Inspector General de las Fuerzas Armadas Nacionales, al Jefe del Estado Mayor Conjunto y a los Comandantes Generales de las Fuerzas.

GOVERNMENT EXHIBIT
Case No.: 19-20450-CR-RNS
25

6°—A los miembros que tengan carácter diplomático de las misiones diplomáticas permanentes de Venezuela, acreditadas ante otros Estados y ante organismos internacionales.

7°—A los Cónsules y Vice-Cónsules de Venezuela.

8°—A los miembros que tengan carácter diplomático de las misiones especiales de Venezuela ante otros Estados o ante organismos o reuniones internacionales.

9°—A los venezolanos que desempeñen altos cargos en organismos internacionales.

10.—A los jueces venezolanos de cortes de justicia y de tribunales internacionales.

11.—A los correos diplomáticos.

12.—Al cónyuge, hijos menores e hijas solteras de las personas indicadas en los literales 1, 6, 7 y 9.

Artículo 15.—El pasaporte de servicio es el documento de identificación en el exterior que se otorga a los funcionarios y personas a que se refiere el artículo siguiente.

Artículo 16.—Se podrá otorgar pasaporte de servicio:

1°—A los Gobernadores de Estado y de los Territorios Federales.

2°—A los Presidentes de Institutos Autónomos y Empresas del Estado.

3°—A los Directores de los Ministerios.

4°—A los miembros que no tengan carácter diplomático de las misiones diplomáticas y especiales venezolanas ante otros Estados y ante organismos y reuniones internacionales.

5°—A los empleados venezolanos administrativos y técnicos de las oficinas consulares de la República.

6°—A los Cónsules ad-honorem de nacionalidad venezolana.

7°—A los funcionarios venezolanos que actúen como asesores y expertos en labores de asistencia a gobiernos de otros países, en virtud de acuerdos internacionales o de ayuda técnica prestada por algún organismo internacional.

8°—A las personas encargadas por el Gobierno Nacional de alguna misión oficial en el exterior. En este caso solo se expedirá el pasaporte de servicio previa solicitud escrita formulada por la máxima autoridad del respectivo organismo.

Unico: Además de lo previsto en los artículos 14 y 16 del presente Reglamento el Ministerio de Relaciones Exteriores otorgará a otras personas, pasaporte diplomático o de servicio cuando así lo ordene el Presidente de la República.

Artículo 17.—Corresponde al Ministerio de Relaciones Exteriores expedir los pasaportes diplomáticos y de servicio.

Artículo 18.—En el exterior, el pasaporte de servicio será expedido por la misión diplomática o consular venezolana, cuando para cada caso sea autorizado debidamente por el Ministerio de Relaciones Exteriores.

Artículo 19.—El Ministerio de Relaciones Exteriores dictará por medio de Resoluciones las normas que se aplicarán para el otorgamiento de pasaportes de servicio a los funcionarios y ex-funcionarios de dicho Ministerio, al cónyuge, hijos menores e hijas solteras de esas personas o de las indicadas en el artículo 16 del presente Reglamento. En la misma forma, el referido Despacho fijará el término de duración de los pasaportes diplomáticos y de servicio.

Artículo 20.—Las solicitudes de pasaporte diplomático y de Pasaporte de Servicio, deberán ser formuladas con tres días de anticipación, por lo menos.

Artículo 21.—El Ministerio de Relaciones Exteriores podrá suspender la validez de un pasaporte diplomático y de un pasaporte de servicio en cualquier momento, sin que deba exponer razones para justificar tal medida.

Artículo 22.—El titular de un pasaporte diplomático o de un pasaporte de servicio deberá presentarlo a la Dirección del Protocolo del Ministerio de Relaciones Exteriores antes de emprender viaje, a fin de obtener la solicitud de visa correspondiente, dirigida a la misión diplomática u oficina consular en Venezuela del país o países de destino.

Artículo 23.—Los modelos de pasaportes diplomáticos y de pasaportes de servicio y los datos, menciones, sellos, inscripciones, y demás especificaciones que deban contener serán fijados por el Ministerio de Relaciones Exteriores.

Artículo 24.—Los pasaportes diplomáticos y los de servicio se otorgan únicamente para hacer posible la identificación de sus titulares y con objeto de acreditar la posición oficial o representativa de los mismos ante las autoridades del exterior, pero en Venezuela no comportan privilegios en favor de sus poseedores, quienes continuarán sometidos a las disposiciones legales en materia aduanera y fiscal y en general a todas las normas del ordenamiento jurídico que les sean aplicables.

Artículo 25.—Cada vez que se otorgue un pasaporte diplomático o de servicio, la autoridad que lo expida lo participará al Ministerio de Relaciones Interiores, a los fines de la correspondiente anotación en el Registro General de Pasaportes. Con el objeto indicado, se remitirá a dicho Ministerio una relación contentiva de los nombres y apellidos completos de las personas a quienes se expida pasaporte diplomático o de servicio; el motivo de la expedición; países a donde se dirigen y número de la cédula de identidad.

Artículo 26.—Los pasaportes diplomáticos y de servicio deberán contener las fotografías del titular y de las personas de su familia, si los nombres de éstas constaren en el pasaporte, el sello seco de la Oficina expedidora y mención del nombre completo del portador, el cargo o la misión a él encomendada y en el pasaporte de servicio el motivo por el cual se otorga el mismo.

Artículo 27.—El pasaporte de emergencia es el documento de identificación que el Ministerio de Relaciones Interiores expide a los extranjeros cuyos países no tengan representación en Venezuela o que no puedan obtenerlo por cualquier otro motivo justificado.

Artículo 28.—Para obtener pasaporte de emergencia, el extranjero deberá exhibir un documento de identidad suficiente, a juicio del Ministerio de Relaciones Interiores y los individuos sin nacionalidad presentarán además una exposición del caso que les concierne.

Artículo 29.—En los pasaportes de emergencia se estamparán según el caso, en la página destinada a "Observaciones", las notas que justifiquen y hayan motivado su otorgamiento.

Asimismo se hará resaltar la mención "No Venezolano" en cada una de las páginas.

Artículo 30.—El pasaporte de emergencia tendrá un año de validez.

Artículo 31.—Expedido el pasaporte de emergencia, las autoridades devolverán al solicitante los documentos presentados mediante recibo y previo registro de ello en el Libro respectivo.

Artículo 32.—Por motivos culturales, religiosos, deportivos, turísticos y otros previstos en tratados y convenios internacionales, el Ministerio de Relaciones Interiores podrá otorgar pasaporte colectivo, válido únicamente para el viaje al cual se refiera.

Artículo 33.—Los pasaportes a que se refiere el presente Reglamento, deberán llevar en el lugar adecuado el sello de la Oficina expedidora y la firma del funcionario competente para otorgarlos.

Artículo 34.—El otorgamiento y prórroga de pasaporte, deberán ser solicitados con tres días de anticipación por lo menos.

Artículo 35.—El pasaporte deberá ser firmado por su titular en presencia del funcionario que lo expida.

Cuando el interesado no supiere leer ni escribir, se empleará la siguiente fórmula "A ruego y debidamente autorizado por el ciudadano .................. quien dice no saber leer ni escribir. FIRMADO".

Artículo 36.—Los documentos exigidos para la expedición de pasaporte deberán presentarse siempre en originales o en copias certificadas.

Artículo 37.—Los nombres de las personas a quienes se otorga el pasaporte deberán ser escritas en éste, sin abreviaturas, de acuerdo con los documentos presentados.

Artículo 38.—Cualquier alteración o enmendadura que se realice sobre los datos estampados en el pasaporte determinará su invalidación.

Los pasaportes venezolanos que presenten las características indicadas serán retenidos y remitidos al Ministerio de Relaciones Interiores.

Artículo 39.—En caso de pérdida o destrucción del pasaporte, el titular deberá comunicarlo inmediatamente a la Dirección Nacional de Identificación y Extranjería o en la Oficina expedidora más próxima.

Artículo 40.—En los pasaportes de menores que viajaren solos, se estampará la siguiente anotación: "Viaja sólo, debidamente autorizado por su representante legal".

Artículo 41.—En los pasaportes deberán determinarse los nombres de los países a los cuales se dirigen sus respectivos titulares.

Artículo 42.—En caso de que se tenga conocimiento de haber sido retenido un pasaporte venezolano por autoridad extranjera, la misión diplomática u oficina consular respectiva pondrá el hecho en conocimiento del Ministerio de Relaciones Exteriores. Este Despacho lo comunicará inmediatamente al de Relaciones Interiores.

Artículo 43.—Las misiones diplomáticas y las oficinas consulares autorizadas para otorgar pasaportes, enviarán cada quince días al Ministerio de Relaciones Exteriores y al Ministerio de Relaciones Interiores, una relación de los pasaportes venezolanos expedidos.

Artículo 44.—En la Oficina Central de la Dirección de Identificación y Extranjería del Ministerio de Relaciones Interiores se llevará un Registro General de Pasaportes, donde se centralizarán los datos relativos a los pasaportes expedidos y renovados tanto en la República como en el exterior.

Las demás oficinas encargadas de expedir y renovar pasaportes, tendrán un Registro Especial, en el cual anotarán los que expidieren o renovaren con indicación de los nombres, edad, profesión, estado civil, nacionalidad y señas personales de los interesados, lugar a donde se dirijan o de donde proceden y demás datos que se estimen necesarios, los que se comunicarán inmediatamente a la Oficina Central de Identificación y Extranjería del Ministerio de Relaciones Interiores.

Artículo 45.—Se deroga el Reglamento de Pasaportes de fecha 13 de agosto de 1942, publicado en la GACETA OFICIAL DE LA REPÚBLICA DE VENEZUELA Nº 20.889 del 1º de septiembre de 1942.

Dado en Caracas, a los diez días del mes de diciembre de mil novecientos setenta y cuatro. — Año 165º de la Independencia y 116º de la Federación.

(L. S.)

LUIS PIÑERUA ORDAZ.

Refrendado.
El Ministro de Relaciones Interiores Encargado,
(L. S.)

GUIDO GROOSCORS.

Refrendado.
El Ministro de Relaciones Exteriores Encargado,
(L. S.)

JOHN RAPHAEL.

DECRETO NUMERO 785 — 28 DE FEBRERO DE 1975

CARLOS ANDRES PEREZ,
PRESIDENTE DE LA REPUBLICA.

En ejercicio de la atribución que le confiere el artículo 19 de la Ley de Banco Central de Venezuela, en concordancia con los artículos 20, numeral 1 y 26 de la misma Ley,

Decreta:

Artículo 1º—Se designa al ciudadano Carmelo Contreras, Director del Banco Central de Venezuela, en sustitución del ciudadano Carlos Guillermo Rangel.

Artículo 2º—Se designa al ciudadano Marcel Curiel, suplente del Director Constatino Quero Morales, en sustitución del ciudadano Omar Baralt.

Dado en Caracas, a los veintiocho días del mes de febrero de mil novecientos setenta y cinco. — Año 165º de la Independencia y 117º de la Federación.

(L. S.)

CARLOS ANDRES PEREZ.

Refrendado.
El Ministro de Hacienda Encargado,
(L. S.)

IVÁN PULIDO MORA.

## MINISTERIO DE RELACIONES EXTERIORES

República de Venezuela. — Ministerio de Relaciones Exteriores. — Dirección del Servicio Exterior y Planificación. — Departamento de Personal Diplomático y Consular. — Número 71. — Caracas, 28 de febrero de 1975. — 165º y 117º

Resuelto:

Por disposición del ciudadano Presidente de la República, se nombra al ciudadano Luis Alejandro López, Ministro Consejero en la Embajada de Venezuela en Costa Rica.

Comuníquese y publíquese.

JOHN RAPHAEL F.
Encargado del Ministerio
de Relaciones Exteriores

---

República de Venezuela. — Ministerio de Relaciones Exteriores. — Dirección del Servicio Exterior y Planificación. — Departamento del Personal Diplomático y Consular. — Número 72. — Caracas, 28 de febrero de 1975. — 165º y 117º

Resuelto:

Por disposición del ciudadano Presidente de la República, se nombra la Delegación que acompañará al ciudadano Carlos Andrés Pérez, Presidente de la República de Venezuela a la reunión de Jefes de Estado de los países miembros de la Organización de Países Exportadores de Petróleo (OPEP), la cual se celebrará en la ciudad de Argel, República Democrática y Popular de Argelia, del 3 al 6 de marzo de 1975:

Ciudadano doctor Ramón Escovar Salom, Ministro de Relaciones Exteriores

Ciudadano doctor Héctor Hurtado, Ministro de Hacienda

Ciudadano doctor Valentín Hernández Acosta, Ministro de Minas e Hidrocarburos

Ciudadano doctor Manuel Pérez Guerrero, Ministro de Estado para Asuntos Económicos Internacionales

Ciudadano General de Brigada (r) Alfredo Monch, Embajador Extraordinario y Plenipotenciario de la República de Venezuela en la República Democrática y Popular de Argelia

Ciudadano Senador doctor Godofredo González, Presidente de la Comisión de Minas e Hidrocarburos de la Cámara del Senado