# OFFICIAL GAZETTE
## OF THE BOLIVARIAN REPUBLIC OF VENEZUELA

| Year CII - MONTH V | Caracas, Friday, February 28, 1975 | Number 30,634 |
|---|---|---|

### SUMMARY
**--**

#### Office of the President of the Republic

Decree No. 611, by which the Passport Regulations are issued.
-- (Reprinted due to copying error)
Decree No. 785, by which citizen Carmelo Contreras is appointed Director of the Central Bank of Venezuela, and citizen Marcel Curiel, is appointed alternate of Director Constantino Quero Morales.

#### Ministry of Foreign Affairs

Resolution by which citizen Luis Alejandro López is appointed Minister-Counselor at the Embassy of Venezuela in Costa Rica.
Resolution by which the Delegation that will accompany citizen Carlos Andrés Pérez, President of the Republic of Venezuela, to the meeting of the Heads of State of the member countries of the Organization of Petroleum Exporting Countries (OPEC), to be held in the city of Algiers, People's Democratic Republic of Algeria, from March 3 to 6, 1975, is appointed.

#### Ministry of Finance

Resolution by which importers, exporters, and customs agents are authorized to print or contract the edition of the forms "Import Manifest and Value Declaration," form A and B and "Export Manifest."

#### Ministry of Development

Resolution by which citizen Gustavo Pinto Cohen is appointed as Principal Director of the Corporación Venezolana de Fomento [Venezuelan Development Corporation].
Resolution by which Dr. Marcel Curiel Baíz is appointed as President of the Venezuelan Development Corporation.

#### Ministry of Public Works

Resolution by which several appointments are made.

#### Ministry of Health and Social Assistance

Resolution by which Dr. Alí Mejías is appointed as Acting Head of the General Directorate, and is authorized to sign the documents expressed therein.
Resolutions by which the sale of the food and beverages expressed therein is authorized.
Resolutions by which those issued by this Office under the numbers and dates expressed therein are repealed.

#### Ministry of Agriculture and Breeding

Resolution by which an ad-honorem Commission is created, composed of the representatives expressed therein.

#### Notices

---

### OFFICE OF THE PRESIDENT OF THE REPUBLIC

DECREE NUMBER 611 - DECEMBER 10, 1974
#### LUIS PIÑERUA ORDAZ,
ACTING HEAD OF THE OFFICE OF THE PRESIDENT OF THE REPUBLIC.

In use of the powers conferred upon him by paragraphs 1 and 10 of Article 190 of the Constitution, in accordance with Article 38, paragraph 15, of the Organic Statute of Ministries, in Council of Ministers,

*Decrees*:

the following:

### PASSPORT REGULATIONS

Article 1 - The issuance and renewal of passports shall be governed by the provisions of these Regulations.

Article 2 - A passport shall be understood to be a document for personal identification abroad.

Article 3 - Venezuelan passports are ordinary, diplomatic, service, and emergency passports.

Article 4 - An ordinary passport is the personal identification document issued by the Ministry of the Interior to Venezuelans who wish to travel abroad.

Article 5 - In order to obtain an ordinary passport, it is required to present a valid identity card and two 4 x 4 centimeter photographs.

Article 6 - Minors who have not been issued a personal identity card shall obtain an ordinary passport upon request made by their legal representative and the submission of a certified copy of their birth certificate.

Article 7 - Minors cannot obtain a passport without the consent of the person exercising parental authority or guardianship. In the absence of such consent, the authorization of the Juvenile Judge of the domicile of such person shall be required.

Article 8 - An ordinary passport shall bear the seal of the issuing Office and shall be signed by the official competent to issue it.

Article 9 - An ordinary passport shall be valid for five years and shall be marked with the holder's identity card number.

Article 10 - While abroad, an ordinary passport shall be issued by the Ministry of Foreign Affairs, through the Venezuelan Consular Office in the place where the applicant is located, or, in the absence thereof, by the Venezuelan diplomatic mission accredited in the respective country.

Article 11 - The Ministries of the Interior and Foreign Affairs shall jointly dictate the rules and instructions to be followed by the Consuls ad-honorem for the issuance of ordinary passports.

Article 12 - Without prejudice to the provisions of international treaties and conventions, ordinary and emergency passports shall conform to the models developed by the Ministry of the Interior.

Article 13 - A diplomatic passport is the foreign identification document issued by the Ministry of Foreign Affairs to the officials and persons referred to in the following article.

Article 14 - A diplomatic passport shall be issued:

1. - To the President of the Republic; to the former Presidents of the Republic; to the President Elect; to the President and Vice-President of Congress; to the President; to the Vice-President and the Members of the Supreme Court of Justice; to the Ministers; to the Attorney General of the Republic; to the Comptroller General of the Republic; to the Public Prosecutor General of the Republic; to the President of the Supreme Electoral Council; to the President of the Council of the Judiciary; to the Secretary General of the Presidency; to the Governor of the Federal District.

2. - To the Senators and Deputies, by request of the President of the respective Chamber.

3. - To the Archbishops and Bishops.

4. - To the Chancellors of National Universities.

5. - To the Inspector General of the National Armed Forces, the Chief of the Joint Chiefs of Staff, and the General Commanders of the Forces.

GOVERNMENT EXHIBIT
Case No.: 19-20450-CR-RNS
25a

230,068  **OFFICIAL GAZETTE OF THE BOLIVARIAN REPUBLIC OF VENEZUELA**

6. - To members with diplomatic status of the permanent diplomatic missions of Venezuela, accredited in other States and international organizations.

7. - To the Consuls and Vice-Consuls of Venezuela.

8. - To members having diplomatic status of the special missions of Venezuela in other States or international organizations or meetings.

9. - To Venezuelan citizens who hold high positions in international organizations.

10. - To Venezuelan judges of courts of justice and international tribunals.

11. - To diplomatic couriers.

12. - To the spouse, minor children, and unmarried daughters of the persons indicated in paragraphs 1, 6, 7, and 9.

Article 15. - A service passport is the identification document abroad which is granted to the officials and persons referred to in the following article.

Article 16. - A service passport may be granted:

1. - To the Governors of State and of the Federal Territories.

2. - To the Presidents of Autonomous Institutes and State-Owned Enterprises.

3. - To the Directors of the Ministries.

4. - To non-diplomatic members of the Venezuelan diplomatic and special missions in other States and international organizations and meetings.

5. - To Venezuelan administrative and technical employees of the consular offices of the Republic.

6. - To ad-honorem consuls of Venezuelan nationality.

7. - To Venezuelan officials who act as advisors and experts in tasks of assistance to governments of other countries, by virtue of international agreements or technical assistance provided by any international organization.

8. - To persons entrusted by the National Government with any official mission abroad. In this case, the service passport will only be issued upon written request filed by the highest authority of the respective organization.

Sole Paragraph: In addition to the provisions of Articles 14 and 16 of these Regulations, the Ministry of Foreign Affairs shall grant diplomatic or service passports to other persons when so ordered by the President of the Republic.

Article 17. - Diplomatic and service passports shall be issued by the Ministry of Foreign Affairs.

Article 18. - While broad, a service passport shall be issued by the Venezuelan diplomatic or consular mission, when duly authorized by the Ministry of Foreign Affairs in each case.

Article 19. - The Ministry of Foreign Affairs shall issue by means of Resolutions the rules to be applied for the granting of service passports to officials and former officials of said Ministry, to the spouse, minor children, and unmarried daughters of such persons or of those indicated in Article 16 of these Regulations. In the same manner, said Office shall establish the term of duration of diplomatic and service passports.

Article 20. - The applications for diplomatic passports and Service Passports shall be filed at least three days in advance.

Article 21. - The Ministry of Foreign Affairs may suspend the validity of a diplomatic passport and a service passport at any time, without having to state reasons to justify such action.

Article 22. - The holder of a diplomatic passport or a service passport must present it to the Directorate of Protocol of the Ministry of Foreign Affairs before embarking on a trip, in order to obtain the corresponding visa application, addressed to the diplomatic mission or consular office in Venezuela of the country or countries of destination.

Article 23. - Models of diplomatic and service passports and the data, references, stamps, inscriptions, and other specifications that they must contain, shall be determined by the Ministry of Foreign Affairs.

Article 24. - Diplomatic and service passports are issued solely to enable the identification of their holders and for the purpose of accrediting their official or representative position before the authorities abroad, but in Venezuela they do not entail privileges in favor of their holders, who shall continue to be subject to the legal provisions with regard to customs and tax matters and, in general, to all the rules of the legal system applicable to them.

Article 25. - Whenever a diplomatic or service passport is granted, the issuing authority shall inform the Ministry of the Interior thereof, for the purpose of the corresponding entry in the General Passport Register. For the purpose indicated, a list containing the full names and surnames of the persons to whom a diplomatic or service passport is issued, the reason for the issuance, the countries to which they are going, and the number of the identity card shall be submitted to the said Ministry.

Article 26. - Diplomatic and service passports shall contain photographs of the holder and the members of his family, if their names appear on the passport, the dry stamp of the issuing office and mention of the full name of the holder, the position or the mission entrusted to him, and in the case of a service passport, the reason for which it is issued.

Article 27.-An emergency passport is the identification document issued by the Ministry of the Interior to foreigners whose countries have no representation in Venezuela or who cannot obtain it for any other justified reason.

Article 28. - In order to obtain an emergency passport, the foreigner must exhibit a sufficient document of identity, in the judgment of the Ministry of the Interior, and individuals without nationality shall also present a statement of the case that concerns them.

Article 29.- In the emergency passports, the notes that justify and have motivated its granting shall be stamped, in accordance with the case, in the page intended for "Remarks."

Furthermore, the reference "Non-Venezuelan" shall be highlighted on each of the pages.

Article 30. - An emergency passport shall be valid for one year.

Article 31. - Once the emergency passport has been issued, the authorities shall return the documents presented to the applicant by means of a receipt and after registration thereof in the respective Book.

Article 32. For cultural, religious, sporting, tourist, and other reasons provided for in international treaties and conventions, the Ministry of the Interior may grant a collective passport, valid only for the trip to which it refers.

Article 33. - The passports referred to in these Regulations shall bear in the appropriate place the seal of the issuing office and the signature of the official competent to issue them.

Article 34. - The granting and extension of passports must be requested at least three days in advance.

Article 35 - A passport must be signed by its holder and in the presence of the issuing official.

When the interested party does not know how to read or write, the following formula shall be used: "At the request and duly authorized by citizen . . . . . . . . . . . . . . . . . . . . . . . . . . . who states that he/she cannot read or write. SIGNED."

**OFFICIAL GAZETTE OF THE BOLIVARIAN REPUBLIC OF VENEZUELA** 230,069

Article 36. - The documents required for the issuance of a passport shall always be presented in originals or certified copies.

Article 37. - The names of the persons to whom the passport is issued shall be written therein, without abbreviations, in accordance with the documents presented.

Article 38. - Any alteration or amendment made to the data affixed on the passport shall determine its invalidation.

Venezuelan passports that present the aforementioned characteristics shall be retained and sent to the Ministry of the Interior.

Article 39. - In case of loss or destruction of the passport, the holder shall immediately notify the National Directorate of Identification and Alien Affairs or the nearest issuing office.

Article 40. - The following annotation shall be affixed to the passports of minors traveling alone, "Traveling alone, duly authorized by his/her legal representative."

Article 41. - Passports shall state the names of the countries to which their respective holders are going.

Article 42. - In case it is known that a Venezuelan passport has been retained by a foreign authority, the respective diplomatic mission or consular office shall inform the Ministry of Foreign Affairs of such fact. This Office shall immediately communicate it to the Ministry of the Interior.

Article 43. - The diplomatic missions and consular offices authorized to issue passports shall send a list of the Venezuelan passports issued every fifteen days to the Ministry of Foreign Affairs and the Ministry of the Interior.

Article 44. - A General Registry of Passports shall be kept at the Central Office of the Directorate of Identification and Alien Affairs of the Ministry of the Interior, where the data relative to the passports issued and renewed both in the Republic and abroad shall be centralized.

The other offices in charge of issuing and renewing passports shall have a Special Register, in which they shall record those issued or renewed, indicating the names, age, profession, marital status, nationality, and personal details of the interested parties, the place to which they are going or from which they come, and other data deemed necessary, which shall be immediately communicated to the Central Office of Identification and Alien Affairs of the Ministry of the Interior.

Article 45. - The Passport Regulations dated August 13, 1942, published in the OFFICIAL GAZETTE OF THE REPUBLIC OF VENEZUELA No. 20,889 of September 1, 1942, are hereby repealed.

Issued in Caracas, on the tenth day of the month of December of nineteen seventy-four. - Year 165 of the Independence and 116 of the Federation.

(L. S.)

LUIS PIÑERUA ORDAZ,

Endorsed.
The Acting Minister of the Interior,
(L. S.)

GUIDO GROOSCORS

Endorsed.
The Acting Minister of Foreign Affairs,
(L. S.)

JOHN RAPHAEL

DECREE NUMBER 785 - FEBRUARY 28, 1975
CARLOS ANDRES PEREZ,
PRESIDENT OF THE REPUBLIC,

In exercise of the power conferred upon him by Article 19 of the Law of the Banco Central de Venezuela [Central Bank of Venezuela], in accordance with Articles 20, Section 1, and 26 of the same Law,

*Decrees*:

Article 1 - Citizen Carmelo Contreras is hereby appointed Director of the Banco Central de Venezuela [Central Bank of Venezuela], in substitution of citizen Carlos Guillermo Rangel.

Article 2 - Citizen Marcel Curiel is hereby appointed as alternate to Director Constantino Quero Morales, in substitution of citizen Omar Baralt.

Issued in Caracas, on the twenty-eighth day of the month of February of nineteen seventy-five. - Year 165 of the Independence and 117 of the Federation.

(L. S.)

CARLOS ANDRES PEREZ.

Endorsed.
The Acting Minister of Finance,
(L. S.)

IVÁN PULIDO MORA.

────────────────────────────────
## MINISTRY OF FOREIGN AFFAIRS
────────────────────────────────

Republic of Venezuela. - Ministry of Foreign Affairs. - Directorate of Foreign Service and Planning. - Department of Diplomatic and Consular Personnel. - Number 71. - Caracas, February 28, 1975. - 165th y 117th

*Whereas*:

By provision of the citizen President of the Republic, citizen Luis Alejandro López is hereby appointed Minister-Counselor at the Embassy of Venezuela in Costa Rica.

Be it notified and published.

JOHN RAPHAEL F.
Acting Head of the Ministry of Foreign Affairs

--------------

Republic of Venezuela. - Ministry of Foreign Affairs. - Directorate of Foreign Service and Planning. - Department of Diplomatic and Consular Personnel. - Number 72. - Caracas, February 28, 1975. - 165th y 117th

*Whereas*:

By provision of the President of the Republic, the Delegation that will accompany citizen Carlos Andrés Pérez, President of the Republic of Venezuela to the meeting of Heads of State of the member countries of the Organization of Petroleum Exporting Countries (OPEC), to be held in the city of Algiers, People's Democratic Republic of Algeria, from March 3 to 6, 1975, is hereby appointed:

Dr. Ramón Escovar Salom, Minister of Foreign Relations

Dr. Héctor Hurtado, Minister of Finance

Dr. Valentín Hernández Acosta, Minister of Mines and Hydrocarbons

Dr. Manuel Pérez Guerrero, Minister of State for International Economic Affairs

Brigadier General (r) Alfredo Monch, Ambassador Extraordinary and Plenipotentiary of the Republic of Venezuela to the People's Democratic Republic of Algeria

Senator Dr. Godofredo González, President of the Mining and Hydrocarbons Commission of the Senate Chamber.



JTG, Inc.
11190 Sunrise Valley Drive.
Suite 301
Reston, Virginia
20191

1.703.548.7570  voice
1.877.746.8906  toll free
1.703.548.8223  fax

jtg-inc.com

# CERTIFICATE OF TRANSLATION

I, Carla Parodi, certify that I am competent to translate these documents, and that the translation is true and accurate, to the best of my abilities. Archival seals, stamps, and certifications have been translated here.

English Title: **1. Memoria-2018-del-Ministerio-de-Relaciones-Exteriores - 2. reportecidep-go 5of20 -3.SOBRE_EL_PERSONAL_DEL_SERVICIO_EXTERIOR - 7 Gaceta N. 30.634 - 28021975 (1) - 309525923_671988260960300_7771832081425805477_n**

I certify under penalty of perjury, pursuant to 28 U.S.C. 1746, that the attached translation is true and correct.

Executed today, November 28, 2022.

Signature