# GACETA OFICIAL
## DE LA REPUBLICA DE VENEZUELA

AÑO CII — MES V     Caracas: viernes 28 de febrero de 1975     Número 30.634

## SUMARIO

### Presidencia de la República

Decreto Nº 611, por el cual se dicta el Reglamento de Pasaportes. —(Se reimprime por error de copia).

Decreto Nº 785, por el cual se designa al ciudadano Carmelo Contreras, Director del Banco Central de Venezuela y al ciudadano Marcel Curiel, suplente del Director Constantino Quero Morales.

### Ministerio de Relaciones Exteriores

Resolución por la cual se nombra al ciudadano Luis Alejandro López, Ministro Consejero en la Embajada de Venezuela en Costa Rica.

Resolución por la cual se nombra la Delegación que acompañará al ciudadano Carlos Andrés Pérez, Presidente de la República de Venezuela a la reunión de Jefes de Estado de los países miembros de la Organización de Países Exportadores de Petróleo (OPEP), la cual se celebrará en la ciudad de Argel, República Democrática y Popular de Argelia, del 3 al 6 de marzo de 1975.

### Ministerio de Hacienda

Resolución por la cual se autoriza a los importadores, exportadores y agentes de aduanas para imprimir o contratar la edición de los formularios "Manifiesto de Importación y Declaración de Valor", forma A y B y "Manifiesto de Exportación".

### Ministerio de Fomento

Resolución por la cual se designa al ciudadano Gustavo Pinto Cohen, como Director Principal de la Corporación Venezolana de Fomento.

Resolución por la cual se designa al ciudadano doctor Marcel Curiel Baiz, Presidente de la Corporación Venezolana de Fomento.

### Ministerio de Obras Públicas

Resolución por la cual se hacen varios nombramientos.

### Ministerio de Sanidad y Asistencia Social

Resolución por la cual se nombra al ciudadano doctor Alí Mejías, Encargado de la Dirección General, y se le autoriza para firmar los documentos que en ella se expresan.

Resoluciones por las cuales se autoriza el expendio de los alimentos y bebidas que en ellas se expresan.

Resoluciones por las cuales se derogan las dictadas por este Despacho bajo los números y fechas que en ellas se expresan.

### Ministerio de Agricultura y Cría

Resolución por la cual se crea una Comisión ad-honorem integrada por los representantes que en ella se expresan.

### Avisos

## PRESIDENCIA DE LA REPUBLICA

DECRETO NUMERO 611 — 10 DE DICIEMBRE DE 1974

**LUIS PIÑERUA ORDAZ,**
ENCARGADO DE LA PRESIDENCIA DE LA REPUBLICA.

En uso de las atribuciones que le confieren los ordinales 1º y 10º del artículo 190 de la Constitución, en concordancia con el artículo 18, ordinal 15º del Estatuto Orgánico de Ministerios, en Consejo de Ministros,

*Decreta:*

el siguiente:

### REGLAMENTO DE PASAPORTES

Artículo 1º—La expedición y renovación de pasaportes se regirán por las disposiciones del presente Reglamento.

Artículo 2º—Se entenderá por pasaporte el documento de identificación personal en el exterior.

Artículo 3º—Los pasaportes venezolanos son ordinarios, diplomáticos, de servicio y de emergencia.

Artículo 4º—El pasaporte ordinario es el documento de identificación personal que expide el Ministerio de Relaciones Interiores a los venezolanos que deseen trasladarse al extranjero.

Artículo 5º—Para obtener el pasaporte ordinario se requiere presentar la cédula de identidad vigente y dos fotografías de 4 x 4 centímetros.

Artículo 6º—Los menores no cedulados obtendrán el pasaporte ordinario previa la solicitud formulada por su representante legal y la presentación de una copia certificada de la partida de nacimiento.

Artículo 7º—No pueden obtener el pasaporte los menores de edad, sin el consentimiento de la persona que ejerza la patria potestad o tutela. A falta de este consentimiento, se requerirá la autorización del Juez de Menores del domicilio de dicha persona.

Artículo 8º—El pasaporte ordinario llevará el sello de la Oficina expedidora y será firmado por el funcionario competente para expedirlo.

Artículo 9º—El pasaporte ordinario tendrá cinco años de validez y estará distinguido con el número de la cédula de identidad del titular.

Artículo 10.—En el exterior, el pasaporte ordinario será expedido por el Ministerio de Relaciones Exteriores, por órgano de la Oficina consular venezolana en el lugar donde se encuentre el solicitante, o en defecto de aquella, por la misión diplomática de Venezuela acreditada ante el respectivo país.

Artículo 11.—Los Ministerios de Relaciones Interiores y de Relaciones Exteriores dictarán conjuntamente las normas e instrucciones a las cuales deberán atenerse los Cónsules *ad-honorem* para expedir pasaportes ordinarios.

Artículo 12.—Sin perjuicio de lo acordado en los tratados y convenios internacionales, los pasaportes ordinarios y de emergencia se ajustarán a los modelos formulados por el Ministerio de Relaciones Interiores.

Artículo 13.—El pasaporte diplomático es el documento de identificación en el extranjero que el Ministerio de Relaciones Exteriores otorga a los funcionarios y personas a que se refiere el artículo siguiente.

Artículo 14.—El pasaporte diplomático se expedirá:

1º—Al Presidente de la República; a los ex-Presidentes de la República; al Presidente Electo; al Presidente y al Vice-Presidente del Congreso; al Presidente; al Vice-Presidente y a los Vocales de la Corte Suprema de Justicia; a los Ministros; al Procurador General de la República; al Contralor General de la República; al Fiscal General de la República; al Presidente del Consejo Supremo Electoral; al Presidente del Consejo de la Judicatura; al Secretario General de la Presidencia; al Gobernador del Distrito Federal.

2º—A los Senadores y Diputados, mediante solicitud del Presidente de la Cámara respectiva.

3º—A los Arzobispos y Obispos.

4º—A los Rectores de las Universidades Nacionales.

5º—Al Inspector General de las Fuerzas Armadas Nacionales, al Jefe del Estado Mayor Conjunto y a los Comandantes Generales de las Fuerzas.

GOVERNMENT EXHIBIT
Case No.: 19-20450-CR-RNS
25b

6º—A los miembros que tengan carácter diplomático de las misiones diplomáticas permanentes de Venezuela, acreditadas ante otros Estados y ante organismos internacionales.

7º—A los Cónsules y Vice-Cónsules de Venezuela.

8º—A los miembros que tengan carácter diplomático de las misiones especiales de Venezuela ante otros Estados o ante organismos o reuniones internacionales.

9º—A los venezolanos que desempeñen altos cargos en organismos internacionales.

10.—A los jueces venezolanos de cortes de justicia y de tribunales internacionales.

11.—A los correos diplomáticos.

12.—Al cónyuge, hijos menores e hijas solteras de las personas indicadas en los literales 1, 6, 7 y 9.

Artículo 15.—El pasaporte de servicio es el documento de identificación en el exterior que se otorga a los funcionarios y personas a que se refiere el artículo siguiente.

Artículo 16.—Se podrá otorgar pasaporte de servicio:

1º—A los Gobernadores de Estado y de los Territorios Federales.

2º—A los Presidentes de Institutos Autónomos y Empresas del Estado.

3º—A los Directores de los Ministerios.

4º—A los miembros que no tengan carácter diplomático de las misiones diplomáticas y especiales venezolanas ante otros Estados y ante organismos y reuniones internacionales.

5º—A los empleados venezolanos administrativos y técnicos de las oficinas consulares de la República.

6º—A los Cónsules ad-honorem de nacionalidad venezolana.

7º—A los funcionarios venezolanos que actúen como asesores y expertos en labores de asistencia a gobiernos de otros países, en virtud de acuerdos internacionales o de ayuda técnica prestada por algún organismo internacional.

8ª—A las personas encargadas por el Gobierno Nacional de alguna misión oficial en el exterior. En este caso solo se expedirá el pasaporte de servicio previa solicitud escrita formulada por la máxima autoridad del respectivo organismo.

Unico: Además de lo previsto en los artículos 14 y 16 del presente Reglamento el Ministerio de Relaciones Exteriores otorgará a otras personas, pasaporte diplomático o de servicio cuando así lo ordene el Presidente de la República.

Artículo 17.—Corresponde al Ministerio de Relaciones Exteriores expedir los pasaportes diplomáticos y de servicio.

Artículo 18.—En el exterior, el pasaporte de servicio será expedido por la misión diplomática o consular venezolana, cuando para cada caso sea autorizado debidamente por el Ministerio de Relaciones Exteriores.

Artículo 19.—El Ministerio de Relaciones Exteriores dictará por medio de Resoluciones las normas que se aplicarán para el otorgamiento de pasaportes de servicio a los funcionarios y ex-funcionarios de dicho Ministerio, al cónyuge, hijos menores e hijas solteras de esas personas o de las indicadas en el artículo 16 del presente Reglamento. En la misma forma, el referido Despacho fijará el término de duración de los pasaportes diplomáticos y de servicio.

Artículo 20.—Las solicitudes de pasaporte diplomático y de Pasaporte de Servicio, deberán ser formuladas con tres días de anticipación, por lo menos.

Artículo 21.—El Ministerio de Relaciones Exteriores podrá suspender la validez de un pasaporte diplomático y de un pasaporte de servicio en cualquier momento, sin que deba exponer razones para justificar tal medida.

Artículo 22.—El titular de un pasaporte diplomático o de un pasaporte de servicio deberá presentarlo a la Dirección del Protocolo del Ministerio de Relaciones Exteriores antes de emprender viaje, a fin de obtener la solicitud de visa correspondiente, dirigida a la misión diplomática u oficina consular en Venezuela del país o países de destino.

Artículo 23.—Los modelos de pasaportes diplomáticos y de pasaportes de servicio y los datos, menciones, sellos, inscripciones, y demás especificaciones que deban contener serán fijados por el Ministerio de Relaciones Exteriores.

Artículo 24.—Los pasaportes diplomáticos y los de servicio se otorgan únicamente para hacer posible la identificación de sus titulares y con objeto de acreditar la posición oficial o representativa de los mismos ante las autoridades del exterior, pero en Venezuela no comportan privilegios en favor de sus poseedores, quienes continuarán sometidos a las disposiciones legales en materia aduanera y fiscal y en general a todas las normas del ordenamiento jurídico que les sean aplicables.

Artículo 25.—Cada vez que se otorgue un pasaporte diplomático o de servicio, la autoridad que lo expida lo participará al Ministerio de Relaciones Interiores, a los fines de la correspondiente anotación en el Registro General de Pasaportes. Con el objeto indicado, se remitirá a dicho Ministerio una relación contentiva de los nombres y apellidos completos de las personas a quienes se expida pasaporte diplomático o de servicio; el motivo de la expedición; países a donde se dirigen y número de la cédula de identidad.

Artículo 26.—Los pasaportes diplomáticos y de servicio deberán contener las fotografías del titular y de las personas de su familia, si los nombres de éstas constaren en el pasaporte, el sello seco de la Oficina expedidora y mención del nombre completo del portador, del cargo o la misión a él encomendada y en el pasaporte de servicio el motivo por el cual se otorga el mismo.

Artículo 27.—El pasaporte de emergencia es el documento de identificación que el Ministerio de Relaciones Interiores expide a los extranjeros cuyos países no tengan representación en Venezuela o que no puedan obtenerlo por cualquier otro motivo justificado.

Artículo 28.—Para obtener pasaporte de emergencia, el extranjero deberá exhibir un documento de identidad suficiente, a juicio del Ministerio de Relaciones Interiores y los individuos sin nacionalidad presentarán además una exposición del caso que les concierne.

Artículo 29.—En los pasaportes de emergencia se estamparán según el caso, en la página destinada a "Observaciones", las notas que justifiquen y hayan motivado su otorgamiento.

Asimismo se hará resaltar la mención "No Venezolano" en cada una de las páginas.

Artículo 30.—El pasaporte de emergencia tendrá un año de validez.

Artículo 31.—Expedido el pasaporte de emergencia, las autoridades devolverán al solicitante los documentos presentados mediante recibo y previo registro de ello en el Libro respectivo.

Artículo 32.—Por motivos culturales, religiosos, deportivos, turísticos y otros previstos en tratados y convenios internacionales, el Ministerio de Relaciones Interiores podrá otorgar pasaporte colectivo, válido únicamente para el viaje al cual se refiera.

Artículo 33.—Los pasaportes a que se refiere el presente Reglamento, deberán llevar en el lugar adecuado el sello de la Oficina expedidora y la firma del funcionario competente para otorgarlos.

Artículo 34.—El otorgamiento y prórroga de pasaporte, deberán ser solicitados con tres días de anticipación por lo menos.

Artículo 35.—El pasaporte deberá ser firmado por su titular en presencia del funcionario que lo expida.

Cuando el interesado no supiere leer ni escribir, se empleará la siguiente fórmula "A ruego y debidamente autorizado por el ciudadano .................. quien dice no saber leer ni escribir. FIRMADO".

Artículo 36.—Los documentos exigidos para la expedición de pasaporte deberán presentarse siempre en originales o en copias certificadas.

Artículo 37.—Los nombres de las personas a quienes se otorga el pasaporte deberán ser escritas en éste, sin abreviaturas, de acuerdo con los documentos presentados.

Artículo 38.—Cualquier alteración o enmendadura que se realice sobre los datos estampados en el pasaporte determinará su invalidación.

Los pasaportes venezolanos que presenten las características indicadas serán retenidos y remitidos al Ministerio de Relaciones Interiores.

Artículo 39.—En caso de pérdida o destrucción del pasaporte, el titular deberá comunicarlo inmediatamente a la Dirección Nacional de Identificación y Extranjería o en la Oficina expedidora más próxima.

Artículo 40.—En los pasaportes de menores que viajaren solos, se estampará la siguiente anotación: "Viaja sólo, debidamente autorizado por su representante legal".

Artículo 41.—En los pasaportes deberán determinarse los nombres de los países a los cuales se dirigen sus respectivos titulares.

Artículo 42.—En caso de que se tenga conocimiento de haber sido retenido un pasaporte venezolano por autoridad extranjera, la misión diplomática u oficina consular respectiva pondrá el hecho en conocimiento del Ministerio de Relaciones Exteriores. Este Despacho lo comunicará inmediatamente al de Relaciones Interiores.

Artículo 43.—Las misiones diplomáticas y las oficinas consulares autorizadas para otorgar pasaportes, enviarán cada quince días al Ministerio de Relaciones Exteriores y al Ministerio de Relaciones Interiores, una relación de los pasaportes venezolanos expedidos.

Artículo 44.—En la Oficina Central de la Dirección de Identificación y Extranjería del Ministerio de Relaciones Interiores se llevará un Registro General de Pasaportes, donde se centralizarán los datos relativos a los pasaportes expedidos y renovados tanto en la República como en el exterior.

Las demás oficinas encargadas de expedir y renovar pasaportes, tendrán un Registro Especial, en el cual anotarán los que expidieren o renovaren con indicación de los nombres, edad, profesión, estado civil, nacionalidad y señas personales de los interesados, lugar a donde se dirijan o de donde proceden y demás datos que se estimen necesarios, los que se comunicarán inmediatamente a la Oficina Central de Identificación y Extranjería del Ministerio de Relaciones Interiores.

Artículo 45.—Se deroga el Reglamento de Pasaportes de fecha 13 de agosto de 1942, publicado en la GACETA OFICIAL DE LA REPÚBLICA DE VENEZUELA N° 20.889 del 1° de septiembre de 1942.

Dado en Caracas, a los diez días del mes de diciembre de mil novecientos setenta y cuatro. — Año 165° de la Independencia y 116° de la Federación.

(L. S.)

LUIS PIÑERUA ORDAZ.

Refrendado.
El Ministro de Relaciones Interiores Encargado,
(L. S.)

GUIDO GROOSCORS.

Refrendado.
El Ministro de Relaciones Exteriores Encargado,
(L. S.)

JOHN RAPHAEL.

---

DECRETO NUMERO 785 — 28 DE FEBRERO DE 1975

CARLOS ANDRES PEREZ,
PRESIDENTE DE LA REPUBLICA,

En ejercicio de la atribución que le confiere el artículo 19 de la Ley de Banco Central de Venezuela, en concordancia con los artículos 20, numeral 1 y 26 de la misma Ley,

*Decreta:*

Artículo 1°—Se designa al ciudadano Carmelo Contreras, Director del Banco Central de Venezuela, en sustitución del ciudadano Carlos Guillermo Rangel.

Artículo 2°—Se designa al ciudadano Marcel Curiel, suplente del Director Constatino Quero Morales, en sustitución del ciudadano Omar Baralt.

Dado en Caracas, a los veintiocho días del mes de febrero de mil novecientos setenta y cinco. — Año 165° de la Independencia y 117° de la Federación.

(L. S.)

CARLOS ANDRES PEREZ.

Refrendado.
El Ministro de Hacienda Encargado,
(L. S.)

IVÁN PULIDO MORA.

## MINISTERIO DE RELACIONES EXTERIORES

República de Venezuela. — Ministerio de Relaciones Exteriores. — Dirección del Servicio Exterior y Planificación. — Departamento de Personal Diplomático y Consular. — Número 71. — Caracas, 28 de febrero de 1975. — 165° y 117°

*Resuelto:*

Por disposición del ciudadano Presidente de la República, se nombra al ciudadano Luis Alejandro López, Ministro Consejero en la Embajada de Venezuela en Costa Rica.

Comuníquese y publíquese.

JOHN RAPHAEL F.
Encargado del Ministerio
de Relaciones Exteriores

---

República de Venezuela. — Ministerio de Relaciones Exteriores. — Dirección del Servicio Exterior y Planificación. — Departamento del Personal Diplomático y Consular. — Número 72. — Caracas, 28 de febrero de 1975. — 165° y 117°

*Resuelto:*

Por disposición del ciudadano Presidente de la República, se nombra la Delegación que acompañará al ciudadano Carlos Andrés Pérez, Presidente de la República de Venezuela a la reunión de Jefes de Estado de los países miembros de la Organización de Países Exportadores de Petróleo (OPEP), la cual se celebrará en la ciudad de Argel, República Democrática y Popular de Argelia, del 3 al 6 de marzo de 1975:

Ciudadano doctor Ramón Escovar Salom, Ministro de Relaciones Exteriores

Ciudadano doctor Héctor Hurtado, Ministro de Hacienda.

Ciudadano doctor Valentín Hernández Acosta, Ministro de Minas e Hidrocarburos

Ciudadano doctor Manuel Pérez Guerrero, Ministro de Estado para Asuntos Económicos Internacionales

Ciudadano General de Brigada (r) Alfredo Monch, Embajador Extraordinario y Plenipotenciario de la República de Venezuela en la República Democrática y Popular de Argelia

Ciudadano Senador doctor Godofredo González, Presidente de la Comisión de Minas e Hidrocarburos de la Cámara del Senado

Ciudadano Diputado Arturo Hernández Grisanti, Presidente de la Comisión de Minas e Hidrocarburos de la Cámara de Diputados

Ciudadano doctor José Luis Salcedo Bastardo, Embajador Extraordinario y Plenipotenciario de la República de Venezuela en Francia

Ciudadano Carlos Piñerúa, Presidente de FEDEPETROL

Ciudadano Antonio Machado, Presidente de FETRAHIDROCARBUROS

Ciudadano General de Brigada Raúl Giménez Gainza, Jefe de la Casa Militar del Señor Presidente de la República

Ciudadano Embajador Leonardo Díaz González Director de Política Internacional del Ministerio de Relaciones Exteriores

Ciudadano Ministro Consejero Ney Pulgar, Director Asistente del Protocolo del Ministerio de Relaciones Exteriores

Ciudadano Julio César Suñol.

Comuníquese y publíquese.

JOHN RAPHAEL F.
Encargado del Ministerio
de Relaciones Exteriores

## MINISTERIO DE HACIENDA

República de Venezuela. — Ministerio de Hacienda.— Dirección General de Rentas. — Dirección de Aduanas. —Dirección de la Renta Interna. — Número 333. — Caracas, 27 de febrero de 1975. — 165° y 117°

Este Despacho, por disposición del ciudadano Presidente de la República y de conformidad con el parágrafo primero del artículo 7 de la Ley de Aduanas, en concordancia con el artículo 3° del Reglamento parcial N° 2 de la Ley de Aduanas, sobre Documentación Aduanera y Tasas con motivo de la importación,

*Resuelve:*

Artículo 1°—Se autoriza a los importadores, exportadores y agentes de aduanas para imprimir o contratar la edición de los formularios "Manifiesto de Importación y Declaración de Valor", forma A y B y "Manifiesto de Exportación".

Artículo 2°—Quienes pretendan realizar la impresión o contratar la edición a que se refiere el artículo anterior, deberán dirigirse al Ministerio de Hacienda, por conducto de la Dirección de Aduanas, solicitando el permiso correspondiente e indicando el número de ejemplares a imprimir y el nombre del establecimiento que efectuará los trabajos de imprenta respectivos. Dicha solicitud deberá ir acompañada del original del documento que se reproducirá, el cual deberá ser idéntico al formulario oficial en tamaño, color, base de papel, forma y contenido. Podrá autorizarse la incorporación de otras especificaciones que, en criterio de la Dirección de Aduanas, no afecten al fondo del documento.

Artículo 3°—Los ejemplares de que conste la edición autorizada deberán llevar numeración contínua. El precio de cada ejemplar no podrá exceder al valor del formulario oficial.

Artículo 4°—Una vez efectuada la impresión deberán remitirse a la Dirección de Aduanas dos (2) originales de los formularios editados, a los fines del debido control.

Artículo 5°—La presente resolución entrará en vigencia en la fecha de su publicación en la GACETA OFICIAL DE LA REPÚBLICA DE VENEZUELA.

Comuníquese y publíquese.

IVÁN PULIDO MORA.
Ministro de Hacienda
(Encargado)

## MINISTERIO DE FOMENTO

República de Venezuela. — Ministerio de Fomento. — Dirección General. — Número 1.174. — Caracas, 27 de febrero de 1975. — 165° y 117°

*Resuelto:*

Por disposición del ciudadano Presidente de la República y de conformidad con el artículo 3°, Sección Segunda del Estatuto Orgánico de la Corporación Venezolana de Fomento, se designa al ciudadano Gustavo Pinto Cohen (Cédula de Identidad N° 270.867), como Director Principal del mencionado Instituto.

Comuníquese y publíquese.
Por el Ejecutivo Nacional,

JOSÉ IGNACIO CASALS.
Ministro de Fomento

República de Venezuela. — Ministerio de Fomento. — Dirección General. — Número 1.175. — Caracas, 27 de febrero de 1975. — 165° y 117°

*Resuelto:*

Por disposición del ciudadano Presidente de la República y de conformidad con el artículo 3°, Sección Segunda del Estatuto Orgánico de la Corporación Venezolana de Fomento, se designa al ciudadano doctor Marcel Curiel Baíz (Cédula de Identidad N° 1.728.381), Presidente del mencionado Instituto.

Comuníquese y publíquese.
Por el Ejecutivo Nacional,

JOSÉ IGNACIO CASALS.
Ministro de Fomento

## MINISTERIO DE OBRAS PUBLICAS

República de Venezuela. — Ministerio de Obras Públicas. —Despacho del Ministro. — Número 120. — Caracas, 27 de febrero de 1975. — 165° y 117°

*Resuelto:*

Por disposición del ciudadano Presidente de la República y de conformidad con lo establecido en el artículo 7° de la Ley de Banco Obrero, se hacen los siguientes nombramientos en el mencionado Instituto:

Director-Gerente: Ing° Saúl Schwarz, con Cédula de Identidad N° 173.367, en sustitución del Ing° José Rafael Ramírez Castellanos.

Sub-Director Cajero: Ing° Adolfo Martínez López, con Cédula de Identidad N° 947.563, en sustitución del Ing° Roger Urbina.

Secretario:: Economista Jesús Dávila Cárdenas, con Cédula de Identidad N° 91.890, en sustitución del Lic. Alfonso Salazar.

Comuníquese y publíquese.
Por el Ejecutivo Nacional,

ARNOLDO JOSÉ GABALDÓN.
Ministro de Obras Públicas

## MINISTERIO DE SANIDAD Y ASISTENCIA SOCIAL

República de Venezuela. — Ministerio de Sanidad y Asistencia Social. — Dirección General. — Número G-121. Caracas, 28 de febrero de 1975. — 165° y 117°

*Resuelto:*

Por disposición del ciudadano Presidente de la República, se nombra al ciudadano doctor Alí Mejías, Encargado de

la Dirección General, mientras dure la ausencia de su Titular doctor Pablo Salcedo Nadal, y se le autoriza para firmar por delegación los documentos a que se refiere la Resolución G-117 de fecha 5 de febrero de 1975.

Comuníquese y publíquese.

ANTONIO PARRA LEÓN.
Ministro de Sanidad
y Asistencia Social

---

República de Venezuela. — Ministerio de Sanidad y Asistencia Social. — Dirección de Salud Pública. — Número 14.151. — Caracas, 14 de octubre de 1974.— 165° y 116°.

*Resuelto:*

Vistas las solicitudes dirigidas a este Despacho por los fabricantes y representantes autorizados, que se expresan a continuación, y por cuanto han sido cumplidos los requisitos establecidos en el vigente Reglamento General de Alimentos, este Ministerio autoriza el expendio de los siguientes alimentos y bebidas:

A-26.221.—Pimienta Negra Molida, marca "Mérida", elaborado por Granos y Condimentos Mérida C. A., en esta ciudad.

A-26.459.—Queso Blanco Pasteurizado, marca "Flor de Aragua" elaborado por Productos Lácteos "Flor de Aragua", en Sabana Grande, Carretera Panamericana, Estado Trujillo.

A-26.515.—Tocineta Rebanada, marca "Plumrose", elaborado por Industria Envasadora Nacional C. A., en Cagua, Estado Aragua.

A-26.633.—Chicha Pasteurizada, marca "Llanera", elaborado por Productos Lácteos Llano Oriental S.A., en Zaraza, Estado Guárico.

A-26.652.—Bebida Láctea Chocolatada Pasteurizada "Choco", marca "Denia", elaborado por Lechería Polar C. A., en Los Teques, Estado Miranda; Productos Lácteos de Lara C.A., en Barquisimeto, Estado Lara; Lácteos Cebú C.A., en Maracaibo, Estado Zulia, para Industrias Yukery S. A.

A-26.664.—Galletas Cubiertas con Chocolate, marca "Kitkat", elaborado por Rowtree Mackintosh Ltd., en York, Inglaterra.

A-26.669.—Chicha Pasteurizada, marca "Denia", elaborado por Lechería Polar C.A., en Los Teques, Estado Miranda; Productos Lácteos de Lara C. A., en Barquisimeto, Estado Lara; Lácteos Cebú C. A., en Maracaibo, Estado Zulia, para Industrias Yukery S. A.

A-26.681.—Proteínas Vegetales Hidrolizadas en Polvo RFB, marca "Maggi", elaborado por The Nestlé Company Inc., en New York.

A-26.691.—Salami Tirolés (Preparado de Carnes), marca "Juris", elaborado por Fábrica de Embutidos Juris y envasado por Enlatadora del Valle S.A., en Quito, Ecuador.

A-26.693.—Sabor Artificial de Maíz-Aroma MC.02765, marca "Naarden", elaborado por Naarden International Holland B.V., en Holanda.

A-26.694.—Pasta de Hígado de ganso con Trufas "Alsa Bloc", marca "Georges Bruck", elaborado por Georges Bruck S.A., en Francia.

10.563.—Vino Tinto Natural, de 11,8° G.L., marca "Chateau Beausite", elaborado por Borie-Manoux, en Bordeaux, Francia.

10.564.—Vino Tinto Natural de 11,8° G.L., marca "Colombe", elaborado por Borie-Manoux, en Bordeaux, Francia.

10.565.—Vino Tinto Natural, de 12° G.L., marca "Chapelle de la Trinite", elaborado por Borie-Manoux, en Bordeaux, Francia.

10.566.—Vino Tinto Natural, de 12,5° G. L., marca "Chateau Trotte Vieille", elaborado por Borie-Manoux, en Bordeaux, Francia.

10.757.—Aguardiente de Manzanas "Calvados Busnel", de 42° G. L., marca "La Normande", elaborado por Calvados Busnel, en Francia.

Comuníquese y publíquese.
El Ministro de Sanidad y Asistencia Social,

BLAS BRUNI CELLI

---

República de Venezuela. — Ministerio de Sanidad y Asistencia Social. — Dirección de Salud Pública. — Número 14.152. — Caracas, 12 de noviembre de 1974. — 165° y 116°

*Resuelto:*

Vistas las solicitudes dirigidas a este Despacho por los fabricantes y representantes autorizados, que se expresan a continuación, y por cuanto han sido cumplidos los requisitos establecidos en el vigente Reglamento General de Alimentos, este Ministerio autoriza el expendio de los siguientes alimentos y bebidas:

A-26.292.—Refresco con Sabor a Kola Champagne, marca "Golden Cup", elaborado por Embotelladora Golden Cup Aragua S. R. L., en Villa de Cura, Estado Aragua.

A-26.377.—Merey Salado, marca "Jack's", elaborado por Industrias Anita C. A., en Charallave, Estado Miranda.

A-26.420.—Mezcla para hacer Relleno de Pay de Chocolate, marca "Kellogg's", elaborado por Alimentos Kellogg, S. A., en Maracay, Estado Aragua.

A-26.452.—Harina de Arroz, marca "Larina", elaborado por Harinera Larense S. R. L., en Barquisimeto, Estado Lara.

A-26.518.—Leche Evaporada con Adición de Vitaminas A y D, marca "St. Charles", elaborado por Deuermilch Handelsgesellschaft Mbh, Hamburg, para Nestlé, S. A., en Vevey, Suiza.

A-26.572.—Mezcla para hacer Manjar Criollo Sabor a Naranja, marca "Pastelin", elaborado por Industria Alimenticia del Tuy C. A., en la Carretera Panamericana, Km. 35, Estado Miranda.

A-26.602.—Emulsificante para Ponqué y Productos de Pastelería, marca "Ilopon", elaborado por Ilox C. A., para Epca C. A., en esta ciudad.

A-26.660.—Yogurt Pasteurizado Natural, marca "Sofía", elaborado por Lechería Búlgara C. A., en Boleíta, Estado Miranda.

A-26.662.—Yogurt Pasteurizado con Piña, marca "Sofía", elaborado por Lechería Búlgara C. A., en Boleíta, Estado Miranda.

A-26.667.—Mantequilla con Sal, marca "Cow & Girl Brand", elaborado por The Austral Canning Co. Pty Ltd., en Australia.

A-26 673.—Refresco Congelado Sabor a Piña, marca "Poncholo", elaborado por Félix Uranga Bilbao, en Naguanagua, Estado Carabobo.

A-26.676.—Refresco Congelado Sabor a Uva, marca "Poncholo", elaborado por Félix Uranga Bilbao, en Naguanagua, Estado Carabobo.

A-26.677.—Refresco Congelado Sabor a Fresa, marca "Poncholo", elaborado por Félix Uranga Bilbao, en Naguanagua, Estado Carabobo.

A-26.692.—Tortas Turrón Alicante, marca "Teclo", elaborado por Hijos de Manuel Sirvent Miralles, en Jijona, España.

A-26.706.—Preparado para Condimentar Salchichas, marca "Pommerania", elaborado por Merlice C. A., en esta ciudad.

10.568.—Champagne Demi-Sec, de 12° G. L., marca "Vemdome", elaborado por Bodegas y Viñedos Agrelo-Mendoza, en Argentina.

10.651.—Bebida Espirituosa Seca Anisada, de 30° G. L., marca Tarapío", elaborado por Productos Tarapío C. A., en Maracay, Estado Aragua.

10.727.—Champagne Brut, de 12,3° G.L., marca "Reime Pedauque", elaborado por Reserva de las Bodegas de la Reina Pedoca, en Francia.

Comuníquese y publíquese.
El Ministro de Sanidad y Asistencia Social,

BLAS BRUNI CELLI.

---

República de Venezuela. — Ministerio de Sanidad y Asistencia Social. — Dirección de Salud Pública. — Número 14.153. — Caracas, 12 de noviembre de 1974. — 165° y 116°

*Resuelto:*

Por cuanto la firma Queso Nacional C. A., ha manifestado su propósito de modificar el Registro Sanitario por cambio de fabricante, lugar de fabricación y marca, que distingue al producto Queso Tipo Fontina, marca "Padano", que elaboraba el ciudadano Anselmo Ferrari, en San Juan de los Morros, Estado Guárico, y asimismo, solicita la autorización legal de este Despacho para el producto con los cambios solicitados, denominado Queso Tipo Fontina, marca "Alpina", elaborado por Queso Nacional C. A., en Charallave, Estado Miranda, y por cuanto han sido cumplidos los requisitos que establece el vigente Reglamento General de Alimentos, este Ministerio le concede la autorización del caso bajo el N° A-22.979.

En vista de lo anterior, se deroga la autorización N° A-22.979, contenida en la Resolución N° 12.752, de fecha 10 de diciembre de 1968.

Comuníquese y publíquese.
El Ministro de Sanidad y Asistencia Social,

BLAS BRUNI CELLI.

---

República de Venezuela. — Ministerio de Sanidad y Asistencia Social. — Dirección de Salud Pública. — Número 14.154. — Caracas, 12 de noviembre de 1974. — 165° y 116°

*Resuelto:*

Por cuanto la firma Pastelería Vienesa C. A., ha manifestado su propósito de modificar el Registro Sanitario por cambio de presentación y razón social, que distingue al producto Salsa Completa para Espaguettis con Carne y Queso, marca "Ronco", que elabora Prodeven C. A., en Cagua, Estado Aragua, y asimismo, solicita la autorización legal de este Despacho para el producto con los cambios solicitados, denominado Salsa Completa para Espaguettis con Carne y Queso, marca "Ronco", elaborado por Prodeven C. A., en Cagua, Estado Aragua, para Pastelería Vienesa C. A., y por cuanto han sido cumplidos los requisitos que establece el vigente Reglamento General de Alimentos, este Ministerio le concede la autorización del caso bajo el N° A-24.551.

En vista de lo anterior, se deroga la autorización N° A-24.551, contenida en la Resolución N° 13.347 de fecha 9 de noviembre de 1971.

Comuníquese y publíquese.
El Ministro de Sanidad y Asistencia Social,

BLAS BRUNI CELLI.

---

República de Venezuela. — Ministerio de Sanidad y Asistencia Social. — Dirección de Salud Pública. — Número 14.155. — Caracas, 12 de noviembre de 1974. — 165° y 116°

*Resuelto:*

Por cuanto la firma Pastelería Vienesa C. A., ha manifestado su propósito de modificar el Registro Sanitario por cambio de presentación y razón social, que distingue al producto Salsa Napolitana para Espaguettis sin Carne, marca "Ronco", que elabora Prodeven C. A., en Cagua, Estado Aragua, y asimismo, solicita la autorización legal de este Despacho para el producto con los cambios solicitados, denominado Salsa Napolitana para Espaguettis sin Carne, marca "Ronco", elaborado por Prodeven C. A., en Cagua, Estado Aragua para Pastelería Vienesa C. A., y por cuanto han sido cumplidos los requisitos que establece el vigente Reglamento General de Alimentos, este Ministerio le concede la autorización del caso bajo el N° A-24.552.

En vista de lo anterior, se deroga la autorización N° A-24.552, contenida en la Resolución N° 13.342 de fecha 9 de noviembre de 1971.

Comuníquese y publíquese.
El Ministro de Sanidad y Asistencia Social,

BLAS BRUNI CELLI.

---

República de Venezuela. — Ministerio de Sanidad y Asistencia Social. — Dirección de Salud Pública. — Número 14.156. — Caracas, 12 de noviembre de 1974. 165° y 116°

*Resuelto:*

Por cuanto la firma Novoa Alonso y Sucrs., C. A., ha manifestado su propósito de modificar el Registro Sanitario por cambio de razón social y presentación, que distingue al producto Canela en Concha, marca "El Aguila", que elaboraba la firma Camilo Novoa Rivero - Productos El Aguila, en Ciudad Bolívar, Estado Bolívar; y asimismo, solicita la autorización legal de este Despacho para el producto con los cambios solicitados, denominado Canela en Concha, marca "El Aguila", elaborado por Novoa Alonso y Sucrs. C. A., en Ciudad Bolívar, Estado Bolívar, y por cuanto han sido cumplidos los requisitos que establece el vigente Reglamento General de Alimentos, este Ministerio le concede la autorización del caso bajo el N° A-20.704.

En vista de lo anterior, se deroga la autorización N° A-20.704, contenida en la Resolución N° 12.272 de fecha 2 de diciembre de 1966.

Comuníquese y publíquese.
El Ministro de Sanidad y Asistencia Social,

BLAS BRUNI CELLI.

---

República de Venezuela. — Ministerio de Sanidad y Asistencia Social. — Dirección de Salud Pública. — Número 14.157. — Caracas, 12 de noviembre de 1974. 165° y 116°

*Resuelto:*

Por cuanto la firma Novoa Alonso y Sucrs., C. A., ha manifestado su propósito de modificar el Registro Sanitario por cambio de razón social y presentación, que distingue al producto Orégano Molido marca "El Aguila", que elaboraba la firma Camilo Novoa Rivero - Productos El Aguila, en Ciudad Bolívar, Estado Bolívar; y asimismo, solicita la autorización legal de este Despacho para el producto con los cambios solicitados, denominado Orégano Molido, marca "El Aguila", elaborado por Novoa Alonso y Sucesores C. A., en Ciudad Bolívar, Estado Bolívar, y por cuanto han sido cumplidos los requisitos que establece el vigente Reglamento General de Alimentos, este Ministerio le concede la autorización del caso bajo el N° A-20.706.

En vista de lo anterior, se deroga la autorización N° A-20.706, contenida en la Resolución N° 12.272 de fecha 2 de diciembre de 1966.

Comuníquese y publíquese.
El Ministro de Sanidad y Asistencia Social,

BLAS BRUNI CELLI.

---

República de Venezuela. — Ministerio de Sanidad y Asistencia Social. — Dirección de Salud Pública. — Número 14.158. — Caracas, 12 de noviembre de 1974. 165° y 116°

*Resuelto:*

Por cuanto la firma Novoa Alonso y Sucrs., C. A., ha manifestado su propósito de modificar el Registro Sanitario por cambio de razón social y presentación,

que distingue al producto Anís Entero, marca "El Aguila", que elaboraba la firma Camilo Novoa Rivero - Productos El Aguila, en Ciudad Bolívar, Estado Bolívar; y asimismo, solicita la autorización legal de este Despacho para el producto con los cambios solicitados, denominado Anís Entero, marca "El Aguila", elaborado por Novoa Alonso y Sucrs. C. A., en Ciudad Bolívar, Estado Bolívar, y por cuanto han sido cumplidos los requisitos que establece el vigente Reglamento General de Alimentos, este Ministerio le concede la autorización del caso bajo el N° A-20.702.

En vista de lo anterior, se deroga la autorización N° A-20.702, contenida en la Resolución N° 12.272 de fecha 2 de diciembre de 1966.

Comuníquese y publíquese.

El Ministro de Sanidad y Asistencia Social,

BLAS BRUNI CELLI.

---

República de Venezuela. — Ministerio de Sanidad y Asistencia Social. — Dirección de Salud Pública. — Número 14.159. — Caracas, 12 de noviembre de 1974. 165° y 116°

Resuelto:

Por cuanto la firma Industrias Larenses, ha manifestado su propósito de modificar el Registro Sanitario por cambio de fabricante, denominación, presentación y lugar de elaboración, que distingue al producto Cocuy, marca "El Larense", que elaboraba la firma Destilería y Refinería de Cocuy El Dorado, en Barquisimeto, Estado Lara; y asimismo, solicita la autorización legal de este Despacho para el producto con los cambios solicitados, denominado Bebida Espirituosa Seca de Cocuy, de 35° G. L., marca "El Larense", elaborado por Industrias Larenses, en Barquisimeto, Estado Lara, y por cuanto han sido cumplidos los requisitos que establece el vigente Reglamento General de Alimentos, este Ministerio le concede la autorización del caso bajo el N° 10.083.

En vista de lo anterior, se deroga la autorización N° 10.083, contenida en la Resolución N° 12.751, de fecha 6 de diciembre de 1968.

Comuníquese y publíquese.

El Ministro de Sanidad y Asistencia Social,

BLAS BRUNI CELLI.

---

República de Venezuela. — Ministerio de Sanidad y Asistencia Social. — Dirección de Salud Pública. — Número 14.160. — Caracas, 12 de noviembre de 1974. 165° y 116°

Resuelto:

Por cuanto la firma Industrias Larenses, ha manifestado su propósito de modificar el registro sanitario por cambio de denominación, presentación, fabricante y lugar de fabricación que distingue al producto Cocuy, marca "El Dorado", que elaboraba el ciudadano Carlos H. Alvarado, en Barquisimeto, Estado Lara, y asimismo, solicita la autorización legal de este Despacho para el producto con los cambios solicitados, denominado Aguardiente de Cocuy, de 40° G. L., marca "El Dorado", elaborado por Industrias Larenses, en Barquisimeto, Estado Lara, y por cuanto han sido cumplidos los requisitos que establece el vigente Reglamento General de Alimentos, este Ministerio le concede la autorización del caso bajo el N° 6.581.

En vista de lo anterior, se deroga la autorización N° 6.581, contenida en la Resolución N° 2.950, de fecha 7 de septiembre de 1950.

Comuníquese y publíquese.

El Ministro de Sanidad y Asistencia Social,

BLAS BRUNI CELLI.

## MINISTERIO DE AGRICULTURA Y CRIA

República de Venezuela. — Ministerio de Agricultura y Cría. — Dirección General de Desarrollo Ganadero. — Número 61. — Caracas, 28 de febrero de 1975. — 165° y 117°

De conformidad con lo establecido en los artículos 11 del Estatuto Orgánico de Ministerios y 6° de su Reglamento;

Resuelve:

Artículo 1°—Se crea una Comisión ad-honorem integrada por un representante de la Dirección General de Desarrollo Ganadero del Ministerio de Agricultura y Cría, quien la presidirá, y por sendos representantes de la Federación Nacional de Ganaderos de Venezuela; Sociedad Regional de Ganaderos de Occidente y de las Facultades de Veterinaria y de Agronomía de las Universidades Nacionales y el Centro Nacional de Investigaciones Agropecuarias.

Artículo 2°—La Comisión encargada de realizar estudios de investigación de la raza de ganado Carora a los fines de determinar los mecanismos tendientes a su conservación, preservación y fomento.

Artículo 3°—La Comisión deberá presentar al Ministro de Agricultura y Cría sus recomendaciones y conclusiones en un plazo de 30 días contados a partir de su instalación.

Comuníquese y publíquese.

Por el Ejecutivo Nacional,

CARMELO CONTRERAS BARBOZA.
Ministro de Agricultura y Cría

## AVISOS

### AVISO

BANCO CENTRAL DE VENEZUELA

VIGESIMO CUARTO (24°) SORTEO TRIMESTRAL DE AMORTIZACION DE LA SEGUNDA EMISION DE BONOS DE LA DEUDA PUBLICA (BANCO OBRERO - OCTUBRE DE 1977) DECRETO N° 940 DE FECHA 26 DE SEPTIEMBRE DE 1967

Se hace del conocimiento público que el día 7 de abril de 1975 a las 9:30 a. m., se procederá a efectuar en el cuarto piso del edificio del Banco Central de Venezuela, ubicado en la Esquina de Las Carmelitas de esta ciudad, el Vigésimo Cuarto (24°) Sorteo Trimestral de Amortización de la Segunda Emisión de Bonos de la Deuda Pública (Banco Obrero - Octubre 1977), Decreto N° 940 de fecha 26 de septiembre de 1967, hasta la cantidad de dos millones novecientos treinta mil bolívares con 00/100 (Bs. 2.930.000,00) de los Bonos de dicha Emisión que se hallen en circulación para la fecha arriba citada, de acuerdo con la siguiente especificación:

| N° de Bonos a Sortear | Valor Nominal Bs. | Valor a Rescatar Bs. |
|---|---|---|
| 60 | 500,00 | 30.000,00 |
| 72 | 1.000,00 | 72.000,00 |
| 59 | 2.000,00 | 118.000,00 |
| 44 | 5.000,00 | 220.000,00 |
| 59 | 10.000,00 | 590.000,00 |
| 60 | 20.000,00 | 1.200.000,00 |
| 14 | 40.000,00 | 700.000,00 |
| | | 2.930.000,00 |

El acto en referencia tendrá carácter público y el sorteo se hará en la forma establecida por el Banco. Los Bonos que resulten favorecidos serán reembolsados a su valor nominal en las Cajas del Banco Central

# GACETA OFICIAL
## DE LA REPUBLICA DE VENEZUELA

Caracas: viernes 28 de febrero de 1975

AÑO CII — MES V      Número 30.634

Suscripciones: Bs. 6,00 mensual. — Valor de cada ejemplar, Bs. 0,25
Cada ejemplar atrasado, Bs. 0,50
Números Extraordinarios: Precio según volumen de páginas

IMPRENTA NACIONAL Y GACETA OFICIAL
San Lázaro a Puente Victoria N° 89
Central Telefónica: 54-76-03 (Nocturno 54-77-55)

LEY DE 22 DE JULIO DE 1941

Art. 11.—La "GACETA OFICIAL", creada por Decreto Ejecutivo de 11 de octubre de 1872, continuará editándose en la Imprenta Nacional con la denominación "GACETA OFICIAL DE LOS ESTADOS UNIDOS DE VENEZUELA".

Art. 12.—La "GACETA OFICIAL DE LOS ESTADOS UNIDOS DE VENEZUELA", se publicará todos los días hábiles, sin perjuicio de que se editen números extraordinarios siempre que fuera necesario; y deberán insertarse en ella sin retardo los actos oficiales que hayan de publicarse.

Parágrafo único.—Las ediciones extraordinarias de la "GACETA OFICIAL" tendrán una numeración especial.

Art. 13.—En la "GACETA OFICIAL DE LOS ESTADOS UNIDOS DE VENEZUELA", se publicarán los actos de los Poderes Públicos que deberán insertarse y aquellos cuya inclusión sea considerada conveniente por el Ejecutivo Federal.

Art. 14.—Las Leyes, Decretos y demás actos oficiales tendrán el carácter de públicos por el hecho de aparecer en la "GACETA OFICIAL DE LOS ESTADOS UNIDOS DE VENEZUELA", cuyos ejemplares tendrán fuerza de documentos públicos.

---

de Venezuela, en días hábiles a partir del 16 de abril de 1975 y dejarán de devengar intereses desde la fecha de la publicación del Acta del Sorteo en la GACETA OFICIAL, todo de conformidad con la Ley de Crédito Público, su Reglamento, Ley del 7 de julio de 1965, reformada parcialmente por Ley del 13 de mayo de 1966 y Decreto Ejecutivo N° 940 del 26 de septiembre de 1967.

Caracas, 21 de febrero de 1975.

### AVISO

### BANCO CENTRAL DE VENEZUELA

DECIMO CUARTO (14°) SORTEO TRIMESTRAL DE AMORTIZACION DE LA QUINTA EMISION DE BONOS DE LA DEUDA PUBLICA - BANCO OBRERO - ABRIL DE 1980 - DECRETO N° 270 DE FECHA 18 DE MARZO DE 1970

Se hace del conocimiento público que el día 7 de abril de 1975 a las 9:35 a. m., se procederá a efectuar en el cuarto piso del edificio del Banco Central de Venezuela, ubicado en la Esquina de Las Carmelitas de esta ciudad, el Décimo Cuarto (14°) Sorteo Trimestral de Amortización de la Quinta Emisión de Bonos de la Deuda Pública - Banco Obrero - Abril de 1980, Decreto N° 270 de fecha 18 de marzo de 1970, hasta por la cantidad de dos millones ochocientos cincuenta y dos mil bolívares con 00/100 (Bs. 2.852.000,00), de los Bonos de dicha Emisión que se hallen en circulación para la fecha arriba citada, de acuerdo con las siguientes especificaciones:

| N° de Bonos a Sortear | Valor Nominal Bs. | Valor a Rescatar Bs. |
|---|---|---|
| 10 | 1.000,00 | 10.000,00 |
| 6 | 2.000,00 | 12.000,00 |
| 10 | 5.000,00 | 50.000,00 |
| 23 | 10.000,00 | 230.000,00 |
| 17 | 50.000,00 | 850.000,00 |
| 17 | 100.000,00 | 1.700.000,00 |
| | | 2.852.000,00 |

El acto en referencia tendrá carácter público y el sorteo se hará en la forma establecida por el Banco.

Los Bonos que resulten favorecidos serán reembolsados a su valor nominal en las Cajas del Banco Central de Venezuela, en días hábiles a partir del 16 de abril de 1975 y dejarán de devengar intereses desde la fecha de la publicación del Acta del Sorteo en la GACETA OFICIAL, todo de conformidad con la Ley de Crédito Público, su Reglamento, Ley del 1° de julio de 1969, y Decreto Ejecutivo N° 270 del 10 de marzo de 1970.

Caracas, 21 de febrero de 1975.

### AVISO

### BANCO CENTRAL DE VENEZUELA

DECIMO PRIMER (11°) SORTEO TRIMESTRAL DE AMORTIZACION DE LA PRIMERA EMISION DE BONOS DE LA DEUDA PUBLICA (I.A.D.A.N. - ENERO DE 1981), DECRETO N° 456 DE FECHA 9 DE DICIEMBRE DE 1970)

Se hace del conocimiento público que el día 7 de abril de 1975 a las 9:40 a. m., se procederá a efectuar en el cuarto piso del edificio del Banco Central de Venezuela, ubicado en la Esquina de Las Carmelitas de esta ciudad, el Décimo Primer (11°) Sorteo Trimestral de Amortización de la Primera Emisión de Bonos de la Deuda Pública (I.A.D.A.N.) - Enero de 1981, Decreto N° 456 de fecha 9 de diciembre de 1970, hasta por la cantidad de quinientos ochenta y ocho mil bolívares con 00/100 (Bs. 588.000,00) de los Bonos de dicha Emisión que se hallen en circulación para la fecha arriba citada, de acuerdo con la siguiente especificación:

| N° de Bonos a Sortear | Valor Nominal Bs. | Valor a Rescatar Bs. |
|---|---|---|
| 13 | 1.000,00 | 13.000,00 |
| 11 | 5.000,00 | 55.000,00 |
| 11 | 10.000,00 | 110.000,00 |
| 8 | 20.000,00 | 160.000,00 |
| 5 | 50.000,00 | 250.000,00 |
| | | 588.000,00 |

El acto en referencia tendrá carácter público y el sorteo se hará en la forma establecida por el Banco.

Los Bonos que resulten favorecidos serán reembolsados a su valor nominal en las Cajas del Banco Central de Venezuela, en días hábiles a partir del 16 de abril de 1975 y dejarán de devengar intereses desde la fecha de la publicación del Acta del Sorteo en la GACETA OFICIAL, todo de conformidad con la Ley de Crédito Público, su Reglamento, Ley del 7 de septiembre de 1968 y Decreto Ejecutivo N° 456 del 9 de diciembre de 1970.

Caracas, 21 de febrero de 1975.