GOVERNMENT
EXHIBIT
Case No.: 19-20450-CR-RNS

26b

# GACETA OFICIAL

## DE LA REPÚBLICA DE VENEZUELA

AÑO CXXVII — MES III     Caracas, jueves 30 de diciembre de 1999     Número 36.860

### SUMARIO

**Asamblea Nacional Constituyente**
Constitución de la República Bolivariana de Venezuela 1999.

## ASAMBLEA NACIONAL CONSTITUYENTE

ASAMBLEA NACIONAL CONSTITUYENTE
CARACAS-VENEZUELA

### PREÁMBULO

El pueblo de Venezuela, en ejercicio de sus poderes creadores e invocando la protección de Dios, el ejemplo histórico de nuestro Libertador Simón Bolívar y el heroísmo y sacrificio de nuestros antepasados aborígenes y de los precursores y forjadores de una patria libre y soberana;

con el fin supremo de refundar la República para establecer una sociedad democrática, participativa y protagónica, multiétnica y pluricultural en un Estado de justicia, federal y descentralizado, que consolide los valores de la libertad, la independencia, la paz, la solidaridad, el bien común, la integridad territorial, la convivencia y el imperio de la ley para esta y las futuras generaciones; asegure el derecho a la vida, al trabajo, a la cultura, a la educación, a la justicia social y a la igualdad sin discriminación ni subordinación alguna; promueva la cooperación pacífica entre las naciones e impulse y consolide la integración latinoamericana de acuerdo con el principio de no intervención y autodeterminación de los pueblos, la garantía universal e indivisible de los derechos humanos, la democratización de la sociedad internacional, el desarme nuclear, el equilibrio ecológico y los bienes jurídicos ambientales como patrimonio común e irrenunciable de la humanidad;

en ejercicio de su poder originario representado por la Asamblea Nacional Constituyente mediante el voto libre y en referendo democrático,

decreta la siguiente

## CONSTITUCIÓN

### TÍTULO I
### PRINCIPIOS FUNDAMENTALES

*Artículo 1.* La República Bolivariana de Venezuela es irrevocablemente libre e independiente y fundamenta su patrimonio moral y sus valores de libertad, igualdad, justicia y paz internacional, en la doctrina de Simón Bolívar, el Libertador.

Son derechos irrenunciables de la Nación la independencia, la libertad, la soberanía, la inmunidad, la integridad territorial y la autodeterminación nacional.

*Artículo 2.* Venezuela se constituye en un Estado democrático y social de Derecho y de Justicia, que propugna como valores superiores de su ordenamiento jurídico y de su actuación, la vida, la libertad, la justicia, la igualdad, la solidaridad, la democracia, la responsabilidad social y en general, la preeminencia de los derechos humanos, la ética y el pluralismo político.

*Artículo 3.* El Estado tiene como fines esenciales la defensa y el desarrollo de la persona y el respeto a su dignidad, el ejercicio democrático de la voluntad popular, la construcción de una sociedad justa y amante de la paz, la promoción de la prosperidad y bienestar del pueblo y la garantía del cumplimiento de los principios, derechos y deberes consagrados en esta Constitución.

La educación y el trabajo son los procesos fundamentales para alcanzar dichos fines.

*Artículo 4.* La República Bolivariana de Venezuela es un Estado federal descentralizado en los términos consagrados por esta Constitución, y se rige por los principios de integridad territorial, cooperación, solidaridad, concurrencia y corresponsabilidad.

*Artículo 5.* La soberanía reside intransferiblemente en el pueblo, quien la ejerce directamente en la forma prevista en esta Constitución y en la ley, e indirectamente, mediante el sufragio, por los órganos que ejercen el Poder Público.

Los órganos del Estado emanan de la soberanía popular y a ella están sometidos.

*Artículo 6.* El gobierno de la República Bolivariana de Venezuela y de las entidades políticas que la componen es y será siempre democrático, participativo, electivo, descentralizado, alternativo, responsable, pluralista y de mandatos revocables.

*Artículo 7.* La Constitución es la norma suprema y el fundamento del ordenamiento jurídico. Todas las personas y los órganos que ejercen el Poder Público están sujetos a esta Constitución.

*Artículo 8.* La bandera nacional con los colores amarillo, azul y rojo; el himno nacional *Gloria al bravo pueblo* y el escudo de armas de la República son los símbolos de la patria.

La ley regulará sus características, significados y usos.

*Artículo 9.* El idioma oficial es el castellano. Los idiomas indígenas también son de uso oficial para los pueblos indígenas y deben ser respetados en todo el territorio de la República, por constituir patrimonio cultural de la Nación y de la humanidad.

### TÍTULO II
### DEL ESPACIO GEOGRÁFICO Y LA DIVISIÓN POLÍTICA

#### Capítulo I
#### Del Territorio y demás Espacios Geográficos

*Artículo 10.* El territorio y demás espacios geográficos de la República son los que correspondían a la Capitanía General de Venezuela antes de la transformación política iniciada el 19 de abril de 1810, con las modificaciones resultantes de los tratados y laudos arbitrales no viciados de nulidad.

*Artículo 11.* La soberanía plena de la República se ejerce en los espacios continental e insular, lacustre y fluvial, mar territorial, áreas marinas interiores, históricas y vitales y las comprendidas dentro de las líneas de base recta que ha adoptado o adopte la República; el suelo y subsuelo de éstos; el espacio aéreo continental, insular y marítimo y los recursos que en ellos se encuentran, incluidos los genéticos, los de las especies migratorias, sus productos derivados y los componentes intangibles que por causas naturales allí se encuentren.

El espacio insular de la República comprende el archipiélago de Los Monjes, archipiélago de Las Aves, archipiélago de Los Roques, archipiélago de La Orchila, isla La Tortuga, isla La Blanquilla, archipiélago Los Hermanos, islas de Margarita, Cubagua y Coche, archipiélago de Los Frailes, isla La Sola, archipiélago de Los Testigos, isla de Patos e isla de Aves; y, además, las islas, islotes, cayos y bancos

situados o que emerjan dentro del mar territorial, en el que cubre la plataforma continental o dentro de los límites de la zona económica exclusiva.

Sobre los espacios acuáticos constituidos por la zona marítima contigua, la plataforma continental y la zona económica exclusiva, la República ejerce derechos exclusivos de soberanía y jurisdicción en los términos, extensión y condiciones que determinen el derecho internacional público y la ley.

Corresponden a la República derechos en el espacio ultraterrestre suprayacente y en las áreas que son o puedan ser patrimonio común de la humanidad, en los términos, extensión y condiciones que determinen los acuerdos internacionales y la legislación nacional.

**Artículo 12.** Los yacimientos mineros y de hidrocarburos, cualquiera que sea su naturaleza, existentes en el territorio nacional, bajo el lecho del mar territorial, en la zona económica exclusiva y en la plataforma continental, pertenecen a la República, son bienes del dominio público y, por tanto, inalienables e imprescriptibles. Las costas marinas son bienes del dominio público.

**Artículo 13.** El territorio no podrá ser jamás cedido, traspasado, arrendado, ni en forma alguna enajenado, ni aun temporal o parcialmente, a Estados extranjeros u otros sujetos de derecho internacional.

El espacio geográfico venezolano es una zona de paz. No se podrán establecer en él bases militares extranjeras o instalaciones que tengan de alguna manera propósitos militares, por parte de ninguna potencia o co...lición de potencias.

Los Estados extranjeros u otros sujetos de derecho internacional sólo podrán adquirir inmuebles para sedes de sus representaciones diplomáticas o consulares dentro del área que se determine y mediante garantías de reciprocidad, con las limitaciones que establezca la ley. En dicho caso quedará siempre a salvo la soberanía nacional.

Las tierras baldías existentes en las dependencias federales y en las islas fluviales o lacustres no podrán enajenarse, y su aprovechamiento sólo podrá concederse en forma que no implique, directa ni indirectamente, la transferencia de la propiedad de la tierra.

**Artículo 14.** La ley establecerá un régimen jurídico especial para aquellos territorios que por libre determinación de sus habitantes y con aceptación de la Asamblea Nacional, se incorporen al de la República.

**Artículo 15.** El Estado tiene la responsabilidad de establecer una política integral en los espacios fronterizos terrestres, insulares y marítimos, preservando la integridad territorial, la soberanía, la seguridad, la defensa, la identidad nacional, la diversidad y el ambiente, de acuerdo con el desarrollo cultural, económico, social y la integración. Atendiendo la naturaleza propia de cada región fronteriza a través de asignaciones económicas especiales, una ley orgánica de fronteras determinará las obligaciones y objetivos de esta responsabilidad.

## Capítulo II
### De la División Política

**Artículo 16.** Con el fin de organizar políticamente la República, el territorio nacional se divide en el de los Estados, Distrito Capital, las dependencias federales y los territorios federales. El territorio se organiza en Municipios.

La división político-territorial será regulada por ley orgánica, que garantice la autonomía municipal y la descentralización político-administrativa. Dicha ley podrá disponer la creación de territorios federales en determinadas áreas de los Estados, cuya vigencia queda supeditada a la realización de un referendo aprobatorio en la entidad respectiva. Por ley especial podrá darse a un territorio federal la categoría de Estado, asignándosele la totalidad o una parte de la superficie del territorio respectivo.

**Artículo 17.** Las dependencias federales son las islas marítimas no integradas en el territorio de un Estado, así como las islas que se formen o aparezcan en el mar territorial o en el que cubra la plataforma continental. Su régimen y administración estarán señaladas en la ley.

**Artículo 18.** La ciudad de Caracas es la capital de la República y el asiento de los órganos del Poder Nacional.

Lo dispuesto en este artículo no impide el ejercicio del Poder Nacional en otros lugares de la República.

Una ley especial establecerá la unidad político-territorial de la ciudad de Caracas que integre en un sistema de gobierno municipal a dos niveles, los Municipios del Distrito Capital y los correspondientes del Estado Miranda. Dicha ley establecerá su organización, gobierno, administración, competencia y recursos, para alcanzar el desarrollo armónico e integral de la ciudad. En todo caso la ley garantizará el carácter democrático y participativo de su gobierno.

## TÍTULO III
### DE LOS DEBERES, DERECHOS HUMANOS Y GARANTÍAS

#### Capítulo I
##### Disposiciones Generales

**Artículo 19.** El Estado garantizará a toda persona, conforme al principio de progresividad y sin discriminación alguna, el goce y ejercicio irrenunciable, indivisible e interdependiente de los derechos humanos. Su respeto y garantía son obligatorios para los órganos del Poder Público de conformidad con la Constitución, los tratados sobre derechos humanos suscritos y ratificados por la República y las leyes que los desarrollen.

**Artículo 20.** Toda persona tiene derecho al libre desenvolvimiento de su personalidad, sin más limitaciones que las que derivan del derecho de las demás y del orden público y social.

**Artículo 21.** Todas las personas son iguales ante la ley, y en consecuencia:

1. No se permitirán discriminaciones fundadas en la raza, el sexo, el credo, la condición social o aquellas que, en general, tengan por objeto o por resultado anular o menoscabar el reconocimiento, goce o ejercicio en condiciones de igualdad, de los derechos y libertades de toda persona.
2. La ley garantizará las condiciones jurídicas y administrativas para que la igualdad ante la ley sea real y efectiva; adoptará medidas positivas a favor de personas o grupos que puedan ser discriminados, marginados o vulnerables; protegerá especialmente a aquellas personas que por alguna de las condiciones antes especificadas, se encuentren en circunstancia de debilidad manifiesta y sancionará los abusos o maltratos que contra ellas se cometan.
3. Sólo se dará el trato oficial de ciudadano o ciudadana; salvo las fórmulas diplomáticas.
4. No se reconocen títulos nobiliarios ni distinciones hereditarias.

**Artículo 22.** La enunciación de los derechos y garantías contenidos en esta Constitución y en los instrumentos internacionales sobre derechos humanos no debe entenderse como negación de otros que, siendo inherentes a la persona, no figuren expresamente en ellos. La falta de ley reglamentaria de estos derechos no menoscaba el ejercicio de los mismos.

**Artículo 23.** Los tratados, pactos y convenciones relativos a derechos humanos, suscritos y ratificados por Venezuela, tienen jerarquía constitucional y prevalecen en el orden interno, en la medida en que contengan normas sobre su goce y ejercicio más favorables a las establecidas por esta Constitución y la ley de la República, y son de aplicación inmediata y directa por los tribunales y demás órganos del Poder Público.

**Artículo 24.** Ninguna disposición legislativa tendrá efecto retroactivo, excepto cuando imponga menor pena. Las leyes de procedimiento se aplicarán desde el momento mismo de entrar en vigencia aun en los procesos que se hallaren en curso; pero en los procesos penales, las pruebas ya evacuadas se estimarán en cuanto beneficien al reo o rea, conforme a la ley vigente para la fecha en que se promovieron.

Cuando haya dudas se aplicará la norma que beneficie al reo o rea.

**Artículo 25.** Todo acto dictado en ejercicio del Poder Público que viole o menoscabe los derechos garantizados por esta Constitución y la ley es nulo, y los funcionarios públicos y funcionarias públicas que lo ordenen o ejecuten incurren en responsabilidad penal, civil y administrativa, según los casos, sin que les sirvan de excusa órdenes superiores.

**Artículo 26.** Toda persona tiene derecho de acceso a los órganos de administración de justicia para hacer valer sus derechos e intereses, incluso los colectivos o difusos, a la tutela efectiva de los mismos y a obtener con prontitud la decisión correspondiente.

El Estado garantizará una justicia gratuita, accesible, imparcial, idónea, transparente, autónoma, independiente, responsable, equitativa y expedita, sin dilaciones indebidas, sin formalismos o reposiciones inútiles.

**Artículo 27.** Toda persona tiene derecho a ser amparada por los tribunales en el goce y ejercicio de los derechos y garantías constitucionales, aun de aquellos inherentes a la persona que no figuren expresamente en esta Constitución o en los instrumentos internacionales sobre derechos humanos.

El procedimiento de la acción de amparo constitucional será oral, público, breve, gratuito y no sujeto a formalidad, y la autoridad judicial competente tendrá potestad para restablecer inmediatamente la situación jurídica infringida o la situación que más se asemeje a ella. Todo tiempo será hábil y el tribunal lo tramitará con preferencia a cualquier otro asunto.

La acción de amparo a la libertad o seguridad podrá ser interpuesta por cualquier persona, y el detenido o detenida será puesto bajo la custodia del tribunal de manera inmediata, sin dilación alguna.

El ejercicio de este derecho no puede ser afectado, en modo alguno, por la declaración del estado de excepción o de la restricción de garantías constitucionales.

**Artículo 28.** Toda persona tiene derecho de acceder a la información y a los datos que sobre sí misma o sobre sus bienes consten en registros oficiales o privados, con las excepciones que establezca la ley, así como de conocer el uso que se haga de los mismos y su finalidad, y a solicitar ante el tribunal competente la actualización, la rectificación o la destrucción de aquellos, si fuesen erróneos o afectasen ilegítimamente sus derechos. Igualmente, podrá acceder a documentos de cualquier naturaleza que contengan información cuyo conocimiento sea de interés para comunidades o grupos de personas. Queda a salvo el secreto de las fuentes de información periodística y de otras profesiones que determine la ley.

**Artículo 29.** El Estado estará obligado a investigar y sancionar legalmente los delitos contra los derechos humanos cometidos por sus autoridades.

Las acciones para sancionar los delitos de lesa humanidad, violaciones graves a los derechos humanos y los crímenes de guerra son imprescriptibles. Las violaciones de derechos humanos y los delitos de lesa humanidad serán investigados y juzgados por los tribunales ordinarios. Dichos delitos quedan excluidos de los beneficios que puedan conllevar su impunidad, incluidos el indulto y la amnistía.

**Artículo 30.** El Estado tendrá la obligación de indemnizar integralmente a las víctimas de violaciones a los derechos humanos que le sean imputables, y a sus derechohabientes, incluido el pago de daños y perjuicios.

El Estado adoptará las medidas legislativas y de otra naturaleza, para hacer efectivas las indemnizaciones establecidas en este artículo.

El Estado protegerá a las víctimas de delitos comunes y procurará que los culpables reparen los daños causados.

**Artículo 31.** Toda persona tiene derecho, en los términos establecidos por los tratados, pactos y convenciones sobre derechos humanos ratificados por la República, a dirigir peticiones o quejas ante los órganos internacionales creados para tales fines, con el objeto de solicitar el amparo a sus derechos humanos.

El Estado adoptará, conforme a procedimientos establecidos en esta Constitución y la ley, las medidas que sean necesarias para dar cumplimiento a las decisiones emanadas de los órganos internacionales previstos en este artículo.

### Capítulo II
### De la Nacionalidad y Ciudadanía

#### Sección Primera: de la Nacionalidad

**Artículo 32.** Son venezolanos y venezolanas por nacimiento:

1. Toda persona nacida en territorio de la República.
2. Toda persona nacida en territorio extranjero, hijo o hija de padre venezolano por nacimiento y madre venezolana por nacimiento.
3. Toda persona nacida en territorio extranjero, hijo o hija de padre venezolano por nacimiento o madre venezolana por nacimiento, siempre que establezcan su residencia en el territorio de la República o declaren su voluntad de acogerse a la nacionalidad venezolana.
4. Toda persona nacida en territorio extranjero de padre venezolano por naturalización o madre venezolana por naturalización, siempre que antes de cumplir dieciocho años de edad, establezca su residencia en el territorio de la República y antes de cumplir veinticinco años de edad declare su voluntad de acogerse a la nacionalidad venezolana.

**Artículo 33.** Son venezolanos y venezolanas por naturalización:

1. Los extranjeros o extranjeras que obtengan carta de naturaleza. A tal fin deberán tener domicilio en Venezuela con residencia ininterrumpida de, por lo menos, diez años, inmediatamente anteriores a la fecha de la respectiva solicitud.

2. El tiempo de residencia se reducirá a cinco años en el caso de aquellos y aquellas que tuvieren la nacionalidad originaria de España, Portugal, Italia, países latinoamericanos y del Caribe.
3. Los extranjeros o extranjeras que contraigan matrimonio con venezolano o venezolana desde que declaren su voluntad de serlo, transcurridos por lo menos cinco años a partir de la fecha del matrimonio.
4. Los extranjeros o extranjeras menores de edad para la fecha de la naturalización del padre o de la madre que ejerza sobre ellos la patria potestad, siempre que declaren su voluntad de ser venezolanos o venezolanas antes de cumplir los veintiún años de edad y hayan residido en Venezuela, ininterrumpidamente, durante los cinco años anteriores a dicha declaración.

**Artículo 34.** La nacionalidad venezolana no se pierde al optar o adquirir otra nacionalidad.

**Artículo 35.** Los venezolanos y venezolanas por nacimiento no podrán ser privados o privadas de su nacionalidad. La nacionalidad venezolana por naturalización sólo podrá ser revocada mediante sentencia judicial, de acuerdo con la ley.

**Artículo 36.** Se puede renunciar a la nacionalidad venezolana. Quien renuncie a la nacionalidad venezolana por nacimiento puede recuperarla si se domicilia en el territorio de la República por un lapso no menor de dos años y manifiesta su voluntad de hacerlo. Los venezolanos y venezolanas por naturalización que renuncien a la nacionalidad venezolana podrán recuperar cumpliendo nuevamente los requisitos exigidos en el artículo 33 de esta Constitución.

**Artículo 37.** El Estado promoverá la celebración de tratados internacionales en materia de nacionalidad, especialmente con los Estados fronterizos y los señalados en el numeral 2 del artículo 33 de esta Constitución.

**Artículo 38.** La ley dictará, de conformidad con las disposiciones anteriores, las normas sustantivas y procesales relacionadas con la adquisición, opción, renuncia y recuperación de la nacionalidad venezolana, así como con la revocación y nulidad de la naturalización.

#### Sección Segunda: de la Ciudadanía

**Artículo 39.** Los venezolanos y venezolanas que no estén sujetos o sujetas a inhabilitación política ni a interdicción civil, y en las condiciones de edad previstas en esta Constitución, ejercen la ciudadanía y, en consecuencia, son titulares de derechos y deberes políticos de acuerdo con esta Constitución.

**Artículo 40.** Los derechos políticos son privativos de los venezolanos y venezolanas, salvo las excepciones establecidas en esta Constitución.

Gozan de los mismos derechos de los venezolanos y venezolanas por nacimiento los venezolanos y venezolanas por naturalización que hubieren ingresado al país antes de cumplir los siete años de edad y residido en él permanentemente hasta alcanzar la mayoridad.

**Artículo 41.** Sólo los venezolanos y venezolanas por nacimiento y sin otra nacionalidad, podrán ejercer los cargos de Presidente o Presidenta de la República, Vicepresidente Ejecutivo o Vicepresidenta Ejecutiva, Presidente o Presidenta y Vicepresidentes o Vicepresidentas de la Asamblea Nacional, magistrados o magistradas del Tribunal Supremo de Justicia, Presidente o Presidenta del Consejo Nacional Electoral, Procurador o Procuradora General de la República, Contralor o Contralora General de la República, Fiscal o Fiscala General de la República, Defensor o Defensora del Pueblo, Ministros o Ministras de los despachos relacionados con la seguridad de la Nación, finanzas, energía y minas, educación; Gobernadores o Gobernadoras y Alcaldes o Alcaldesas de los Estados y Municipios fronterizos y aquellos contemplados en la ley orgánica de la Fuerza Armada Nacional.

Para ejercer los cargos de diputados o diputadas a la Asamblea Nacional, Ministros o Ministras, Gobernadores o Gobernadoras y Alcaldes o Alcaldesas de Estados y Municipios no fronterizos, los venezolanos y venezolanas por naturalización deben tener domicilio con residencia ininterrumpida en Venezuela no menor de quince años y cumplir los requisitos de aptitud previstos en la ley.

**Artículo 42.** Quien pierda o renuncie a la nacionalidad pierde la ciudadanía. El ejercicio de la ciudadanía o de alguno de los derechos políticos sólo puede ser suspendido por sentencia judicial firme en los casos que determine la ley.

### Capítulo III
### De los Derechos Civiles

**Artículo 43.** El derecho a la vida es inviolable. Ninguna ley podrá establecer la pena de muerte, ni autoridad alguna aplicarla. El Estado protegerá la vida de las personas que se encuentren privadas de su libertad, prestando el servicio militar o civil, o sometidas a su autoridad en cualquier otra forma.

**Artículo 44.** La libertad personal es inviolable, en consecuencia:

1. Ninguna persona puede ser arrestada o detenida sino en virtud de una orden judicial, a menos que sea sorprendida in fraganti. En este caso será llevada ante una autoridad judicial en un tiempo no mayor de cuarenta y ocho horas a partir del momento de la detención. Será juzgada en libertad, excepto por las razones determinadas por la ley y apreciadas por el juez o jueza en cada caso.

   La constitución de caución exigida por la ley para conceder la libertad del detenido no causará impuesto alguno.
2. Toda persona detenida tiene derecho a comunicarse de inmediato con sus familiares, abogado o abogada o persona de su confianza, y éstos o éstas, a su vez, tienen el derecho a ser informados o informadas del lugar donde se encuentra la persona detenida, a ser notificados o notificadas inmediatamente de los motivos de la detención y a que dejen constancia escrita en el expediente sobre el estado físico y psíquico de la persona

detenida, ya sea por sí mismos o con el auxilio de especialistas. La autoridad competente llevará un registro público de toda detención realizada, que comprenda la identidad de la persona detenida, lugar, hora, condiciones y funcionarios que la practicaron.

Respecto a la detención de extranjeros o extranjeras se observará, además, la notificación consular prevista en los tratados internacionales sobre la materia.

3. La pena no puede trascender de la persona condenada. No habrá condenas a penas perpetuas o infamantes. Las penas privativas de la libertad no excederán de treinta años.

4. Toda autoridad que ejecute medidas privativas de la libertad estará obligada a identificarse.

5. Ninguna persona continuará en detención después de dictada orden de excarcelación por la autoridad competente o una vez cumplida la pena impuesta.

**Artículo 45.** Se prohíbe a la autoridad pública, sea civil o militar, aun en estado de emergencia, excepción o restricción de garantías, practicar, permitir o tolerar la desaparición forzada de personas. El funcionario o funcionaria que reciba orden o instrucción para practicarla, tiene la obligación de no obedecerla y denunciarla a las autoridades competentes. Los autores o autoras intelectuales y materiales, cómplices y encubridores o encubridoras del delito de desaparición forzada de personas, así como la tentativa de comisión del mismo, serán sancionados de conformidad con la ley.

**Artículo 46.** Toda persona tiene derecho a que se respete su integridad física, psíquica y moral, en consecuencia:

1. Ninguna persona puede ser sometida a penas, torturas o tratos crueles, inhumanos o degradantes. Toda víctima de tortura o trato cruel, inhumano o degradante practicado o tolerado por parte de agentes del Estado, tiene derecho a la rehabilitación.

2. Toda persona privada de libertad será tratada con el respeto debido a la dignidad inherente al ser humano.

3. Ninguna persona será sometida sin su libre consentimiento a experimentos científicos, o a exámenes médicos o de laboratorio, excepto cuando se encontrare en peligro su vida o por otras circunstancias que determine la ley.

4. Todo funcionario público o funcionaria pública que, en razón de su cargo, infiera maltratos o sufrimientos físicos o mentales a cualquier persona, o que instigue o tolere este tipo de tratos, será sancionado o sancionada de acuerdo con la ley.

**Artículo 47.** El hogar doméstico y todo recinto privado de persona son inviolables. No podrán ser allanados, sino mediante orden judicial, para impedir la perpetración de un delito o para cumplir de acuerdo con la ley las decisiones que dicten los tribunales, respetando siempre la dignidad del ser humano.

Las visitas sanitarias que se practiquen, de conformidad con la ley, sólo podrán hacerse previo aviso de los funcionarios o funcionarias que las ordenen o hayan de practicarlas.

**Artículo 48.** Se garantiza el secreto e inviolabilidad de las comunicaciones privadas en todas sus formas. No podrán ser interferidas sino por orden de un tribunal competente, con el cumplimiento de las disposiciones legales y preservándose el secreto de lo privado que no guarde relación con el correspondiente proceso.

**Artículo 49.** El debido proceso se aplicará a todas las actuaciones judiciales y administrativas y, en consecuencia:

1. La defensa y la asistencia jurídica son derechos inviolables en todo estado y grado de la investigación y del proceso. Toda persona tiene derecho a ser notificada de los cargos por los cuales se le investiga, de acceder a las pruebas y de disponer del tiempo y de los medios adecuados para ejercer su defensa. Serán nulas las pruebas obtenidas mediante violación del debido proceso. Toda persona declarada culpable tiene derecho a recurrir del fallo, con las excepciones establecidas en esta Constitución y la ley.

2. Toda persona se presume inocente mientras no se pruebe lo contrario.

3. Toda persona tiene derecho a ser oída en cualquier clase de proceso, con las debidas garantías y dentro del plazo razonable determinado legalmente, por un tribunal competente, independiente e imparcial establecido con anterioridad. Quien no hable castellano o no pueda comunicarse de manera verbal, tiene derecho a un intérprete.

4. Toda persona tiene derecho a ser juzgada por sus jueces naturales en las jurisdicciones ordinarias, o especiales, con las garantías establecidas en esta Constitución y en la ley. Ninguna persona podrá ser sometida a juicio sin conocer la identidad de quien la juzga, ni podrá ser procesada por tribunales de excepción o por comisiones creadas para tal efecto.

5. Ninguna persona podrá ser obligada a confesarse culpable o declarar contra sí misma, su cónyuge, concubino o concubina, o pariente dentro del cuarto grado de consanguinidad y segundo de afinidad.

La confesión solamente será válida si fuere hecha sin coacción de ninguna naturaleza.

6. Ninguna persona podrá ser sancionada por actos u omisiones que no fueren previstos como delitos, faltas o infracciones en leyes preexistentes.

7. Ninguna persona podrá ser sometida a juicio por los mismos hechos en virtud de los cuales hubiese sido juzgada anteriormente.

8. Toda persona podrá solicitar del Estado el restablecimiento o reparación de la situación jurídica lesionada por error judicial, retardo u omisión injustificados. Queda a salvo el derecho del o de la particular de exigir la responsabilidad personal del magistrado o magistrada, juez o jueza y del Estado, y de actuar contra éstos o éstas.

**Artículo 50.** Toda persona puede transitar libremente y por cualquier medio por el territorio nacional, cambiar de domicilio y residencia, ausentarse de la República y volver, trasladar sus bienes y pertenencias en el país, traer sus bienes al país o sacarlos, sin más limitaciones que las establecidas por la ley. En caso de concesión de visa, la ley establecerá los supuestos en los que debe garantizarse el uso de una vía alterna. Los venezolanos y venezolanas pueden ingresar al país sin necesidad de autorización alguna.

Ningún acto del Poder Público podrá establecer la pena de extrañamiento del territorio nacional contra venezolanos o venezolanas.

**Artículo 51.** Toda persona tiene el derecho de representar o dirigir peticiones ante cualquier autoridad, funcionario público o funcionaria pública sobre los asuntos que sean de la competencia de éstos, y a obtener oportuna y adecuada respuesta. Quienes violen este derecho serán sancionados conforme a la ley, pudiendo ser destinuidos del cargo respectivo.

**Artículo 52.** Toda persona tiene derecho de asociarse con fines lícitos, de conformidad con la ley. El Estado estará obligado a facilitar el ejercicio de este derecho.

**Artículo 53.** Toda persona tiene el derecho de reunirse, pública o privadamente, sin permiso previo, con fines lícitos y sin armas. Las reuniones en lugares públicos se regirán por la ley.

**Artículo 54.** Ninguna persona podrá ser sometida a esclavitud o servidumbre. La trata de personas y, en particular, la de mujeres, niños, niñas y adolescentes en todas sus formas, estará sujeta a las penas previstas en la ley.

**Artículo 55.** Toda persona tiene derecho a la protección por parte del Estado a través de los órganos de seguridad ciudadana regulados por ley, frente a situaciones que constituyan amenaza, vulnerabilidad o riesgo para la integridad física de las personas, sus propiedades, el disfrute de sus derechos y el cumplimiento de sus deberes.

La participación de los ciudadanos y ciudadanas en los programas destinados a la prevención, seguridad ciudadana y administración de emergencias será regulada por una ley especial.

Los cuerpos de seguridad del Estado respetarán la dignidad y los derechos humanos de todas las personas. El uso de armas o sustancias tóxicas por parte del funcionariado policial y de seguridad estará limitado por principios de necesidad, conveniencia, oportunidad y proporcionalidad, conforme a la ley.

**Artículo 56.** Toda persona tiene derecho a un nombre propio, al apellido del padre y al de la madre, y a conocer la identidad de los mismos. El Estado garantizará el derecho a investigar la maternidad y la paternidad.

Todas las personas tienen derecho a ser inscritas gratuitamente en el registro civil después de su nacimiento y a obtener documentos públicos que comprueben su identidad biológica, de conformidad con la ley. Éstos no contendrán mención alguna que califique la filiación.

**Artículo 57.** Toda persona tiene derecho a expresar libremente sus pensamientos, sus ideas u opiniones de viva voz, por escrito o mediante cualquier otra forma de expresión, y de hacer uso para ello de cualquier medio de comunicación y difusión, sin que pueda establecerse censura. Quien haga uso de este derecho asume plena responsabilidad por todo lo expresado. No se permite el anonimato, ni la propaganda de guerra, ni los mensajes discriminatorios, ni los que promuevan la intolerancia religiosa.

Se prohíbe la censura a los funcionarios públicos o funcionarias públicas para dar cuenta de los asuntos bajo sus responsabilidades.

**Artículo 58.** La comunicación es libre y plural, y comporta los deberes y responsabilidades que indique la ley. Toda persona tiene derecho a la información oportuna, veraz e imparcial, sin censura, de acuerdo con los principios de esta Constitución, así como el derecho de réplica y rectificación cuando se vean afectados directamente por informaciones inexactas o agraviantes. Los niños, niñas y adolescentes tienen derecho a recibir información adecuada para su desarrollo integral.

**Artículo 59.** El Estado garantizará la libertad de religión y de culto. Toda persona tiene derecho a profesar su fe religiosa y cultos y a manifestar sus creencias en privado o en público, mediante la enseñanza u otras prácticas, siempre

que no se opongan a la moral, a las buenas costumbres y al orden público. Se garantiza, así mismo, la independencia y la autonomía de las iglesias y confesiones religiosas, sin más limitaciones que las derivadas de esta Constitución y la ley. El padre y la madre tienen derecho a que sus hijos o hijas reciban la educación religiosa que esté de acuerdo con sus convicciones.

Nadie podrá invocar creencias o disciplinas religiosas para eludir el cumplimiento de la ley ni para impedir a otro u otra el ejercicio de sus derechos.

**Artículo 60.** Toda persona tiene derecho a la protección de su honor, vida privada, intimidad, propia imagen, confidencialidad y reputación.

La ley limitará el uso de la informática para garantizar el honor y la intimidad personal y familiar de los ciudadanos y ciudadanas y el pleno ejercicio de sus derechos.

**Artículo 61.** Toda persona tiene derecho a la libertad de conciencia y a manifestarla, salvo que su práctica afecte la personalidad o constituya delito. La objeción de conciencia no puede invocarse para eludir el cumplimiento de la ley o impedir a otros su cumplimiento o el ejercicio de sus derechos.

### Capítulo IV
#### De los Derechos Políticos y del Referendo Popular

##### Sección Primera: de los Derechos Políticos

**Artículo 62.** Todos los ciudadanos y ciudadanas tienen el derecho de participar libremente en los asuntos públicos, directamente o por medio de sus representantes elegidos o elegidas.

La participación del pueblo en la formación, ejecución y control de la gestión pública es el medio necesario para lograr el protagonismo que garantice su completo desarrollo, tanto individual como colectivo. Es obligación del Estado y deber de la sociedad facilitar la generación de las condiciones más favorables para su práctica.

**Artículo 63.** El sufragio es un derecho. Se ejercerá mediante votaciones libres, universales, directas y secretas. La ley garantizará el principio de la personalización del sufragio y la representación proporcional.

**Artículo 64.** Son electores y electoras todos los venezolanos y venezolanas que hayan cumplido dieciocho años de edad y que no estén sujetos a interdicción civil o inhabilitación política.

El voto para las elecciones municipales y parroquiales y estadales se hará extensivo a los extranjeros o extranjeras que hayan cumplido dieciocho años de edad, con más de diez años de residencia en el país, con las limitaciones establecidas en esta Constitución y en la ley, y que no estén sujetos a interdicción civil o inhabilitación política.

**Artículo 65.** No podrán optar a cargo alguno de elección popular quienes hayan sido condenados o condenadas por delitos cometidos durante el ejercicio de sus funciones y otros que afecten el patrimonio público, dentro del tiempo que fije la ley, a partir del cumplimiento de la condena y de acuerdo con la gravedad del delito.

**Artículo 66.** Los electores y electoras tienen derecho a que sus representantes rindan cuentas públicas, transparentes y periódicas sobre su gestión, de acuerdo con el programa presentado.

**Artículo 67.** Todos los ciudadanos y ciudadanas tienen el derecho de asociarse con fines políticos, mediante métodos democráticos de organización, funcionamiento y dirección. Sus organismos de dirección y sus candidatos o candidatas a cargos de elección popular serán seleccionados o seleccionadas en elecciones internas con la participación de sus integrantes. No se permitirá el financiamiento de las asociaciones con fines políticos con fondos provenientes del Estado.

La ley regulará lo concerniente al financiamiento y las contribuciones privadas de las organizaciones con fines políticos, y los mecanismos de control que aseguren la pulcritud en el origen y manejo de las mismas. Así mismo regulará las campañas políticas y electorales, su duración y límites de gastos propendiendo a su democratización.

Los ciudadanos y ciudadanas, por iniciativa propia, y las asociaciones con fines políticos, tienen derecho a concurrir a los procesos electorales postulando candidatos y candidatas. El financiamiento de la propaganda política y de las campañas electorales será regulado por la ley. Las direcciones de las asociaciones con fines políticos no podrán contratar con entidades del sector público.

**Artículo 68.** Los ciudadanos y ciudadanas tienen derecho a manifestar, pacíficamente y sin armas, sin otros requisitos que los que establezca la ley.

Se prohíbe el uso de armas de fuego y sustancias tóxicas en el control de manifestaciones pacíficas. La ley regulará la actuación de los cuerpos policiales y de seguridad en el control del orden público.

**Artículo 69.** La República Bolivariana de Venezuela reconoce y garantiza el derecho de asilo y refugio.

Se prohíbe la extradición de venezolanos y venezolanas.

**Artículo 70.** Son medios de participación y protagonismo del pueblo en ejercicio de su soberanía, en lo político: la elección de cargos públicos, el referendo, la consulta popular, la revocatoria del mandato, la iniciativa legislativa, constitucional y constituyente, el cabildo abierto y la asamblea de ciudadanos y ciudadanas cuyas decisiones serán de carácter vinculante, entre otros; y en lo social y económico, las instancias de atención ciudadana, la autogestión, la cogestión, las cooperativas en todas sus formas incluyendo las de carácter financiero, las cajas de ahorro, la empresa comunitaria y demás formas asociativas guiadas por los valores de la mutua cooperación y la solidaridad.

La ley establecerá las condiciones para el efectivo funcionamiento de los medios de participación previstos en este artículo.

##### Sección Segunda: del Referendo Popular

**Artículo 71.** Las materias de especial trascendencia nacional podrán ser sometidas a referendo consultivo por iniciativa del Presidente o Presidenta de la República en Consejo de Ministros; por acuerdo de la Asamblea Nacional, aprobado por el voto de la mayoría de sus integrantes; o a solicitud de un número no menor del diez por ciento de los electores y electoras inscritos en el registro civil y electoral.

También podrán ser sometidas a referendo consultivo las materias de especial trascendencia municipal y parroquial y estadal. La iniciativa le corresponde a la Junta Parroquial, al Concejo Municipal y al Consejo Legislativo, por acuerdo de las dos terceras partes de sus integrantes; el Alcalde o Alcaldesa y el Gobernador o Gobernadora de Estado, o a solicitud de un número no menor del diez por ciento del total de inscritos en la circunscripción correspondiente.

**Artículo 72.** Todos los cargos y magistraturas de elección popular son revocables.

Transcurrida la mitad del período para el cual fue elegido el funcionario o funcionaria, un número no menor del veinte por ciento de los electores o electoras inscritos en la correspondiente circunscripción podrá solicitar la convocatoria de un referendo para revocar su mandato.

Cuando igual o mayor número de electores y electoras que eligieron al funcionario o funcionaria hubieren votado a favor de la revocatoria, siempre que haya concurrido al referendo un número de electores y electoras igual o superior al veinticinco por ciento de los electores y electoras inscritos, se considerará revocado su mandato y se procederá de inmediato a cubrir la falta absoluta conforme a lo dispuesto en esta Constitución y la ley.

La revocatoria del mandato para los cuerpos colegiados se realizará de acuerdo con lo que establezca la ley.

Durante el período para el cual fue elegido el funcionario o funcionaria no podrá hacerse más de una solicitud de revocación de su mandato.

**Artículo 73.** Serán sometidos a referendo aquellos proyectos de ley en discusión por la Asamblea Nacional, cuando así lo decidan por lo menos las dos terceras partes de los o las integrantes de la Asamblea. Si el referendo concluye en un sí aprobatorio, siempre que haya concurrido el veinticinco por ciento de los electores o electoras inscritos o inscritas en el registro civil y electoral, el proyecto correspondiente será sancionado como ley.

Los tratados, convenios o acuerdos internacionales que pudieren comprometer la soberanía nacional o transferir competencias a órganos supranacionales, podrán ser sometidos a referendo por iniciativa del Presidente o Presidenta de la República en Consejo de Ministros; por el voto de las dos terceras partes de los o las integrantes de la Asamblea; por el quince por ciento de los electores o electoras inscritos e inscritas en el registro civil y electoral.

**Artículo 74.** Serán sometidas a referendo, para ser abrogadas total o parcialmente, las leyes cuya abrogación fuere solicitada por iniciativa de un número no menor del diez por ciento de los electores o electoras inscritos o inscritas en el registro civil y electoral o por el Presidente o Presidenta de la República en Consejo de Ministros.

También podrán ser sometidos a referendo abrogatorio los decretos con fuerza de ley que dicte el Presidente o Presidenta de la República en uso de la atribución prescrita en el numeral 8 del artículo 236 de esta Constitución, cuando fuere solicitado por un número no menor del cinco por ciento de los electores o electoras inscritos o inscritas en el registro civil y electoral.

Para la validez del referendo abrogatorio será indispensable la concurrencia del cuarenta por ciento de los electores y electoras inscritos en el registro civil y electoral.

No podrán ser sometidas a referendo abrogatorio las leyes de presupuesto, las que establezcan o modifiquen impuestos, las de crédito público y las de amnistía, así como aquellas que protejan, garanticen o desarrollen los derechos humanos y las que aprueben tratados internacionales.

No podrá hacerse más de un referendo abrogatorio en un período constitucional para la misma materia.

### Capítulo V
#### De los Derechos Sociales y de las Familias

**Artículo 75.** El Estado protegerá a las familias como asociación natural de la sociedad y como el espacio fundamental para el desarrollo integral de las

personas. Las relaciones familiares se basan en la igualdad de derechos y deberes, la solidaridad, el esfuerzo común, la comprensión mutua y el respeto recíproco entre sus integrantes. El Estado garantizará protección a la madre, al padre o a quienes ejerzan la jefatura de la familia.

Los niños, niñas y adolescentes tienen derecho a vivir, ser criados o criadas y a desarrollarse en el seno de su familia de origen. Cuando ello sea imposible o contrario a su interés superior, tendrán derecho a una familia sustituta, de conformidad con la ley. La adopción tiene efectos similares a la filiación y se establece siempre en beneficio del adoptado o la adoptada, de conformidad con la ley. La adopción internacional es subsidiaria de la nacional.

*Artículo 76.* La maternidad y la paternidad son protegidas integralmente, sea cual fuere el estado civil de la madre o del padre. Las parejas tienen derecho a decidir libre y responsablemente el número de hijos e hijas que deseen concebir y a disponer de la información y de los medios que les aseguren el ejercicio de este derecho. El Estado garantizará asistencia y protección integral a la maternidad, en general a partir del momento de la concepción, durante el embarazo, el parto y el puerperio, y asegurará servicios de planificación familiar integral basados en valores éticos y científicos.

El padre y la madre tienen el deber compartido e irrenunciable de criar, formar, educar, mantener y asistir a sus hijos e hijas, y éstos tienen el deber de asistirlos cuando aquél o aquella no puedan hacerlo por sí mismos. La ley establecerá las medidas necesarias y adecuadas para garantizar la efectividad de la obligación alimentaria.

*Artículo 77.* Se protege el matrimonio entre un hombre y una mujer, el cual se funda en el libre consentimiento y en la igualdad absoluta de los derechos y deberes de los cónyuges. Las uniones estables de hecho entre un hombre y una mujer que cumplan los requisitos establecidos en la ley producirán los mismos efectos que el matrimonio.

*Artículo 78.* Los niños, niñas y adolescentes son sujetos plenos de derecho y estarán protegidos por la legislación, órganos y tribunales especializados, los cuales respetarán, garantizarán y desarrollarán los contenidos de esta Constitución, la Ley, la Convención sobre los Derechos del Niño y demás tratados internacionales que en esta materia haya suscrito y ratificado la República. El Estado, las familias y la sociedad asegurarán, con prioridad absoluta, protección integral, para lo cual se tomará en cuenta su interés superior en las decisiones y acciones que les conciernan. El Estado promoverá su incorporación progresiva a la ciudadanía activa y creará un sistema rector nacional para la protección integral de las niñas, niños y adolescentes.

*Artículo 79.* Los jóvenes y las jóvenes tienen el derecho y el deber de ser sujetos activos del proceso de desarrollo. El Estado, con la participación solidaria de las familias y la sociedad, creará oportunidades para estimular su tránsito productivo hacia la vida adulta y en particular la capacitación y el acceso al primer empleo, de conformidad con la ley.

*Artículo 80.* El Estado garantizará a los ancianos y ancianas el pleno ejercicio de sus derechos y garantías. El Estado, con la participación solidaria de las familias y la sociedad, está obligado a respetar su dignidad humana, su autonomía y les garantizará atención integral y los beneficios de la seguridad social que eleven y aseguren su calidad de vida. Las pensiones y jubilaciones otorgadas mediante el sistema de seguridad social no podrán ser inferiores al salario mínimo urbano. A los ancianos y ancianas se les garantizará el derecho a un trabajo acorde a aquellos y aquellas que manifiesten su deseo y estén en capacidad para ello.

*Artículo 81.* Toda persona con discapacidad o necesidades especiales tiene derecho al ejercicio pleno y autónomo de sus capacidades y a su integración familiar y comunitaria. El Estado, con la participación solidaria de las familias y la sociedad, les garantizará el respeto a su dignidad humana, la equiparación de oportunidades, condiciones laborales satisfactorias, y promueverá su formación, capacitación y acceso al empleo acorde con sus condiciones, de conformidad con la ley. Se les reconoce a las personas sordo el derecho a expresarse y comunicarse a través de la lengua de señas venezolanas.

*Artículo 82.* Toda persona tiene derecho a una vivienda adecuada, segura, cómoda, higiénica, con servicios básicos esenciales que incluyan un hábitat que humanice las relaciones familiares, vecinales y comunitarias. La satisfacción progresiva de este derecho es obligación compartida entre los ciudadanos y ciudadanas y el Estado en todos sus ámbitos.

El Estado dará prioridad a las familias y garantizará los medios para que éstas y especialmente las de escasos recursos, puedan acceder a las políticas sociales y al crédito para la construcción, adquisición o ampliación de viviendas.

*Artículo 83.* La salud es un derecho social fundamental, obligación del Estado, que lo garantizará como parte del derecho a la vida. El Estado promoverá y desarrollará políticas orientadas a elevar la calidad de vida, el bienestar colectivo y el acceso a los servicios. Todas las personas tienen derecho a la protección de la salud, así como el deber de participar activamente en su promoción y defensa, y el de cumplir con las medidas sanitarias y de saneamiento que establezca la ley, de conformidad con los tratados y convenios internacionales suscritos y ratificados por la República.

*Artículo 84.* Para garantizar el derecho a la salud, el Estado creará, ejercerá la rectoría y gestionará un sistema público nacional de salud, de carácter intersectorial, descentralizado y participativo, integrado al sistema de seguridad social, regido por los principios de gratuidad, universalidad, integralidad, equidad, integración social y solidaridad. El sistema público de salud dará prioridad a la promoción de la salud y a la prevención de las enfermedades, garantizando tratamiento oportuno y rehabilitación de calidad. Los bienes y servicios públicos de salud son propiedad del Estado y no podrán ser privatizados. La comunidad organizada tiene el derecho y el deber de participar en la toma de decisiones sobre la planificación, ejecución y control de la política específica en las instituciones públicas de salud.

*Artículo 85.* El financiamiento del sistema público de salud es obligación del Estado, que integrará los recursos fiscales, las cotizaciones obligatorias de la seguridad social y cualquier otra fuente de financiamiento que determine la ley. El Estado garantizará un presupuesto para la salud que permita cumplir con los objetivos de la política sanitaria. En coordinación con las universidades y los centros de investigación, se promoverá y desarrollará una política nacional de formación de profesionales, técnicos y técnicas y una industria nacional de producción de insumos para la salud. El Estado regulará las instituciones públicas y privadas de salud.

*Artículo 86.* Toda persona tiene derecho a la seguridad social como servicio público de carácter no lucrativo, que garantice la salud y asegure protección en contingencias de maternidad, paternidad, enfermedad, invalidez, enfermedades catastróficas, discapacidad, necesidades especiales, riesgos laborales, pérdida de empleo, desempleo, vejez, viudedad, orfandad, vivienda, cargas derivadas de la vida familiar y cualquier otra circunstancia de previsión social. El Estado tiene la obligación de asegurar la efectividad de este derecho, creando un sistema de seguridad social universal, integral, de financiamiento solidario, unitario, eficiente y participativo, de contribuciones directas o indirectas. La ausencia de capacidad contributiva no será motivo para excluir a las personas de su protección. Los recursos financieros de la seguridad social no podrán ser destinados a otros fines. Las cotizaciones obligatorias que realicen los trabajadores y las trabajadoras para cubrir los servicios médicos y asistenciales y demás beneficios de la seguridad social podrán ser administrados sólo con fines sociales bajo la rectoría del Estado. Los remanentes netos del capital destinado a la salud, la educación y la seguridad social se acumularán a los fines de su distribución y contribución en esos servicios. El sistema de seguridad social será regulado por una ley orgánica especial.

*Artículo 87.* Toda persona tiene derecho al trabajo y el deber de trabajar. El Estado garantizará la adopción de las medidas necesarias a los fines de que toda persona pueda obtener ocupación productiva, que le proporcione una existencia digna y decorosa y le garantice el pleno ejercicio de este derecho. Es fin del Estado fomentar el empleo. La ley adoptará medidas tendentes a garantizar el ejercicio de los derechos laborales de los trabajadores y trabajadoras no dependientes. La libertad de trabajo no será sometida a otras restricciones que las que la ley establezca.

Todo patrono o patrona garantizará a sus trabajadores y trabajadoras condiciones de seguridad, higiene y ambiente de trabajo adecuados. El Estado adoptará medidas y creará instituciones que permitan el control y la promoción de estas condiciones.

*Artículo 88.* El Estado garantizará la igualdad y equidad de hombres y mujeres en el ejercicio del derecho al trabajo. El Estado reconocerá el trabajo del hogar como actividad económica que crea valor agregado y produce riqueza y bienestar social. Las amas de casa tienen derecho a la seguridad social de conformidad con la ley.

*Artículo 89.* El trabajo es un hecho social y gozará de la protección del Estado. La ley dispondrá lo necesario para mejorar las condiciones materiales, morales e intelectuales de los trabajadores y trabajadoras. Para el cumplimiento de esta obligación del Estado se establecen los siguientes principios:

1. Ninguna ley podrá establecer disposiciones que alteren la intangibilidad y progresividad de los derechos y beneficios laborales. En las relaciones laborales prevalece la realidad sobre las formas o apariencias.

2. Los derechos laborales son irrenunciables. Es nula toda acción, acuerdo o convenio que implique renuncia o menoscabo de estos derechos. Sólo es posible la transacción y convenimiento al término de la relación laboral, de conformidad con los requisitos que establezca la ley.

3. Cuando hubiere dudas acerca de la aplicación o concurrencia de varias normas, o en la interpretación de una determinada norma, se aplicará la más favorable al trabajador o trabajadora. La norma adoptada se aplicará en su integridad.

4. Toda medida o acto del patrono o patrona contrario a esta Constitución es nulo y no genera efecto alguno.

5. Se prohíbe todo tipo de discriminación por razones de política, edad, raza, sexo o credo o por cualquier otra condición.

6. Se prohíbe el trabajo de adolescentes en labores que puedan afectar su desarrollo integral. El Estado los protegerá contra cualquier explotación económica y social.

*Artículo 90.* La jornada de trabajo diurna no excederá de ocho horas diarias ni de cuarenta y cuatro horas semanales. En los casos en que la ley lo permita, la

jornada de trabajo nocturna no excederá de siete horas diarias ni de treinta y cinco semanales. Ningún patrono podrá obligar a los trabajadores o trabajadoras a laborar horas extraordinarias. Se propenderá a la progresiva disminución de la jornada de trabajo dentro del interés social y del ámbito que se determine y se dispondrá lo conveniente para la mejor utilización del tiempo libre en beneficio del desarrollo físico, espiritual y cultural de los trabajadores y trabajadoras.

Los trabajadores y trabajadoras tienen derecho al descanso semanal y vacaciones remunerados en las mismas condiciones que las jornadas efectivamente laboradas.

**Artículo 91.** Todo trabajador o trabajadora tiene derecho a un salario suficiente que le permita vivir con dignidad y cubrir para sí y su familia las necesidades básicas materiales, sociales e intelectuales. Se garantizará el pago de igual salario por igual trabajo y se fijará la participación que debe corresponder a los trabajadores y trabajadoras en el beneficio de la empresa. El salario es inembargable y se pagará periódica y oportunamente en moneda de curso legal, salvo la excepción de la obligación alimentaria, de conformidad con la ley.

El Estado garantizará a los trabajadores y trabajadoras del sector público y privado un salario mínimo vital que será ajustado cada año, tomando como una de las referencias el costo de la canasta básica. La ley establecerá la forma y el procedimiento.

**Artículo 92.** Todos los trabajadores y trabajadoras tienen derecho a prestaciones sociales que les recompensen la antigüedad en el servicio y los amparen en caso de cesantía. El salario y las prestaciones sociales son créditos laborales de exigibilidad inmediata. Toda mora en su pago genera intereses, los cuales constituyen deudas de valor y gozarán de los mismos privilegios y garantías de la deuda principal.

**Artículo 93.** La ley garantizará la estabilidad en el trabajo y dispondrá lo conducente para limitar toda forma de despido no justificado. Los despidos contrarios a esta Constitución son nulos.

**Artículo 94.** La ley determinará la responsabilidad que corresponda a la persona natural o jurídica en cuyo provecho se presta el servicio mediante intermediario o contratista, sin perjuicio de la responsabilidad solidaria de éstos. El Estado establecerá, a través del órgano competente, la responsabilidad que corresponda a los patronos o patronas en general, en caso de simulación o fraude, con el propósito de desvirtuar, desconocer u obstaculizar la aplicación de la legislación laboral.

**Artículo 95.** Los trabajadores y las trabajadoras, sin distinción alguna y sin necesidad de autorización previa, tienen derecho a constituir libremente las organizaciones sindicales que estimen convenientes para la mejor defensa de sus derechos e intereses, así como el de afiliarse o no a ellas, de conformidad con la ley. Estas organizaciones no están sujetas a intervención, suspensión o disolución administrativa. Los trabajadores y trabajadoras están protegidos contra todo acto de discriminación o de injerencia contrarios al ejercicio de este derecho. Los promotores, promotoras e integrantes de las directivas de las organizaciones sindicales gozarán de inamovilidad laboral durante el tiempo y en las condiciones que se requieran para el ejercicio de sus funciones.

Para el ejercicio de la democracia sindical, los estatutos y reglamentos de las organizaciones sindicales establecerán la alternabilidad de los y las integrantes de las directivas y representantes mediante el sufragio universal, directo y secreto. Los y las integrantes de las directivas y representantes sindicales que abusen de los beneficios derivados de la libertad sindical para su lucro o interés personal, serán sancionados de conformidad con la ley. Los y las integrantes de las directivas de las organizaciones sindicales estarán obligados a hacer declaración jurada de bienes.

**Artículo 96.** Todos los trabajadores y las trabajadoras del sector público y del privado tienen derecho a la negociación colectiva voluntaria y a celebrar convenciones colectivas de trabajo, sin más requisitos que los que establezca la ley. El Estado garantizará su desarrollo y establecerá lo conducente para favorecer las relaciones colectivas y la solución de los conflictos laborales. Las convenciones colectivas ampararán a todos los trabajadores y trabajadoras activos y activas al momento de su suscripción y a quienes ingresen con posterioridad.

**Artículo 97.** Todos los trabajadores y trabajadoras del sector público y del privado tienen derecho a la huelga, dentro de las condiciones que establezca la ley.

## Capítulo VI
### De los Derechos Culturales y Educativos

**Artículo 98.** La creación cultural es libre. Esta libertad comprende el derecho a la inversión, producción y divulgación de la obra creativa, científica, tecnológica y humanística, incluyendo la protección legal de los derechos del autor o de la autora sobre sus obras. El Estado reconocerá y protegerá la propiedad intelectual sobre las obras científicas, literarias y artísticas, invenciones, innovaciones, denominaciones, patentes, marcas y lemas de acuerdo con las condiciones y excepciones que establezcan la ley y los tratados internacionales suscritos y ratificados por la República en esta materia.

**Artículo 99.** Los valores de la cultura constituyen un bien irrenunciable del pueblo venezolano y un derecho fundamental que el Estado fomentará y garantizará, procurando las condiciones, instrumentos legales, medios y presupuestos necesarios. Se reconoce la autonomía de la administración cultural pública en los términos que establezca la ley. El Estado garantizará la protección y preservación, enriquecimiento, conservación y restauración del patrimonio cultural, tangible e intangible, y la memoria histórica de la Nación. Los bienes que constituyen el patrimonio cultural de la Nación son inalienables, imprescriptibles e inembargables. La ley establecerá las penas y sanciones para los daños causados a estos bienes.

**Artículo 100.** Las culturas populares constitutivas de la venezolanidad gozan de atención especial, reconociéndose y respetándose la interculturalidad bajo el principio de igualdad de las culturas. La ley establecerá incentivos y estímulos para las personas, instituciones y comunidades que promuevan, apoyen, desarrollen o financien planes, programas y actividades culturales en el país, así como la cultura venezolana en el exterior. El Estado garantizará a los trabajadores y trabajadoras culturales su incorporación al sistema de seguridad social que les permita una vida digna, reconociendo las particularidades del quehacer cultural, de conformidad con la ley.

**Artículo 101.** El Estado garantizará la emisión, recepción y circulación de la información cultural. Los medios de comunicación tienen el deber de coadyuvar a la difusión de los valores de la tradición popular y la obra de los artistas, escritores, escritoras, compositores, compositoras, cineastas, científicos, científicas y demás creadores y creadoras culturales del país. Los medios televisivos deberán incorporar subtítulos y traducción a la lengua de señas venezolanas, para las personas con problemas auditivos. La ley establecerá los términos y modalidades de estas obligaciones.

**Artículo 102.** La educación es un derecho humano y un deber social fundamental, es democrática, gratuita y obligatoria. El Estado la asumirá como función indeclinable y de máximo interés en todos sus niveles y modalidades, y como instrumento del conocimiento científico, humanístico y tecnológico al servicio de la sociedad. La educación es un servicio público y está fundamentada en el respeto a todas las corrientes del pensamiento, con la finalidad de desarrollar el potencial creativo de cada ser humano y el pleno ejercicio de su personalidad en una sociedad democrática basada en la valoración ética del trabajo y en la participación activa, consciente y solidaria en los procesos de transformación social consustanciados con los valores de la identidad nacional, y con una visión latinoamericana y universal. El Estado, con la participación de las familias y la sociedad, promoverá el proceso de educación ciudadana de acuerdo con los principios contenidos en esta Constitución y en la ley.

**Artículo 103.** Toda persona tiene derecho a una educación integral, de calidad, permanente, en igualdad de condiciones y oportunidades, sin más limitaciones que las derivadas de sus aptitudes, vocación y aspiraciones. La educación es obligatoria en todos sus niveles, desde el maternal hasta el nivel medio diversificado. La impartida en las instituciones del Estado es gratuita hasta el pregrado universitario. A tal fin, el Estado realizará una inversión prioritaria, de conformidad con las recomendaciones de la Organización de las Naciones Unidas. El Estado creará y sostendrá instituciones y servicios suficientemente dotados para asegurar el acceso, permanencia y culminación en el sistema educativo. La ley garantizará igual atención a las personas con necesidades especiales o con discapacidad y a quienes se encuentren privados de su libertad o carezcan de condiciones básicas para su incorporación y permanencia en el sistema educativo.

Las contribuciones de los particulares a proyectos y programas educativos públicos a nivel medio y universitario serán reconocidas como desgravámenes al impuesto sobre la renta según la ley respectiva.

**Artículo 104.** La educación estará a cargo de personas de reconocida moralidad y de comprobada idoneidad académica. El Estado estimulará su actualización permanente y les garantizará la estabilidad en el ejercicio de la carrera docente, bien sea pública o privada, atendiendo a esta Constitución y a la ley, en un régimen de trabajo y nivel de vida acorde con su elevada misión. El ingreso, promoción y permanencia en el sistema educativo, serán establecidos por ley y responderá a criterios de evaluación de méritos, sin injerencia partidista o de otra naturaleza no académica.

**Artículo 105.** La ley determinará las profesiones que requieren título y las condiciones que deben cumplirse para ejercerlas, incluyendo la colegiación.

**Artículo 106.** Toda persona natural o jurídica, previa demostración de su capacidad, cuando cumpla de manera permanente con los requisitos éticos, académicos, científicos, económicos, de infraestructura y los demás que la ley establezca, puede fundar y mantener instituciones educativas privadas bajo la estricta inspección y vigilancia del Estado, previa aceptación de éste.

**Artículo 107.** La educación ambiental es obligatoria en los niveles y modalidades del sistema educativo, así como también en la educación ciudadana no formal. Es de obligatorio cumplimiento en las instituciones públicas y privadas, hasta el ciclo diversificado, la enseñanza de la lengua castellana, la historia y la geografía de Venezuela, así como los principios del ideario bolivariano.

**Artículo 108.** Los medios de comunicación social, públicos y privados, deben contribuir a la formación ciudadana. El Estado garantizará servicios públicos de radio, televisión y redes de bibliotecas y de informática, con el fin de permitir el acceso universal a la información. Los centros educativos deben incorporar el conocimiento y aplicación de las nuevas tecnologías, de sus innovaciones, según los requisitos que establezca la ley.

**Artículo 109.** El Estado reconocerá la autonomía universitaria como principio y jerarquía que permite a los profesores, profesoras, estudiantes, estudiantas, egresados y egresadas de su comunidad dedicarse a la búsqueda del conocimiento a través de la investigación científica, humanística y tecnológica, para beneficio espiritual y material de la Nación. Las universidades autónomas se darán sus normas de gobierno, funcionamiento y la administración eficiente de su patrimonio bajo el control y vigilancia que a tales efectos establezca la ley. Se consagra la autonomía universitaria para planificar, organizar, elaborar y actualizar los programas de investigación, docencia y extensión. Se establece la inviolabilidad del recinto universitario. Las universidades nacionales experimentales alcanzarán su autonomía de conformidad con la ley.

**Artículo 110.** El Estado reconocerá el interés público de la ciencia, la tecnología, el conocimiento, la innovación y sus aplicaciones y los servicios de información necesarios por ser instrumentos fundamentales para el desarrollo económico, social y político del país, así como para la seguridad y soberanía nacional. Para el fomento y desarrollo de esas actividades, el Estado destinará recursos suficientes y creará el sistema nacional de ciencia y tecnología de acuerdo con la ley. El sector privado deberá aportar recursos para los mismos. El Estado garantizará el cumplimiento de los principios éticos y legales que deben regir las actividades de investigación científica, humanística y tecnológica. La ley determinará los modos y medios para dar cumplimiento a esta garantía.

**Artículo 111.** Todas las personas tienen derecho al deporte y a la recreación como actividades que benefician la calidad de vida individual y colectiva. El Estado asumirá el deporte y la recreación como política de educación y salud pública y garantizará los recursos para su promoción. La educación física y el deporte cumplen un papel fundamental en la formación integral de la niñez y adolescencia. Su enseñanza es obligatoria en todos los niveles de la educación pública y privada hasta el ciclo diversificado, con las excepciones que establezca la ley. El Estado garantizará la atención integral de los y las deportistas sin discriminación alguna, así como el apoyo al deporte de alta competencia y la evaluación y regulación de las entidades deportivas del sector público y del privado, de conformidad con la ley.

La ley establecerá incentivos y estímulos a las personas, instituciones y comunidades que promuevan a los y las atletas y desarrollen o financien planes, programas y actividades deportivas en el país.

### Capítulo VII
### De los Derechos Económicos

**Artículo 112.** Todas las personas pueden dedicarse libremente a la actividad económica de su preferencia, sin más limitaciones que las previstas en esta Constitución y las que establezcan las leyes, por razones de desarrollo humano, seguridad, sanidad, protección del ambiente u otras de interés social. El Estado promoverá la iniciativa privada, garantizando la creación y justa distribución de la riqueza, así como la producción de bienes y servicios que satisfagan las necesidades de la población, la libertad de trabajo, empresa, comercio, industria, sin perjuicio de su facultad para dictar medidas para planificar, racionalizar y regular la economía e impulsar el desarrollo integral del país.

**Artículo 113.** No se permitirán monopolios. Se declaran contrarios a los principios fundamentales de esta Constitución cualquier acto, actividad, conducta o acuerdo de los y las particulares que tengan por objeto el establecimiento de un monopolio o que conduzcan, por sus efectos reales e independientemente de la voluntad de aquellos o aquellas, a su existencia, cualquiera que fuere la forma que adoptare en la realidad. También es contraria a dichos principios el abuso de la posición de dominio que un particular, un conjunto de ellos o ellas o una empresa o conjunto de empresas, adquiera o haya adquirido en un determinado mercado de bienes o de servicios, con independencia de la causa determinante de tal posición de dominio, así como cuando se trate de una demanda concentrada. En todos los casos antes indicados, el Estado adoptará las medidas que fueren necesarias para evitar los efectos nocivos y restrictivos del monopolio, del abuso de la posición de dominio y de las demandas concentradas, teniendo como finalidad la protección del público consumidor, los productores y productoras y el aseguramiento de condiciones efectivas de competencia en la economía.

Cuando se trate de explotación de recursos naturales propiedad de la Nación o de la prestación de servicios de naturaleza pública con exclusividad o sin ella, el Estado podrá otorgar concesiones por tiempo determinado, asegurando siempre la existencia de contraprestaciones o contrapartidas adecuadas al interés público.

**Artículo 114.** El ilícito económico, la especulación, el acaparamiento, la usura, la cartelización y otros delitos conexos, serán penados severamente de acuerdo con la ley.

**Artículo 115.** Se garantiza el derecho de propiedad. Toda persona tiene derecho al uso, goce, disfrute y disposición de sus bienes. La propiedad estará sometida a las contribuciones, restricciones y obligaciones que establezca la ley con fines de utilidad pública o de interés general. Sólo por causa de utilidad pública o interés social, mediante sentencia firme y pago oportuno de justa indemnización, podrá ser declarada la expropiación de cualquier clase de bienes.

**Artículo 116.** No se decretarán ni ejecutarán confiscaciones de bienes sino en los casos permitidos por esta Constitución. Por vía de excepción podrán ser objeto de confiscación, mediante sentencia firme, los bienes de personas naturales o jurídicas, nacionales o extranjeras, responsables de delitos cometidos contra el patrimonio público, los bienes de quienes se hayan enriquecido ilícitamente al amparo del Poder Público y los bienes provenientes de las actividades comerciales, financieras o cualesquiera otras vinculadas al tráfico ilícito de sustancias psicotrópicas y estupefacientes

**Artículo 117.** Todas las personas tendrán derecho a disponer de bienes y servicios de calidad, así como a una información adecuada y no engañosa sobre el contenido y características de los productos y servicios que consumen, a la libertad de elección y a un trato equitativo y digno. La ley establecerá los mecanismos necesarios para garantizar esos derechos, las normas de control de calidad y cantidad de bienes y servicios, los procedimientos de defensa del público consumidor, el resarcimiento de los daños ocasionados y las sanciones correspondientes por la violación de estos derechos.

**Artículo 118.** Se reconoce el derecho de los trabajadores y de la comunidad para desarrollar asociaciones de carácter social y participativo, como las cooperativas, cajas de ahorro, mutuales y otras formas asociativas. Estas asociaciones podrán desarrollar cualquier tipo de actividad económica, de conformidad con la ley. La ley reconocerá las especificidades de estas organizaciones, en especial, las relativas al acto cooperativo, al trabajo asociado y su carácter generador de beneficios colectivos.

El Estado promoverá y protegerá estas asociaciones destinadas a mejorar la economía popular y alternativa.

### Capítulo VIII
### De los Derechos de los Pueblos Indígenas

**Artículo 119.** El Estado reconocerá la existencia de los pueblos y comunidades indígenas, su organización social, política y económica, sus culturas, usos y costumbres, idiomas y religiones, así como su hábitat y derechos originarios sobre las tierras que ancestral y tradicionalmente ocupan y que son necesarias para desarrollar y garantizar sus formas de vida. Corresponderá al Ejecutivo Nacional, con la participación de los pueblos indígenas, demarcar y garantizar el derecho a la propiedad colectiva de sus tierras, las cuales serán inalienables, imprescriptibles, inembargables e intransferibles de acuerdo con lo establecido en esta Constitución y la ley.

**Artículo 120.** El aprovechamiento de los recursos naturales en los hábitats indígenas por parte del Estado se hará sin lesionar la integridad cultural, social y económica de los mismos e, igualmente, está sujeto a previa información y consulta a las comunidades indígenas respectivas. Los beneficios de este aprovechamiento por parte de los pueblos indígenas están sujetos a la Constitución y a la ley.

**Artículo 121.** Los pueblos indígenas tienen derecho a mantener y desarrollar su identidad étnica y cultural, cosmovisión, valores, espiritualidad y sus lugares sagrados y de culto. El Estado fomentará la valoración y difusión de las manifestaciones culturales de los pueblos indígenas, los cuales tienen derecho a una educación propia y a un régimen educativo de carácter intercultural y bilingüe, atendiendo a sus particularidades socioculturales, valores y tradiciones.

**Artículo 122.** Los pueblos indígenas tienen derecho a una salud integral que considere sus prácticas y culturas. El Estado reconocerá su medicina tradicional y las terapias complementarias, con sujeción a principios bioéticos.

**Artículo 123.** Los pueblos indígenas tienen derecho a mantener y promover sus propias prácticas económicas basadas en la reciprocidad, la solidaridad y el intercambio; sus actividades productivas tradicionales, su participación en la economía nacional y a definir sus prioridades. Los pueblos indígenas tienen derecho a servicios de formación profesional y a participar en la elaboración, ejecución y gestión de programas específicos de capacitación, servicios de asistencia técnica y financiera que fortalezcan sus actividades económicas en el marco del desarrollo local sustentable. El Estado garantizará a los trabajadores y trabajadoras pertenecientes a los pueblos indígenas el goce de los derechos que confiere la legislación laboral.

**Artículo 124.** Se garantiza y protege la propiedad intelectual colectiva de los conocimientos, tecnologías e innovaciones de los pueblos indígenas. Toda actividad relacionada con los recursos genéticos y los conocimientos asociados a los mismos perseguirán beneficios colectivos. Se prohíbe el registro de patentes sobre estos recursos y conocimientos ancestrales.

Case 1:19-cr-20450-RNS   Document 193-40   Entered on FLSD Docket 12/22/2022   Page 9 of 28

**Artículo 125.** Los pueblos indígenas tienen derecho a la participación política. El Estado garantizará la representación indígena en la Asamblea Nacional y en los cuerpos deliberantes de las entidades federales y locales con población indígena, conforme a la ley.

**Artículo 126.** Los pueblos indígenas, como culturas de raíces ancestrales, forman parte de la Nación, del Estado y del pueblo venezolano como, único, soberano e indivisible. De conformidad con esta Constitución tienen el deber de salvaguardar la integridad y la soberanía nacional.

El término pueblo no podrá interpretarse en esta Constitución en el sentido que se le da en el derecho internacional.

### Capítulo IX
### De los Derechos Ambientales

**Artículo 127.** Es un derecho y un deber de cada generación proteger y mantener el ambiente en beneficio de sí misma y del mundo futuro. Toda persona tiene derecho individual y colectivamente a disfrutar de una vida y de un ambiente seguro, sano y ecológicamente equilibrado. El Estado protegerá el ambiente, la diversidad biológica, genética, los procesos ecológicos, los parques nacionales y monumentos naturales y demás áreas de especial importancia ecológica. El genoma de los seres vivos no podrá ser patentado, y la ley que se refiera a los principios bioéticos regulará la materia.

Es una obligación fundamental del Estado, con la activa participación de la sociedad, garantizar que la población se desenvuelva en un ambiente libre de contaminación, en donde el aire, el agua, los suelos, las costas, el clima, la capa de ozono, las especies vivas, sean especialmente protegidos, de conformidad con la ley.

**Artículo 128.** El Estado desarrollará una política de ordenación del territorio atendiendo a las realidades ecológicas, geográficas, poblacionales, sociales, culturales, económicas, políticas, de acuerdo con las premisas del desarrollo sustentable, que incluya la información, consulta y participación ciudadana. Una ley orgánica desarrollará los principios y criterios para este ordenamiento.

**Artículo 129.** Todas las actividades susceptibles de generar daños a los ecosistemas deben ser previamente acompañadas de estudios de impacto ambiental y socio cultural. El Estado impedirá la entrada al país de desechos tóxicos y peligrosos, así como la fabricación y uso de armas nucleares, químicas y biológicas. Una ley especial regulará el uso, manejo, transporte y almacenamiento de las sustancias tóxicas y peligrosas.

En los contratos que la República celebre con personas naturales o jurídicas, nacionales o extranjeras, o en los permisos que se otorguen, que involucren los recursos naturales, se considerará incluida aun cuando no estuviera expresa, la obligación de conservar el equilibrio ecológico, de permitir el acceso a la tecnología y la transferencia de la misma en condiciones mutuamente convenidas y de restablecer el ambiente a su estado natural si éste resultara alterado, en los términos que fije la ley.

### Capítulo X
### De los Deberes

**Artículo 130.** Los venezolanos y venezolanas tienen el deber de honrar y defender a la patria; sus símbolos, valores culturales, resguardar y proteger la soberanía, la nacionalidad, la integridad territorial, la autodeterminación y los intereses de la Nación.

**Artículo 131.** Toda persona tiene el deber de cumplir y acatar esta Constitución, las leyes y los demás actos que en ejercicio de sus funciones dicten los órganos del Poder Público.

**Artículo 132.** Toda persona tiene el deber de cumplir sus responsabilidades sociales y participar solidariamente en la vida política, civil y comunitaria del país, promoviendo y defendiendo los derechos humanos como fundamento de la convivencia democrática y de la paz social.

**Artículo 133.** Toda persona tiene el deber de coadyuvar a los gastos públicos mediante el pago de impuestos, tasas y contribuciones que establezca la ley.

**Artículo 134.** Toda persona, de conformidad con la ley, tiene el deber de prestar los servicios civil o militar necesarios para la defensa, preservación y desarrollo del país, o para hacer frente a situaciones de calamidad pública. Nadie puede ser sometido a reclutamiento forzoso.

Toda persona tiene el deber de prestar servicios en las funciones electorales que se les asignen de conformidad con la ley.

**Artículo 135.** Las obligaciones que correspondan al Estado, conforme a esta Constitución y a la ley, en cumplimiento de los fines del bienestar social general, no excluyen las que, en virtud de la solidaridad y responsabilidad social y asistencia humanitaria, corresponden a los particulares según su capacidad. La ley proveerá lo conducente para imponer el cumplimiento de estas obligaciones en los casos en que fuere necesario. Quienes aspiren al ejercicio de cualquier profesión, tienen el deber de prestar servicio a la comunidad durante el tiempo, lugar y condiciones que determine la ley.

### TÍTULO IV
### DEL PODER PÚBLICO

### Capítulo I
### De las Disposiciones Fundamentales

### Sección Primera: de las Disposiciones Generales

**Artículo 136.** El Poder Público se distribuye entre el Poder Municipal, el Poder Estadal y el Poder Nacional. El Poder Público Nacional se divide en Legislativo, Ejecutivo, Judicial, Ciudadano y Electoral.

Cada una de las ramas del Poder Público tiene sus funciones propias, pero los órganos a los que incumbe su ejercicio colaborarán entre sí en la realización de los fines del Estado.

**Artículo 137.** La Constitución y la ley definirán las atribuciones de los órganos que ejercen el Poder Público, a las cuales deben sujetarse las actividades que realicen.

**Artículo 138.** Toda autoridad usurpada es ineficaz y sus actos son nulos.

**Artículo 139.** El ejercicio del Poder Público acarrea responsabilidad individual por abuso o desviación de poder o por violación de esta Constitución o de la ley.

**Artículo 140.** El Estado responderá patrimonialmente por los daños que sufran los particulares en cualquiera de sus bienes y derechos, siempre que la lesión sea imputable al funcionamiento de la Administración Pública.

### Sección Segunda: de la Administración Pública

**Artículo 141.** La Administración Pública está al servicio de los ciudadanos y ciudadanas y se fundamenta en los principios de honestidad, participación, celeridad, eficacia, eficiencia, transparencia, rendición de cuentas y responsabilidad en el ejercicio de la función pública, con sometimiento pleno a la ley y al derecho.

**Artículo 142.** Los institutos autónomos sólo podrán crearse por ley. Tales instituciones, así como los intereses públicos en corporaciones o entidades de cualquier naturaleza, estarán sujetos al control del Estado, en la forma que la ley establezca.

**Artículo 143.** Los ciudadanos y ciudadanas tienen derecho a ser informados e informadas oportuna y verazmente por la Administración Pública, sobre el estado de las actuaciones en que estén directamente interesados e interesadas, y a conocer las resoluciones definitivas que se adopten sobre el particular. Asimismo, tienen acceso a los archivos y registros administrativos, sin perjuicio de los límites aceptables dentro de una sociedad democrática en materias relativas a seguridad interior y exterior, a investigación criminal y a la intimidad de la vida privada, de conformidad con la ley que regule la materia de clasificación de documentos de contenido confidencial o secreto. No se permitirá censura alguna a los funcionarios públicos o funcionarias públicas que informen sobre asuntos bajo su responsabilidad.

### Sección Tercera: de la Función Pública

**Artículo 144.** La ley establecerá el Estatuto de la función pública mediante normas sobre el ingreso, ascenso, traslado, suspensión y retiro de los funcionarios o funcionarias de la Administración Pública, y proveerá su incorporación a la seguridad social.

La ley determinará las funciones y requisitos que deben cumplir los funcionarios públicos y funcionarias públicas para ejercer sus cargos.

**Artículo 145.** Los funcionarios públicos y funcionarias públicas están al servicio del Estado y no de parcialidad alguna. Su nombramiento y remoción no podrán estar determinados por la afiliación u orientación política. Quien esté al servicio de los Municipios, de los Estados, de la República y demás personas jurídicas de derecho público o de derecho privado estatales, no podrá celebrar contrato alguno con ellas, ni por sí ni por interpuesta persona, ni en representación de otro u otra, salvo las excepciones que establezca la ley.

**Artículo 146.** Los cargos de los órganos de la Administración Pública son de carrera. Se exceptúan los de elección popular, los de libre nombramiento y remoción, los contratados y contratadas, los obreros y obreras al servicio de la Administración Pública y los demás que determine la ley.

El ingreso de los funcionarios públicos y las funcionarias públicas a los cargos de carrera será por concurso público, fundamentado en principios de honestidad, idoneidad y eficiencia. El ascenso estará sometido a métodos científicos basados en el sistema de méritos, y el traslado, suspensión y retiro será de acuerdo con su desempeño.

**Artículo 147.** Para la ocupación de cargos públicos de carácter remunerado es necesario que sus respectivos emolumentos estén previstos en el presupuesto correspondiente.

Las escalas de salarios en la Administración Pública se establecerán reglamentariamente conforme a la ley.

La ley orgánica podrá establecer límites razonables a los emolumentos que devenguen los funcionarios públicos y funcionarias públicas municipales, estadales y nacionales.

La ley nacional establecerá el régimen de las jubilaciones y pensiones de los funcionarios públicos y funcionarias públicas nacionales, estadales y municipales.

**Artículo 148.** Nadie podrá desempeñar a la vez más de un destino público remunerado, a menos que se trate de cargos académicos, accidentales, asistenciales o docentes que determine la ley. La aceptación de un segundo destino que no sea de los exceptuados en este artículo, implica la renuncia del primero, salvo cuando se trate de suplentes, mientras no reemplacen definitivamente al principal.

Nadie podrá disfrutar más de una jubilación o pensión, salvo los casos expresamente determinados en la ley.

**Artículo 149.** Los funcionarios públicos y funcionarias públicas no podrán aceptar cargos, honores o recompensas de gobiernos extranjeros sin la autorización de la Asamblea Nacional.

### Sección Cuarta: de los Contratos de Interés Público

**Artículo 150.** La celebración de los contratos de interés público nacional requerirá la aprobación de la Asamblea Nacional en los casos que determine la ley.

No podrá celebrarse contrato alguno de interés público municipal, estadal o nacional, o con Estados o entidades oficiales extranjeras o con sociedades no domiciliadas en Venezuela, ni traspasarse a ellos sin la aprobación de la Asamblea Nacional.

La ley podrá exigir en los contratos de interés público determinadas condiciones de nacionalidad, domicilio o de otro orden, o requerir especiales garantías.

**Artículo 151.** En los contratos de interés público, si no fuere improcedente de acuerdo con la naturaleza de los mismos, se considerará incorporada, aun cuando no estuviere expresa, una cláusula según la cual las dudas y controversias que puedan suscitarse sobre dichos contratos y que no llegaren a ser resueltas amigablemente por las partes contratantes, serán decididas por los tribunales competentes de la República, de conformidad con sus leyes, sin que por ningún motivo ni causa puedan dar origen a reclamaciones extranjeras.

### Sección Quinta: de las Relaciones Internacionales

**Artículo 152.** Las relaciones internacionales de la República responden a los fines del Estado en función del ejercicio de la soberanía y de los intereses del pueblo; ellas se rigen por los principios de independencia, igualdad entre los Estados, libre determinación y no intervención en sus asuntos internos, solución pacífica de los conflictos internacionales, cooperación, respeto de los derechos humanos y solidaridad entre los pueblos en la lucha por su emancipación y el bienestar de la humanidad. La República mantendrá la más firme y decidida defensa de estos principios y de la práctica democrática en todos los organismos e instituciones internacionales.

**Artículo 153.** La República promoverá y favorecerá la integración latinoamericana y caribeña, en aras de avanzar hacia la creación de una comunidad de naciones, defendiendo los intereses económicos, sociales, culturales, políticos y ambientales de la región. La República podrá suscribir tratados internacionales que conjuguen y coordinen esfuerzos para promover el desarrollo común de nuestras naciones, y que aseguren el bienestar de los pueblos y la seguridad colectiva de sus habitantes. Para estos fines, la República podrá atribuir a organizaciones supranacionales, mediante tratados, el ejercicio de las competencias necesarias para llevar a cabo estos procesos de integración. Dentro de las políticas de integración y unión con Latinoamérica y el Caribe, la República privilegiará relaciones con Iberoamérica, procurando sea una política común de toda nuestra América Latina. Las normas que se adopten en el marco de los acuerdos de integración serán consideradas parte integrante del ordenamiento legal vigente y de aplicación directa y preferente a la legislación interna.

**Artículo 154.** Los tratados celebrados por la República deben ser aprobados por la Asamblea Nacional antes de su ratificación por el Presidente o Presidenta de la República, a excepción de aquellos mediante los cuales se trate de ejecutar o perfeccionar obligaciones preexistentes de la República, aplicar principios

expresamente reconocidos por ella, ejecutar actos ordinarios en las relaciones internacionales o ejercer facultades que la ley atribuya expresamente al Ejecutivo Nacional.

**Artículo 155.** En los tratados, convenios y acuerdos internacionales que la República celebre, se insertará una cláusula por la cual las partes se obliguen a resolver por las vías pacíficas reconocidas en el derecho internacional o previamente convenidas por ellas, si tal fuere el caso, las controversias que pudieren suscitarse entre las mismas con motivo de su interpretación o ejecución si no fuere improcedente y así lo permita el procedimiento que deba seguirse para su celebración.

### Capítulo II
### De la Competencia del Poder Público Nacional

**Artículo 156.** Es de la competencia del Poder Público Nacional:

1. La política y la actuación internacional de la República.
2. La defensa y suprema vigilancia de los intereses generales de la República, la conservación de la paz pública y la recta aplicación de la ley en todo el territorio nacional.
3. La bandera, escudo de armas, himno, fiestas, condecoraciones y honores de carácter nacional.
4. La naturalización, la admisión, la extradición y expulsión de extranjeros o extranjeras.
5. Los servicios de identificación.
6. La policía nacional.
7. La seguridad, la defensa y el desarrollo nacional.
8. La organización y régimen de la Fuerza Armada Nacional.
9. El régimen de la administración de riesgos y emergencias.
10. La organización y régimen del Distrito Capital y de las dependencias federales.
11. La regulación de la banca central, del sistema monetario, del régimen cambiario, del sistema financiero y del mercado de capitales; la emisión y acuñación de moneda.
12. La creación, organización, recaudación, administración y control de los impuestos sobre la renta, sobre sucesiones, donaciones y demás ramos conexos, el capital, la producción, el valor agregado, los hidrocarburos y minas, de los gravámenes a la importación y exportación de bienes y servicios, los impuestos que recaigan sobre el consumo de licores, alcoholes y demás especies alcohólicas, cigarrillos y demás manufactura del tabaco, y los demás impuestos, tasas y rentas no atribuidas a los Estados y Municipios por esta Constitución y la ley.
13. La legislación para garantizar la coordinación y armonización de las distintas potestades tributarias, definir principios, parámetros y limitaciones, especialmente para la determinación de los tipos impositivos o alícuotas de los tributos estadales y municipales, así como para crear fondos específicos que aseguren la solidaridad interterritorial.
14. La creación y organización de impuestos territoriales o sobre predios rurales y sobre transacciones inmobiliarias, cuya recaudación y control corresponda a los Municipios, de conformidad con esta Constitución.
15. El régimen del comercio exterior y la organización y régimen de las aduanas.
16. El régimen y administración de las minas e hidrocarburos, el régimen de las tierras baldías, y la conservación, fomento y aprovechamiento de los bosques, suelos, aguas y otras riquezas naturales del país.

El Ejecutivo Nacional no podrá otorgar concesiones mineras por tiempo indefinido.

La ley establecerá un sistema de asignaciones económicas especiales en beneficio de los Estados en cuyo territorio se encuentren situados los bienes que se mencionan en este numeral, sin perjuicio de que también puedan establecerse asignaciones especiales en beneficio de otros Estados.

17. El régimen de metrología legal y control de calidad.
18. Los censos y estadísticas nacionales.
19. El establecimiento, coordinación y unificación de normas y procedimientos técnicos para obras de ingeniería, de arquitectura y de urbanismo, y la legislación sobre ordenación urbanística.
20. Las obras públicas de interés nacional.
21. Las políticas macroeconómicas, financieras y fiscales de la República.
22. El régimen y organización del sistema de seguridad social.
23. Las políticas nacionales y la legislación en materia de sanidad, vivienda, seguridad alimentaria, ambiente, aguas, turismo, ordenación del territorio y naviera.
24. Las políticas y los servicios nacionales de educación y salud.
25. Las políticas nacionales para la producción agrícola, ganadera, pesquera y forestal.
26. El régimen del transporte nacional, de la navegación y del transporte aéreo terrestre, marítimo, fluvial y lacustre, de carácter nacional; de los puertos, de aeropuertos y su infraestructura.
27. El sistema de vialidad y de ferrocarriles nacionales.

28. El régimen del servicio de correo y de las telecomunicaciones, así como el régimen y la administración del espectro electromagnético.

29. El régimen general de los servicios públicos domiciliarios y, en especial, electricidad, agua potable y gas.

30. El manejo de la política de fronteras con una visión integral del país, que permita la presencia de la venezolanidad y el mantenimiento territorial y la soberanía en esos espacios.

31. La organización y administración nacional de la justicia, el Ministerio Público y el Defensor del Pueblo.

32. La legislación en materia de derechos, deberes y garantías constitucionales; la civil, mercantil, penal, penitenciaria, de procedimientos y de derecho internacional privado; la de elecciones; la de expropiación por causa de utilidad pública o social; la de crédito público; la de propiedad intelectual, artística e industrial; la del patrimonio cultural y arqueológico; la agraria; la de inmigración y poblamiento; la de pueblos indígenas y territorios ocupados por ellos; la del trabajo, previsión y seguridad sociales; la de sanidad animal y vegetal; la de notarías y registro público; la de bancos y la de seguros; la de loterías, hipódromos y apuestas en general; la de organización y funcionamiento de los órganos del Poder Público Nacional y demás órganos e instituciones nacionales del Estado; y la relativa a todas las materias de la competencia nacional.

33. Toda otra materia que la presente Constitución atribuya al Poder Público Nacional, o que le corresponda por su índole o naturaleza.

**Artículo 157.** La Asamblea Nacional, por mayoría de sus integrantes, podrá atribuir a los Municipios o a los Estados determinadas materias de la competencia nacional, a fin de promover la descentralización.

**Artículo 158.** La descentralización, como política nacional, debe profundizar la democracia, acercando el poder a la población y creando las mejores condiciones, tanto para el ejercicio de la democracia como para la prestación eficaz y eficiente de los cometidos estatales.

### Capítulo III
### Del Poder Público Estadal

**Artículo 159.** Los Estados son entidades autónomas e iguales en lo político, con personalidad jurídica plena, y quedan obligados a mantener la independencia, soberanía e integridad nacional, y a cumplir y hacer cumplir la Constitución y las leyes de la República.

**Artículo 160.** El gobierno y administración de cada Estado corresponde a un Gobernador o Gobernadora. Para ser Gobernador o Gobernadora se requiere ser venezolano o venezolana, mayor de veinticinco años y de estado seglar.

El Gobernador o Gobernadora será elegido o elegida por un período de cuatro años por mayoría de las personas que votan. El Gobernador o Gobernadora podrá ser reelegido o reelegida, de inmediato y por una sola vez, para un período adicional.

**Artículo 161.** Los Gobernadores o Gobernadoras rendirán, anual y públicamente, cuenta de su gestión ante el Contralor o Contralora del Estado y presentarán un informe de la misma ante el Consejo Legislativo y el Consejo de Planificación y Coordinación de Políticas Públicas.

**Artículo 162.** El Poder Legislativo se ejercerá en cada Estado por un Consejo Legislativo conformado por un número no mayor de quince ni menor de siete integrantes, quienes proporcionalmente representarán a la población del Estado y a los Municipios. El Consejo Legislativo tendrá las atribuciones siguientes:

1. Legislar sobre las materias de la competencia estadal.

2. Sancionar la Ley de Presupuesto del Estado.

3. Las demás que le atribuya esta Constitución y la ley.

Los requisitos para ser integrante del Consejo Legislativo, la obligación de rendición anual de cuentas y la inmunidad en su jurisdicción territorial, se regirán por las normas que esta Constitución establece para los diputados y diputadas a la Asamblea Nacional, en cuanto le sea aplicable. Los legisladores y legisladoras estadales serán elegidos o elegidas por un período de cuatro años pudiendo ser reelegidos o reelegidas solamente por dos períodos. La ley nacional regulará el régimen de la organización y el funcionamiento del Consejo Legislativo.

**Artículo 163.** Cada Estado tendrá una Contraloría que gozará de autonomía orgánica y funcional. La Contraloría del Estado ejercerá, conforme a esta Constitución y la ley, el control, la vigilancia y la fiscalización de los ingresos, gastos y bienes estadales, sin menoscabo del alcance de las funciones de la Contraloría General de la República. Dicho órgano actuará bajo la dirección y responsabilidad de un Contralor o Contralora, cuyas condiciones para el ejercicio del cargo serán determinadas por la ley, la cual garantizará su idoneidad e independencia; así como la neutralidad en su designación, que será mediante concurso público.

**Artículo 164.** Es de la competencia exclusiva de los Estados:

1. Dictar su Constitución para organizar los poderes públicos, de conformidad con lo dispuesto en esta Constitución.

2. La organización de sus Municipios y demás entidades locales y su división político territorial, conforme a esta Constitución y a la ley.

3. La administración de sus bienes y la inversión y administración de sus recursos, incluso de los provenientes de transferencias, subvenciones o asignaciones especiales del Poder Nacional, así como de aquellos que se les asignen como participación en los tributos nacionales.

4. La organización, recaudación, control y administración de los ramos tributarios propios, según las disposiciones de las leyes nacionales y estadales.

5. El régimen y aprovechamiento de minerales no metálicos, no reservados al Poder Nacional, las salinas y ostrales y la administración de las tierras baldías en su jurisdicción, de conformidad con la ley.

6. La organización de la policía y la determinación de las ramas de este servicio atribuidas a la competencia municipal, conforme a la legislación nacional aplicable.

7. La creación, organización, recaudación, control y administración de los ramos de papel sellado, timbres y estampillas.

8. La creación, régimen y organización de los servicios públicos estadales.

9. La ejecución, conservación, administración y aprovechamiento de las vías terrestres estadales.

10. La conservación, administración y aprovechamiento de carreteras y autopistas nacionales, así como de puertos y aeropuertos de uso comercial, en coordinación con el Ejecutivo Nacional.

11. Todo lo que no corresponda, de conformidad con esta Constitución, a la competencia nacional o municipal.

**Artículo 165.** Las materias objeto de competencias concurrentes serán reguladas mediante leyes de bases dictadas por el Poder Nacional, y leyes de desarrollo aprobadas por los Estados. Esta legislación estará orientada por los principios de la interdependencia, coordinación, cooperación, corresponsabilidad y subsidiariedad.

Los Estados descentralizarán y transferirán a los Municipios los servicios y competencias que gestionen y que éstos estén en capacidad de prestar, así como la administración de los respectivos recursos, dentro de las áreas de competencias concurrentes entre ambos niveles del Poder Público. Los mecanismos de transferencia estarán regulados por el ordenamiento jurídico estadal.

**Artículo 166.** En cada Estado se creará un Consejo de Planificación y Coordinación de Políticas Públicas, presidido por el Gobernador o Gobernadora e integrado por los Alcaldes o Alcaldesas, los directores o directoras estadales de los ministerios y representación de los legisladores elegidos o legisladoras elegidas por el Estado a la Asamblea Nacional, del Consejo Legislativo, de los concejales o concejalas y de las comunidades organizadas, incluyendo las indígenas donde las hubiere. El mismo funcionará y se organizará de acuerdo con lo que determine la ley.

**Artículo 167.** Son ingresos de los Estados:

1. Los procedentes de su patrimonio y de la administración de sus bienes.

2. Las tasas por el uso de sus bienes y servicios, multas y sanciones, y las que les sean atribuidas.

3. El producto de lo recaudado por concepto de venta de especies fiscales.

4. Los recursos que les correspondan por concepto de situado constitucional. El situado es una partida equivalente a un máximo del veinte por ciento del total de los ingresos ordinarios estimados anualmente por el Fisco Nacional, la cual se distribuirá entre los Estados y el Distrito Capital en la forma siguiente: un treinta por ciento de dicho porcentaje por partes iguales, y el setenta por ciento restante en proporción a la población de cada una de dichas entidades.

En cada ejercicio fiscal, los Estados destinarán a la inversión un mínimo del cincuenta por ciento del monto que les corresponda por concepto de situado. A los Municipios de cada Estado les corresponderá, en cada ejercicio fiscal, una participación no menor del veinte por ciento del situado y de los demás ingresos ordinarios del respectivo Estado.

En caso de variaciones de los ingresos del Fisco Nacional que impongan una modificación del Presupuesto Nacional, se efectuará un reajuste proporcional del situado.

La ley establecerá los principios, normas y procedimientos que propendan a garantizar el uso correcto y eficiente de los recursos provenientes del situado constitucional y de la participación municipal en el mismo.

5. Los demás impuestos, tasas y contribuciones especiales que se les asigne por ley nacional, con el fin de promover el desarrollo de las haciendas públicas estadales.

Las leyes que creen o transfieran ramos tributarios a favor de los Estados podrán compensar dichas asignaciones con modificaciones de los ramos de ingresos señalados en este artículo, a fin de preservar la equidad interterritorial. El porcentaje del ingreso nacional ordinario estimado que se destine al situado constitucional, no será menor al quince por ciento del

ingreso ordinario estimado, para lo cual se tendrá en cuenta la situación y sostenibilidad financiera de la Hacienda Pública Nacional, sin menoscabo de la capacidad de las administraciones estadales para atender adecuadamente los servicios de su competencia.

6. Los recursos provenientes del Fondo de Compensación Interterritorial y de cualquier otra transferencia, subvención o asignación especial, así como de aquellos que se les asigne como participación en los tributos nacionales, de conformidad con la respectiva ley.

## Capítulo IV
### Del Poder Público Municipal

**Artículo 168.** Los Municipios constituyen la unidad política primaria de la organización nacional, gozan de personalidad jurídica y autonomía dentro de los límites de la Constitución y de la ley. La autonomía municipal comprende:

1. La elección de sus autoridades.
2. La gestión de las materias de su competencia.
3. La creación, recaudación e inversión de sus ingresos.

Las actuaciones del Municipio en el ámbito de sus competencias se cumplirán incorporando la participación ciudadana al proceso de definición y ejecución de la gestión pública y en el control y evaluación de sus resultados, en forma efectiva, suficiente y oportuna, conforme a la ley.

Los actos de los Municipios no podrán ser impugnados sino ante los tribunales competentes, de conformidad con la Constitución y la ley.

**Artículo 169.** La organización de los Municipios y demás entidades locales se regirá por esta Constitución, por las normas que para desarrollar los principios constitucionales establezcan las leyes orgánicas nacionales, y por las disposiciones legales que en conformidad con aquellas dicten los Estados.

La legislación que se dicte para desarrollar los principios constitucionales relativos a los Municipios y demás entidades locales, establecerá diferentes regímenes para su organización, gobierno y administración, incluso en lo que respecta a la determinación de sus competencias y recursos, atendiendo a las condiciones de población, desarrollo económico, capacidad para generar ingresos fiscales propios, situación geográfica, elementos históricos y culturales y otros factores relevantes. En particular, dicha legislación establecerá las opciones para la organización del régimen de gobierno y administración local que corresponderá a los Municipios con población indígena. En todo caso, la organización municipal será democrática y responderá a la naturaleza propia del gobierno local.

**Artículo 170.** Los Municipios podrán asociarse en mancomunidades o acordar entre sí o con los demás entes públicos territoriales, la creación de modalidades asociativas intergubernamentales para fines de interés público relativos a materias de su competencia. Por ley se determinarán las normas concernientes a la agrupación de dos o más Municipios en distritos.

**Artículo 171.** Cuando dos o más Municipios pertenecientes a una misma entidad federal tengan relaciones económicas, sociales y físicas que den al conjunto características de un área metropolitana, podrán organizarse como distritos metropolitanos. La ley orgánica que al efecto se dicte garantizará el carácter democrático y participativo del gobierno metropolitano y establecerá sus competencias funcionales, así como el régimen fiscal, financiero y de control. También asegurará que en los órganos de gobierno metropolitano tengan adecuada participación los respectivos Municipios, y señalará la forma de convocar y realizar las consultas populares que decidan la vinculación de estos últimos al distrito metropolitano.

La ley podrá establecer diferentes regímenes para la organización, gobierno y administración de los distritos metropolitanos atendiendo a las condiciones de población, desarrollo económico y social, situación geográfica y otros factores de importancia. En todo caso, la atribución de competencias para cada distrito metropolitano tendrá en cuenta esas condiciones.

**Artículo 172.** El Consejo Legislativo estadal, previo pronunciamiento favorable mediante consulta popular de la población afectada, definirá los límites del distrito metropolitano y lo organizará según lo establecido en la ley orgánica nacional, determinando cuáles de las competencias metropolitanas serán asumidas por los órganos de gobierno del respectivo distrito metropolitano.

Cuando los Municipios que deseen constituirse en un distrito metropolitano pertenezcan a entidades federales distintas, corresponderá a la Asamblea Nacional su creación y organización.

**Artículo 173.** El Municipio podrá crear parroquias conforme a las condiciones que determine la ley. La legislación que se dicte para desarrollar los principios constitucionales sobre régimen municipal establecerá los supuestos y condiciones para la creación de otras entidades locales dentro del territorio municipal, así como los recursos de que dispondrán, concatenados a las funciones que se les asignen, incluso su participación en los ingresos propios del Municipio. Su creación atenderá a la iniciativa vecinal o comunitaria, con el objeto de promover a la desconcentración de la administración del Municipio, la participación ciudadana y la mejor prestación de los servicios públicos. En ningún caso las parroquias serán asumidas como divisiones exhaustivas o imperativas del territorio del Municipio.

**Artículo 174.** El gobierno y administración del Municipio corresponderán al Alcalde o Alcaldesa, quien será también la primera autoridad civil. Para ser Alcalde o Alcaldesa se requiere ser venezolano o venezolana, mayor de veinticinco años y de estado seglar. El Alcalde o Alcaldesa será elegido o elegida por un período de cuatro años por mayoría de las personas que votan, y podrá ser reelegido o reelegida, de inmediato y por una sola vez, para un período adicional.

**Artículo 175.** La función legislativa del Municipio corresponde al Concejo, integrado por concejales elegidos o concejalas elegidas en la forma establecida en esta Constitución, en el número y condiciones de elegibilidad que determine la ley.

**Artículo 176.** Corresponde a la Contraloría Municipal el control, vigilancia y fiscalización de los ingresos, gastos y bienes municipales, así como las operaciones relativas a los mismos, sin menoscabo del alcance de las atribuciones de la Contraloría General de la República, y será dirigida por el Contralor o Contralora Municipal, designado o designada por el Concejo mediante concurso público que garantice la idoneidad y capacidad de quien sea designado o designada para el cargo, de acuerdo con las condiciones establecidas por la ley.

**Artículo 177.** La ley nacional podrá establecer principios, condiciones y requisitos de residencia, prohibiciones, causales de inhibición e incompatibilidades para la postulación y ejercicio de las funciones de Alcaldes o Alcaldesas y concejales o concejalas.

**Artículo 178.** Es de la competencia del Municipio el gobierno y administración de sus intereses y la gestión de las materias que le asigne esta Constitución y las leyes nacionales, en cuanto concierne a la vida local, en especial la ordenación y promoción del desarrollo económico y social, la dotación y prestación de los servicios públicos domiciliarios, la aplicación de la política referente a la materia inquilinaria con criterios de equidad, justicia y contenido de interés social, de conformidad con la delegación prevista en la ley que rige la materia, la promoción de la participación, y el mejoramiento, en general, de las condiciones de vida de la comunidad, en las siguientes áreas:

1. Ordenación territorial y urbanística; patrimonio histórico; vivienda de interés social; turismo local; parques y jardines, plazas, balnearios y otros sitios de recreación; arquitectura civil, nomenclatura y ornato público.
2. Vialidad urbana; circulación y ordenación del tránsito de vehículos y personas en las vías municipales; servicios de transporte público urbano de pasajeros y pasajeras.
3. Espectáculos públicos y publicidad comercial, en cuanto concierne a los intereses y fines específicos municipales.
4. Protección del ambiente y cooperación con el saneamiento ambiental; aseo urbano y domiciliario, comprendidos los servicios de limpieza, de recolección y tratamiento de residuos y protección civil.
5. Salubridad y atención primaria en salud, servicios de protección a la primera y segunda infancia, de la adolescencia y a la tercera edad; educación preescolar, servicios de integración familiar del discapacitado al desarrollo comunitario, actividades e instalaciones culturales y deportivas. Servicios de prevención y protección, vigilancia y control de los bienes y las actividades relativas a las materias de la competencia municipal.
6. Servicio de agua potable, electricidad y gas doméstico, alcantarillado, canalización y disposición de aguas servidas; cementerios y servicios funerarios.
7. Justicia de paz, prevención y protección vecinal y servicios de policía municipal, conforme a la legislación nacional aplicable.
8. Las demás que le atribuya la Constitución y la ley.

Las actuaciones que correspondan al Municipio en la materia de su competencia no menoscaban las competencias nacionales o estadales que se definan en la ley conforme a la Constitución.

**Artículo 179.** Los Municipios tendrán los siguientes ingresos:

1. Los procedentes de su patrimonio, incluso el producto de sus ejidos y bienes.
2. Las tasas por el uso de sus bienes o servicios; las tasas administrativas por licencias o autorizaciones; los impuestos sobre actividades económicas de industria, comercio, servicios, o de índole similar, con las limitaciones establecidas en esta Constitución; los impuestos sobre inmuebles urbanos, vehículos, espectáculos públicos, juegos y apuestas lícitas, propaganda y publicidad comercial; y la contribución especial sobre plusvalías de las propiedades generadas por cambios de uso o de intensidad de aprovechamiento con que se vean favorecidas por los planes de ordenación urbanística.
3. El impuesto territorial rural o sobre predios rurales, la participación en la contribución por mejoras y otros ramos tributarios nacionales o estadales, conforme a las leyes de creación de dichos tributos.
4. Los derivados del situado constitucional y otras transferencias o subvenciones nacionales o estadales.
5. El producto de las multas y sanciones en el ámbito de sus competencias y las demás que les sean atribuidas.
6. Los demás que determine la ley.

***Artículo 180.*** La potestad tributaria que corresponde a los Municipios es distinta y autónoma de las potestades reguladoras que esta Constitución o las leyes atribuyan al Poder Nacional o Estadal sobre determinadas materias o actividades.

Las inmunidades frente a la potestad impositiva de los Municipios, a favor de los demás entes políticoterritoriales, se extiende sólo a las personas jurídicas estatales creadas por ellos, pero no a concesionarios ni a otros contratistas de la Administración Nacional o de los Estados.

***Artículo 181.*** Los ejidos son inalienables e imprescriptibles. Sólo podrán enajenarse previo cumplimiento de las formalidades previstas en las ordenanzas municipales y en los supuestos que las mismas señalen, conforme a esta Constitución y la legislación que se dicte para desarrollar sus principios.

Los terrenos situados dentro del área urbana de las poblaciones del Municipio, carentes de dueño o dueña, son ejidos, sin menoscabo de legítimos derechos de terceros, válidamente constituidos. Igualmente, se constituyen en ejidos las tierras baldías ubicadas en el área urbana. Quedarán exceptuadas las tierras correspondientes a las comunidades y pueblos indígenas. La ley establecerá la conversión en ejidos de otras tierras públicas.

***Artículo 182.*** Se crea el Consejo Local de Planificación Pública, presidido por el Alcalde o Alcaldesa e integrado por los concejales y concejalas, los Presidentes o Presidentas de la Juntas Parroquiales y representantes de organizaciones vecinales y otras de la sociedad organizada, de conformidad con las disposiciones que establezca la ley.

***Artículo 183.*** Los Estados y los Municipios no podrán:

1. Crear aduanas ni impuestos de importación, de exportación o de tránsito sobre bienes nacionales o extranjeros, o sobre las demás materias rentísticas de la competencia nacional.
2. Gravar bienes de consumo antes de que entren en circulación dentro de su territorio.
3. Prohibir el consumo de bienes producidos fuera de su territorio, ni gravarlos en forma diferente a los producidos en él.

Los Estados y Municipios sólo podrán gravar la agricultura, la cría, la pesca y la actividad forestal en la oportunidad, forma y medida que lo permita la ley nacional.

***Artículo 184.*** La ley creará mecanismos abiertos y flexibles para que los Estados y los Municipios descentralicen y transfieran a las comunidades y grupos vecinales organizados los servicios que éstos gestionen previa demostración de su capacidad para prestarlos, promoviendo:

1. La transferencia de servicios en materia de salud, educación, vivienda, deporte, cultura, programas sociales, ambiente, mantenimiento de áreas industriales, mantenimiento y conservación de áreas urbanas, prevención y protección vecinal, construcción de obras y prestación de servicios públicos. A tal efecto, podrán establecer convenios cuyos contenidos estarán orientados por los principios de interdependencia, coordinación, cooperación y corresponsabilidad.
2. La participación de las comunidades y ciudadanos y ciudadanas, a través de las asociaciones vecinales y organizaciones no gubernamentales, en la formulación de propuestas de inversión ante las autoridades estadales y municipales encargadas de la elaboración de los respectivos planes de inversión, así como en la ejecución, evaluación y control de obras, programas sociales y servicios públicos en su jurisdicción.
3. La participación en los procesos económicos estimulando las expresiones de la economía social, tales como cooperativas, cajas de ahorro, mutuales y otras formas asociativas.
4. La participación de los trabajadores y trabajadoras y comunidades en la gestión de las empresas públicas mediante mecanismos autogestionarios y cogestionarios.
5. La creación de organizaciones, cooperativas y empresas comunales de servicios, como fuentes generadoras de empleo y de bienestar social, propendiendo a su permanencia mediante el diseño de políticas donde aquellas tengan participación.
6. La creación de nuevos sujetos de descentralización a nivel de las parroquias, las comunidades, los barrios y las vecindades a los fines de garantizar el principio de la corresponsabilidad en la gestión pública de los gobiernos locales y estadales y desarrollar procesos autogestionarios y cogestionarios en la administración y control de los servicios públicos estadales y municipales.
7. La participación de las comunidades en actividades de acercamiento a los establecimientos penales y de vinculación de éstos con la población.

### *Capítulo V*
### *Del Consejo Federal de Gobierno*

***Artículo 185.*** El Consejo Federal de Gobierno es el órgano encargado de la planificación y coordinación de políticas y acciones para el desarrollo del proceso de descentralización y transferencia de competencias del Poder Nacional a los Estados y Municipios. Estará presidido por el Vicepresidente Ejecutivo o Vicepresidenta Ejecutiva e integrado por los Ministros y Ministras, los Gobernadores y Gobernadoras, un Alcalde o Alcaldesa por cada Estado y representantes de la sociedad organizada, de acuerdo con la ley.

El Consejo Federal de Gobierno contará con una Secretaría, integrada por el Vicepresidente Ejecutivo o Vicepresidenta Ejecutiva, dos Ministros o Ministras, tres Gobernadores o Gobernadoras y tres Alcaldes o Alcaldesas. Del Consejo Federal de Gobierno dependerá el Fondo de Compensación Interterritorial, destinado al financiamiento de inversiones públicas dirigidas a promover el desarrollo equilibrado de las regiones, la cooperación y complementación de las políticas e iniciativas de desarrollo de las distintas entidades públicas territoriales, y a apoyar especialmente la dotación de obras y servicios esenciales en las regiones y comunidades de menor desarrollo relativo. El Consejo Federal de Gobierno, con base en los desequilibrios regionales, discutirá y aprobará anualmente los recursos que se destinarán al Fondo de Compensación Interterritorial y las áreas de inversión prioritaria a las cuales se aplicarán dichos recursos.

## TÍTULO V
## DE LA ORGANIZACIÓN DEL PODER PÚBLICO NACIONAL

### *Capítulo I*
### *Del Poder Legislativo Nacional*

#### *Sección Primera: Disposiciones Generales*

***Artículo 186.*** La Asamblea Nacional estará integrada por diputados y diputadas elegidos o elegidas en cada entidad federal por votación universal, directa, personalizada y secreta con representación proporcional, según una base poblacional del uno coma uno por ciento de la población total del país.

Cada entidad federal elegirá ,además, tres diputados o diputadas.

Los pueblos indígenas de la República Bolivariana de Venezuela elegirán tres diputados o diputadas de acuerdo con lo establecido en la ley electoral, respetando sus tradiciones y costumbres.

Cada diputado o diputada tendrá un suplente o una suplente, escogido o escogida en el mismo proceso.

***Artículo 187.*** Corresponde a la Asamblea Nacional:

1. Legislar en las materias de la competencia nacional y sobre el funcionamiento de las distintas ramas del Poder Nacional.
2. Proponer enmiendas y reformas a la Constitución, en los términos establecidos en esta Constitución.
3. Ejercer funciones de control sobre el Gobierno y la Administración Pública Nacional, en los términos consagrados en esta Constitución y la ley. Los elementos comprobatorios obtenidos en el ejercicio de esta función, tendrán valor probatorio, en las condiciones que la ley establezca.
4. Organizar y promover la participación ciudadana en los asuntos de su competencia.
5. Decretar amnistías.
6. Discutir y aprobar el presupuesto nacional y todo proyecto de ley concerniente al régimen tributario y al crédito público.
7. Autorizar los créditos adicionales al presupuesto.
8. Aprobar las líneas generales del plan de desarrollo económico y social de la Nación, que serán presentadas por el Ejecutivo Nacional en el transcurso del tercer trimestre del primer año de cada período constitucional.
9. Autorizar al Ejecutivo Nacional para celebrar contratos de interés nacional, en los casos establecidos en la ley. Autorizar los contratos de interés público municipal, estadal o nacional con Estados o entidades oficiales extranjeros o con sociedades no domiciliadas en Venezuela.
10. Dar voto de censura al Vicepresidente Ejecutivo o Vicepresidenta Ejecutiva y a los Ministros o Ministras. La moción de censura sólo podrá ser discutida dos días después de presentada a la Asamblea, la cual podrá decidir, por las tres quintas partes de los diputados o diputadas, que el voto de censura implica la destitución del Vicepresidente Ejecutivo o Vicepresidenta Ejecutiva o del Ministro o Ministra.
11. Autorizar el empleo de misiones militares venezolanas en el exterior o extranjeras en el país.
12. Autorizar al Ejecutivo Nacional para enajenar bienes inmuebles del dominio privado de la Nación, con las excepciones que establezca la ley.
13. Autorizar a los funcionarios públicos o funcionarias públicas para aceptar cargos, honores o recompensas de gobiernos extranjeros.
14. Autorizar el nombramiento del Procurador o Procuradora General de la República y de los Jefes o Jefas de Misiones Diplomáticas Permanentes.
15. Acordar los honores del Panteón Nacional a venezolanos y venezolanas ilustres, que hayan prestado servicios eminentes a la República, después de transcurridos veinticinco años de su fallecimiento. Esta decisión podrá tomarse por recomendación del Presidente o Presidenta de la República, de las dos terceras partes de los Gobernadores o Gobernadoras de Estado o de los rectores o rectoras de las Universidades Nacionales en pleno.
16. Velar por los intereses y autonomía de los Estados.

17. Autorizar la salida del Presidente o Presidenta de la República del territorio nacional cuando su ausencia se prolongue por un lapso superior a cinco días consecutivos.

18. Aprobar por ley los tratados o convenios internacionales que celebre el Ejecutivo Nacional, salvo las excepciones consagradas en esta Constitución.

19. Dictar su reglamento y aplicar las sanciones que en él se establezcan.

20. Calificar a sus integrantes y conocer de su renuncia. La separación temporal de un diputado o diputada sólo podrá acordarse por el voto de las dos terceras partes de los diputados y las diputadas presentes.

21. Organizar su servicio de seguridad interna.

22. Acordar y ejecutar su presupuesto de gastos, tomando en cuenta las limitaciones financieras del país.

23. Ejecutar las resoluciones concernientes a su funcionamiento y organización administrativa.

24. Todas las demás que le señalen esta Constitución y la ley.

*Artículo 188.* Las condiciones para ser elegido o elegida diputado o diputada a la Asamblea Nacional son:

1. Ser venezolano o venezolana por nacimiento, o por naturalización con quince años de residencia en territorio venezolano.

2. Ser mayor de veintiún años de edad.

3. Haber residido cuatro años consecutivos en la entidad correspondiente antes de la fecha de la elección.

*Artículo 189.* No podrán ser elegidos diputados o diputadas:

1. El Presidente o Presidenta de la República, el Vicepresidente Ejecutivo o Vicepresidenta Ejecutiva, los Ministros o Ministras, el Secretario o Secretaria de la Presidencia de la República y los Presidentes o Presidentas y Directores o Directoras de los institutos autónomos y empresas del Estado, hasta tres meses después de la separación absoluta de sus cargos.

2. Los Gobernadores o Gobernadoras y Secretarios o Secretarias de gobierno, de los Estados y el Distrito Capital, hasta tres meses después de la separación absoluta de sus cargos.

3. Los funcionarios o funcionarias municipales, estadales o nacionales, de institutos autónomos o empresas del Estado, cuando la elección tenga lugar en la jurisdicción en la cual actúa, salvo si se trata de un cargo accidental, asistencial, docente o académico.

La ley orgánica podrá establecer la inelegibilidad de otros funcionarios o funcionarias.

*Artículo 190.* Los diputados o diputadas a la Asamblea Nacional no podrán ser propietarios o propietarias, administradores o administradoras o directores o directoras de empresas que contraten con personas jurídicas estatales, ni podrán gestionar causas particulares de interés lucrativo con las mismas. Durante la votación sobre causas en las cuales surjan conflictos de intereses económicos, los y las integrantes de la Asamblea Nacional, que estén involucrados o involucradas en dichos conflictos, deberán abstenerse.

*Artículo 191.* Los diputados o diputadas a la Asamblea Nacional no podrán aceptar o ejercer cargos públicos sin perder su investidura, salvo en actividades docentes, académicas, accidentales o asistenciales, siempre que no supongan dedicación exclusiva.

*Artículo 192.* Los diputados o diputadas a la Asamblea Nacional durarán cinco años en el ejercicio de sus funciones, pudiendo ser reelegidos o reelegidas por dos periodos consecutivos como máximo.

### Sección Segunda: de la Organización de la Asamblea Nacional

*Artículo 193.* La Asamblea Nacional nombrará Comisiones Permanentes, ordinarias y especiales. Las Comisiones Permanentes, en un número no mayor de quince, estarán referidas a los sectores de actividad nacional. Igualmente, podrá crear Comisiones con carácter temporal para investigación y estudio, todo ello de conformidad con su reglamento. La Asamblea Nacional podrá crear o suprimir Comisiones Permanentes con el voto favorable de las dos terceras partes de sus integrantes.

*Artículo 194.* La Asamblea Nacional elegirá de su seno un Presidente o Presidenta y dos Vicepresidentes o Vicepresidentas, un Secretario o Secretaria y un Subsecretario o Subsecretaria fuera de su seno, por un periodo de un año. El reglamento establecerá las formas de suplir las faltas temporales y absolutas.

*Artículo 195.* Durante el receso de la Asamblea, funcionará la Comisión Delegada integrada por el Presidente o Presidenta, los Vicepresidentes o Vicepresidentas y los Presidentes o Presidentas de las Comisiones Permanentes.

*Artículo 196.* Son atribuciones de la Comisión Delegada:

1. Convocar la Asamblea Nacional a sesiones extraordinarias, cuando así lo exija la importancia de algún asunto.

2. Autorizar al Presidente o Presidenta de la República para salir del territorio nacional.

3. Autorizar al Ejecutivo Nacional para decretar créditos adicionales.

4. Designar Comisiones temporales integradas por integrantes de la Asamblea.

5. Ejercer las funciones de investigación atribuidas a la Asamblea.

6. Autorizar al Ejecutivo Nacional por el voto favorable de las dos terceras partes de sus integrantes para crear, modificar o suspender servicios públicos en caso de urgencia comprobada.

7. Las demás que establezcan la Constitución y la ley.

### Sección Tercera: de los Diputados y Diputadas a la Asamblea Nacional

*Artículo 197.* Los diputados o diputadas a la Asamblea Nacional están obligados y obligadas a cumplir sus labores a dedicación exclusiva, en beneficio de los intereses del pueblo y a mantener una vinculación permanente con sus electores y electoras, atendiendo sus opiniones y sugerencias y manteniéndolos informados e informadas acerca de su gestión y la de la Asamblea. Deben dar cuenta anualmente de su gestión a los electores y electoras de la circunscripción por la cual fueron elegidos y elegidas y estarán sometidos al referendo revocatorio del mandato en los términos previstos en esta Constitución y en la ley sobre la materia.

*Artículo 198.* El diputado o diputada a la Asamblea Nacional cuyo mandato fuere revocado, no podrá optar a cargos de elección popular en el siguiente periodo.

*Artículo 199.* Los diputados o diputadas a la Asamblea Nacional no son responsables por votos y opiniones emitidos en el ejercicio de sus funciones. Sólo responderán ante los electores o electoras y el cuerpo legislativo de acuerdo con la Constitución y los reglamentos.

*Artículo 200.* Los diputados o diputadas a la Asamblea Nacional gozarán de inmunidad en el ejercicio de sus funciones desde su proclamación hasta la conclusión de su mandato o de la renuncia del mismo. De los presuntos delitos que cometan los y las integrantes de la Asamblea Nacional conocerá en forma privativa el Tribunal Supremo de Justicia, única autoridad que podrá ordenar, previa autorización de la Asamblea Nacional, su detención y continuar su enjuiciamiento. En caso de delito flagrante cometido por un parlamentario o parlamentaria, la autoridad competente lo o la pondrá bajo custodia en su residencia y comunicará inmediatamente el hecho al Tribunal Supremo de Justicia.

Los funcionarios públicos o funcionarias públicas que violen la inmunidad de los y las integrantes de la Asamblea Nacional, incurrirán en responsabilidad penal y serán castigados o castigadas de conformidad con la ley.

*Artículo 201.* Los diputados o diputadas son representantes del pueblo y de los Estados en su conjunto, no sujetos a mandatos ni instrucciones, sino sólo a su conciencia. Su voto en la Asamblea Nacional es personal.

### Sección Cuarta: de la Formación de las Leyes

*Artículo 202.* La ley es el acto sancionado por la Asamblea Nacional como cuerpo legislador. Las leyes que reúnan sistemáticamente las normas relativas a determinada materia se podrán denominar códigos.

*Artículo 203.* Son leyes orgánicas las que así denomina esta Constitución; las que se dicten para organizar los poderes públicos o para desarrollar los derechos constitucionales y las que sirvan de marco normativo a otras leyes.

Todo proyecto de ley orgánica, salvo aquel que la propia Constitución así califica, será previamente admitido por la Asamblea Nacional, por el voto de las dos terceras partes de los y las integrantes presentes antes de iniciarse la discusión del respectivo proyecto de ley. Esta votación calificada se aplicará también para la modificación de las leyes orgánicas.

Las leyes que la Asamblea Nacional haya calificado de orgánicas serán remitidas, antes de su promulgación, a la Sala Constitucional del Tribunal Supremo de Justicia, para que se pronuncie acerca de la constitucionalidad de su carácter orgánico. La Sala Constitucional decidirá en el término de diez días contados a partir de la fecha de recibo de la comunicación. Si la Sala Constitucional declara que no es orgánica la ley perderá este carácter.

Son leyes habilitantes las sancionadas por la Asamblea Nacional por las tres quintas partes de sus integrantes, a fin de establecer las directrices, propósitos y el marco de las materias que se delegan al Presidente o Presidenta de la República, con rango y valor de ley. Las leyes habilitantes deben fijar el plazo de su ejercicio.

*Artículo 204.* La iniciativa de las leyes corresponde:

1. Al Poder Ejecutivo Nacional.

2. A la Comisión Delegada y a las Comisiones Permanentes.

3. A los y las integrantes de la Asamblea Nacional, en número no menor de tres.

4. Al Tribunal Supremo de Justicia, cuando se trate de leyes relativas a la organización y procedimientos judiciales.

5. Al Poder Ciudadano, cuando se trate de leyes relativas a los órganos que lo integran.

6. Al Poder Electoral, cuando se trate de leyes relativas a la materia electoral.

7. A los electores y electoras en un número no menor del cero coma uno por ciento de los inscritos e inscritas en el registro electoral permanente.

8. Al Consejo Legislativo estadal, cuando se trate de leyes relativas a los Estados.

**Artículo 205.** La discusión de los proyectos de ley presentados por los ciudadanos y ciudadanas conforme a lo dispuesto en el artículo anterior, se iniciará a más tardar en el período de sesiones ordinarias siguiente al que se haya presentado. Si el debate no se inicia dentro de dicho lapso, el proyecto se someterá a referendo aprobatorio de conformidad con la ley.

**Artículo 206.** Los Estados serán consultados por la Asamblea Nacional, a través del Consejo Legislativo, cuando se legisle en materias relativas a los mismos. La ley establecerá los mecanismos de consulta a la sociedad civil y demás instituciones de los Estados, por parte del Consejo en dichas materias.

**Artículo 207.** Para convertirse en ley todo proyecto recibirá dos discusiones, en días diferentes, siguiendo las reglas establecidas en esta Constitución y en los reglamentos respectivos. Aprobado el proyecto, el Presidente o Presidenta de la Asamblea Nacional declarará sancionada la ley.

**Artículo 208.** En la primera discusión se considerará la exposición de motivos y se evaluarán sus objetivos, alcance y viabilidad, a fin de determinar la pertinencia de la ley, y se discutirá el articulado. Aprobado en primera discusión el proyecto será remitido a la Comisión directamente relacionada con la materia objeto de la ley. En caso de que el proyecto de ley esté relacionado con varias Comisiones Permanentes, se designará una comisión mixta para realizar el estudio y presentar el informe.

Las Comisiones que estudien proyectos de ley presentarán el informe correspondiente en un plazo no mayor de treinta días consecutivos.

**Artículo 209.** Recibido el informe de la Comisión correspondiente, se dará inicio a la segunda discusión del proyecto de ley, la cual se realizará artículo por artículo. Si se aprobare sin modificaciones, quedará sancionada la ley. En caso contrario, si sufre modificaciones, se devolverá a la Comisión respectiva para que ésta las incluya en un plazo no mayor de quince días continuos; leída la nueva versión del proyecto de ley en la plenaria de la Asamblea Nacional, ésta decidirá por mayoría de votos lo que fuere procedente respecto a los artículos en que hubiere discrepancia y de los que tuvieren conexión con éstos. Resuelta la discrepancia, la Presidencia declarará sancionada la ley.

**Artículo 210.** La discusión de los proyectos que quedaren pendientes al término de las sesiones, podrá continuarse en las sesiones siguientes o en sesiones extraordinarias.

**Artículo 211.** La Asamblea Nacional o las Comisiones Permanentes, durante el procedimiento de discusión y aprobación de los proyectos de leyes, consultarán a los otros órganos del Estado, a los ciudadanos y ciudadanas y a la sociedad organizada para oír su opinión sobre los mismos. Tendrán derecho de palabra en la discusión de las leyes los Ministros o Ministras en representación del Poder Ejecutivo; el magistrado o magistrada del Tribunal Supremo de Justicia a quien éste designe, en representación del Poder Judicial; el o la representante del Poder Ciudadano designado o designada por el Consejo Moral Republicano; los y las integrantes del Poder Electoral; los Estados a través de uno o una representante designado o designada por el Consejo Legislativo y los y las representantes de la sociedad organizada, en los términos que establezca el reglamento de la Asamblea Nacional.

**Artículo 212.** Al texto de las leyes precederá la siguiente fórmula: "La Asamblea Nacional de la República Bolivariana de Venezuela, decreta:".

**Artículo 213.** Una vez sancionada la ley, se extenderá por duplicado con la redacción final que haya resultado de las discusiones. Ambos ejemplares serán firmados por el Presidente o Presidenta, los dos Vicepresidentes o Vicepresidentas y el Secretario o Secretaria de la Asamblea Nacional, con la fecha de su aprobación definitiva. Uno de los ejemplares de la ley será  enviado por el Presidente o Presidenta de la Asamblea Nacional al Presidente o Presidenta de la República a los fines de su promulgación.

**Artículo 214.** El Presidente o Presidenta de la República promulgará la ley dentro de los diez días siguientes a aquél en que la haya recibido. Dentro de ese lapso podrá, con acuerdo del Consejo de Ministros, solicitar a la Asamblea Nacional, mediante exposición razonada, que modifique alguna de las disposiciones de la ley o levante la sanción a toda la ley o parte de ella.

La Asamblea Nacional decidirá acerca de los aspectos planteados por el Presidente o Presidenta de la República, por mayoría absoluta de los diputados y diputadas presentes y le remitirá la ley para la promulgación.

El Presidente o Presidenta de la República debe proceder a promulgar la ley dentro de los cinco días siguientes a su recibo, sin poder formular nuevas observaciones.

Cuando el Presidente o Presidenta de la República considere que la ley o alguno de sus artículos es inconstitucional solicitará el pronunciamiento de la Sala Constitucional del Tribunal Supremo de Justicia, en el lapso de diez días que tiene para promulgar la misma. El Tribunal Supremo de Justicia decidirá en el término de quince días contados desde el recibo de la comunicación del Presidente o Presidenta de la República. Si el Tribunal negare la inconstitucionalidad invocada o no decidiere en el lapso anterior, el Presidente o Presidenta de la República promulgará la ley dentro de los cinco días siguientes a la decisión del Tribunal o al vencimiento de dicho lapso.

**Artículo 215.** La ley quedará promulgada al publicarse con el correspondiente "Cúmplase" en la Gaceta Oficial de la República.

**Artículo 216.** Cuando el Presidente o Presidenta de la República no promulgare la ley en los términos señalados, el Presidente o Presidenta y los dos Vicepresidentes o Vicepresidentas de la Asamblea Nacional procederán a su promulgación sin perjuicio de la responsabilidad en que aquél o aquélla incurra por su omisión.

**Artículo 217.** La oportunidad en que deba ser promulgada la ley aprobatoria de un tratado, de un acuerdo o de un convenio internacional, quedará a la discreción del Ejecutivo Nacional, de acuerdo con los usos internacionales y la conveniencia de la República.

**Artículo 218.** Las leyes se derogan por otras leyes y se abrogan por referendo, salvo las excepciones establecidas en esta Constitución. Podrán ser reformadas total o parcialmente. La ley que sea objeto de reforma parcial se publicará en un solo texto que incorpore las modificaciones aprobadas.

### Sección Quinta: de los Procedimientos

**Artículo 219.** El primer período de las sesiones ordinarias de la Asamblea Nacional comenzará, sin convocatoria previa, el cinco de enero de cada año o el día posterior más inmediato posible y durará hasta el quince de agosto.

El segundo período comenzará el quince de septiembre o el día posterior más inmediato posible y terminará el quince de diciembre.

**Artículo 220.** La Asamblea Nacional se reunirá en sesiones extraordinarias para tratar las materias expresadas en la convocatoria y las que les fueren conexas. También podrá considerar las que fueren declaradas de urgencia por la mayoría de sus integrantes.

**Artículo 221.** Los requisitos y procedimientos para la instalación y demás sesiones de la Asamblea Nacional, y para el funcionamiento de sus Comisiones, serán determinados por el reglamento.

El quórum no podrá ser en ningún caso inferior a la mayoría absoluta de los y las integrantes de la Asamblea Nacional.

**Artículo 222.** La Asamblea Nacional podrá ejercer su función de control mediante los siguientes mecanismos: las interpelaciones, las investigaciones, las preguntas, las autorizaciones y las aprobaciones parlamentarias previstas en esta Constitución y en la ley y cualquier otro mecanismo que establezcan las leyes y su reglamento. En ejercicio del control parlamentario, podrán declarar la responsabilidad política de los funcionarios públicos o funcionarias públicas. y solicitar al Poder Ciudadano que intente las acciones a que haya lugar para hacer efectiva tal responsabilidad.

**Artículo 223.** La Asamblea o sus Comisiones podrán realizar las investigaciones que juzguen convenientes en las materias de su competencia, de conformidad con el reglamento.

Todos los funcionarios públicos o funcionarias públicas están obligados u obligadas, bajo las sanciones que establezcan las leyes, a comparecer ante dichas Comisiones y a suministrarles las informaciones y documentos que requieran para el cumplimiento de sus funciones.

Esta obligación comprende también a los particulares; quedando a salvo los derechos y garantías que esta Constitución consagra.

**Artículo 224.** El ejercicio de la facultad de investigación no afecta las atribuciones de los demás poderes públicos. Los jueces o juezas estarán obligados u obligadas a evacuar las pruebas para las cuales reciban comisión de la Asamblea Nacional y de sus Comisiones.

## Capítulo II
### Del Poder Ejecutivo Nacional

#### Sección Primera: del Presidente o Presidenta de la República

**Artículo 225.** El Poder Ejecutivo se ejerce por el Presidente o Presidenta de la República, el Vicepresidente Ejecutivo o Vicepresidenta Ejecutiva, los Ministros o Ministras y demás funcionarios o funcionarias que determinen esta Constitución y la ley.

**Artículo 226.** El Presidente o Presidenta de la República es el Jefe o Jefa del Estado y del Ejecutivo Nacional, en cuya condición dirige la acción del Gobierno.

**Artículo 227.** Para ser elegido Presidente o Presidenta de la República se requiere ser venezolano o venezolana por nacimiento, no poseer otra nacionalidad, mayor de treinta años, de estado seglar y no estar sometido o sometida a condena mediante sentencia definitivamente firme y cumplir con los demás requisitos establecidos en esta Constitución.

**Artículo 228.** La elección del Presidente o Presidenta de la República se hará por votación universal, directa y secreta, en conformidad con la ley. Se proclamará electo o electa el candidato o candidata que hubiere obtenido la mayoría de votos válidos.

**Artículo 229.** No podrá ser elegido Presidente o Presidenta de la República quien esté en ejercicio del cargo de Vicepresidente Ejecutivo o Vicepresidenta Ejecutiva, Ministro o Ministra, Gobernador o Gobernadora y Alcalde o Alcaldesa, en el día de su postulación o en cualquier momento entre esta fecha y la de la elección.

**Artículo 230.** El período presidencial es de seis años. El Presidente o Presidenta de la República puede ser reelegido, de inmediato y por una sola vez, para un período adicional.

**Artículo 231.** El candidato elegido o candidata elegida tomará posesión del cargo de Presidente o Presidenta de la República el diez de enero del primer año de su período constitucional, mediante juramento ante la Asamblea Nacional. Si por cualquier motivo sobrevenido el Presidente o Presidenta de la República no pudiese tomar posesión ante la Asamblea Nacional, lo hará ante el Tribunal Supremo de Justicia.

**Artículo 232.** El Presidente o Presidenta de la República es responsable de sus actos y del cumplimiento de las obligaciones inherentes a su cargo.

Está obligado u obligada a procurar la garantía de los derechos y libertades de los venezolanos y venezolanas, así como la independencia, integridad, soberanía del territorio y defensa de la República. La declaración de los estados de excepción no modifica el principio de su responsabilidad, ni la del Vicepresidente Ejecutivo o Vicepresidenta Ejecutiva, ni la de los Ministros o Ministras, de conformidad con esta Constitución y la ley.

**Artículo 233.** Serán faltas absolutas del Presidente o Presidenta de la República: la muerte, su renuncia, la destitución decretada por sentencia del Tribunal Supremo de Justicia, la incapacidad física o mental permanente certificada por una junta médica designada por el Tribunal Supremo de Justicia y con aprobación de la Asamblea Nacional, el abandono del cargo, declarado éste por la Asamblea Nacional, así como la revocatoria popular de su mandato.

Cuando se produzca la falta absoluta del Presidente electo o Presidenta electa antes de tomar posesión, se procederá a una nueva elección universal, directa y secreta dentro de los treinta días consecutivos siguientes. Mientras se elige y toma posesión el nuevo Presidente o Presidenta, se encargará de la Presidencia de la República el Presidente o Presidenta de la Asamblea Nacional.

Cuando se produzca la falta absoluta del Presidente o Presidenta de la República durante los primeros cuatro años del período constitucional, se procederá a una nueva elección universal y directa dentro de los treinta días consecutivos siguientes. Mientras se elige y toma posesión el nuevo Presidente o Presidenta, se encargará de la Presidencia de la República el Vicepresidente Ejecutivo o Vicepresidenta Ejecutiva.

En los casos anteriores, el nuevo Presidente o Presidenta completará el período constitucional correspondiente.

Si la falta absoluta se produce durante los últimos dos años del período constitucional, el Vicepresidente Ejecutivo o Vicepresidenta Ejecutiva asumirá la Presidencia de la República hasta completar el mismo.

**Artículo 234.** Las faltas temporales del Presidente o Presidenta de la República serán suplidas por el Vicepresidente Ejecutivo o Vicepresidenta Ejecutiva hasta por noventa días, prorrogables por decisión de la Asamblea Nacional por noventa días más.

Si una falta temporal se prolonga por más de noventa días consecutivos, la Asamblea Nacional decidirá por mayoría de sus integrantes si debe considerarse que hay falta absoluta.

**Artículo 235.** La ausencia del territorio nacional por parte del Presidente o Presidenta de la República requiere autorización de la Asamblea Nacional o de la Comisión Delegada, cuando se prolongue por un lapso superior a cinco días consecutivos.

#### Sección Segunda: de las Atribuciones del Presidente o Presidenta de la República

**Artículo 236.** Son atribuciones y obligaciones del Presidente o Presidenta de la República:

1. Cumplir y hacer cumplir esta Constitución y la ley.
2. Dirigir la acción del Gobierno.
3. Nombrar y remover el Vicepresidente Ejecutivo o Vicepresidenta Ejecutiva, nombrar y remover los Ministros o Ministras.
4. Dirigir las relaciones exteriores de la República y celebrar y ratificar los tratados, convenios o acuerdos internacionales.
5. Dirigir la Fuerza Armada Nacional en su carácter de Comandante en Jefe, ejercer la suprema autoridad jerárquica de ella y fijar su contingente.
6. Ejercer el mando supremo de la Fuerza Armada Nacional, promover sus oficiales a partir del grado de coronel o coronela o capitán o capitana de navío, y nombrarlos o nombrarlas para los cargos que les son privativos.
7. Declarar los estados de excepción y decretar la restricción de garantías en los casos previstos en esta Constitución.
8. Dictar, previa autorización por una ley habilitante, decretos con fuerza de ley.
9. Convocar a la Asamblea Nacional a sesiones extraordinarias.
10. Reglamentar total o parcialmente las leyes, sin alterar su espíritu, propósito y razón.
11. Administrar la Hacienda Pública Nacional.
12. Negociar los empréstitos nacionales.
13. Decretar créditos adicionales al Presupuesto, previa autorización de la Asamblea Nacional o de la Comisión Delegada.
14. Celebrar los contratos de interés nacional conforme a esta Constitución y la ley.
15. Designar, previa autorización de la Asamblea Nacional o de la Comisión Delegada, al Procurador o Procuradora General de la República y a los jefes o jefas de las misiones diplomáticas permanentes.
16. Nombrar y remover a aquellos funcionarios o aquellas funcionarias cuya designación le atribuyen esta Constitución y la ley.
17. Dirigir a la Asamblea Nacional, personalmente o por intermedio del Vicepresidente Ejecutivo o Vicepresidenta Ejecutiva, informes o mensajes especiales.
18. Formular el Plan Nacional de Desarrollo y dirigir su ejecución previa aprobación de la Asamblea Nacional.
19. Conceder indultos.
20. Fijar el número, organización y competencia de los ministerios y otros organismos de la Administración Pública Nacional, así como también la organización y funcionamiento del Consejo de Ministros, dentro de los principios y lineamientos señalados por la correspondiente ley orgánica.
21. Disolver la Asamblea Nacional en el supuesto establecido en esta Constitución.
22. Convocar referendos en los casos previstos en esta Constitución.
23. Convocar y presidir el Consejo de Defensa de la Nación.
24. Las demás que le señale esta Constitución y la ley.

El Presidente o Presidenta de la República ejercerá en Consejo de Ministros las atribuciones señaladas en los numerales 7, 8, 9, 10, 12, 13, 14, 18, 20, 21, 22 y las que le atribuya la ley para ser ejercidas en igual forma.

Los actos del Presidente o Presidenta de la República, con excepción de los señalados en los ordinales 3 y 5, serán refrendados para su validez por el Vicepresidente Ejecutivo o Vicepresidenta Ejecutiva y el Ministro o Ministra o Ministros o Ministras respectivos.

**Artículo 237.** Dentro de los diez primeros días siguientes a la instalación de la Asamblea Nacional, en sesiones ordinarias, el Presidente o Presidenta de la República personalmente presentará, cada año, a la Asamblea un mensaje en que dará cuenta de los aspectos políticos, económicos, sociales y administrativos de su gestión durante el año inmediatamente anterior.

#### Sección Tercera: del Vicepresidente Ejecutivo o Vicepresidenta Ejecutiva

**Artículo 238.** El Vicepresidente Ejecutivo o Vicepresidenta Ejecutiva es órgano directo y colaborador inmediato del Presidente o Presidenta de la República en su condición de Jefe o Jefa del Ejecutivo Nacional.

El Vicepresidente Ejecutivo o Vicepresidenta Ejecutiva reunirá las mismas condiciones exigidas para ser Presidente o Presidenta de la República, y no podrá tener ningún parentesco de consanguinidad ni de afinidad con éste.

*Artículo 239.* Son atribuciones del Vicepresidente Ejecutivo o Vicepresidenta Ejecutiva:

1. Colaborar con el Presidente o Presidenta de la República en la dirección de la acción del Gobierno.
2. Coordinar la Administración Pública Nacional de conformidad con las instrucciones del Presidente o Presidenta de la República.
3. Proponer al Presidente o Presidenta de la República el nombramiento y la remoción de los Ministros o Ministras.
4. Presidir, previa autorización del Presidente o Presidenta de la República, el Consejo de Ministros.
5. Coordinar las relaciones del Ejecutivo Nacional con la Asamblea Nacional.
6. Presidir el Consejo Federal de Gobierno.
7. Nombrar y remover, de conformidad con la ley, los funcionarios o funcionarias nacionales cuya designación no esté atribuida a otra autoridad.
8. Suplir las faltas temporales del Presidente o Presidenta de la República.
9. Ejercer las atribuciones que le delegue el Presidente o Presidenta de la República.
10. Las demás que le señalen esta Constitución y la ley.

*Artículo 240.* La aprobación de una moción de censura al Vicepresidente Ejecutivo o Vicepresidenta Ejecutiva, por una votación no menor de las tres quintas partes de los integrantes de la Asamblea Nacional, implica su remoción. El funcionario removido o funcionaria removida no podrá optar al cargo de Vicepresidente Ejecutivo o Vicepresidenta Ejecutiva, o de Ministro o Ministra por el resto del período presidencial.

La remoción del Vicepresidente Ejecutivo o Vicepresidenta Ejecutiva en tres oportunidades dentro de un mismo período constitucional, como consecuencia de la aprobación de mociones de censura, faculta al Presidente o Presidenta de la República para disolver la Asamblea Nacional. El decreto de disolución conlleva la convocatoria de elecciones para una nueva legislatura dentro de los sesenta días siguientes a su disolución.

La Asamblea no podrá ser disuelta en el último año de su período constitucional.

*Artículo 241.* El Vicepresidente Ejecutivo o Vicepresidenta Ejecutiva es responsable de sus actos de conformidad con esta Constitución y la ley.

### Sección Cuarta: de los Ministros o Ministras y del Consejo de Ministros

*Artículo 242.* Los Ministros o Ministras son órganos directos del Presidente o Presidenta de la República, y reunidos conjuntamente con éste o ésta y con el Vicepresidente Ejecutivo o Vicepresidenta Ejecutiva, integran el Consejo de Ministros.

El Presidente o Presidenta de la República presidirá las reuniones del Consejo de Ministros, pero podrá autorizar al Vicepresidente Ejecutivo o Vicepresidenta Ejecutiva para que las presida cuando no pueda asistir a ellas. Las decisiones tomadas serán ratificadas por el Presidente o Presidenta de la República.

De las decisiones del Consejo de Ministros son solidariamente responsables el Vicepresidente Ejecutivo o Vicepresidenta Ejecutiva y los Ministros o Ministras que hubieren concurrido, salvo aquellos y aquellas que hayan hecho constar su voto adverso o negativo.

*Artículo 243.* El Presidente o Presidenta de la República podrá nombrar Ministros o Ministras de Estado, los y las cuales, además de participar en el Consejo de Ministros, asesorarán al Presidente o Presidenta de la República y al Vicepresidente Ejecutivo o Vicepresidenta Ejecutiva en los asuntos que les fueren asignados.

*Artículo 244.* Para ser Ministro o Ministra se requiere poseer la nacionalidad venezolana y ser mayor de veinticinco años, con las excepciones establecidas en esta Constitución.

Los Ministros o Ministras son responsables de sus actos de conformidad con esta Constitución y la ley, y presentarán ante la Asamblea Nacional, dentro de los primeros sesenta días de cada año, una memoria razonada y suficiente sobre la gestión del despacho en el año inmediatamente anterior, de conformidad con la ley.

*Artículo 245.* Los Ministros o Ministras tienen derecho de palabra en la Asamblea Nacional y en sus Comisiones. Podrán tomar parte en los debates de la Asamblea Nacional, sin derecho al voto.

*Artículo 246.* La aprobación de una moción de censura a un Ministro o Ministra por una votación no menor de las tres quintas partes de los o las integrantes presentes de la Asamblea Nacional, implica su remoción. El funcionario removido o funcionaria removida no podrá optar al cargo de Ministro o Ministra ni de Vicepresidente Ejecutivo o Vicepresidenta Ejecutiva por el resto del período presidencial.

### Sección Quinta: de la Procuraduría General de la República

*Artículo 247.* La Procuraduría General de la República asesora, defiende y representa judicial y extrajudicialmente los intereses patrimoniales de la República, y será consultada para la aprobación de los contratos de interés público nacional.

La ley orgánica determinará su organización, competencia y funcionamiento.

*Artículo 248.* La Procuraduría General de la República estará a cargo y bajo la dirección del Procurador o Procuradora General de la República, con la colaboración de los demás funcionarios o funcionarias que determine su ley orgánica.

*Artículo 249.* El Procurador o Procuradora General de la República reunirá las mismas condiciones exigidas para ser magistrado o magistrada del Tribunal Supremo de Justicia. Será nombrado o nombrada por el Presidente o Presidenta de la República con la autorización de la Asamblea Nacional.

*Artículo 250.* El Procurador o Procuradora General de la República asistirá, con derecho a voz, a las reuniones del Consejo de Ministros.

### Sección Sexta: del Consejo de Estado

*Artículo 251.* El Consejo de Estado es el órgano superior de consulta del Gobierno y la Administración Pública Nacional. Será de su competencia recomendar políticas de interés nacional en aquellos asuntos a los que el Presidente o Presidenta de la República reconozca de especial trascendencia y requiera su opinión.

La ley respectiva determinará sus funciones y atribuciones.

*Artículo 252.* El Consejo de Estado lo preside el Vicepresidente Ejecutivo o Vicepresidenta Ejecutiva y estará conformado, además, por cinco personas designadas por el Presidente o Presidenta de la República, un o una representante designado por la Asamblea Nacional; un o una representante designado o designado por el Tribunal Supremo de Justicia y un Gobernador designado o Gobernadora designada por el conjunto de mandatarios estadales.

### Capítulo III
### Del Poder Judicial y del Sistema de Justicia

### Sección Primera: Disposiciones Generales

*Artículo 253.* La potestad de administrar justicia emana de los ciudadanos o ciudadanas y se imparte en nombre de la República por autoridad de la ley.

Corresponde a los órganos del Poder Judicial conocer de las causas y asuntos de su competencia mediante los procedimientos que determinen las leyes, y ejecutar o hacer ejecutar sus sentencias.

El sistema de justicia está constituido por el Tribunal Supremo de Justicia, los demás tribunales que determine la ley, el Ministerio Público, la Defensoría Pública, los órganos de investigación penal, los o las auxiliares y funcionarios o funcionarias de justicia, el sistema penitenciario, los medios alternativos de justicia, los ciudadanos y ciudadanas que participan en la administración de justicia conforme a la ley y los abogados o abogadas autorizados o autorizadas para el ejercicio.

*Artículo 254.* El Poder Judicial es independiente y el Tribunal Supremo de Justicia gozará de autonomía funcional, financiera y administrativa. A tal efecto, dentro del presupuesto general del Estado se le asignará al sistema de justicia una partida anual variable, no menor del dos por ciento del presupuesto ordinario nacional, para su efectivo funcionamiento, el cual no podrá ser reducido o modificado sin autorización previa de la Asamblea Nacional. El Poder Judicial no está facultado para establecer tasas, aranceles, ni exigir pago alguno por sus servicios.

*Artículo 255.* El ingreso a la carrera judicial y el ascenso de los jueces o juezas se hará por concursos de oposición públicos que aseguren la idoneidad y excelencia de los o las participantes y serán seleccionados o seleccionadas por los jurados de los circuitos judiciales, en la forma y condiciones que establezca la ley. El nombramiento y juramento de los jueces o juezas corresponde al Tribunal Supremo de Justicia. La ley garantizará la participación ciudadana en el procedimiento de selección y designación de los jueces o juezas. Los jueces o juezas sólo podrán ser removidos o removidas o suspendidos o suspendidas de sus cargos mediante los procedimientos expresamente previstos en la ley.

La ley propenderá a la profesionalización de los jueces o juezas y las universidades colaborarán en este propósito, organizando en los estudios universitarios de Derecho la especialización judicial correspondiente.

Los jueces o juezas son personalmente responsables, en los términos que determine la ley, por error, retardo u omisiones injustificadas, por la inobservancia sustancial de las normas procesales, por denegación, parcialidad, y por los delitos de cohecho y prevaricación en que incurran en el desempeño de sus funciones.

**Artículo 256.** Con la finalidad de garantizar la imparcialidad y la independencia en el ejercicio de sus funciones, los magistrados o magistradas, jueces o juezas, fiscales o fiscalas del Ministerio Público y defensores públicos o defensoras públicas, desde la fecha de su nombramiento y hasta su egreso del cargo respectivo, no podrán, salvo el ejercicio del voto, llevar a cabo activismo político partidista, gremial, sindical o de índole semejante, ni realizar actividades privadas lucrativas incompatibles con su función, ni por sí ni por interpuesta persona, ni ejercer ninguna otra función pública a excepción de actividades educativas.

Los jueces y juezas no podrán asociarse entre sí.

**Artículo 257.** El proceso constituye un instrumento fundamental para la realización de la justicia. Las leyes procesales establecerán la simplificación, uniformidad y eficacia de los trámites y adoptarán un procedimiento breve, oral y público. No se sacrificará la justicia por la omisión de formalidades no esenciales.

**Artículo 258.** La ley organizará la justicia de paz en las comunidades. Los jueces y juezas de paz serán elegidos o elegidas por votación universal, directa y secreta, conforme a la ley.

La ley promoverá el arbitraje, la conciliación, la mediación y cualesquiera otros medios alternativos para la solución de conflictos.

**Artículo 259.** La jurisdicción contencioso administrativa corresponde al Tribunal Supremo de Justicia y a los demás tribunales que determine la ley. Los órganos de la jurisdicción contencioso administrativa son competentes para anular los actos administrativos generales o individuales contrarios a derecho, incluso por desviación de poder; condenar al pago de sumas de dinero y a la reparación de daños y perjuicios originados en responsabilidad de la Administración; conocer de reclamos por la prestación de servicios públicos; y disponer lo necesario para el restablecimiento de las situaciones jurídicas subjetivas lesionadas por la actividad administrativa.

**Artículo 260.** Las autoridades legítimas de los pueblos indígenas podrán aplicar en su hábitat instancias de justicia con base en sus tradiciones ancestrales y que sólo afecten a sus integrantes, según sus propias normas y procedimientos, siempre que no sean contrarios a esta Constitución, a la ley y al orden público. La ley determinará la forma de coordinación de esta jurisdicción especial con el sistema judicial nacional.

**Artículo 261.** La jurisdicción penal militar es parte integrante del Poder Judicial, y sus jueces o juezas serán seleccionados por concurso. Su ámbito de competencia, organización y modalidades de funcionamiento se regirán por el sistema acusatorio y de acuerdo con lo previsto en el Código Orgánico de Justicia Militar. La comisión de delitos comunes, violaciones de derechos humanos y crímenes de lesa humanidad, será juzgada por los tribunales ordinarios. La competencia de los tribunales militares se limita a delitos de naturaleza militar.

La ley regulará lo relativo a las jurisdicciones especiales y a la competencia, organización y funcionamiento de los tribunales en cuanto no esté previsto en esta Constitución.

### Sección Segunda: del Tribunal Supremo de Justicia

**Artículo 262.** El Tribunal Supremo de Justicia funcionará en Sala Plena y en Sala Constitucional, Político administrativa, Electoral, de Casación Civil, de Casación Penal y de Casación Social, cuyas integraciones y competencias serán determinadas por su ley orgánica.

La Sala Social comprenderá lo referente a la casación agraria, laboral y de menores.

**Artículo 263.** Para ser magistrado o magistrada del Tribunal Supremo de Justicia se requiere:

1. Tener la nacionalidad venezolana por nacimiento.
2. Ser ciudadano o ciudadana de reconocida honorabilidad.
3. Ser jurista de reconocida competencia, gozar de buena reputación, haber ejercido la abogacía durante un mínimo de quince años y tener título universitario de postgrado en materia jurídica; o haber sido profesor universitario o profesora universitaria en ciencia jurídica durante un mínimo de quince años y tener la categoría de profesor o profesora titular; o ser o haber sido juez o jueza superior en la especialidad correspondiente a la Sala para la cual se postula, con un mínimo de quince años en el ejercicio de la carrera judicial, y reconocido prestigio en el desempeño de sus funciones.
4. Cualesquiera otros requisitos establecidos por la ley.

**Artículo 264.** Los magistrados o magistradas del Tribunal Supremo de Justicia serán elegidos o elegidas por un único período de doce años. La ley determinará el procedimiento de elección. En todo caso, podrán postularse candidatos o candidatas ante el Comité de Postulaciones Judiciales, por iniciativa propia o por organizaciones vinculadas con la actividad jurídica. El Comité, oída la opinión de la comunidad, efectuará una preselección para su presentación al Poder Ciudadano, el cual efectuará una segunda preselección que será presentada a la Asamblea Nacional, la cual efectuará la selección definitiva.

Los ciudadanos y ciudadanas podrán ejercer fundadamente objeciones a cualquiera de los postulados o postuladas ante el Comité de Postulaciones Judiciales, o ante la Asamblea Nacional.

**Artículo 265.** Los magistrados o magistradas del Tribunal Supremo de Justicia podrán ser removidos o removidas por la Asamblea Nacional mediante una mayoría calificada de las dos terceras partes de sus integrantes, previa audiencia concedida al interesado o interesada, en caso de faltas graves ya calificadas por el Poder Ciudadano, en los términos que la ley establezca.

**Artículo 266.** Son atribuciones del Tribunal Supremo de Justicia:

1. Ejercer la jurisdicción constitucional conforme al Título VIII de esta Constitución.
2. Declarar si hay o no mérito para el enjuiciamiento del Presidente o Presidenta de la República o quien haga sus veces, y en caso afirmativo, continuar conociendo de la causa previa autorización de la Asamblea Nacional, hasta sentencia definitiva.
3. Declarar si hay o no mérito para el enjuiciamiento del Vicepresidente o Vicepresidenta de la República, de los o las integrantes de la Asamblea Nacional o del propio Tribunal Supremo de Justicia, de los Ministros o Ministras, del Procurador o Procuradora General, del Fiscal o Fiscala General, del Contralor o Contralora General de la República, del Defensor o Defensora del Pueblo, los Gobernadores o Gobernadoras, oficiales u oficialas generales y almirantes de la Fuerza Armada Nacional y de los jefes o jefas de misiones diplomáticas de la República y, en caso afirmativo, remitir los autos al Fiscal o Fiscala General de la República o a quien haga sus veces, si fuere el caso; y si el delito fuere común, continuará conociendo de la causa hasta la sentencia definitiva.
4. Dirimir las controversias administrativas que se susciten entre la República, algún Estado, Municipio u otro ente público, cuando la otra parte sea alguna de esas mismas entidades, a menos que se trate de controversias entre Municipios de un mismo Estado, caso en el cual la ley podrá atribuir su conocimiento a otro tribunal.
5. Declarar la nulidad total o parcial de los reglamentos y demás actos administrativos generales o individuales del Ejecutivo Nacional, cuando sea procedente.
6. Conocer de los recursos de interpretación sobre el contenido y alcance de los textos legales, en los términos contemplados en la ley.
7. Decidir los conflictos de competencia entre tribunales, sean ordinarios o especiales, cuando no exista otro tribunal superior o común a ellos en el orden jerárquico.
8. Conocer del recurso de casación.
9. Las demás que le atribuya la ley.

La atribución señalada en el numeral 1 será ejercida por la Sala Constitucional; las señaladas en los numerales 2 y 3, en Sala Plena; y las contenidas en los numerales 4 y 5, en Sala Político administrativa. Las demás atribuciones serán ejercidas por las diversas Salas conforme a lo previsto por esta Constitución y la ley.

### Sección Tercera: del Gobierno y la Administración del Poder Judicial

**Artículo 267.** Corresponde al Tribunal Supremo de Justicia la dirección, el gobierno y la administración del Poder Judicial, la inspección y vigilancia de los tribunales de la República y de las Defensorías Públicas. Igualmente, le corresponde la elaboración y ejecución de su propio presupuesto y del presupuesto del Poder Judicial.

La jurisdicción disciplinaria judicial estará a cargo de los tribunales disciplinarios que determine la ley.

El régimen disciplinario de los magistrados o magistradas y jueces o juezas estará fundamentado en el Código de Ética del Juez Venezolano o Jueza Venezolana, que dictará la Asamblea Nacional. El procedimiento disciplinario será público, oral y breve, conforme al debido proceso, en los términos y condiciones que establezca la ley.

Para el ejercicio de estas atribuciones, el Tribunal Supremo en pleno creará una Dirección Ejecutiva de la Magistratura, con sus oficinas regionales.

**Artículo 268.** La ley establecerá la autonomía y organización, funcionamiento, disciplina e idoneidad del servicio de defensa pública, con el objeto de asegurar la eficacia del servicio y de garantizar los beneficios de la carrera del defensor o defensora.

**Artículo 269.** La ley regulará la organización de circuitos judiciales, así como la creación y competencias de tribunales y cortes regionales a fin de promover la descentralización administrativa y jurisdiccional del Poder Judicial.

**Artículo 270.** El Comité de Postulaciones Judiciales es un órgano asesor del Poder Judicial para la selección de los candidatos o candidatas a magistrados o magistradas del Tribunal Supremo de Justicia. Igualmente, asesorará a los colegios electorales judiciales para la elección de los jueces o juezas de la jurisdicción disciplinaria. El Comité de Postulaciones Judiciales estará integrado por representantes de los diferentes sectores de la sociedad, de conformidad con lo que establezca la ley.

**Artículo 271.** En ningún caso podrá ser negada la extradición de los extranjeros o extranjeras responsables de los delitos de deslegitimación de capitales, drogas, delincuencia organizada internacional, hechos contra el patrimonio público de otros Estados y contra los derechos humanos. No prescribirán las acciones judiciales dirigidas a sancionar los delitos contra los derechos humanos, o contra el patrimonio público o el tráfico de estupefacientes. Asimismo, previa decisión judicial, serán confiscados los bienes provenientes de las actividades relacionadas con tales delitos.

El procedimiento referente a los delitos mencionados será público, oral y breve, respetándose el debido proceso, estando facultada la autoridad judicial competente para dictar las medidas cautelares preventivas necesarias contra bienes propiedad del imputado o de sus interpuestas personas, a los fines de garantizar su eventual responsabilidad civil.

**Artículo 272.** El Estado garantizará un sistema penitenciario que asegure la rehabilitación del interno o interna y el respeto a sus derechos humanos. Para ello, los establecimientos penitenciarios contarán con espacios para el trabajo, el estudio, el deporte y la recreación, funcionarán bajo la dirección de penitenciaristas profesionales con credenciales académicas universitarias, y se regirán por una administración descentralizada, a cargo de los gobiernos estadales o municipales, pudiendo ser sometidos a modalidades de privatización. En general, se preferirá en ellos el régimen abierto y el carácter de colonias agrícolas penitenciarias. En todo caso las fórmulas de cumplimiento de penas no privativas de la libertad se aplicarán con preferencia a las medidas de naturaleza reclusoria. El Estado creará las instituciones indispensables para la asistencia postpenitenciaria que posibilite la reinserción social del exinterno o exinterna y propiciará la creación de un ente penitenciario con carácter autónomo y con personal exclusivamente técnico.

### Capítulo IV
### Del Poder Ciudadano

#### Sección Primera: Disposiciones Generales

**Artículo 273.** El Poder Ciudadano se ejerce por el Consejo Moral Republicano integrado por el Defensor o Defensora del Pueblo, el Fiscal o Fiscala General y el Contralor o Contralora General de la República.

Los órganos del Poder Ciudadano son la Defensoría del Pueblo, el Ministerio Público y la Contraloría General de la República, uno o una de cuyos titulares será designado o designada por el Consejo Moral Republicano como Presidente o Presidenta por períodos de un año, pudiendo ser reelecto o reelecta.

El Poder Ciudadano es independiente y sus órganos gozan de autonomía funcional, financiera y administrativa. A tal efecto, dentro del presupuesto general del Estado se le asignará una partida anual variable.

Su organización y funcionamiento se establecerá en ley orgánica.

**Artículo 274.** Los órganos que ejercen el Poder Ciudadano tienen a su cargo, de conformidad con esta Constitución y la ley, prevenir, investigar y sancionar los hechos que atenten contra la ética pública y la moral administrativa; velar por la buena gestión y la legalidad en el uso del patrimonio público, el cumplimiento y la aplicación del principio de la legalidad en toda la actividad administrativa del Estado, e igualmente, promover la educación como proceso creador de la ciudadanía, así como la solidaridad, la libertad, la democracia, la responsabilidad social y el trabajo.

**Artículo 275.** Los representantes del Consejo Moral Republicano formularán a las autoridades, funcionarios o funcionarias de la Administración Pública, las advertencias sobre las faltas en el cumplimiento de sus obligaciones legales. De no acatarse estas advertencias, el Consejo Moral Republicano podrá imponer las sanciones establecidas en la ley. En caso de contumacia, el Presidente o Presidenta del Consejo Moral Republicano presentará un informe al órgano o dependencia al cual esté adscrito el funcionario o funcionaria públicos, para que esa instancia tome los correctivos de acuerdo con el caso sin perjuicio de las sanciones a que hubiere lugar en conformidad con la ley.

**Artículo 276.** El Presidente o Presidenta del Consejo Moral Republicano y los o las titulares de los órganos del Poder Ciudadano presentarán un informe anual ante la Asamblea Nacional en sesión plenaria. Así mismo, presentarán los informes que en cualquier momento les sean solicitados por la Asamblea Nacional.

Tanto los informes ordinarios como los extraordinarios se publicarán.

**Artículo 277.** Todos los funcionarios o funcionarias de la Administración Pública están obligados y obligadas, bajo las sanciones que establezca la ley, a colaborar con carácter preferente y urgente con los y las representantes del Consejo

Moral Republicano en sus investigaciones. Éste podrá solicitarles las declaraciones y documentos que consideren necesarios para el desarrollo de sus funciones, incluidos aquellos que hayan sido clasificados o catalogados con carácter confidencial o secreto de acuerdo con la ley. En todo caso, el Poder Ciudadano sólo podrá suministrar la información contenida en documentos confidenciales o secretos mediante los procedimientos que establezca la ley.

**Artículo 278.** El Consejo Moral Republicano promoverá todas aquellas actividades pedagógicas dirigidas al conocimiento y estudio de esta Constitución, al amor a la patria, a las virtudes cívicas y democráticas, a los valores trascendentales de la República y a la observancia y respeto de los derechos humanos.

**Artículo 279.** El Consejo Moral Republicano convocará un Comité de Evaluación de Postulaciones del Poder Ciudadano, que estará integrado por representantes de diversos sectores de la sociedad; adelantará un proceso público de cuyo resultado se obtendrá una terna por cada órgano del Poder Ciudadano, que será sometida a la consideración de la Asamblea Nacional que, mediante el voto favorable de las dos terceras partes de sus integrantes, escogerá en un lapso no mayor de treinta días continuos, al o a la titular del órgano del Poder Ciudadano que esté en consideración. Si concluido este lapso no hay acuerdo en la Asamblea Nacional, el Poder Electoral someterá la terna a consulta popular.

En caso de no haber sido convocado el Comité de Evaluación de Postulaciones del Poder Ciudadano, la Asamblea Nacional procederá, dentro del plazo que determine la ley, a la designación del titular o la titular del órgano del Poder Ciudadano correspondiente.

Los y las integrantes del Poder Ciudadano serán removidos o removidas por la Asamblea Nacional, previo pronunciamiento del Tribunal Supremo de Justicia, de acuerdo con lo establecido en la ley.

#### Sección Segunda: de la Defensoría del Pueblo

**Artículo 280.** La Defensoría del Pueblo tiene a su cargo la promoción, defensa y vigilancia de los derechos y garantías establecidos en esta Constitución y los tratados internacionales sobre derechos humanos, además de los intereses legítimos, colectivos y difusos, de los ciudadanos y ciudadanas.

La Defensoría del Pueblo actuará bajo la dirección y responsabilidad del Defensor o Defensora del Pueblo, quien será designado o designada por un único período de siete años.

Para ser Defensor o Defensora del Pueblo se requiere ser venezolano o venezolana, mayor de treinta años, con manifiesta y demostrada competencia en materia de derechos humanos y cumplir con las exigencias de honorabilidad, ética y moral que establezca la ley. Las faltas absolutas y temporales del Defensor o Defensora del Pueblo serán cubiertas de acuerdo con lo dispuesto en la ley.

**Artículo 281.** Son atribuciones del Defensor o Defensora del Pueblo:

1. Velar por el efectivo respeto y garantía de los derechos humanos consagrados en esta Constitución y en los tratados, convenios y acuerdos internacionales sobre derechos humanos ratificados por la República, investigando de oficio o a instancia de parte las denuncias que lleguen a su conocimiento.

2. Velar por el correcto funcionamiento de los servicios públicos, amparar y proteger los derechos e intereses legítimos, colectivos y difusos de las personas, contra las arbitrariedades, desviaciones de poder y errores cometidos en la prestación de los mismos, interponiendo cuando fuere procedente las acciones necesarias para exigir al Estado el resarcimiento a los administrados de los daños y perjuicios que les sean ocasionados con motivo del funcionamiento de los servicios públicos.

3. Interponer las acciones de inconstitucionalidad, amparo, habeas corpus, habeas data y las demás acciones o recursos necesarios para ejercer las atribuciones señaladas en los numerales anteriores, cuando fuere procedente de conformidad con la ley.

4. Instar al Fiscal o Fiscala General de la República para que intente las acciones o recursos a que hubiere lugar contra los funcionarios públicos o funcionarias públicas, responsables de la violación o menoscabo de los derechos humanos.

5. Solicitar al Consejo Moral Republicano que adopte las medidas a que hubiere lugar respecto de los funcionarios públicos o funcionarias públicas responsables de la violación o menoscabo de los derechos humanos.

6. Solicitar ante el órgano competente la aplicación de los correctivos y las sanciones a que hubiere lugar por la violación de los derechos del público consumidor y usuario, de conformidad con la ley.

7. Presentar ante los órganos legislativos municipales, estadales o nacionales, proyectos de ley u otras iniciativas para la protección progresiva de los derechos humanos.

8. Velar por los derechos de los pueblos indígenas y ejercer las acciones necesarias para su garantía y efectiva protección.

9. Visitar e inspeccionar las dependencias y establecimientos de los órganos del Estado, a fin de prevenir o proteger los derechos humanos.

10. Formular ante los órganos correspondientes las recomendaciones y observaciones necesarias para la mejor protección de los derechos

humanos, para lo cual desarrollará mecanismos de comunicación permanente con órganos públicos o privados, nacionales e internacionales, de protección y defensa de los derechos humanos.

11. Promover y ejecutar políticas para la difusión y efectiva protección de los derechos humanos.

12. Las demás que establezcan la Constitución y la ley.

**Artículo 282.** El Defensor o Defensora del Pueblo gozará de inmunidad en el ejercicio de sus funciones y, por lo tanto, no podrá ser perseguido o perseguida, detenido o detenida, ni enjuiciado o enjuiciada por actos relacionados con el ejercicio de sus funciones. En todo caso conocerá de manera privativa el Tribunal Supremo de Justicia.

**Artículo 283.** La ley determinará lo relativo a la organización y funcionamiento de la Defensoría del Pueblo en el ámbito municipal, estadal, nacional y especial. Su actividad se regirá por los principios de gratuidad, accesibilidad, celeridad, informalidad e impulso de oficio.

### Sección Tercera: del Ministerio Público

**Artículo 284.** El Ministerio Público estará bajo la dirección y responsabilidad del Fiscal o Fiscala General de la República, quien ejercerá sus atribuciones directamente con el auxilio de los funcionarios o funcionarias que determine la ley.

Para ser Fiscal o Fiscala General de la República se requieren las mismas condiciones de elegibilidad de los magistrados o magistradas del Tribunal Supremo de Justicia. El Fiscal o Fiscala General de la República será designado o designada para un período de siete años.

**Artículo 285.** Son atribuciones del Ministerio Público:

1. Garantizar en los procesos judiciales el respeto de los derechos y garantías constitucionales, así como de los tratados, convenios y acuerdos internacionales suscritos por la República.
2. Garantizar la celeridad y buena marcha de la administración de justicia, el juicio previo y el debido proceso.
3. Ordenar y dirigir la investigación penal de la perpetración de los hechos punibles para hacer constar su comisión con todas las circunstancias que puedan influir en la calificación y responsabilidad de los autores o las autoras y demás participantes, así como el aseguramiento de los objetos activos y pasivos relacionados con la perpetración.
4. Ejercer en nombre del Estado la acción penal en los casos en que para intentarla o proseguirla no fuere necesario instancia de parte, salvo las excepciones establecidas en la ley.
5. Intentar las acciones a que hubiere lugar para hacer efectiva la responsabilidad civil, laboral, militar, penal, administrativa o disciplinaria en que hubieren incurrido los funcionarios o funcionarias del sector público, con motivo del ejercicio de sus funciones.
6. Las demás que le atribuyan esta Constitución y la ley.

Estas atribuciones no menoscaban el ejercicio de los derechos y acciones que corresponden a los o las particulares o a otros funcionarios o funcionarias de acuerdo con esta Constitución y la ley.

**Artículo 286.** La ley determinará lo relativo a la organización y funcionamiento del Ministerio Público en el ámbito municipal, estadal y nacional; proveerá lo conducente para asegurar la idoneidad, probidad y estabilidad de los fiscales o fiscalas del Ministerio Público. Asimismo establecerá las normas para garantizar un sistema de carrera para el ejercicio de su función.

### Sección Cuarta: de la Contraloría General de la República

**Artículo 287.** La Contraloría General de la República es el órgano de control, vigilancia y fiscalización de los ingresos, gastos, bienes públicos y bienes nacionales, así como de las operaciones relativas a los mismos. Goza de autonomía funcional, administrativa y organizativa, y orienta su actuación a las funciones de inspección de los organismos y entidades sujetas a su control.

**Artículo 288.** La Contraloría General de la República estará bajo la dirección y responsabilidad del Contralor o Contralora General de la República, quien debe ser venezolano o venezolana, mayor de treinta años y con probada aptitud y experiencia en el ejercicio del cargo.

El Contralor o Contralora General de la República será designado o designada para un período de siete años.

**Artículo 289.** Son atribuciones de la Contraloría General de la República:

1. Ejercer el control, la vigilancia y fiscalización de los ingresos, gastos y bienes públicos, así como las operaciones relativas a los mismos, sin perjuicio de las facultades que se atribuyan a otros órganos en el caso de los Estados y Municipios, de conformidad con la ley.
2. Controlar la deuda pública, sin perjuicio de las facultades que se atribuyan a otros órganos en el caso de los Estados y Municipios, de conformidad con la ley.

3. Inspeccionar y fiscalizar los órganos, entidades y personas jurídicas del sector público sometidos a su control; practicar fiscalizaciones, disponer el inicio de investigaciones sobre irregularidades contra el patrimonio público, así como dictar las medidas, imponer los reparos y aplicar las sanciones administrativas a que haya lugar de conformidad con la ley.
4. Instar al Fiscal o Fiscala de la República a que ejerzan las acciones judiciales a que hubiere lugar con motivo de las infracciones y delitos cometidos contra el patrimonio público y de los cuales tenga conocimiento en el ejercicio de sus atribuciones.
5. Ejercer el control de gestión y evaluar el cumplimiento y resultado de las decisiones y políticas públicas de los órganos, entidades y personas jurídicas del sector público sujetas a su control, relacionadas con sus ingresos, gastos y bienes.
6. Las demás que le atribuyan esta Constitución y la ley.

**Artículo 290.** La ley determinará lo relativo a la organización y funcionamiento de la Contraloría General de la República y del sistema nacional de control fiscal.

**Artículo 291.** La Contraloría General de la Fuerza Armada es parte integrante del sistema nacional de control. Tendrá a su cargo la vigilancia, control y fiscalización de los ingresos, gastos y bienes públicos afectos a la Fuerza Armada Nacional y sus órganos adscritos, sin menoscabo del alcance y competencia de la Contraloría General de la República. Su organización y funcionamiento lo determinará la ley respectiva y estará bajo la dirección y responsabilidad del Contralor o Contralora General de la Fuerza Armada, quien será designado o designada mediante concurso de oposición.

### Capítulo V
### Del Poder Electoral

**Artículo 292.** El Poder Electoral se ejerce por el Consejo Nacional Electoral como ente rector y, como organismos subordinados a éste, la Junta Electoral Nacional, la Comisión de Registro Civil y Electoral y la Comisión de Participación Política y Financiamiento, con la organización y el funcionamiento que establezca la ley orgánica respectiva.

**Artículo 293.** El Poder Electoral tiene por función:

1. Reglamentar las leyes electorales y resolver las dudas y vacíos que éstas susciten o contengan.
2. Formular su presupuesto, el cual tramitará directamente ante la Asamblea Nacional y administrará autónomamente.
3. Emitir directivas vinculantes en materia de financiamiento y publicidad politicoelectorales y aplicar sanciones cuando no sean acatadas.
4. Declarar la nulidad total o parcial de las elecciones.
5. La organización, administración, dirección y vigilancia de todos los actos relativos a la elección de los cargos de representación popular de los poderes públicos, así como de los referendos.
6. Organizar las elecciones de sindicatos, gremios profesionales y organizaciones con fines políticos en los términos que señale la ley. Así mismo, podrán organizar procesos electorales de otras organizaciones de la sociedad civil a solicitud de éstas, o por orden de la Sala Electoral del Tribunal Supremo de Justicia. Las corporaciones, entidades y organizaciones aquí referidas cubrirán los costos de sus procesos eleccionarios.
7. Mantener, organizar, dirigir y supervisar el registro civil y electoral.
8. Organizar la inscripción y registro de las organizaciones con fines políticos y velar porque éstas cumplan las disposiciones sobre su régimen establecidas en la Constitución y la ley. En especial, decidirá sobre las solicitudes de constitución, renovación y cancelación de organizaciones con fines políticos, la determinación de sus autoridades legítimas y sus denominaciones provisionales, colores y símbolos.
9. Controlar, regular e investigar los fondos de financiamiento de las organizaciones con fines políticos.
10. Las demás que determine la ley.

Los órganos del Poder Electoral garantizarán la igualdad, confiabilidad, imparcialidad, transparencia y eficiencia de los procesos electorales, así como la aplicación de la personalización del sufragio y la representación proporcional.

**Artículo 294.** Los órganos del Poder Electoral se rigen por los principios de independencia orgánica, autonomía funcional y presupuestaria, despartidización de los organismos electorales, imparcialidad y participación ciudadana; descentralización de la administración electoral, transparencia y celeridad del acto de votación y escrutinios.

**Artículo 295.** El Comité de Postulaciones Electorales de candidatos o candidatas a integrantes del Consejo Nacional Electoral, estará integrado por representantes de los diferentes sectores de la sociedad, de conformidad con lo que establezca la ley.

*Artículo 296.* El Consejo Nacional Electoral estará integrado por cinco personas no vinculadas a organizaciones con fines políticos; tres de ellos o ellas serán postulados o postuladas por la sociedad civil, uno o una por las facultades de ciencias jurídicas y políticas de las universidades nacionales, y uno o una por el Poder Ciudadano.

Los o las tres integrantes postulados o postuladas por la sociedad civil tendrán seis suplentes en secuencia ordinal, y cada designado o designada por las universidades y el Poder Ciudadano tendrá dos suplentes, respectivamente. La Junta Nacional Electoral, la Comisión de Registro Civil y Electoral y la Comisión de Participación Política y Financiamiento, serán presididas cada una por un o una integrante postulado o postulada por la sociedad civil. Los o las integrantes del Consejo Nacional Electoral durarán siete años en sus funciones y serán elegidos o elegidas por separado: los tres postulados o postuladas por la sociedad civil al inicio de cada período de la Asamblea Nacional, y los otros dos a la mitad del mismo.

Los o las integrantes del Consejo Nacional Electoral serán designados o designadas por la Asamblea Nacional con el voto de las dos terceras partes de sus integrantes. Los integrantes del Consejo Nacional Electoral escogerán de su seno a su Presidente o Presidenta; de conformidad con la ley.

Los y las integrantes del Consejo Nacional Electoral serán removidos o removidas por la Asamblea Nacional, previo pronunciamiento del Tribunal Supremo de Justicia.

*Artículo 297.* La jurisdicción contencioso electoral será ejercida por la Sala Electoral del Tribunal Supremo de Justicia y los demás tribunales que determine la ley.

*Artículo 298.* La ley que regule los procesos electorales no podrá modificarse en forma alguna en el lapso comprendido entre el día de la elección y los seis meses inmediatamente anteriores a la misma.

## TÍTULO VI
## DEL SISTEMA SOCIOECONÓMICO

### Capítulo I
### Del Régimen Socioeconómico y la Función del Estado en la Economía

*Artículo 299.* El régimen socioeconómico de la República Bolivariana de Venezuela se fundamenta en los principios de justicia social, democratización, eficiencia, libre competencia, protección del ambiente, productividad y solidaridad, a los fines de asegurar el desarrollo humano integral y una existencia digna y provechosa para la colectividad. El Estado conjuntamente con la iniciativa privada promoverá el desarrollo armónico de la economía nacional con el fin de generar fuentes de trabajo, alto valor agregado nacional, elevar el nivel de vida de la población y fortalecer la soberanía económica del país, garantizando la seguridad jurídica, solidez, dinamismo, sustentabilidad, permanencia y equidad del crecimiento de la economía, para garantizar una justa distribución de la riqueza mediante una planificación estratégica democrática, participativa y de consulta abierta.

*Artículo 300.* La ley nacional establecerá las condiciones para la creación de entidades funcionalmente descentralizadas para la realización de actividades sociales o empresariales, con el objeto de asegurar la razonable productividad económica y social de los recursos públicos que en ellas se inviertan.

*Artículo 301.* El Estado se reserva el uso de la política comercial para defender las actividades económicas de las empresas nacionales públicas y privadas. No se podrá otorgar a empresas u organismos o personas extranjeros regímenes más beneficiosos que los establecidos para los nacionales. La inversión extranjera está sujeta a las mismas condiciones que la inversión nacional.

*Artículo 302.* El Estado se reserva, mediante la ley orgánica respectiva, y por razones de conveniencia nacional, la actividad petrolera y otras industrias, explotaciones, servicios y bienes de interés público y de carácter estratégico. El Estado promoverá la manufactura nacional de materias primas provenientes de la explotación de los recursos naturales no renovables, con el fin de asimilar, crear e innovar tecnologías, generar empleo y crecimiento económico, y crear riqueza y bienestar para el pueblo.

*Artículo 303.* Por razones de soberanía económica, política y de estrategia nacional, el Estado conservará la totalidad de las acciones de Petróleos de Venezuela, S.A., o del ente creado para el manejo de la industria petrolera, exceptuando la de las filiales, asociaciones estratégicas, empresas y cualquier otra que se haya constituido o se constituya como consecuencia del desarrollo de negocios de Petróleos de Venezuela, S.A.

*Artículo 304.* Todas las aguas son bienes de dominio público de la Nación, insustituibles para la vida y el desarrollo. La ley establecerá las disposiciones

necesarias a fin de garantizar su protección, aprovechamiento y recuperación, respetando las fases del ciclo hidrológico y los criterios de ordenación del territorio.

*Artículo 305.* El Estado promoverá la agricultura sustentable como base estratégica del desarrollo rural integral, y en consecuencia garantizará la seguridad alimentaria de la población; entendida como la disponibilidad suficiente y estable de alimentos en el ámbito nacional y el acceso oportuno y permanente a éstos por parte del público consumidor. La seguridad alimentaria se alcanzará desarrollando y privilegiando la producción agropecuaria interna, entendiéndose como tal la proveniente de las actividades agrícola, pecuaria, pesquera y acuícola. La producción de alimentos es de interés nacional y fundamental al desarrollo económico y social de la Nación. A tales fines, el Estado dictará las medidas de orden financiero, comercial, transferencia tecnológica, tenencia de la tierra, infraestructura, capacitación de mano de obra y otras que fueran necesarias para alcanzar niveles estratégicos de autoabastecimiento. Además, promoverá las acciones en el marco de la economía nacional e internacional para compensar las desventajas propias de la actividad agrícola.

El Estado protegerá los asentamientos y comunidades de pescadores o pescadores artesanales, así como sus caladeros de pesca en aguas continentales y los próximos a la línea de costa definidos en la ley.

*Artículo 306.* El Estado promoverá las condiciones para el desarrollo rural integral, con el propósito de generar empleo y garantizar a la población campesina un nivel adecuado de bienestar, así como su incorporación al desarrollo nacional. Igualmente fomentará la actividad agrícola y el uso óptimo de la tierra mediante la dotación de las obras de infraestructura, insumos, créditos, servicios de capacitación y asistencia técnica.

*Artículo 307.* El régimen latifundista es contrario al interés social. La ley dispondrá lo conducente en materia tributaria para gravar las tierras ociosas y establecerá las medidas necesarias para su transformación en unidades económicas productivas, rescatando igualmente las tierras de vocación agrícola. Los campesinos o campesinas y demás productores o productoras agropecuarios tienen derecho a la propiedad de la tierra, en los casos y formas especificados por la ley respectiva. El Estado protegerá y promoverá las formas asociativas y particulares de propiedad para garantizar la producción agrícola. El Estado velará por la ordenación sustentable de las tierras de vocación agrícola para asegurar su potencial agroalimentario.

Excepcionalmente se crearán contribuciones parafiscales con el fin de facilitar fondos para financiamiento, investigación, asistencia técnica, transferencia tecnológica y otras actividades que promuevan la productividad y la competitividad del sector agrícola. La ley regulará lo conducente a esta materia.

*Artículo 308.* El Estado protegerá y promoverá la pequeña y mediana industria, las cooperativas, las cajas de ahorro, así como también la empresa familiar, la microempresa y cualquier otra forma de asociación comunitaria para el trabajo, el ahorro y el consumo, bajo régimen de propiedad colectiva, con el fin de fortalecer el desarrollo económico del país, sustentándolo en la iniciativa popular. Se asegurará la capacitación, la asistencia técnica y el financiamiento oportuno.

*Artículo 309.* La artesanía e industrias populares típicas de la Nación, gozarán de protección especial del Estado, con el fin de preservar su autenticidad, y obtendrán facilidades crediticias para promover su producción y comercialización.

*Artículo 310.* El turismo es una actividad económica de interés nacional, prioritaria para el país en su estrategia de diversificación y desarrollo sustentable. Dentro de las fundamentaciones del régimen socioeconómico previsto en esta Constitución, el Estado dictará las medidas que garanticen su desarrollo. El Estado velará por la creación y fortalecimiento del sector turístico nacional.

### Capítulo II
### Del Régimen Fiscal y Monetario

#### Sección Primera: del Régimen Presupuestario

*Artículo 311.* La gestión fiscal estará regida y será ejecutada con base en principios de eficiencia, solvencia, transparencia, responsabilidad y equilibrio fiscal. Esta se equilibrará en el marco plurianual del presupuesto, de manera que los ingresos ordinarios deben ser suficientes para cubrir los gastos ordinarios.

El Ejecutivo Nacional presentará a la Asamblea Nacional para su sanción legal un marco plurianual para la formulación presupuestaria que establezca los límites máximos de gasto y endeudamiento que hayan de contemplarse en los presupuestos nacionales. La Ley establecerá las características de este marco, los requisitos para su modificación y los términos de su cumplimiento.

El ingreso que se genere por la explotación de la riqueza del subsuelo y los minerales, en general, propenderá a financiar la inversión real productiva, la educación y la salud.

Los principios y disposiciones establecidos para la administración económica y financiera nacional, regularán la de los Estados y Municipios en cuanto sean aplicables.

**Artículo 312.** La ley fijará límites al endeudamiento público de acuerdo con un nivel prudente en relación con el tamaño de la economía, la inversión reproductiva y la capacidad de generar ingresos para cubrir el servicio de la deuda pública. Las operaciones de crédito público requerirán, para su validez, una ley especial que las autorice, salvo las excepciones que establezca la ley orgánica. La ley especial indicará las modalidades de las operaciones y autorizará los créditos presupuestarios correspondientes en la respectiva ley de presupuesto.

La ley especial de endeudamiento anual será presentada a la Asamblea Nacional conjuntamente con la Ley de Presupuesto.

El Estado no reconocerá otras obligaciones que las contraídas por órganos legítimos del Poder Nacional, de acuerdo con la ley.

**Artículo 313.** La administración económica y financiera del Estado se regirá por un presupuesto aprobado anualmente por ley. El Ejecutivo Nacional presentará a la Asamblea Nacional, en la oportunidad que señale la ley orgánica, el proyecto de Ley de Presupuesto. Si el Poder Ejecutivo, por cualquier causa, no hubiese presentado a la Asamblea Nacional el proyecto de Ley de Presupuesto dentro del plazo establecido legalmente, o el mismo fuera rechazado por éste, seguirá vigente el presupuesto del ejercicio fiscal en curso.

La Asamblea Nacional podrá alterar las partidas presupuestarias, pero no autorizará medidas que conduzcan a la disminución de los ingresos públicos ni gastos que excedan el monto de las estimaciones de ingresos del proyecto de Ley de Presupuesto.

Con la presentación del marco plurianual del presupuesto, la ley especial de endeudamiento y el presupuesto anual, el Ejecutivo Nacional hará explícitos los objetivos de largo plazo para la política fiscal, y explicará cómo dichos objetivos serán logrados, de acuerdo con los principios de responsabilidad y equilibrio fiscal.

**Artículo 314.** No se hará ningún tipo de gasto que no haya sido previsto en la Ley de Presupuesto. Sólo podrán decretarse créditos adicionales al presupuesto para gastos necesarios no previstos o cuyas partidas resulten insuficientes, siempre que el Tesoro Nacional cuente con recursos para atender a la respectiva erogación; a este efecto, se requerirá previamente el voto favorable del Consejo de Ministros y la autorización de la Asamblea Nacional o, en su defecto, de la Comisión Delegada.

**Artículo 315.** En los presupuestos públicos anuales de gastos, en todos los niveles de gobierno, se establecerá de manera clara, para cada crédito presupuestario, el objetivo específico a que esté dirigido, los resultados concretos que se espera obtener y los funcionarios públicos o funcionarias públicas responsables para el logro de tales resultados. Éstos se establecerán en términos cuantitativos, mediante indicadores de desempeño, siempre que ello sea técnicamente posible. El Poder Ejecutivo, dentro de los seis meses posteriores al vencimiento del ejercicio anual, presentará a la Asamblea Nacional la rendición de cuentas y el balance de la ejecución presupuestaria correspondiente a dicho ejercicio.

### Sección Segunda: del Sistema Tributario

**Artículo 316.** El sistema tributario procurará la justa distribución de las cargas públicas según la capacidad económica del o la contribuyente, atendiendo al principio de progresividad, así como la protección de la economía nacional y la elevación del nivel de vida de la población, y se sustentará para ello en un sistema eficiente para la recaudación de los tributos.

**Artículo 317.** No podrá cobrarse impuesto, tasa, ni contribución alguna que no estén establecidos en la ley, ni concederse exenciones y rebajas, ni otras formas de incentivos fiscales, sino en los casos previstos por las leyes. Ningún tributo puede tener efecto confiscatorio.

No podrán establecerse obligaciones tributarias pagaderas en servicios personales. La evasión fiscal, sin perjuicio de otras sanciones establecidas por la ley, podrá ser castigada penalmente.

En el caso de los funcionarios públicos o funcionarias públicas se establecerá el doble de la pena.

Toda ley tributaria fijará su lapso de entrada en vigencia. En ausencia del mismo se entenderá fijado en sesenta días continuos. Esta disposición no limita las facultades extraordinarias que acuerde el Ejecutivo Nacional en los casos previstos por esta Constitución.

La administración tributaria nacional gozará de autonomía técnica, funcional y financiera de acuerdo con lo aprobado por la Asamblea Nacional y su máxima autoridad será designada por el Presidente o Presidenta de la República, de conformidad con las normas previstas en la ley.

### Sección Tercera: del Sistema Monetario Nacional

**Artículo 318.** Las competencias monetarias del Poder Nacional serán ejercidas de manera exclusiva y obligatoria por el Banco Central de Venezuela. El objeto fundamental del Banco Central de Venezuela es lograr la estabilidad de precios y preservar el valor interno y externo de la unidad monetaria. La unidad monetaria de la República Bolivariana de Venezuela es el bolívar. En caso de que se instituya una moneda común en el marco de la integración latinoamericana y caribeña, podrá adoptarse la moneda que sea objeto de un tratado que suscriba la República.

El Banco Central de Venezuela es persona jurídica de derecho público con autonomía para la formulación y el ejercicio de las políticas de su competencia. El Banco Central de Venezuela ejercerá sus funciones en coordinación con la política económica general, para alcanzar los objetivos superiores del Estado y la Nación.

Para el adecuado cumplimiento de su objetivo, el Banco Central de Venezuela tendrá entre sus funciones las de: formular y ejecutar la política monetaria, participar en el diseño y ejecutar la política cambiaria, regular la moneda, el crédito y las tasas de interés, administrar las reservas internacionales, y todas aquellas que establezca la ley.

**Artículo 319.** El Banco Central de Venezuela se regirá por el principio de responsabilidad pública, a cuyo efecto rendirá cuenta de las actuaciones, metas y resultados de sus políticas ante la Asamblea Nacional, de acuerdo con la ley. También rendirá informes periódicos sobre el comportamiento de las variables macroeconómicas del país y sobre los demás asuntos que se le soliciten, e incluirán los análisis que permitan su evaluación. El incumplimiento sin causa justificada del objetivo y de las metas, dará lugar a la remoción del directorio y a sanciones administrativas, de acuerdo con la ley.

El Banco Central de Venezuela estará sujeto al control posterior de la Contraloría General de la República y a la inspección y vigilancia del organismo público de supervisión bancaria, el cual remitirá informes de las inspecciones que realice a la Asamblea Nacional. El presupuesto de gastos operativos del Banco Central de Venezuela requerirá la discusión y aprobación de la Asamblea Nacional, y sus cuentas y balances serán objeto de auditoría externas en los términos que fije la ley.

### Sección Cuarta: de la Coordinación Macroeconómica

**Artículo 320.** El Estado debe promover y defender la estabilidad económica, evitar la vulnerabilidad de la economía y velar por la estabilidad monetaria y de precios, para asegurar el bienestar social.

El ministerio responsable de las finanzas y el Banco Central de Venezuela contribuirán a la armonización de la política fiscal con la política monetaria, facilitando el logro de los objetivos macroeconómicos. En el ejercicio de sus funciones; el Banco Central de Venezuela no estará subordinado a directivas del Poder Ejecutivo y no podrá convalidar o financiar políticas fiscales deficitarias.

La actuación coordinada del Poder Ejecutivo y del Banco Central de Venezuela se dará mediante un acuerdo anual de políticas, en el cual se establecerán los objetivos finales de crecimiento y sus repercusiones sociales, balance externo e inflación, concernientes a las políticas fiscal, cambiaria y monetaria; así como los niveles de las variables intermedias e instrumentales requeridos para alcanzar dichos objetivos finales. Dicho acuerdo será firmado por el Presidente o Presidenta del Banco Central de Venezuela y el o la titular del ministerio responsable de las finanzas, y divulgará en el momento de la aprobación del presupuesto por la Asamblea Nacional. Es responsabilidad de las instituciones firmantes del acuerdo que las acciones de política sean consistentes con sus objetivos. En dicho acuerdo se especificarán los resultados esperados, las políticas y las acciones dirigidas a lograrlos. La ley establecerá las características del acuerdo anual de política económica y los mecanismos de rendición de cuentas.

**Artículo 321.** Se establecerá por ley un fondo de estabilización macroeconómica destinado a garantizar la estabilidad de los gastos del Estado en los niveles nacional, regional y municipal, ante las fluctuaciones de los ingresos ordinarios. Las reglas de funcionamiento del fondo tendrán como principios básicos la eficiencia, equidad y no discriminación entre las entidades públicas que aporten recursos al mismo.

# TÍTULO VII
## DE LA SEGURIDAD DE LA NACIÓN

### Capítulo I
#### Disposiciones Generales

**Artículo 322.** La seguridad de la Nación es competencia esencial y responsabilidad del Estado, fundamentada en el desarrollo integral de ésta y su defensa es responsabilidad de los venezolanos y venezolanas; también de las personas naturales y jurídicas, tanto de derecho público como de derecho privado, que se encuentren en el espacio geográfico nacional.

**Artículo 323.** El Consejo de Defensa de la Nación es el máximo órgano de consulta para la planificación, asesoramiento del Poder Público en los asuntos relacionados con la defensa integral de la Nación, su soberanía y la integridad de su espacio geográfico. A tales efectos, le corresponde también establecer el concepto estratégico de la Nación. Presidido por el Presidente o Presidenta de la República, lo conforman, además, el Vicepresidente Ejecutivo o Vicepresidenta Ejecutiva, el Presidente o Presidenta de la Asamblea Nacional, el Presidente o Presidenta del Tribunal Supremo de Justicia, el Presidente o Presidenta del Consejo Moral Republicano y los Ministros o Ministras de los sectores de la defensa, la seguridad interior, las relaciones exteriores y la planificación, y otros cuya participación se considere pertinente. La ley orgánica respectiva fijará su organización y atribuciones.

**Artículo 324.** Sólo el Estado puede poseer y usar armas de guerra. Todas las que existan, se fabriquen o introduzcan en el país pasarán a ser propiedad de la República sin indemnización ni proceso. La Fuerza Armada Nacional será la institución competente para reglamentar y controlar, de acuerdo con la ley respectiva la fabricación, importación, exportación, almacenamiento, tránsito, registro, control, inspección, comercio, posesión y uso de otras armas, municiones y explosivos.

**Artículo 325.** El Ejecutivo Nacional se reserva la clasificación y divulgación de aquellos asuntos que guarden relación directa con la planificación y ejecución de operaciones concernientes a la seguridad de la Nación, en los términos que la ley establezca.

### Capítulo II
### Principios de Seguridad de la Nación

**Artículo 326.** La seguridad de la Nación se fundamenta en la corresponsabilidad entre el Estado y la sociedad civil para dar cumplimiento a los principios de independencia, democracia, igualdad, paz, libertad, justicia, solidaridad, promoción y conservación ambiental y afirmación de los derechos humanos, así como en la satisfacción progresiva de las necesidades individuales y colectivas de los venezolanos y venezolanas, sobre las bases de un desarrollo sustentable y productivo de plena cobertura para la comunidad nacional. El principio de la corresponsabilidad se ejerce sobre los ámbitos económico, social, político, cultural, geográfico, ambiental y militar.

**Artículo 327.** La atención de las fronteras es prioritaria en el cumplimiento y aplicación de los principios de seguridad de la Nación. A tal efecto, se establece una franja de seguridad de fronteras cuya amplitud, regímenes especiales en lo económico y social, poblamiento y utilización serán regulados por la ley, protegiendo de manera expresa los parques nacionales, el hábitat de los pueblos indígenas allí asentados y demás áreas bajo régimen de administración especial.

### Capítulo III
### De la Fuerza Armada Nacional

**Artículo 328.** La Fuerza Armada Nacional constituye una institución esencialmente profesional, sin militancia política, organizada por el Estado para garantizar la independencia y soberanía de la Nación y asegurar la integridad del espacio geográfico, mediante la defensa militar, la cooperación en el mantenimiento del orden interno y la participación activa en el desarrollo nacional, de acuerdo con esta Constitución y la ley. En el cumplimiento de sus funciones, está al servicio exclusivo de la Nación y en ningún caso al de persona o parcialidad política alguna. Sus pilares fundamentales son la disciplina, la obediencia y la subordinación. La Fuerza Armada Nacional está integrada por el Ejército, la Armada, la Aviación y la Guardia Nacional, que funcionan de manera integral dentro del marco de su competencia para el cumplimiento de su misión, con un régimen de seguridad social integral propio, según lo establezca su respectiva ley orgánica.

**Artículo 329.** El Ejército, la Armada y la Aviación tienen como responsabilidad esencial la planificación, ejecución y control de las operaciones militares requeridas para asegurar la defensa de la Nación. La Guardia Nacional cooperará en el desarrollo de dichas operaciones y tendrá como responsabilidad básica la conducción de las operaciones exigidas para el mantenimiento del orden interno del país. La Fuerza Armada Nacional podrá ejercer las actividades de policía administrativa y de investigación penal que le atribuya la ley.

**Artículo 330.** Los o las integrantes de la Fuerza Armada Nacional en situación de actividad tienen derecho al sufragio de conformidad con la ley, sin que les esté permitido optar a cargo de elección popular, ni participar en actos de propaganda, militancia o proselitismo político.

**Artículo 331.** Los ascensos militares se obtienen por mérito, escalafón y plaza vacante. Son competencia exclusiva de la Fuerza Armada Nacional y estarán regulados por la ley respectiva.

### Capítulo IV
### De los Órganos de Seguridad Ciudadana

**Artículo 332.** El Ejecutivo Nacional, para mantener y restablecer el orden público, proteger al ciudadano o ciudadana, hogares y familias, apoyar las decisiones de las autoridades competentes y asegurar el pacífico disfrute de las garantías y derechos constitucionales, de conformidad con la ley, organizará:

1. Un cuerpo uniformado de policía nacional.
2. Un cuerpo de investigaciones científicas, penales y criminalísticas.
3. Un cuerpo de bomberos y bomberas y administración de emergencias de carácter civil.
4. Una organización de protección civil y administración de desastres.

Los órganos de seguridad ciudadana son de carácter civil y respetarán la dignidad y los derechos humanos, sin discriminación alguna.

La función de los órganos de seguridad ciudadana constituye una competencia concurrente con los Estados y Municipios en los términos establecidos en esta Constitución y la ley.

### TÍTULO VIII
### DE LA PROTECCIÓN DE LA CONSTITUCIÓN

### Capítulo I
### De la Garantía de la Constitución

**Artículo 333.** Esta Constitución no perderá su vigencia si dejare de observarse por acto de fuerza o porque fuere derogada por cualquier otro medio distinto al previsto en ella.

En tal eventualidad, todo ciudadano investido o ciudadana investida o no de autoridad, tendrá el deber de colaborar en el restablecimiento de su efectiva vigencia.

**Artículo 334.** Todos los jueces o juezas de la República, en el ámbito de sus competencias y conforme a lo previsto en esta Constitución y en la ley, están en la obligación de asegurar la integridad de la Constitución.

En caso de incompatibilidad entre esta Constitución y una ley u otra norma jurídica, se aplicarán las disposiciones constitucionales, correspondiendo a los tribunales en cualquier causa, aun de oficio, decidir lo conducente.

Corresponde exclusivamente a la Sala Constitucional del Tribunal Supremo de Justicia como jurisdicción constitucional, declarar la nulidad de las leyes y demás actos de los órganos que ejercen el Poder Público dictados en ejecución directa e inmediata de la Constitución o que tengan rango de ley.

**Artículo 335.** El Tribunal Supremo de Justicia garantizará la supremacía y efectividad de las normas y principios constitucionales; será el máximo y último intérprete de la Constitución y velará por su uniforme interpretación y aplicación. Las interpretaciones que establezca la Sala Constitucional sobre el contenido o alcance de las normas y principios constitucionales son vinculantes para las otras Salas del Tribunal Supremo de Justicia y demás tribunales de la República.

**Artículo 336.** Son atribuciones de la Sala Constitucional del Tribunal Supremo de Justicia:

1. Declarar la nulidad total o parcial de las leyes nacionales y demás actos con rango de ley de la Asamblea Nacional que colidan con esta Constitución.
2. Declarar la nulidad total o parcial de las Constituciones y leyes estadales, de las ordenanzas municipales y demás actos de los cuerpos deliberantes de los Estados y Municipios dictados en ejecución directa e inmediata de la Constitución y que colidan con ésta.
3. Declarar la nulidad total o parcial de los actos con rango de ley dictados por el Ejecutivo Nacional que colidan con esta Constitución.
4. Declarar la nulidad total o parcial de los actos en ejecución directa e inmediata de la Constitución, dictados por cualquier otro órgano estatal en ejercicio del Poder Público.
5. Verificar, a solicitud del Presidente o Presidenta de la República o de la Asamblea Nacional, la conformidad de la Constitución con los tratados internacionales suscritos por la República antes de su ratificación.

6. Revisar, en todo caso, aun de oficio, la constitucionalidad de los decretos que declaren estados de excepción dictados por el Presidente o Presidenta de la República.

7. Declarar la inconstitucionalidad del poder legislativo municipal, estadal o nacional, cuando haya dejado de dictar las normas o medidas indispensables para garantizar el cumplimiento de la Constitución, o las haya dictado en forma incompleta, y establecer el plazo y, de ser necesario, los lineamientos de su corrección.

8. Resolver las colisiones que existan entre diversas disposiciones legales y declarar cuál de éstas debe prevalecer.

9. Dirimir las controversias constitucionales que se susciten entre cualesquiera de los órganos del Poder Público.

10. Revisar las sentencias de amparo constitucional y de control de constitucionalidad de leyes o normas jurídicas dictadas por los tribunales de la República, en los términos establecidos por la ley orgánica respectiva.

11. Las demás que establezcan esta Constitución y la ley.

### Capítulo II
### De los Estados de Excepción

**Artículo 337.** El Presidente o Presidenta de la República, en Consejo de Ministros, podrá decretar los estados de excepción. Se califican expresamente como tales las circunstancias de orden social, económico, político, natural o ecológico, que afecten gravemente la seguridad de la Nación, de las instituciones y de los ciudadanos y ciudadanas, a cuyo respecto resultan insuficientes las facultades de las cuales se disponen para hacer frente a tales hechos. En tal caso, podrán ser restringidas temporalmente las garantías consagradas en esta Constitución, salvo las referidas a los derechos a la vida, prohibición de incomunicación o tortura, el derecho al debido proceso, el derecho a la información y los demás derechos humanos intangibles.

**Artículo 338.** Podrá decretarse el estado de alarma cuando se produzcan catástrofes, calamidades públicas u otros acontecimientos similares que pongan seriamente en peligro la seguridad de la Nación o de sus ciudadanos o ciudadanas. Dicho estado de excepción durará hasta treinta días, siendo prorrogable por treinta días más.

Podrá decretarse el estado de emergencia económica cuando se susciten circunstancias económicas extraordinarias que afecten gravemente la vida económica de la Nación. Su duración será de sesenta días prorrogables por un plazo igual.

Podrá decretarse el estado de conmoción interior o exterior en caso de conflicto interno o externo, que ponga seriamente en peligro la seguridad de la Nación, de sus ciudadanos o ciudadanas o de sus instituciones. Se prolongará hasta por noventa días, siendo prorrogable hasta por noventa días más.

La aprobación de la prórroga de los estados de excepción corresponde a la Asamblea Nacional. Una ley orgánica regulará los estados de excepción y determinará las medidas que pueden adoptarse con base en los mismos.

**Artículo 339.** El Decreto que declare el estado de excepción, en el cual se regulará el ejercicio del derecho cuya garantía se restringe, será presentado, dentro de los ocho días siguientes de haberse dictado, a la Asamblea Nacional, o a la Comisión Delegada, para su consideración y aprobación, y a la Sala Constitucional del Tribunal Supremo de Justicia, para que se pronuncie sobre su constitucionalidad. El Decreto cumplirá con las exigencias, principios y garantías establecidos en el Pacto Internacional de Derechos Civiles y Políticos y en la Convención Americana sobre Derechos Humanos. El Presidente o Presidenta de la República podrá solicitar su prórroga por un plazo igual, y será revocado por el Ejecutivo Nacional o por la Asamblea Nacional o por su Comisión Delegada, antes del término señalado, al cesar las causas que lo motivaron.

La declaratoria del estado de excepción no interrumpe el funcionamiento de los órganos del Poder Público.

### TÍTULO IX
### DE LA REFORMA CONSTITUCIONAL

### Capítulo I
### De las Enmiendas

**Artículo 340.** La enmienda tiene por objeto la adición o modificación de uno o varios artículos de la Constitución, sin alterar su estructura fundamental.

**Artículo 341.** Las enmiendas a la Constitución se tramitarán en la forma siguiente:

1. La iniciativa podrá partir del quince por ciento de los ciudadanos o ciudadanas inscritas en el registro civil y electoral; o de un treinta por ciento de los integrantes de la Asamblea Nacional o del Presidente o Presidenta de la República en Consejo de Ministros.

2. Cuando la iniciativa parta de la Asamblea Nacional, la enmienda requerirá la aprobación de ésta por la mayoría de sus integrantes y se discutirá, según el procedimiento establecido en esta Constitución para la formación de leyes.

3. El Poder Electoral someterá a referendo las enmiendas a los treinta días siguientes a su recepción formal.

4. Se considerarán aprobadas las enmiendas de acuerdo con lo establecido en esta Constitución y la ley respecto al referendo aprobatorio.

5. Las enmiendas serán numeradas consecutivamente y se publicarán a continuación de la Constitución sin alterar el texto de ésta, pero anotando al pie del artículo o artículos enmendados la referencia de número y fecha de la enmienda que lo modificó.

### Capítulo II
### De la Reforma Constitucional

**Artículo 342.** La reforma constitucional tiene por objeto una revisión parcial de esta Constitución y la sustitución de una o varias de sus normas que no modifiquen la estructura y principios fundamentales del texto constitucional.

La iniciativa de la Reforma de la Constitución la ejerce la Asamblea Nacional mediante acuerdo aprobado por el voto de la mayoría de sus integrantes, por el Presidente o Presidenta de la República en Consejo de Ministros o a solicitud de un número no menor del quince por ciento de los electores inscritos y electoras inscritas en el registro civil y electoral.

**Artículo 343.** La iniciativa de reforma constitucional será tramitada por la Asamblea Nacional en la forma siguiente:

1. El proyecto de reforma constitucional tendrá una primera discusión en el período de sesiones correspondiente a la presentación del mismo.

2. Una segunda discusión por Título o Capítulo, según fuera el caso.

3. Una tercera y última discusión artículo por artículo.

4. La Asamblea Nacional aprobará el proyecto de reforma constitucional en un plazo no mayor de dos años, contados a partir de la fecha en la cual conoció y aprobó la solicitud de reforma.

5. El proyecto de reforma se considerará aprobado con el voto de las dos terceras partes de los integrantes de la Asamblea Nacional.

**Artículo 344.** El proyecto de reforma constitucional aprobado por la Asamblea Nacional se someterá a referendo dentro de los treinta días siguientes a su sanción. El referendo se pronunciará en conjunto sobre la reforma, pero podrá votarse separadamente hasta una tercera parte de ella, si así lo aprobara un número no menor de una tercera parte de la Asamblea Nacional o si en la iniciativa de reforma así lo hubiere solicitado el Presidente o Presidenta de la República o un número no menor del cinco por ciento de los electores inscritos o electoras inscritas en el registro civil y electoral.

**Artículo 345.** Se declarará aprobada la reforma constitucional si el número de votos afirmativos es superior al número de votos negativos. La iniciativa de reforma constitucional revisada no podrá presentarse de nuevo en un mismo período constitucional a la Asamblea Nacional.

**Artículo 346.** El Presidente o Presidenta de la República estará obligado u obligada a promulgar las enmiendas y reformas dentro de los diez días siguientes a su aprobación. Si no lo hiciere, se aplicará lo previsto en esta Constitución.

### Capítulo III
### De la Asamblea Nacional Constituyente

**Artículo 347.** El pueblo de Venezuela es el depositario del poder constituyente originario. En ejercicio de dicho poder, puede convocar una Asamblea Nacional Constituyente con el objeto de transformar el Estado, crear un nuevo ordenamiento jurídico y redactar una nueva Constitución.

**Artículo 348.** La iniciativa de convocatoria a la Asamblea Nacional Constituyente podrá hacerla el Presidente o Presidenta de la República en Consejo

de Ministros; la Asamblea Nacional, mediante acuerdo de la dos terceras partes de sus integrantes; los Consejos Municipales en cabildos, mediante el voto de las dos terceras partes de los mismos; y el quince por ciento de los electores inscritos o electoras inscritas en el registro electoral.

**Artículo 349.** El Presidente o Presidenta de la República no podrá objetar la nueva Constitución.

Los poderes constituidos no podrán en forma alguna impedir las decisiones de la Asamblea Nacional Constituyente.

A efectos de la promulgación de la nueva Constitución, ésta se publicará en la Gaceta Oficial de la República de Venezuela o en la Gaceta de la Asamblea Nacional Constituyente.

**Artículo 350.** El pueblo de Venezuela, fiel a su tradición republicana, a su lucha por la independencia, la paz y la libertad, desconocerá cualquier régimen, legislación o autoridad que contraríe los valores, principios y garantías democráticas o menoscabe los derechos humanos.

## DISPOSICIÓN DEROGATORIA

**Única.** Queda derogada la Constitución de la República de Venezuela decretada el veintitrés de enero de mil novecientos sesenta y uno. El resto del ordenamiento jurídico mantendrá su vigencia en todo lo que no contradiga a esta Constitución.

## DISPOSICIONES TRANSITORIAS

**Primera.** La ley especial sobre el régimen del Distrito Capital, prevista en el artículo 18 de esta Constitución, será aprobada por la Asamblea Nacional Constituyente, y preservará la integridad territorial del Estado Miranda. Mientras se aprueba la ley especial, se mantiene en vigencia el régimen previsto en la Ley Orgánica del Distrito Federal y en la Ley Orgánica de Régimen Municipal.

**Segunda.** Mientras se dicta la ley prevista en el artículo 38 de esta Constitución, sobre adquisición, opción, renuncia y recuperación de la nacionalidad, se considerarán con domicilio en Venezuela los extranjeros o extranjeras que habiendo ingresado y permanecido legalmente en el territorio nacional, hayan declarado su intención de fijar domicilio en el país, tengan medios lícitos de vida y hayan residido en Venezuela ininterrumpidamente durante dos años.

Por residencia se entenderá la estadía en el país con ánimo de permanecer en él. Las declaraciones de voluntad previstas en los artículos 32, 33 y 36 de esta Constitución se harán en forma auténtica por la persona interesada cuando sea mayor de edad, o por su representante legal, si no ha cumplido veintiún años

**Tercera.** La Asamblea Nacional, dentro de los primeros seis meses siguientes a su instalación, aprobará:

1. Una reforma parcial del Código Penal para incluir el delito de desaparición forzada de personas, previsto en el artículo 45 de esta Constitución. Mientras no se apruebe esta reforma se aplicará, en lo que sea posible, la Convención Interamericana Sobre Desaparición Forzada de Personas.

2. Una ley orgánica sobre estados de excepción.

3. Una ley especial para establecer las condiciones y características de un régimen especial para los Municipios José Antonio Páez y Rómulo Gallegos, del Estado Apure. Para la realización de esta ley, se oirá la opinión del Presidente o Presidenta de la República, la Fuerza Armada Nacional, la representación que designe el Estado en cuestión y demás instituciones involucradas en la problemática fronteriza.

**Cuarta.** Dentro del primer año, contado a partir de su instalación, la Asamblea Nacional aprobará:

1. La legislación sobre la sanción a la tortura, ya sea mediante ley especial o reforma del Código Penal.

2. Una ley orgánica sobre refugiados o refugiadas y asilados o asiladas, acorde con los términos de esta Constitución y los tratados internacionales ratificados por Venezuela sobre la materia.

3. Mediante la reforma de la Ley Orgánica del Trabajo, un nuevo régimen para el derecho a prestaciones sociales consagrado en el artículo 92 de esta Constitución, el cual integrará el pago de este derecho de forma proporcional al tiempo de servicio y calculado de conformidad con el último salario devengado, estableciendo un lapso para su prescripción de diez años. Durante este lapso, mientras entre en vigencia la reforma de la ley seguirá aplicándose de forma transitoria el régimen de la prestación de antigüedad establecido en la Ley Orgánica del Trabajo vigente. Asimismo, contemplará un conjunto de normas integrales que regulen la jornada laboral y propendan a su disminución progresiva, en los términos previstos en los acuerdos y convenios de la Organización Internacional del Trabajo suscritos por la República.

4. Una ley orgánica procesal del trabajo que garantice el funcionamiento de una jurisdicción laboral autónoma y especializada, y la protección del trabajador o trabajadora en los términos previstos en esta Constitución y en las leyes. La ley orgánica procesal del trabajo estará orientada por los principios de gratuidad, celeridad, oralidad, inmediatez, prioridad de la realidad de los hechos, la equidad y rectoría del juez en el proceso.

5. La legislación referida al Sistema Judicial, la Administración Pública Nacional, el Poder Ciudadano, el Poder Electoral, la legislación tributaria, de régimen presupuestario y de crédito público.

Una ley orgánica sobre la defensa pública. Hasta tanto no se sancione dicha ley, la Comisión de Funcionamiento y Reestructuración del Sistema Judicial, estará a cargo del desarrollo y operatividad efectiva del Sistema Autónomo de la Defensa Pública, a los fines de garantizar el derecho a la defensa.

6. Una ley que desarrolle la hacienda pública estadal estableciendo, con apego a los principios y normas de esta Constitución, los tributos que la componen, los mecanismos de su aplicación y las disposiciones que la regulen.

7. La legislación que desarrolle los principios constitucionales sobre el régimen municipal. De conformidad con ella, los órganos legislativos de los Estados procederán a sancionar los instrumentos normativos que correspondan a la potestad organizadora que tienen asignada con respecto a los Municipios y demás entidades locales, y a la división político-territorial en cada jurisdicción. Se mantienen los Municipios y parroquias existentes hasta su adecuación al nuevo régimen previsto en dicho ordenamiento.

8. La ley a la cual se ajustará el Banco Central de Venezuela. Dicha ley fijará, entre otros aspectos, el alcance de las funciones y forma de organización del instituto; el funcionamiento, periodo, forma de elección, remoción, régimen de incompatibilidades y requisitos para la designación de su Presidente o Presidenta y Directores o Directoras; las reglas contables para la constitución de sus reservas y el destino de sus utilidades; la auditoría externa anual de las cuentas y balances, a cargo de firmas especializadas, seleccionadas por el Ejecutivo Nacional; y el control posterior por parte de la Contraloría General de la República en lo que se refiere a la legalidad, sinceridad, oportunidad, eficacia y eficiencia de la gestión administrativa del Banco Central de Venezuela.

La ley establecerá que el Presidente o Presidenta y demás integrantes del Directorio del Banco Central de Venezuela representarán exclusivamente el interés de la Nación, a cuyo efecto fijará un procedimiento público de evaluación de los méritos y credenciales de las personas postuladas a dichos cargos.

La ley establecerá que al Poder Ejecutivo corresponderá, al menos, la designación de la mitad de los Directores o Directoras y del Presidente o Presidenta del Banco Central de Venezuela y establecerá los términos de participación del Poder Legislativo Nacional en la designación y ratificación de estas autoridades.

9. La ley del cuerpo de policía nacional. En dicha ley se establecerá el mecanismo de integración del Cuerpo Técnico de Vigilancia del Tránsito y Transporte Terrestre al cuerpo de policía nacional.

**Quinta.** En el término no mayor de un año a partir de la entrada en vigencia de esta Constitución, la Asamblea Nacional dictará una reforma del Código Orgánico Tributario que establezca, entre otros aspectos:

1. La interpretación estricta de las leyes y normas tributarias, atendiendo al fin de las mismas y a su significación económica, con el objeto de eliminar ambigüedades.

2. La eliminación de excepciones al principio de no retroactividad de la ley.

3. Ampliar el concepto de renta presunta con el objeto de dotar con mejores instrumentos a la administración tributaria.

4. Eliminar la prescripción legal para delitos tributarios graves, los cuales deben ser tipificados en el Código Orgánico Tributario.

5. La ampliación de las penas contra asesores o asesoras, bufetes de abogados o abogadas, auditores externos o auditoras externas y otros profesionales que actúen en complicidad para cometer delitos tributarios, incluyendo periodos de inhabilitación en el ejercicio de la profesión.

6. La ampliación de las penas y la severidad de las sanciones contra delitos de evasión fiscal, aumentando los períodos de prescripción.

7. La revisión de atenuantes y agravantes de las sanciones para hacerlas más estrictas.

8. La ampliación de las facultades de la administración tributaria en materia de fiscalización.

9. El incremento del interés moratorio para disuadir la evasión fiscal.

10. La extensión del principio de solidaridad, para permitir que los directores o directoras, o asesores o asesoras respondan con sus bienes en caso de convalidar delitos tributarios.

11. La introducción de procedimientos administrativos más expeditos.

**Sexta.** La Asamblea Nacional, en un lapso de dos años, legislará sobre todas las materias relacionadas con esta Constitución. Se le dará prioridad a las leyes orgánicas sobre pueblos indígenas, educación y fronteras.

**Séptima.** A los fines previstos en el artículo 125 de esta Constitución, mientras se apruebe la ley orgánica correspondiente, la elección de los y las representantes indígenas a la Asamblea Nacional y a los Consejos Legislativos estadales y municipales se regirá por los siguientes requisitos de postulación y mecanismos:

Todas las comunidades u organizaciones indígenas podrán postular candidatos y candidatas que sean indígenas.

Es requisito indispensable para ser candidato o candidata hablar su idioma indígena, y cumplir con, al menos, una de las siguientes condiciones:

1. Haber ejercido un cargo de autoridad tradicional en su respectiva comunidad.

2. Tener conocida trayectoria en la lucha social en pro del reconocimiento de su identidad cultural.

3. Haber realizado acciones en beneficio de los pueblos y comunidades indígenas.

4. Pertenecer a una organización indígena legalmente constituida con un mínimo de tres años de funcionamiento.

Se establecerán tres regiones: Occidente, compuesta por los Estados Zulia, Mérida y Trujillo; Sur, compuesta por los Estados Amazonas y Apure; y Oriente, compuesta por los Estados Bolívar, Delta Amacuro, Monagas, Anzoátegui y Sucre.

Cada uno de los Estados que componen las regiones elegirá un representante. El Consejo Nacional Electoral declarará electo al candidato o candidata que hubiere obtenido la mayoría de los votos válidos en su respectiva región o circunscripción.

Los candidatos y las candidatas indígenas estarán en el tarjetón de su respectivo Estado o circunscripción y todos los electores y electoras de ese Estado los podrán votar.

Para los efectos de la representación indígena al Consejo Legislativo y a los Concejos Municipales con población indígena, se tomará el censo oficial de 1992 de la Oficina Central de Estadística e Informática, y las elecciones se realizarán de acuerdo con las normas y requisitos aquí establecidos.

El Consejo Nacional Electoral garantizará, con apoyo de expertos indigenistas y organizaciones indígenas, el cumplimiento de los requisitos aquí señalados.

**Octava.** Mientras se promulgan las nuevas leyes electorales previstas en esta Constitución los procesos electorales serán convocados, organizados; dirigidos y supervisados por el Consejo Nacional Electoral.

Para el primer período del Consejo Nacional Electoral, previsto en esta Constitución, todos sus integrantes serán designados o designadas simultáneamente. En la mitad del período, dos de sus integrantes serán renovados de acuerdo con lo establecido en la ley orgánica correspondiente.

**Novena.** Mientras se dictan las leyes relativas al Capítulo IV del Título V, se mantendrán en vigencia las leyes orgánicas del Ministerio Público y de la Contraloría General de la República. En cuanto a la Defensoría del Pueblo, el o la titular será designado o designada de manera provisoria por la Asamblea Nacional Constituyente. El Defensor o Defensora del Pueblo adelantará lo correspondiente a la estructura organizativa, integración, establecimiento de presupuesto e infraestructura física, tomando como base las atribuciones que le establece la Constitución.

**Décima.** Lo dispuesto en el numeral 4 del artículo 167 de esta Constitución, sobre la obligación que tienen los Estados de destinar un mínimo del cincuenta por ciento del situado constitucional a la inversión, entrará en vigencia a partir del primero de enero del año dos mil uno.

**Decimoprimera.** Hasta tanto se dicte la legislación nacional relativa al régimen de las tierras baldías, la administración de las mismas continuará siendo ejercida por el Poder Nacional, conforme a la legislación vigente.

**Decimosegunda.** La demarcación del hábitat indígena, a que se refiere el artículo 119 de esta Constitución, se realizará dentro del lapso de dos años contados a partir de la fecha de entrada en vigencia de esta Constitución.

**Decimotercera.** Hasta tanto los Estados asuman por ley estadal las competencias referidas en el numeral 7 del artículo 164 de esta Constitución, se mantendrá el régimen vigente.

**Decimocuarta.** Mientras se dicte la legislación que desarrolle los principios de esta Constitución sobre el régimen municipal, continuarán plenamente vigentes las ordenanzas y demás instrumentos normativos de los Municipios, relativos a las materias de su competencia y al ámbito fiscal propio, que tienen atribuido conforme al ordenamiento jurídico aplicable antes de la sanción de esta Constitución.

**Decimoquinta.** Hasta tanto se apruebe la legislación a que se refiere el artículo 105 de esta Constitución, se mantendrá en vigencia el ordenamiento jurídico aplicable antes de la sanción de esta Constitución

**Decimosexta.** Para el enriquecimiento del acervo histórico de la nación, el cronista de la Asamblea Nacional Constituyente coordinará lo necesario para salvaguardar los documentos escritos, videos, digitales, fotográficos, hemerográficos, audio y cualquier otra forma de documento elaborado.

Todos estos documentos quedarán bajo la protección del Archivo General de la Nación.

**Decimoséptima.** El nombre de la República una vez aprobada esta Constitución será "República Bolivariana de Venezuela", tal como está previsto en su artículo uno. Es obligación de las autoridades e instituciones, tanto públicas como privadas, que deban expedir registros, títulos o cualquier otro documento, utilizar el nombre de "República Bolivariana de Venezuela", de manera inmediata.

En trámites rutinarios las dependencias administrativas agotarán el inventario documental de papelería; su renovación se hará progresivamente con la mencionada denominación; en un plazo que no excederá de cinco años.

La circulación de monedas acuñadas y billetes emitidos con el nombre de "República de Venezuela", estará regulada por la reforma de la ley del Banco Central de Venezuela contemplada en la Disposición Transitoria cuarta de esta Constitución, en función de hacer la transición a la denominación "República Bolivariana de Venezuela".

**Decimoctava.** A los fines de asegurar la vigencia de los principios establecidos en el artículo 113 de esta Constitución, la Asamblea Nacional dictará una ley que establezca, entre otros aspectos, el organismo de supervisión, control y fiscalización que deba asegurar la efectiva aplicación de estos principios y las disposiciones y demás reglas que los desarrollen.

La persona que presida o dirija este organismo será designada por el voto de la mayoría de los diputados o diputadas a la Asamblea Nacional, previo informe favorable de una comisión especial designada de su seno al efecto.

La ley establecerá que los funcionarios o funcionarias de la Administración Pública y los jueces o juezas llamados a conocer y decidir las controversias relacionadas con las materias a que se refiere dicho artículo, observen, con carácter prioritario y excluyente, los principios allí definidos, y se abstendrán de aplicar cualquier disposición susceptible de generar efectos contrarios a ellos.

La ley establecerá las concesiones de servicios públicos, la utilidad para el concesionario o concesionaria y el financiamiento de las inversiones estrictamente vinculadas a la prestación del servicio, incluyendo las mejoras y ampliaciones que la autoridad competente considere razonables y apruebe en cada caso.

## DISPOSICIÓN FINAL

**Única.** Esta Constitución entrará en vigencia el mismo día de su publicación en la Gaceta Oficial de la República de Venezuela, después de su aprobación por el pueblo mediante referendo.

Jueves 30 de diciembre de 1999       GACETA OFICIAL DE LA REPÚBLICA DE VENEZUELA      312.197

Dado, firmado y sellado en Caracas, a los diecisiete días del mes de noviembre de mil novecientos noventa y nueve.- Año 189° de la Independencia y 140° de la Federación.

El Presidente de la Asamblea Nacional Constituyente,
Luis Miquilena

Primer Vicepresidente de la Asamblea Nacional Constituyente,
Isaías Rodríguez

Segundo Vicepresidente de la Asamblea Nacional Constituyente,
Aristóbulo Istúriz

Los Constituyentes:

**CONSTITUYENTES NACIONALES**
ALFREDO PEÑA
ALLAN BREWER CARIAS
ANGELA ZAGO
EARLE HERRERA
EDMUNDO CHIRINOS
EUSTOQUIO CONTRERAS
GUILLERMO GARCÍA PONCE
HERMÁNN ESCARRÁ
JESÚS RAFAEL SULBARÁN
LEOPOLDO PUCHI
LUIS VALLENILLA
MANUEL QUIJADA
MARISABEL DE CHAVEZ
PABLO MEDINA
PEDRO ORTEGA DÍAZ
REYNA ROMERO GARCÍA
RICARDO COMBELLAS
TAREK WILLIAM SAAB
VINICIO ROMERO MARTÍNEZ

**CONSTITUYENTES POR DISTRITO FEDERAL**
DESIRÉE SANTOS AMARAL
ELIÉZER REINALDO OTAIZA CASTILLO
ERNESTO ALVARENGA
FREDDY ALIRIO BERNAL ROSALES
JULIO CESAR ALVIÁREZ
NICOLAS MADURO MOROS
SEGUNDO MELÉNDEZ
VLADIMIR VILLEGAS

**CONSTITUYENTES POR AMAZONAS**
LIBORIO GUARULLA GARRIDO
NELSON SILVA

**CONSTITUYENTES POR ANZOÁTEGUI**
ÁNGEL RODRÍGUEZ
DAVID DE LIMA SALAS
DAVID FIGUEROA
ELÍAS LÓPEZ PORTILLO
GUSTAVO PEREIRA

**CONSTITUYENTES POR APURE**
CRISTÓBAL JIMÉNEZ
RAFAEL RODRÍGUEZ FERNÁNDEZ

**CONSTITUYENTES POR ARAGUA**
ALBERTO JORDÁN HERNÁNDEZ
ANTONIO DI GIAMPAOLO BOTTINI
CARLOS TABLANTE
HUMBERTO PRIETO
OSCAR FEO

**CONSTITUYENTES POR BARINAS**
FRANCISCO EFRAÍN VISCONTI OSORIO
JOSÉ LEÓN TAPIA CONTRERAS

**CONSTITUYENTES POR BOLÍVAR**
ALEJANDRO DE JESÚS SILVA MARCANO
ANTONIO BRICEÑO
DANIEL DÍAZ
LEONEL JIMÉNEZ CARUPE
VICTORIA MATA

**CONSTITUYENTES POR CARABOBO**
ELIO GÓMEZ GRILLO
MANUEL VADELL GRATEROL

**CONSTITUYENTES POR CARABOBO**
AMÉRICO DÍAZ NUÑEZ
BLANCANIEVE PORTOCARRERO
DIEGO SALAZAR
FRANCISCO JOSÉ AMELIACH ORTA
JUAN JOSÉ MARÍN LAYA
OSCAR NAVAS TORTOLERO
SAÚL ORTEGA

**CONSTITUYENTES POR COJEDES**
HAYDÉE DE FRANCO
JUAN BAUTISTA PÉREZ

**CONSTITUYENTES POR DELTA AMACURO**
CÉSAR PÉREZ MARCANO
RAMÓN ANTONIO YÁNEZ

**CONSTITUYENTES POR FALCÓN**
JESÚS MONTILLA APONTE
SOL MUSSETT DE PRIMERA
YOEL ACOSTA CHIRINOS

**CONSTITUYENTES POR GUÁRICO**
ÁNGEL EUGENIO LANDAETA
PEDRO SOLANO PERDOMO
RUBEN ALFREDO ÁVILA ÁVILA

**CONSTITUYENTES POR LARA**
ANTONIO JOSÉ GARCÍA GARCÍA
ENRIQUE PERAZA
HENRI FALCÓN
LENIN ROMERO
LUIS REYES REYES
MIRNA TERESA VIES DE ÁLVAREZ
REINALDO ROJAS

**CONSTITUYENTES POR MÉRIDA**
ADÁN CHÁVEZ FRÍAS
FLORENCIO ANTONIO PORRAS ECHEZURÍA
PAUSIDES SEGUNDO REYES GÓMEZ

**CONSTITUYENTES POR MIRANDA**
ELÍAS JAUA MILANO
FREDDY GUTIÉRREZ
HAYDÉE MACHÍN
JOSÉ GREGORIO VIELMA MORA
JOSÉ VICENTE RANGEL AVALOS
LUIS GAMARGO
MIGUEL MADRIZ
RAÚL ESTÉ
RODOLFO SANZ
WILLIAM LARA
WILLIAM OJEDA

**CONSTITUYENTES POR MONAGAS**

JOSÉ GREGORIO BRICEÑO TORREALBA
MARELIS PÉREZ MARCANO
NUMA ROJAS VELÁSQUEZ

**CONSTITUYENTES POR NUEVA ESPARTA**
ALEXIS NAVARRO ROJAS
VIRGILIO ÁVILA VIVAS

**CONSTITUYENTES POR PORTUGUESA**
ANTONIA MUÑOZ
MIGUEL A. GARRANCHÁN VELÁSQUEZ
WILMAR ALFREDO CASTRO SOTELDO

**CONSTITUYENTES POR SUCRE**
JESÚS MOLINA VILLEGAS
JOSÉ LUIS MEZA
LUIS AUGUSTO ACUÑA CEDEÑO

# GACETA OFICIAL
## DE LA REPUBLICA DE VENEZUELA

DEPOSITO LEGAL ppo 187207DF1

AÑO CXXVII — MES III          Número 36.860

Caracas, jueves 30 de diciembre de 1999

San Lázaro a Puente Victoria N° 89
**CARACAS - VENEZUELA**
Tarifa sujeta a Resolución de fecha 5 de marzo de 1996
Publicada en la Gaceta Oficial N° 35.916.

Esta Gaceta contiene 28 Págs. Precio Bs. 610

LEY DEL 22 DE JULIO DE 1941

**Art. 11.-** LA GACETA OFICIAL, creada por Decreto Ejecutivo del 11 de octubre de 1872, continuará editándose en la Imprenta Nacional con la denominación GACETA OFICIAL DE LA REPUBLICA DE VENEZUELA.

**Art. 12.-** LA GACETA OFICIAL DE LA REPUBLICA DE VENEZUELA, se publicará todos los días hábiles, sin perjuicio de que se editen números extraordinarios siempre que fuere necesario; y deberán insertarse en ella sin retardo los actos oficiales que hayan de publicarse.

Parágrafo Unico.- Las ediciones extraordinarias de la GACETA OFICIAL tendrán una numeración especial.

**Art. 13.-** En la GACETA OFICIAL DE LA REPUBLICA DE VENEZUELA, se publicarán los actos de los Poderes Públicos que deberán insertarse y aquéllos cuya inclusión sea conveniente por el Ejecutivo Nacional.

**Art. 14.-** Las Leyes, Decretos y demás actos oficiales tendrán carácter de públicos por el hecho de aparecer en la GACETA OFICIAL DE LA REPUBLICA DE VENEZUELA, cuyos ejemplares tendrán fuerza de documentos públicos.

El Director de la Imprenta Nacional y GACETA OFICIAL DE LA REPUBLICA DE VENEZUELA advierte, que esta publicación se procesa por reproducción fotomecánica directa de los originales que recibe del Consejo de Ministros, originados en los diferentes Despachos de la Administración Pública y que por consiguiente, sus trabajadores gráficos no son responsables de inserciones cuyos originales lleguen en forma defectuosa.

Se hace del conocimiento público que el expendio de la Gaceta Oficial, ordinaria o extraordinaria, no tiene restricciones de ninguna clase, ni sus precios son alterados en la taquilla de venta, pero que cualquier revendedor tiene que tener autorización escrita para comercializarla, además del comprobante de venta, disponibles a exhibirlos, sin cuyos requisitos le puede ser decomisado el producto por las autoridades competentes.

**CONSTITUYENTES POR TÁCHIRA**
MARÍA IRIS VARELA RANGEL
RONALD BLANCO LA CRUZ
SAMUEL LÓPEZ
TEMÍSTOCLES SALAZAR

**CONSTITUYENTES POR TRUJILLO**
GERARDO MÁRQUEZ
GILMER VILORIA

**CONSTITUYENTES POR VARGAS**
ANTONIO RODRÍGUEZ
JAIME BARRIOS

**CONSTITUYENTES POR YARACUY**
BRAULIO ALVAREZ
NESTOR LEÓN HEREDIA

**CONSTITUYENTES POR ZULIA**
ALBERTO URDANETA
ATALA URIANA
FROILÁN BARRIOS NIEVES

GASTÓN PARRA LUZARDO
GEOVANY DARÍO FINOL FERNÁNDEZ
JORGE LUIS DURAN CENTENO
LEVY ARRON ALTER VALERO
MARÍA DE QUEIPO
MARIO ISEA BOHORQUEZ
RAFAEL COLMENAREZ
ROBERTO JIMÉNEZ MAGGIOLLO
SILVESTRE VILLALOBOS
YLDEFONSO FINOL

**CONSTITUYENTES POR LAS COMUNIDADES INDÍGENAS**
GUILLERMO GUEVARA
JOSÉ LUIS GONZÁLEZ
NOELÍ POCATERRA DE OBERTO

LOS SECRETARIOS.

ELVIS AMOROSO                    ALEJANDRO ANDRADE

Palacio de Miraflores, en Caracas, a los treinta días del mes de diciembre de mil novecientos noventa y nueve. Año 189° de la Independencia y 140° de la Federación.

Cúmplase,
(L.S.)

**HUGO CHAVEZ FRIAS**

Refrendado:
El Ministro del Interior y Justicia, IGNACIO ARCAYA
El Ministro de Relaciones Exteriores, JOSE VICENTE RANGEL
El Ministro de Finanzas, JOSE A. ROJAS RAMIREZ
El Ministro de la Defensa, RAUL SALAZAR RODRIGUEZ
El Ministro de la Producción y el Comercio,
    JUAN DE JESUS MONTILLA SALDIVIA
El Ministro de Educación, Cultura y Deportes,
    HECTOR NAVARRO DIAZ
El Ministro de Salud y Desarrollo Social,
    GILBERTO RODRIGUEZ OCHOA
El Ministro del Trabajo, LINO ANTONIO MARTINEZ SALAZAR
El Encargado del Ministerio de Infraestructura, JOSE LUIS PACHECO
El Ministro de Energía y Minas, ALI RODRIGUEZ 'ARAQUE
El Ministro del Ambiente y de los Recursos Naturales,
    JESUS ARNALDO PEREZ
El Ministro de Planificación y Desarrollo, JORGE GIORDANI
El Ministro de Ciencia y Tecnología, CARLOS GENATIOS SEQUERA
El Ministro de la Secretaría de la Presidencia,
    FRANCISCO RANGEL GOMEZ