UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case Number: <u>19-cr-20450-SCOLA</u>

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

v.

**ALEX NAIN SAAB MORAN,**

      **Defendant.**

_____/

<u>**STIPULATION OF TESTIMONY**</u>

The United States of America (the "Government") and defendant Alex Nain Saab Moran ("SAAB MORAN"), pursuant to Local Rule 88.10(n), by and through their undersigned counsel, hereby agree and stipulate that, if called as a witness at the evidentiary hearing on Defendant's defense of diplomatic immunity, DEA special agents and task force officers would testify as follows:

(1)    DEA special agents and task force officers participated in meetings with the Defendant from 2016-2019 in different locations. Those meetings took place in August and September 2016, November 2017, June and July 2018, and April 2019.

(2)    On June 27, 2018, the Defendant entered into a cooperating source agreement with the DEA and became an active law enforcement source. As part of his cooperation, he met with DEA agents and provided proactive cooperation.

(3)    During meetings with the DEA, and in response to the agents' questions, Defendant discussed how he conducted his Venezuelan business, how he began doing business in Venezuela, and that he made substantial bribe payments to high level Venezuelan political figures in

GOVERNMENT EXHIBIT
Case No.: 19-20450-CR-RNS
38

connection with contracts he was awarded to build housing for and provide food to the people of Venezuela.

(4) During those meetings, the Defendant was not asked if he was a diplomat, and he never stated that he was a diplomat of the Bolivarian Republic of Venezuela.

(5) The Defendant continued to communicate with the DEA about large bribe payments made by him and others to high level government officials through in and around April 2019.

(6) Additionally, the Defendant agreed to disgorge profits received related to the contracts described in paragraph 3. For example, on approximately August 9, 2018, the Defendant caused a wire transfer of $3,255,593.90 from an account he controlled to a bank account controlled by DEA. In addition, on approximately September 24, 2018, the Defendant caused a wire transfer of $3,313,757.69 from an account he controlled to a bank account controlled by DEA. Also, on approximately November 1, 2018, the Defendant caused a wire transfer of $3,138,844.70 from an account he controlled to a bank account controlled by DEA. Finally, on approximately February 5, 2019, the Defendant caused a wire transfer of $2,942,501.37 from an account he controlled to a bank account controlled by DEA.

Defendant does not concede or admit to the substance of any of the above testimony by DEA special agents and task force officers. Defendant reserves all rights to object to its admissibility.

Dated: December 8, 2022

| | |
|---|---|
| Baker & Hostetler LLP | JUAN ANTONIO GONZALEZ<br>UNITED STATES ATTORNEY |
| /s/ *Lindy K. Keown*<br>Lindy K. Keown (FL: 117888)<br>200 South Orange Avenue<br>Suite 2300 | /s/ *Kurt Lunkenheimer*<br>Assistant U.S. Attorney<br>Court ID No. A5501535 |

Orlando, Florida 32801  
Tel: (407) 649-4000  
lkeown@bakerlaw.com  

/s/ *David B. Rivkin, Jr.*  
David B. Rivkin, Jr. (*pro hac vice*)  
Elizabeth Price Foley (FL: 92380)  
Jonathan R. Barr (*pro hac vice*)  
Lee A. Casey (*pro hac vice*)  
Richard Raile (*pro hac vice*)  
1050 Connecticut Avenue, N.W.  
Suite 1100  
Washington, DC 20036  
Tel: (202) 861-1500  
drivkin@bakerlaw.com  
efoley@bakerlaw.com  
jbarr@bakerlaw.com  
lcasey@bakerlaw.com  
rraile@bakerlaw.com  

Jonathan B. New (*pro hac vice*)  
45 Rockefeller Plaza  
11th Floor  
New York, New York 10111  
Tel: (212) 589-4200  
jnew@bakerlaw.com  

99 N.E. 4th Street  
Miami, Florida 33132-2111  
TEL (305) 961-9008  
Kurt.Lunkenheimer@usdoj.gov  

GLENN S. LEON  
CHIEF, FRAUD SECTION  
Criminal Division  
U.S. Department of Justice  

/s/ *Alexander Kramer*  
Alexander Kramer  
Trial Attorney  
Criminal Division, Fraud Section  
U.S. Department of Justice  
Court ID No. A5502240  
1400 New York Ave. NW  
Washington, DC 20005  
TEL (202) 768-1919  
alexander.kramer@usdoj.gov