**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case Number: <u>19-cr-20450-SCOLA</u>

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

v.

**ALEX NAIN SAAB MORAN,**

      **Defendant.**
_____/

**STIPULATION OF AUTHENTICITY OF DOCUMENTS**

The United States of America (the "Government") and defendant Alex Nain Saab Moran ("SAAB MORAN"), pursuant to Local Rule 88.10(n), by and through their undersigned counsel, hereby agree and stipulate to the matters set forth below in advance of the evidentiary hearing regarding diplomatic immunity (scheduled to begin on December 12, 2022):

1.    Each of the documents identified in the list below this paragraph is a fair and accurate copy of the Official Gaceta of Venezuela from the source(s) identified in the list. These documents meet the requirements for identification or authentication under Rule 902(3) and (5) of the Federal Rules of Evidence.

| Official Gaceta Number | Exhibit # | Source(s) |
|---|---|---|
| No. 6.373 Extaordinario | Gov't 17 | Imprenta Nacional Website |
| No. 6.373 Extaordinario | Gov't 18 | Supreme Court Tribunal Website |
| No. 6.373 Extaordinario | Gov't 19 | United States Library of Congress |
| No. 20.546 | Gov't 20B | United States Library of Congress |
| No. 6.688 | Gov't 21 | Imprenta Nacional Website |

GOVERNMENT EXHIBIT
Case No.: 19-20450-CR-RNS
39

| No. 40.217 | Gov't 22; | Supreme Court Tribunal Website; United States |
|---|---|---|
|  | Gov't 22B | Library of Congress |
| No. 6.147 | Gov't 23 | United States Library of Congress |
| No. 41.527 | Gov't 24; | Imprenta Nacional Website and United States |
|  | Gov't 24B | Library of Congress |
| No. 30.634 | Gov't 25B | United States Library of Congress |
| No. 36.860 | Gov't 26B | United States Library of Congress |

2. Each of the documents identified in the list below this paragraph is a fair and accurate copy and translation of court opinions from the Republic of Cabo Verde related to the Extradition of SAAB MORAN. These documents meet the requirements for identification or authentication under Rule 902(3) and (5) of the Federal Rules of Evidence.

| Court | Exhibit # | Date |
|---|---|---|
| Supreme Court of Justice | Gov't 1 | March 16, 2021 |
| Constitutional Court | Gov't 2 | September 7, 2021 |
| Barlavento Relations Court | Gov't 3; Defense BL | June 18, 2020 |
| Criminal Court, District of Sal | Def. BK | June 14, 2020 |

3. The document identified on the Government's Exhibit List as Gov't Ex. 4 – Cabo Verde Certificate of No Record is a fair and accurate copy of a Certification of No Record from the Republic of Cabo Verde. The document meets the requirements for identification and authentication under Rule 902(3)(A) of the Federal Rule of Evidence.

4.  The documents identified on the Government's Exhibit List as Gov't Ex 6 – Alex Nain Saab Moran Venezuelan Passport and Gov't Ex. 7 – Alex Nain Saab Moran Colombian Passport, are fair and accurate copies of the Venezuelan and Colombian passports belonging to SAAB MORAN obtained by Cabo Verde authorities following his detention in the Republic of Cabo Verde on June 12, 2020.

5.  The document identified on the Government's Exhibit List as Gov't Ex. 9 – United States State Department Certification is a fair and accurate copy of a State Department Certification. The document meets the requirements for identification and authentication under Rule 902(1) of the Federal Rule of Evidence.

Respectfully Submitted,

Dated: December 8, 2022

Baker & Hostetler LLP

/s/ *Lindy K. Keown*
Lindy K. Keown (FL: 117888)
200 South Orange Avenue
Suite 2300
Orlando, Florida 32801
Tel: (407) 649-4000
lkeown@bakerlaw.com

/s/ *David B. Rivkin, Jr.*
David B. Rivkin, Jr. (*pro hac vice*)
Elizabeth Price Foley (FL: 92380)
Jonathan R. Barr (*pro hac vice*)
Lee A. Casey (*pro hac vice*)
Richard Raile (*pro hac vice*)
1050 Connecticut Avenue, N.W.
Suite 1100
Washington, DC 20036
Tel: (202) 861-1500
drivkin@bakerlaw.com
efoley@bakerlaw.com
jbarr@bakerlaw.com
lcasey@bakerlaw.com

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

/s/ *Kurt Lunkenheimer*
Assistant U.S. Attorney
Court ID No. A5501535
99 N.E. 4th Street
Miami, Florida 33132-2111
TEL (305) 961-9008
Kurt.Lunkenheimer@usdoj.gov

GLENN S. LEON
CHIEF, FRAUD SECTION
Criminal Division
U.S. Department of Justice

/s/ *Alexander Kramer*
Alexander Kramer
Trial Attorney
Criminal Division, Fraud Section
U.S. Department of Justice
Court ID No. A5502240
1400 New York Ave. NW
Washington, DC 20005

rraile@bakerlaw.com

Jonathan B. New (*pro hac vice*)
45 Rockefeller Plaza
11th Floor
New York, New York 10111
Tel: (212) 589-4200
jnew@bakerlaw.com

TEL (202) 768-1919
alexander.kramer@usdoj.gov