IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff

        v.

ALEX NAIN SAAB MORAN,

    Defendant.

Case No. 19-20450-CR-Scola

## **CERTIFICATE OF COMPLIANCE REGARDING ADMITTED EVIDENCE**

    I, Lindy Keown, as counsel for Defendant, ALEX NAIN SAAB MORAN, hereby certify the following:

Check the applicable sections:

☐ ALL EXHIBITS E-FILED: All documentary exhibits and photographs of non-documentary physical exhibits offered or introduced into evidence have been electronically filed in CM/ECF.

☒ EXHIBITS NOT E-FILED: The following is an itemized list of exhibits that are exempt from mandatory electronic filing pursuant to Local Rule 5.3(b)(3):

Defense Exhibits BS and BT, video files, shall be submitted for conventional filing upon Court

order allowing same.

Any original exhibits that have been returned to or retained by the filing party after electronic filing shall be kept for safe keeping until the conclusion of any appeals.  Upon order of court, the filing party agrees to return the original exhibits to the Clerk of Court.

This Certificate shall be filed within ten (10) days of the conclusion of a hearing or trial.  Failure to timely comply with the requirements of Local Rule 5.3(b) may result in the imposition of sanctions.

Signature:    */s Lindy K. Keown*        Date:    12/23/2022

Date: December 23, 2022

Respectfully submitted,

BAKER & HOSTETLER LLP

By: _Lindy K. Keown_
Lindy K. Keown (FL: 117888)
200 South Orange Avenue
Suite 2300
Orlando, Florida 32801
Tel: (407) 649-4000
lkeown@bakerlaw.com

David B. Rivkin, Jr. (*pro hac vice*)
Elizabeth Price Foley (FL: 92380)
Jonathan R. Barr (*pro hac vice*)
1050 Connecticut Avenue, N.W.
Suite 1100
Washington, DC 20036
Tel: (202) 861-1500
drivkin@bakerlaw.com
efoley@bakerlaw.com
jbarr@bakerlaw.com

Jonathan B. New (*pro hac vice*)
45 Rockefeller Plaza
11th Floor
New York, New York 10111
Tel: (212) 589-4200
jnew@bakerlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 23, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

_s/Lindy K. Keown_
Lindy K. Keown

2