IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff<br><br>  v.<br><br> ALEX NAIN SAAB MORAN,<br><br>  Defendant. | Case No. 19-20450-CR-Scola |

**NOTICE OF APPEAL**

Notice is hereby given that ALEX NAIN SAAB MORAN, Defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit the *Final Order on the Defendant's Motion to Dismiss the Indictment* (ECF No. 197), entered in this action on December 23, 2022.

Date: December 28, 2022

Respectfully submitted,

BAKER & HOSTETLER LLP

By: *Lindy K. Keown*
Lindy K. Keown (FL: 117888)
200 South Orange Avenue
Suite 2300
Orlando, Florida 32801
Tel: (407) 649-4000
lkeown@bakerlaw.com

*/s David B. Rivkin, Jr.*
David B. Rivkin, Jr. (*pro hac vice*)
Elizabeth Price Foley (FL: 92380)
Jonathan R. Barr (*pro hac vice*)
1050 Connecticut Avenue, N.W.
Suite 1100
Washington, DC 20036
Tel: (202) 861-1500
drivkin@bakerlaw.com
efoley@bakerlaw.com

jbarr@bakerlaw.com

Jonathan B. New (*pro hac vice*)
45 Rockefeller Plaza
11th Floor
New York, New York 10111
Tel: (212) 589-4200
jnew@bakerlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 28, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*s/Lindy K. Keown*
Lindy K. Keown