# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

CORRECTED

January 10, 2023



Jonathan R. Barr
Baker & Hostetler, LLP
1050 CONNECTICUT AVE NW STE 1100
WASHINGTON, DC 20036

Henry Philip Bell
Bell Rosquete Reyes Esteban, PLLC
999 PONCE DE LEON BLVD STE 810
CORAL GABLES, FL 33134

Lee Alfred Casey
Baker & Hostetler, LLP
1050 CONNECTICUT AVE NW STE 1100
WASHINGTON, DC 20036

Elizabeth Price Foley
Baker & Hostetler, LLP
1050 CONNECTICUT AVE NW STE 1100
WASHINGTON, DC 20036

Lindy K. Keown
Baker & Hostetler, LLP
200 S ORANGE AVE STE 2300
ORLANDO, FL 32801

Jonathan New
Baker & Hostetler, LLP
45 ROCKEFELLER PLZ #10
NEW YORK, NY 10111-0100

Richard Raile
Baker & Hostetler, LLP
1050 CONNECTICUT AVE NW STE 1100
WASHINGTON, DC 20036

Mr. David Boris Rivkin
Baker & Hostetler, LLP
1050 CONNECTICUT AVE NW STE 1100
WASHINGTON, DC 20036

Joseph Michael Schuster
Joseph M. Schuster, PA
5750 COLLINS AVE STE 12G
MIAMI BEACH, FL 33140

Neil Mark Schuster
Law Office of Neil M. Schuster, PA
555 NE 15TH ST STE 2C
MIAMI, FL 33132-1455

Appeal Number: 23-10066-C
Case Style: USA v. Alex Saab Moran
District Court Docket No: 1:19-cr-20450-RNS-1

Please use the appeal number for all filings in this Court.

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Certificate of Interested Persons and Corporate Disclosure Statement ("CIP")
Every motion, petition, brief, answer, response, and reply must contain a CIP. See FRAP 26.1; 11th Cir. R. 26.1-1. In addition:

- Appellants/Petitioners must file a CIP within 14 days after this letter's date.
- Appellees/Respondents/Intervenors/Other Parties must file a CIP within 28 days after this letter's date, regardless of whether Appellants/Petitioners have filed a CIP.
- Only parties represented by counsel must complete the web-based CIP. Counsel must complete the web-based CIP, through the Web-Based CIP link on the Court's website, on the same day the CIP is first filed.

The failure to comply with 11th Cir. Rules 26.1-1 through 26.1-4 may result in dismissal of the case or appeal under 11th Cir. R. 42-1(b), no action taken on deficient documents, or other sanctions on counsel, the party, or both. See 11th Cir. R. 26.1-5(c).

Attorney Admissions
Attorneys who wish to participate in this appeal must be properly admitted either to the bar of this court or for this particular proceeding, See 11th Cir. R. 46-1; 46-3; 46-4. In addition, all attorneys (except court-appointed attorneys) who wish to participate in this appeal must file an

appearance form within fourteen (14) days after this letter's date. The Application for Admission to the Bar and Appearance of Counsel Form are available on the Court's website. **The clerk generally may not process filings from an attorney until that attorney files an appearance form.** See 11th Cir. R. 46-6(b).

Defaults
Pursuant to 11th Cir. R. 42-1(b), **this appeal will be dismissed after 14 days and without further notice** unless the following default(s) have been corrected:

Transcript Information Form
Pursuant to FRAP 10(b), the appellant must, within 14 days, file a Transcript Information Form, which is available on the Court's website. See FRAP 10(b)(1); 11th Cir. R. 10-1. Unless a transcript is ordered, the appellant's brief is due 40 days after **January 09, 2023**, except as otherwise provided in 11th Cir. R. 31-1. See 11th Cir. R. 12-1 and 31-1.

Obligation to Notify Court of Change of Addresses
Each pro se party and attorney has a continuing obligation to notify this Court of any changes to the party's or attorney's addresses during the pendency of the case in which the party or attorney is participating. See 11th Cir. R. 25-7.

Clerk's Office Phone Numbers
General Information                404-335-6100
New / Before Briefing Cases         404-335-6135
Cases in Briefing / After Opinion   404-335-6130
Cases Set for Oral Argument         404-335-6141
Capital Cases                       404-335-6200
Attorney Admissions                 404-335-6122
CM/ECF Help Desk                    404-335-6125

DKT-2 Appeal WITH Deficiency

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

Plaintiff

v.

ALEX NAIN SAAB MORAN,

Defendant.

Case No. 19-20450-CR-Scola

### NOTICE OF APPEAL

Notice is hereby given that ALEX NAIN SAAB MORAN, Defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit the *Final Order on the Defendant's Motion to Dismiss the Indictment* (ECF No. 197), entered in this action on December 23, 2022.

Date: December 28, 2022

Respectfully submitted,

BAKER & HOSTETLER LLP

By: *Lindy K. Keown*
Lindy K. Keown (FL: 117888)
200 South Orange Avenue
Suite 2300
Orlando, Florida 32801
Tel: (407) 649-4000
lkeown@bakerlaw.com

*/s David B. Rivkin, Jr.*
David B. Rivkin, Jr. (*pro hac vice*)
Elizabeth Price Foley (FL: 92380)
Jonathan R. Barr (*pro hac vice*)
1050 Connecticut Avenue, N.W.
Suite 1100
Washington, DC 20036
Tel: (202) 861-1500
drivkin@bakerlaw.com
efoley@bakerlaw.com