# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**ANGELA E. NOBLE**
Clerk of Court

Appeals Section

FILED BY ____AP____ D.C.
Apr 7, 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Date: 4/7/2023

Clerk, United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

**ROA**

IN RE:  District Court No: 19-20450-CR - RNS

U.S.C.A. No: 23-10066-SS

Style: USA V. ALEX SAAB MORAN

**CERTIFICATE OF READINESS AND TRANSMITTAL OF RECORD ON APPEAL**

Pursuant to Fed. R. App. P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcript or parts thereof designated for inclusion and all necessary exhibits) consists of:

- ___0___ Volume(s) of pleadings
- ___0___ Volume(s) of Transcripts
- __X__ Exhibits: ___0___ boxes; _____ folders;
  - ___1___ envelopes; ___0___ PSIs (sealed)
  - ☐ other: _____
  - ☐ other: _____
- ☑ Other: DE201 - Def. Exhibits (USB Drive)
- ☐ Other: _____

Sincerely,

Angela E. Noble, Clerk of Court
By: _____
Deputy Clerk

Attachment
cc: court file

Certified to be a true and
correct copy of the document on file
Angela E. Noble, Clerk,
U.S. District Court
Southern District of Florida
By: _____
Deputy Clerk
Date 4/7/2023

S/F A-15
Rev. 10/94

☐ 400 N. Miami Avenue
Miami, Fl 33128-7716
305-523-5080

☐ 299 E. Broward Boulevard
Ft. Lauderdale, Fl 33301
954-769-5413

☐ 701 Clematis Street
West Palm Beach, Fl 33401
561-803-3408

# U.S. District Court
## Southern District of Florida (Miami)
### ABRIDGED CRIMINAL DOCKET FOR CASE #: 1:19-cr-20450-RNS-1
### Internal Use Only

Case title: USA v. Saab Moran et al                                   Date Filed: 07/25/2019

---

Assigned to: Judge Robert N. Scola, Jr

Appeals court case numbers: 21-11083-J, 23-10066-C USCA

**Defendant (1)**

**Alex Nain Saab Moran**                        represented by **Henry Philip Bell**
02538-506                                                      Bell Rosquete Reyes, PLLC
*SPANISH YOB 1971*                                             999 Ponce De Leon Blvd., Suite 1120
                                                               Coral Gables, FL 33134
                                                               305-570-1610
                                                               Fax: 305-570-1599
                                                               Email: hbell@brresq.com
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*
                                                               *Designation: Retained*

                                                               **Neil M. Schuster**
                                                               555 NE 15th Street
                                                               Suite 2-C
                                                               Miami, FL 33132
                                                               305-416-0324
                                                               Fax: 305-416-0325
                                                               Email: neil@neilmschuster.com
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*
                                                               *Designation: Retained*

                                                               **David B. Rivkin , Jr.**
                                                               Baker & Hostetler LLP
                                                               1050 Connecticut Avenue, NW, Suite 1100
                                                               Washington, DC 20036
                                                               Email: drivkin@bakerlaw.com
                                                               *PRO HAC VICE*
                                                               *ATTORNEY TO BE NOTICED*
                                                               *Designation: Retained*

                                                               **Elizabeth Price Foley**
                                                               Baker & Hostetler LLP

[Stamp: Certified to be a true and correct copy of the document on file Angela E. Noble, Clerk, U.S. District Court Southern District of Florida By _____ Deputy Clerk Date: 4/7/2023]

1050 Connecticut Avenue, N.W.
Suite 1100
Washington, DC 20036
(202) 861-1500
Fax: (202) 861-1783
Email: efoley@bakerlaw.com
*ATTORNEY TO BE NOTICED*
*Designation: Temporary*

**Jonathan R. Barr**
Baker & Hostetler LLP
1050 Connecticut Avenue, NW, Suite 1100
Washington, DC 20036
Fax: 514-0152
Email: jbarr@bakerlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Jonathan B. New**
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
212-589-4200
Email: jnew@bakerlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Joseph Michael Schuster**
Joseph M. Schuster, Esq., P.A.
5750 Collins Avenue
Suite 12G
Miami Beach, FL 33140
305-610-8330
Email: joe@josephmschuster.com
*ATTORNEY TO BE NOTICED*

**Kendall Wangsgard**
Baker & Hostetler LLP
1050 Connecticut Avenue, NW, Suite 1100
Washington, DC 20036
Email: kwangsgard@bakerlaw.com
*TERMINATED: 11/30/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Lee Casey**
Baker & Hostetler LLP

1050 Connecticut Avenue, NW, Suite 1100
Washington, DC 20036
Email: lcasey@bakerlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Lindy Kathryn Keown**
Baker & Hostetler LLP
200 S. Orange Ave.
Suite 2300
Orlando, FL 32801
407-649-4000
Fax: 407-841-0168
Email: lkeown@bakerlaw.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Richard Raile**
Baker & Hostetler LLP
1050 Connecticut Avenue, NW, Suite 1100
Washington, DC 20036
Email: rraile@bakerlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Pending Counts | Disposition |
|---|---|
| 18:U.S.C.§1956(h)CONSPIRACY TO COMMIT MONEY LAUNDERING (1) | |

**Highest Offense Level (Opening)**
Felony

| Terminated Counts | Disposition |
|---|---|
| 18:U.S.C.§1956(a)(2)(A)LAUNDERING OF MONETARY INSTRUMENTS (2-8) | Dismissed |

**Highest Offense Level (Terminated)**
Felony

| Complaints | Disposition |
|---|---|
| None | |

**Plaintiff**

**USA**	represented by	**John A. Romano**
Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue
Washington, DC 20005
202-353-0249
Fax: 202-305-2121
Email: John-Alex.Romano@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Kurt K. Lunkenheimer**
US Attorney's Office
99 NE 4th Street
Miami, FL 33132
(305) 961-9008
Email: kurt.lunkenheimer@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Brian Nadler**
Stumphauzer, Foslid, Sloman, Ross, and Kolaya
2 S. Biscayne Blvd
Suite 1600
Miami, FL 33131
305-614-1400
Email: mnadler@sfslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Robert Zink**
U. S. Department of Justice
Criminal Division
Fraud Section
1400 New York Avenue, N.W.
Washington, DC 20005
202-285-4688
Email: robert.zink@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Alexander J. Kramer**
U.S. Department of Justice
Criminal Division

Bond Building
1400 New York Avenue, N.W.
8th Floor
Washington, DC 20005
202-307-0955
Email: Alexander.Kramer@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Annika Marie Miranda**
United States Attorney's Office - SDFL
99 N.E. 4th Street
7th Floor
Miami, FL 33132
305-961-9303
Email: annika.miranda@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Jeremy R. Sanders**
U.S. Department of Justice
Bond Building, 11th Floor
1400 new York Avenue N.W.
Washington, DC 20005
202-616-2650
Email: jeremy.sanders@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Nalina Sombuntham**
US Attorney's Office
Southern District of Florida
99 N.E. 4th Street
Miami, FL 33132
305-961-9224
Email: nalina.sombuntham2@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/29/2022 | 201 | NOTICE OF CONVENTIONAL FILING of Flash Drive re 198 Order on Motion for Miscellaneous Relief by Alex Nain Saab Moran (drz) (Entered: 12/29/2022) |

*See env.* [handwritten]