UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **19-20450-CR-SCOLA**

UNITED STATES OF AMERICA,

vs.

ALEX NAIN SAAB MORAN, and
ALVARO PULIDO VARGAS,
    a/k/a "German Enrique Rubio Salas,"

    **Defendants.**
_____/

## NOTICE OF REASSIGNMENT

Undersigned counsel hereby files this Notice of Reassignment as counsel of record for the United States of America in this cause. The prior counsel for the United States, AUSA Kurt Lunkenheimer, is no longer counsel of record for the United States in this matter.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By:   /s/ Sean T. McLaughlin
     SEAN T. McLAUGHLIN
     Assistant United States Attorney
     Court ID No. A5501121
     11200 NW 20th Street, Suite 101
     Miami, Florida 33172
     Tel: (305) 715-7642
     (305) 715-7639 (fax)
     Email: Sean.McLaughlin@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 20, 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF

                                                /s/ Sean T. McLaughlin
                                                SEAN T. McLAUGHLIN
                                                United States Attorney