UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-20450-Cr-RNS

UNITED STATES,

    Plaintiff,

v.

ALEX NAIN SAAB MORAN,

    Defendant.

_____/

**NOTICE OF CHANGE OF ADDRESS**

The undersigned attorney hereby informs the Court and opposing counsel of her new office address:

Celeste Siblesz Higgins, Esq.
The Higgins Law Firm
396 Alhambra Cir., Suite 202
Coral Gables, FL 33134

The service email and telephone number remain unchanged.

                                                Respectfully submitted,

                                                By: *Celeste Siblesz Higgins*
                                                    Celeste Siblesz Higgins
                                                    Florida Bar No. 909718
                                                    396 Alhambra Cir., Suite 202
                                                    Coral Gables, FL 33134
                                                    Office: (305) 577-9711
                                                    Cell: (786) 643-8263

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 30, 2023, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send a notice of electronic filing to all interested parties.

By: *s/Celeste Siblesz Higgins*
Celeste Siblesz Higgins