**SEALED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Number: <u>19-cr-20450-SCOLA</u>

**SEALED**

UNITED STATES OF AMERICA,

              Plaintiff,

v.

ALEX NAIN SAAB MORAN,

              Defendant.

_____/

FILED BY JMH D.C.
DEC 14 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### SEALED AFFIDAVIT AND AFFIRMATION

Ricardo Del Toro hereby affirms under penalty of perjury that he is an Assistant United States Attorney for the Southern District of Florida, and states as follows:

1. On July 25, 2019, Defendant Alex Nain SAAB MORAN ("SAAB MORAN") was indicted by a federal grand jury in the Southern District Court of Florida, along with co-defendant Alvaro Pulido Vargas, with one count of conspiracy to commit money laundering and seven substantive counts of laundering monetary instruments in violation of 18 U.S.C. § 1956(h) and 18 U.S.C. § 1956(a)(2)(A).

2. On June 12, 2020, SAAB MORAN was detained in Cabo Verde at the request of the United States. The United States thereafter submitted a formal extradition request, which SAAB

MORAN opposed in the courts of Cabo Verde. After sixteen months of litigation in Cabo Verde, SAAB MORAN was extradited to the United States on October 16, 2021.

3. On November 1, 2021, the United States moved this Court to dismiss counts two through eight of the indictment consistent with assurances made to Cabo Verde during the extradition process. The Court dismissed these counts the same day. [DE 63-4].

4. This matter is currently on appeal to the Eleventh Circuit following this Court's denial of SAAB MORAN's Motion to Dismiss the Indictment based on his claim of diplomatic immunity. [DE 197].

5. SAAB MORAN is currently detained at FDC Miami in Miami, Florida. SAAB MORAN's Bureau of Prisons ("BOP") Register Number is 02538-506.

6. The Government respectfully seeks, based on significant foreign policy interests of the United States, an Order enabling the U.S. Marshals Service ("USMS") to take SAAB MORAN out of FDC Miami as early as December 16, 2023, or any day thereafter until December 30, 2023; to maintain custody of SAAB MORAN unless and until the President of the United States executes the clemency power under Article II of the U.S. Constitution with respect to SAAB MORAN, which the undersigned understands to be under consideration based on communications with the senior leadership of the Department of Justice; and to return SAAB MORAN to FDC Miami on or before December 30, 2023, unless the President executes the clemency power with respect to SAAB MORAN during the period in which the USMS has custody of SAAB MORAN.

WHEREFORE, the Government respectfully requests that the attached Order be issued requiring the BOP and the Warden of FDC Miami to allow the USMS to remove SAAB MORAN from FDC Miami on December 16, 2023, or any day thereafter until December 30, 2023. The Government further requests that in order to avoid frustrating the aforementioned foreign policy interests, and to ensure the safety and security of the USMS personnel taking custody of SAAB MORAN, this Affirmation and accompanying Order be maintained under seal, and the docketing of any entries related to this matter be delayed, until either 24 hours after the release of SAAB MORAN from USMS custody, or when SAAB MORAN is returned to FDC Miami on or before December 30, 2023, whichever occurs earlier. The Government will promptly advise the Court upon the occurrence of either event.

Dated: December 14, 2023
      Miami, Florida

                                      Respectfully submitted,

                                      MICHAEL DAVIS
                                      ATTORNEY FOR THE UNITED STATES
                                      ACTING UNDER AUTHORITY CONFERRED
                                      BY 28 U.S.C. § 515

                                      By: */s/ Ricardo Del Toro*
                                              Ricardo Del Toro
                                              Assistant U.S. Attorney
                                              Florida Bar No. 957585
                                              99 N.E. 4th Street
                                              Miami, Florida 33132-2111
                                              TEL (305) 961-9182
                                              ricardo.del.toro@usdoj.gov

GLENN S. LEON
CHIEF, FRAUD SECTION
Criminal Division
U.S. Department of Justice

By: /s/ Alexander Kramer
    Alexander Kramer
    Trial Attorney
    Criminal Division, Fraud Section
    U.S. Department of Justice
    Court ID No. A5502240
    1400 New York Ave. NW
    Washington, DC 20005
    TEL (202) 768-1919
    alexander.kramer@usdoj.gov