**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case Number: 19-cr-20450-SCOLA**

**UNITED STATES OF AMERICA,**

                    **Plaintiff,**
          **v.**

**ALEX NAIN SAAB MORAN,**

                    **Defendant.**
_____/

**UNITED STATES' MOTION IN RESPONSE TO THE COURT'S ORDER**
**REGARDING UNSEALING DOCKET ENTRIES**

The United States of America, by and through the undersigned counsel, hereby files this

Motion in response to the Court's Order at Docket Entry 226 requiring the government to file a

motion to unseal docket entries or oppose unsealing.  The government has reviewed the docket

and identified the following docket entries that remain under seal: DE 27, DE 32, DE 36, DE 37,

DE 41, DE 80, DE 81, DE 82, DE 85, DE 90, and DE 199.  The government previously requested

that the following docket entries be filed under seal: DE 32, DE 85, and DE 90.  The government

no longer has any reason for these docket entries to remain under seal and now moves for DE 32,

DE 85, and DE 90 to be unsealed.  The government has conferred with counsel for Defendant

SAAB MORAN and they do not oppose.

The government notes that the following docket entries were filed under seal or requested

to be sealed by SAAB MORAN: DE 27, DE 36, DE 37, DE 41, DE 80, DE 81, DE 82, and DE

199.  The government has conferred with counsel for SAAB MORAN and the parties agree there

is no longer any reason for the following docket entries to remain under seal: DE 27, DE 36, DE

37, DE 41, DE 80, DE 81, and DE 82.

1

The government does, however, believe that DE 199 should remain under seal. The government has conferred with counsel for SAAB MORAN and they are in agreement.  DE 199 is the unredacted version of certain exhibits that were filed in redacted form at DE 191.  Those documents were redacted pursuant to the Protective Order entered at DE 76.  The basis for those redactions has not changed and the unredacted version of those documents should remain under seal.

The government, therefore, moves this Court to unseal the following docket entries: DE 27, DE 32, DE 36, DE 37, DE 41, DE 80, DE 81, DE 82, DE 85, and DE 90.  The government opposes the unsealing of DE 199.

Respectfully submitted,

GLENN S. LEON                                    MARKENZY LAPOINTE
CHIEF, FRAUD SECTION                      UNITED STATES ATTORNEY


By:   */s/ Alexander J. Kramer*            By: */s/ Sean T. McLaughlin*
      ALEXANDER J. KRAMER                    SEAN T. MCLAUGHLIN
      Trial Attorney                         Assistant United States Attorney
      Court ID No. A5502240                  Court ID No. A5501121
      Fraud Section, Criminal Division       U.S. Attorney's Office - SDFL
      U.S. Department of Justice             11200 NW 20th Street, Suite 101
      1400 New York Avenue, N.W.             Miami, FL 33172
      Washington, D.C. 20005                 Telephone: (305) 715-7642
      Telephone: 202-768-1919               Email: Sean.McLaughlin@usdoj.gov
      Email: alexander.kramer@usdoj.gov