# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. _____

_____

Plaintiff(s),

v.

_____/

Defendant(s).

## CLERK'S NOTICE OF DESTRUCTION OF EXHIBITS

Pursuant to Local Rule 5.3(c), the Clerk's Office in the Southern District of Florida is authorized to destroy exhibits in the above matter.  Having received no response to the Clerk's Notice of Intent to Dispose of Exhibit [DE# \_\_\_\_\_], filed on _____, exhibits associated with [DE#] _____ filed by _____ have been destroyed.

DONE at _____Florida, this \_\_\_\_\_ day of _____, 20\_\_\_\_.

Angela E. Noble
Court Administrator • Clerk of Court

By: _____*Richard Ramos*_____
Deputy Clerk

c: All counsel of record

06/25/2013